FILED by **TB** D.C.

Jul 14, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 15-20540-CR-MOORE/MCALILEY
CASE NO. _____

21 U.S.C. § 959(a)
21 U.S.C. § 963
21 U.S.C. § 853

**SERGIO NEFTALI MEJIA-DUARTE,**
    a/k/a "Neftali,"
    a/k/a "Compa,"
    a/k/a "El Doctor,"
    a/k/a "Cunado,"

        **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning at least as early as in and around 2006, and continuing through in or around June 2014, the exact dates being unknown to the Grand Jury, in the countries of Guatemala, Honduras, and elsewhere, the defendant,

**SERGIO NEFTALI MEJIA-DUARTE,**
    a/k/a "Neftali,"
    a/k/a "Compa,"
    a/k/a "El Doctor,"
    a/k/a "Cunado,"

did knowingly and willfully combine, conspire, confederate and agree with other persons, known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to the defendant, the controlled substance involved in the conspiracy

attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## **FORFEITURE ALLEGATIONS**

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SERGIO NEFTALI MEJIA-DUARTE, a/k/a "Neftali," a/k/a "Compa," a/k/a "El Doctor," a/k/a "Cunado,"** has an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property which the defendant used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
Foreperson

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_____
ARTHUR WYATT
CHIEF, NDDS
CRIMINAL DIVISION

_____
MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

_____
MICHAEL N. LANG
TRIAL ATTORNEY, NDDS

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

SERGIO NEFTALI MEJIA-DUARTE,

**CERTIFICATE OF TRIAL ATTORNEY\***

Defendant. _____/

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | | | |
|---|---|---|---|---|---|
| X | Miami | ___ | Key West | | |
| ___ | FTL | ___ | WPB | ___ | FTP |

New Defendant(s)          Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   8-10   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   | I   | 0 to 5 days      | ___ | Petty   | ___ |
   | II  | 6 to 10 days     | X   | Minor   | ___ |
   | III | 11 to 20 days    | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days    | ___ | Felony  | ___ |
   | V   | 61 days and over | ___ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   X No

_____
Michael Nadler
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A0051264

\*Penalty Sheet(s) attached

REV 10/2013

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** SERGIO NEFTALI MEJIA-DUARTE

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Intending that it would be Imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**