**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-20540-CR-Moore**

**UNITED STATES OF AMERICA**

vs.

**SERGIO NEFTALI MEJIA-DUARTE,**

    **Defendant.**
_____/

**UNITED STATES OF AMERICA'S RESPONSE TO**
**STANDING DISCOVERY ORDER**

    The United States hereby files this supplemental (fourth) response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.    As you are aware from a previous discovery response, at the time of the defendant's arrest in Honduras, two guns were found in the closet of the bedroom where the defendant was residing. One of the guns, a pistol, was inside of a safe. The government hereby informs you that, upon learning that law enforcement was about to break open the safe, the defendant told law enforcement the combination of the safe. In addition, the defendant expressed to law enforcement that he was aware that a warrant for his arrest exited in the United States, and he expressed remorse for his unlawful conduct (though he did not specify what that conduct was).

    Attached herein are (1) photographs from the location where the defendant was arrested; and (2) photocopies of a drug ledger in which narcotics transactions with the defendant were recorded. As to the drug ledger, the government expects that a cooperating witness will testify as to the meaning of the notes in the ledger.

    Finally, the government has learned of a narcotics seizure of over 2,000 kilograms of cocaine that took place in Santa Marta, Colombia on or about March 29, 2014. The government is attempting to obtain photographs from that seizure and will provide them to you when it receives them. The cocaine was hidden in a container that also held approximately 126 boxes of bananas and was due to be shipped north from Colombia. The government expects that witnesses at trial will testify that the defendant was involved in that attempted trafficking.

1

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

H.    The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Federal Rule of Criminal Procedure 16(c), Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the United States pursuant to both Standing Discovery Order section B and Federal Rule of Criminal Procedure 16(b), in accordance with Federal Rule of Criminal Procedure 12.1, the United States hereby demands Notice of Alibi defense.

> Respectfully submitted,
> BENJAMIN G. GREENBERG
> ACTING UNITED STATES ATTORNEY
>
> By: /s/ *Walter M. Norkin*
> WALTER M. NORKIN
> Assistant United States Attorney
> Court ID No.A5502189
> U.S. Attorney's Office - SDFL
> 99 N.E. 4th Street, Suite 611
> Miami, FL 33132-2111
> Telephone: (305) 961-9406
> Facsimile: (305) 536-4699
> Email: walter.norkin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on December 20, 2017.

> */s/ Walter M. Norkin*
> WALTER M. NORKIN
> Assistant United States Attorney