

**PERSONAL E INTRANSFERIBLE**



Observaciones: Se deberá notificar cualquier Cambio de residencia del titular en un plazo no mayor de 10 días. Se deberá notificar en un plazo no mayor a 3 días, la pérdida de la licencia y/o el arma, así como el hurto o robo. Ambas notificaciones deben realizarse a la oficina de Registro Nacional de Armas.

Restricciones del uso del Arma:
No se podrá utilizar en reuniones públicas o sociales.
No se podrá utilizar en estado de ebriedad.





