| U.S. v. MEJIA-DUARTE<br>DURATION: 3:38<br>WS_20001 | | |
|---|---|---|
| SPEAKER | SPANISH | ENGLISH |
|  | [Comienzo de grabación] | [Beginning of recording] |
| GL | A [I/I], ¿cómo, cómo le va? | How, how are things going with [U/I]? |
| MD | Bien. Está durmiendo. | Fine. He's sleeping. |
| GL | No, viendo TV está. | No, he's watching TV. |
| MD | Ah, ya. [I/I] de nosotros | Oh, yeah. [U/I] our [U/I]. |
| GL | ¿Sí? Qué [I/I] en la capital? | Yeah? What [U/I] in the capital? |
| MD | [I/I]. | [U/I]. |
| GL | ¿Qué [I/I]? | What [U/I]? |
| MD | Yo … me vine a ver a mi doñita para adonde don Pedro. | I …came over to see my girl over at don Pedro's. |
| GL | Ah, persiguiendo. [Ríe] | Oh, on pursuit. [Laughs] |
| MD | Sí. Y usted, ¿no va a venir mañana por acá? | Yes. And aren't you coming over here tomorrow? |
| GL | Pues no tenía planeado, hombre, pero … sí quería platicar | Well, I hadn't planned it, man, but … I did want to talk |
| MD | [I/I]. | [U/I]. |
| GL | con usted, fíjese. | with you, you know. |
| MD | Pero, [I/I] en la tardecita por un vuelo para ir a la capital. Tengo graduaciones allá con los niños. | But, [I/I] later in the afternoon for a flight to go to the capital. I have graduations over there with the children. |
| GL | Ah, ¿de veras? | Oh, really? |
| MD | Ujum. | Uh-huh. |
| GL | Ah, bueno. Pues | Oh, okay. Well, |
|  | [Voces entrecruzadas] | [Overlapping voices] |
| MD | [I/I] … | [U/I] … |
| GL | entonces si quiere platicamos mañana, en la tardecita. | Then if you want we can talk tomorrow, in the later part of the afternoon. |
| MD | Sí, y… fíjese que le estábamos llamando. Fíjese, creía que el señor se me, se nos ha perdido. [Ríe] | Yes, and … you know, we were calling. You know, I thought that the man [U/I] had disappeared on me, on us. [Chuckles] |
| GL | Sí, vaya, nunca regresó a [I/I] … | Yes, right, he never returned to [U/I] … |
| MD | [I/I] doña, doña Celia, ¿no se ha comunicado con usted? | [U/I] has doña, doña Celia contacted you? |

| | | |
|---|---|---|
| GL | No, fíjese que no. Y yo le he preguntado a … Chalito, pero no, no tiene razón | No, you know, she hasn't. And I have asked … Chalito, but no, he doesn't have any messages |
| | [Voces entrecruzadas] | [Overlapping voices] |
| MD | Si, hombre, | Yes, man, |
| GL | tampoco… | either… |
| MD | Sí, no sé qué pasa que estábamos medios preocupados por él. | Yes, I don't know what's happening; we've been kind of worried about him. |
| GL | Sí, pues… si, yo también, | Yes, well … yes, me too. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| MD | [I/I]. | [U/I]. |
| GL | porque recuerde que quedó… pendiente ahí, va. | because, remember that it remained… pending there, you know. |
| MD | Sí, y… yo también tengo vueltas atrasaditas ahí. | Yes, and … I also have loads delayed there. |
| GL | Sí, [I/I], pues. Y qué de… y porque el hermano por aquí anda, ¿no? | Yes, well, [U/I]. And what about … and because his brother is around here, right? |
| MD | Sí, pero el hermano no anda haciendo nada. Yo estuve hablando, me he reunido varias veces y no, no es lo mismo. | Yes, but his brother isn't doing anything. I talked, I have met several times and it's not, not the same. |
| GL | Sí, pues… | Yes, well… |
| MD | Sí. | Yes. |
| GL | Y qué se [I/I] … | And what [U/I] … |
| MD | Pero me dijeron, me dijeron que esta semana, que este fin de semana, pues, llegaba, pero no, no me han llamado ellos. | But I was told, I was told that this week, that this weekend, well, he would arrive, but they haven't, they haven't called me. |
| GL | ¿Este pasado? | This last one? |
| MD | Sí. | Yes. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| GL | [I/I] … | [U/I] … |
| MD | Sí, ahorita. Ayer, supuestamente. | Yes, now. Yesterday, supposedly. |
| GL | Sí, pues… | Yes, well… |
| MD | Pero no me han llama'o. | But they haven't called me. |
| GL | Qué raro, ¿ ah? | That's strange, huh? |
| MD | Sí, y Capi, diciendo [I/I] un comentario, fíjese, que [aclara la garganta] yo me metí con Salgado por Internet, y, y a ver el aparato, pues. | Yes, and Capi, saying [U/I] a comment, you know, that [clears throat] I went on the Internet with Salgado, and, and on the Internet, and, and to see the piece of equipment. |
| GL | Ajá. | Uh-huh. |

2

| | | |
|---|---|---|
| MD | Y fíjese que, con la serie, tira un aparato del dos mil, entonces yo dije "le voy a hablar al Capi", que no sea que nos estén fregando ahí, entonces para que él se averiguara bien cómo era eso con la serie que no, que se metió Salgado, | And you know, with the series, a piece of equipment from two thousand was put out, so I said "I'm going to talk to Capi," maybe they're screwing us there, so that he can really find out what the thing with the series was that didn't, that Salgado got into, |
| GL | Ah… | Oh… |
| MD | que eso es una, | because that's a, |
| GL | Ajá. | Uh-huh. |
| MD | Eso es una serie… eh, alquilando yo [I/I]. Yo iba a hablar cuando estaba con él, pero, pero no contestó. | That's a series… um, I'm renting [U/I]. I was going to talk when I was with him but, but he didn't answer. |
| GL | ¿Es cinco, tres, nueve algo? | Is it five, three, nine something? |
| MD | Aquí tengo.  Es cincuentritrés, noventitrés… cero. | I have it here. It's fifty- three, ninety-three … zero. |
| GL | Sí. Pues, [I/I]. | Yes. Well, [U/I]. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| MD | Es que, dice aquí que, | It's that, it says here that, |
| GL | [I/I]. Bueno, pues… | [U/I]. Okay, well … |
| MD | bueno, así, es que yo digo que es que está equivocado… | well, that way, it's just that I say it's that he is mistaken … |
| GL | Ajá. | Uh-huh. |
| MD | Bien Salgado, o, o usted… | Maybe Salgado or, or you … |
| GL | [I/I]. | [U/I]. |
| MD | en la, en la … [I/I]. | on the, on the … [U/I]. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| GL | Yo creo que se equivocó, pero, pero déjeme chequearlo, porque… | I think he made a mistake, but let me check it, because … |
| MD | Sí, porque, | Yes, because, |
| GL | [I/I] ahorita [I/I] para [I/I]. | [U/I] right now [U/I] to [U/I]. |
| MD | no sea que... [I/I] le voy a hablar ahorita porque, ¿qué tal usted ni sabe? No vaya, ya al final, que ya pensamos que ya tenemos carro, y nos salgan con problemas ahí. | I don't want that… [U/I] I'm going to talk to him right now because, what if you don't even know? I don't want that, at the end, that we think we have a car, and they come out with problems there. |
| GL | Bueno, no creo, | Well, I don't think so, |
| | [Voces entrecruzadas] | [Overlapping voices] |
| MD | Pero [I/I]. | But [U/I]. |

| | | |
|---|---|---|
| GL | pero yo le averiguo y le confirmo para que se esté [I/I]. | but I'll find out for you and I'll confirm with you so that you are [U/I]. |
| MD | cincuentitrés, noventitrés cero, dice, y dice que ha sido matriculado en Canadá, que los papeles, ya, y después en Estados Unidos. [Hace ruido de sorbido] Entonces, em, hay que averiguar bien la situación para [I/I] cuánto tiempo estamos esperando y que no nos vayan a seguir atrasando. | fifty-three, ninety-three, zero, it says, and it says it has been registered in Canada, that the papers, already, and after, in the United States. [Makes sniffling noise] So then, um, we need to find out about the situation well so as to [U/I] how much time we have been waiting and they don't maybe keep on delaying us. |
| GL | No, se me hace a mí que metió mal el número | No, I think he entered the number wrong. |
| | [Voces entrecruzadas] | [Overlapping voices] |
| MD | Sí, yo [I/I] … | Yes, I [U/I] … |
| GL | Pero yo le averiguo. | But I'll find out for you. |
| MD | [I/I], porque esto tiene que ser del dos mil nueve, ¿verdad? | [U/I], because this has to be two thousand nine, right? |
| GL | Sí, sí, sí. | Yes, yes, yes. |
| MD | Sí, sí [I/I]sale del dos mil [I/I]. | Yes, yes [U/I] comes up from two thousand nine [U/I]. |
| GL | Ajá. | Uh-huh. |
| MD | Entonces ahí, cualquier cosa se averigua, y, y estamos allá en la tardecita, ¿oye? | So then there, whatever thing is looked into, and, and we'll be there in the later part of the afternoon, you hear? |
| GL | Va. ¿Me pega una llamadita, [I/I]? | Okay. Are you going to call me, [U/I]? |
| MD | En todo caso, [I/I] a las tres de la tarde. | In any case, [U/I] at three in the afternoon. |
| GL | Va. Me avisa, pues. | Okay. You let me know. |
| MD | Vaya. | Okay. |
| GL | Va, pues. | Okay. |
| | [Ruidos indistinguibles] | [Indistinct noises] |
| GL | *This is a call made by Compa on the, um, first of June. It's… nine twenty.* | This is a call made by Compa on the, um, first of June. It's… nine twenty. |
| | [Fin de grabación] | [End of recording] |

4