U.S. V. MEJIA-DUARTE
DURATION: 0:27
WS_20014

| SPEAKER | SPANISH | ENGLISH |
|---|---|---|
|  | [Comienzo de grabación] | [Beginning of recording] |
| GL | ¿*Hello*? | Hello? |
| MD | [I/I], [I/I]. Pues allá todo bien, me dijo el muchacho… | [U/I], [U/I]. Well, everything is okay over there, the guy told me… |
| GL | Ah, ¿sí? | Oh, yeah? |
| MD | Allá… ¿verdad? | Over there…right? |
| GL | Ajá, y siempre… con lo del mismo de ayer, ¿verdad? | Uh-huh, and always… with the same thing as yesterday, right? |
| MD | Sí, sí. | Yes, yes. |
| GL | Ah, *okay*, perfecto. | Oh, okay, perfect. |
| MD | Eh… don Fermín quiere [I/I] allá. | Um… don Fermín wants [U/I] over there. |
| GL | Va, entonces voy a … voy a ir saliendo. Yo le aviso para que ustedes me esperen | Alright, so I'm going… I'm going to start leaving. I'll let you know so you guys wait for me |
| MD | Dale. | Okay. |
| GL | veinte minutos después de que les hable, ¿*okay*? | Twenty minutes after I talk to you guys, okay? |
| MD | Dale. | Okay. |
| GL | [I/I]. | [U/I]. |
|  | [Fin de grabación] | [End of recording] |