| U.S. V. MEJIA-DUARTE<br>DURATION: 1:51<br>WS_20013 | | |
|---|---|---|
| SPEAKER | SPANISH | ENGLISH |
|  | [Comienzo de grabación] | [Beginning of recording] |
| MD | ¡Capi, Capi! | Capi, Capi! |
| GL | ¿Qué tal? ¡Buenos días! | How are you? Good morning! |
|  | [Voces indistinguibles en el fondo] | [Indistinct voices in the background] |
| MD | ¿Cómo le va? | How are you doing? |
|  | [Voces indistinguibles en el fondo] | [Indistinct voices in the background] |
| GL | Bien, y usted ¿qué tal? | Good, and you, how are you? |
|  | [Voces indistinguibles en el fondo] | [Indistinct voices in the background] |
| MD | Con, con nieblina al aire. [Ríe] | With, with fog in the air. [Laughs] |
| GL | ¿De veras? ¿Está nieblado eso ahí? | Really? Is it foggy out there? |
| MD | Sí, hay nieblina [I/I] por ahí al la'o. | Yes, there's fog [U/I] out there to the side. |
|  | [Voces indistinguibles en el fondo] | [Indistinct voices in the background] |
| GL | Ah, bueno. | Oh, okay. |
| MD | [I/I] la nieblina. [I/I], ¿qué hora se quita? ¿eh? | [U/I] the fog. [U/I], what time does it go away, huh? |
| GL | Pues ahí sé que cada día es diferente. Hay que esperar a ver qué, qué pasa. Pero, [I/I] que lo puede empezar a levantar no más empieza a salir el sol que caliente. | Well, I know each day really is different there. You have to wait to see what, what happens. But [U/I] can start raising it as soon as the sun starts coming up and it gets warmer. |
| MD | Sí, como a las siete, ¿verdad? o seis y media, ¿ah? | Yes, around seven, right? or half past six, huh? |
| GL | Sí. | Yes. |
| MD | Como [I/I] a las siete y media, ¿ah? | Around [U/I] seven thirty, huh? |
| GL | Vaya, yo voy a … estar pendiente ahí, va y… | Okay, I'm going to … be on the lookout there, in case and … |
| MD | [I/I]. | [U/I]. |
| GL | mire, lo que también necesitamos es, eh, del otro lado, para ver qué punto, porque como ahora, ahora hay dos, ¿verdad? | look, what we also need is, um, from the other side, to see which spot, because like now, there are two now, right? |
| MD | Mire, yo lo que le iba a decir es que, que [I/I] que [I/I] buscar al otro lado. Ahorita en la mañana | Look, what I was going to tell you was that, that [U/I] that [U/I] look on the other side. Right |

1

|    | no hay quien pueda porque yo, hasta hace poquito que llegué aquí. | now, in the morning nobody is able to do it because I, just got here a short time ago. |
|----|---|---|
| GL | Ah, bueno… | Oh, okay … |
| MD | Que aquí lo dejamos, la dejamos la, la ida[I/I] y sea una opción será por segundo… la segunda vuelta; le tengo que dar algo, alguna otra opción | We left it here, we left the, the departure [U/I] and it could be an option it will be for the second … the second load; I have to give you something, another option. |
| GL | Va, está bueno, pues. | Okay, that's good. |
| MD | Ahorita [I/I], ya estamos listos ahí, para cuando quiera salir, | Right now [U/I], we are already ready there, for whenever you want to go out, |
| GL | Ah, bueno. | Oh, okay. |
| MD | salga; solo hay que [I/I]aclare un poquito. | you go out; you only have to [U/I] for it to clear up a little. |
| GL | *Okay*. ¿Está muy baja la niebla? | Okay. Is the fog very low? |
| MD | Sí, [I/I], no, pero yo tengo quien; puede venir usted. | Yes, [U/I], no, but I have somebody; you can come. |
| GL | Ujum. Hay que preguntar a [I/I] | Uh-huh. We have to ask [U/I] |
|    | [Voces entrecruzadas] | [Overlapping voices] |
| MD | [I/I]. | [U/I]. |
| GL | también, a ver cómo estaba, porque eso es lo más importante. | too, to see how it was, because that's the most important thing. |
| MD | Ajá, [I/I] otro, pues. | Uh-huh, [U/I] another one. |
| GL | Pregúntese allá, y pregúntese qué punto, ¿ah? | Ask over there, and ask which spot, huh? |
| MD | Bueno. Ah, [I/I]. | Okay. Oh, [U/I]. |
| GL | Ajá. | Uh-huh. |
| MD | Ahí, donde fue ayer. | There, where it was yesterday. |
| GL | ¿Al mismo? | The same one? |
| MD | Sí. | Yes. |
| GL | Va. Es que vi que habían cerquita de un pueblo, ¿ah? | Okay. I saw there were some close to a town, huh? |
| MD | Ah. | Oh. |
| GL | Ujum. Pero, bueno, [I/I], [I/I]. | Uh-huh. But, well, [U/I], [U/I]. |
| MD | [I/I]. | [U/I]. |
| GL | [I/I]. | [U/I]. |
| MD | Ah, pero de todos modos es lo mismo. [Ríe] | Oh, but it's the same thing anyway. [Laughs] |
| GL | Me imagino, va. | I imagine so, okay. |
| MD | [I/I]. | [U/I]. |
| GL | Bueno, *okay*, pues[I/I] entonces[I/I]. | Good, okay, [U/I] then [U/I]. |

2

| MD | [I/I]yo creo que en media hora estamos listos, ¿ah? | [U/I] I think that in half an hour we'll be ready, huh? |
| --- | --- | --- |
| GL | Sí. Usted me avisa, yo, yo salgo. | Yes. You let me know, I'll, I'll come out. |
| MD | Sí, sí. | Yes, yes. |
| GL | Va, pues, ahí [I/I]. | Okay, then, [U/I] there. |
|  | [Ruido indistinguible] | [Indistinct noise] |
|  | [Fin de grabación] | [End of recording] |