GX 100

| | NICKNAMES | ROUTE PN | JAIRO (IN LAW) | HELICOPTERS | GUNS/GUARDS | CB SUPPLIERS | MX CARTELS | CACHIROS | LORENZANAS | PENA WAR |
|---|---|---|---|---|---|---|---|---|---|---|
| W. BENITEZ | X | X | X | X | X | X | X | X | | X |
| R. CARRION | | X | X | | | X | X | X | | |
| G. LOZANO | X | X | X | X | X | X | X | X | X | X |
| O. PULGARIN | X | X | | X | X | | X | | | X |
| A. RODRIGUEZ | X | X | | X | X | X | X | X | | X |
| W. MONTEJO | X | X | X | X | | X | X | X | X | |