TRULINCS

---

FROM:
TO:
SUBJECT: RE: oyyy
DATE: 01/08/2018 10:36:20 PM

Todo masiso por aquí viejo ahi estan los culos viejo tengo algo que decirle hoy me llamo chelo y me dijo que le diera una razón parece que por acá salio algo nuevo acá donde se dieron cuenta que parece que usted quiere declarar en contra del compa nepta acá todos saben igual que el yuri, marcelo dice que por favor no vaya a declar en contra de el porque el es de la familia y lo quiere como hermano y que eso no solo lo sabe el si no que todos los demás la gente de ese man y que usted tiene que ser consiente que usted a ese man nunca lo conoció y que no puede levantar falsos sobre el parece que el abogado de el les dio esa información, que hable de todos los demás si quiere de Bayron de todos esos manes pero que deje ese man Trankilo porque esos indios que ese man tiene acá son bravos y que parece que aya al compa le están preguntando por usted y el otro man y el les dice que ni por cerca los conoce que el la única vez que lo vio fue en la prensa cuando lo detuvieron de ahi nada mas dice pero que le preguntan que porque no los conoce si ellos quieren declarar en contra de el osea ustedes me entiende dice el primo que no lo vaya tomar como amenaza ni advertencia si no que el esta tratando de ayudarle pero si habla de ése man no va poder ayudarle, espero que no diga nada de ese man Porque acuerdese que acá estamos nosotros viejo su familia me entiende hay que tener eso en mente ahora con eso yo no me estoy moviendo de aquí yo aquí estaré cuidando de su familia porque yo se que estando yo aquí todo va estar bien o por lo menos me estaré dando cuenta de todo ok, y no quiero que vaya pensar mal de mi en la forma que se le dije la razón si no que yo solo estoy cumpliendo en decírsela tal como me la dieron Porque tengo que ayudarle también ok.

on 07/01/2018 03:20:43 p. m. wrote
k pedo compañero como va todo por hay k hase de bueno pues k disen los culos como sigue el tiempo alla