```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                       CASE NO. 15-CR-20540-KMM
 3
     UNITED STATES OF AMERICA,
 4                                     Miami, Florida
                 Plaintiff(s),
 5                                     January 9, 2017
             vs.
 6
     SERGIO NEFTALI MEJIA-DUARTE,
 7                                     Volume 03
                 Defendant(s).         Pages 168 - 370
 8   -----------------------------------------------------------

 9                          JURY TRIAL
                BEFORE THE HONORABLE K. MICHAEL MOORE
10                 UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   FOR THE PLAINTIFF(S):  WALTER M. NORKIN, AUSA
                            United States Attorney's Office
13                          99 NE 4th Street
                            Miami, Florida 33132
14                          (305)961-9406
                            walter.norkin@usdoj.gov
15
                            JOSEPH M. SCHUSTER, AUSA
16                          United States Attorney's Office
                            99 NE 4th Street
17                          Miami, Florida 33132
                            (305)961-9336
18                          joseph.schuster@usdoj.gov

19

20

21

22

23

24

25
```

APPEARANCES: (Continued)


FOR THE DEFENDANT(S):     LOUIS CASUSO, ESQ.
                         Law Offices of Louis Casuso
                         14 NE 1st Avenue
                         Suite 702
                         Miami, Florida 33132
                         (305)374-1500
                         lclouielaw@aol.com

                         ERIC CECILIO PADRON, ESQ.
                         Eric C. Padron, P.A.
                         1900 Coral Way
                         Suite 202
                         Miami, Florida 33145
                         (305)461-0095
                         ecp@ecpadronlaw.com


REPORTED BY:             Jill M. Felicetti, RPR, CRR, CSR
                         Official Court Reporter
                         400 N. Miami Avenue, Suite 08S27
                         Miami, Florida 33128
                         jill_felicetti@flsd.uscourts.gov

```
 1                       INDEX OF EXAMINATION

 2    Examination of:                           Page

 3    OSCAR DAVID PULGARIN-GANAN

 4    Direct          By Mr. Schuster           174

 5    Cross           By Mr. Casuso             185

 6    Redirect        By Mr. Schuster           194

 7
      ADOLFO RODRIQUEZ BARRIENTOS
 8
      Direct          By Mr. Schuster           199
 9
      Cross           By Mr. Casuso             241
10
      Redirect        By Mr. Schuster           254
11
12    JOSE LOPEZ

13    Direct          By Mr. Norkin             264

14    Cross           By Mr. Casuso             271

15    Redirect        By Mr. Norkin             273

16
17    WALTER MONTEJO MERIDA

18    Direct          By Mr. Schuster           275

19    Cross           By Mr. Casuso             288

20    Redirect        By Mr. Schuster           294

21
22    JUSTIN MILLER

23    Direct          By Mr. Norkin             297

24
25
```

```
 1                        GOVERNMENT EXHIBITS

 2     Exhibit No.                              Received

 3     3500 ARB-13                              255

 4      7B                                      266

 5     2 - 5                                    268

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (Case called: Juror No. 4 enters courtroom.)

2          THE COURT:  So, Ms. Rojas, good morning.  I understand

3     that there was some confusion about the residence and that you

4     are actually a resident now of Broward County.

5          THE JUROR:  Yes.

6          THE COURT:  So I have talked to the lawyers about it

7     and we think it's probably safer to excuse you and proceed with

8     one of the alternate jurors.  Okay?  I do appreciate your

9     willingness to serve.  These things do happen from time to

10    time.  It's nobody's fault.

11         So I would ask you to return to the jury assembly room

12    and just explain to them what happened and they will give you

13    instructions as to when and whether you need to report for jury

14    service in a Broward County case.

15         Okay.  Have a good day.

16         THE JUROR:  You too.

17         (Juror No. 4 exits courtroom.)

18         (Thereupon, the jury entered the courtroom.)

19         THE COURT:  Good morning.  We had to let Ms. Ramos go

20    because we learned that there was a problem, that she was

21    really a resident of Broward County.  She had moved residences.

22    We select our juries by divisions for Monroe, Miami-Dade,

23    Broward, Fort Pierce.  She originally said she had lived in

24    Miami, which is why she got on the Miami jury pool.

25         She moved in the meantime and now she lives in Broward

Pulgarin—Ganan — direct

1    County.  So we went ahead and excused her.  That's why

2    Ms. Izaguirre is in her place.  We have a box seat in the

3    bleachers, but we are waiting on the witness.  So we are

4    bringing the witness over from confinement.  Bear with us.

5     OSCAR DAVID PULGARIN-GANAN, resumed

6              THE COURT:  You are still under oath.

7              Have a seat.

8                        DIRECT EXAMINATION (Cont'd)

9    BY MR. SCHUSTER:

10   Q.  Good morning.

11   A.  Good morning.

12   Q.  When we finished for the day yesterday, we were talking

13   about how you worked with the defendant through his

14   representatives until 2013.

15              Do you remember that?

16   A.  Yes, sir.

17   Q.  And one of the representatives you mentioned was a man

18   named Bolantillo.

19              Do you remember that?

20   A.  Correct.

21   Q.  In 2012 you weren't personally meeting with the defendant

22   anymore, is that right?

23   A.  Yes, sir.

24   Q.  Were you meeting with Bolantillo?

25   A.  Yes, sir.

Pulgarin-Ganan - direct

1    Q.  Was Bolantillo still taking instruction from the defendant?

2           MR. CASUSO:  Objection, your Honor.

3           THE COURT:  Overruled.

4    A.  Yes, sir, until 2013.

5    BY MR. SCHUSTER:

6    Q.  How do you know that?

7    A.  The last time that I met with Bolantillo was in 2013 in San

8    Pedro Sula, in Honduras.  Always whenever we went to deliver

9    the merchandise, he would always receive messages or calls

10   since from the very beginning we had knowledge of who was his

11   boss.  From the very beginning until the end, we always knew

12   that if he was backed up by Neftali, we would automatically

13   deliver the merchandise to him.

14   Q.  Sir, let me stop you.  When you say "him," who do you mean?

15   A.  Bolantillo.  Bolantillo and Neftali.

16   Q.  I am sorry.  I cut you off, sir.

17          MR. CASUSO:  Judge, I am going to object.  It's

18   nonresponsive to the question what he answered.

19          THE COURT:  What's the question?

20          MR. SCHUSTER:  Your Honor, the question was how did he

21   know that Bolantillo was working for Neftali in 2013, and he is

22   explaining his knowledge base.

23          THE COURT:  Do you understand the question?

24          THE WITNESS:  Yes, sir.

25          THE COURT:  Go ahead and respond.

1   A.   As I was saying previously, I was indicating that from the

2   very beginning when we started working with Bolantillo, we had

3   knowledge that whenever we spoke to him or we met personally

4   with him, we always knew that he was backed by Neftali.

5   BY MR. SCHUSTER:

6   Q.   Now looking specifically at your last meeting with

7   Bolantillo in 2013, did you see anything that he did that

8   indicated that he was receiving instruction from Neftali?

9   A.   I never asked him whether he was continuing working for him

10  because, like I said before, from the very beginning to the end

11  we always had knowledge that he was.  We never became aware

12  that he had broken away from Neftali.

13  Q.   And during your last meeting with Bolantillo in 2013 in San

14  Pedro Sula, did you see or hear anything that confirmed your

15  understanding that Bolantillo was still working directly for

16  Neftali?

17  A.   Whenever there was a demand for money in Guatemala, I would

18  ask him when he was going to deliver and that's when he would

19  start making calls.

20  Q.   When you say "he," do you mean Bolantillo?

21  A.   Yes, Bolantillo.

22  Q.   Who was he making those calls to?

23  A.   And whenever we required the money -- and I say this once

24  again -- I never knew or met any other individual that

25  Bolantillo would be working with aside from Neftali.

1    Q.  And did you see in 2013 Bolantillo make a call in front of

2    you, in your last meeting?

3    A.  Yes, of course.  Certainly.

4    Q.  And who was Bolantillo talking to?

5    A.  The first call was with a Colombian whose name is Osvaldo

6    Barrera.  He was the one who had the knowledge regarding the

7    delivery of the money.

8           And the second one was like I have been saying here,

9    he had no other second or another boss aside from Neftali.

10   Q.  So you saw Bolantillo make a call to Neftali in 2013 at

11   this meeting?

12   A.  Yes.  That is so.  As always, yes.

13   Q.  And what were they talking about when you saw him make this

14   call?

15   A.  About the delivery of the goods, the merchandise, in

16   Honduras.  Regarding the delivery of the drugs, the cocaine.

17   Q.  Now, sir, between when you first met Neftali in 2005 or

18   2006 and through 2013, approximately, how much cocaine did you

19   transport with him?

20   A.  I would say more or less, approximately, 25 tons.

21   Q.  And, sir, how much money during that same time period was

22   involved in these transactions, approximately?

23   A.  About $200 million.

24   Q.  Sir, did Bolantillo ever show you any BBM, BlackBerry

25   messages, between him and Neftali?

Pulgarin-Ganan - direct

1    A.   Like I have said, I never had to mistrust because from the

2    very beginning it always was with Neftali.  I did not have to

3    confirm anything because they always paid up.

4    Q.   Sir, now I'd like to ask you some questions about your

5    cooperation agreement, your plea agreement.

6    A.   Okay.

7    Q.   When you pled guilty to your crime, did you sign a plea

8    agreement?

9    A.   Yes, sir.

10   Q.   And what were your understandings of your obligations under

11   that plea agreement?

12   A.   Yes, sir.

13   Q.   What did you understand you were supposed to do?

14   A.   Tell the truth, only the truth.

15   Q.   Were you also required to meet with agents and prosecutors

16   when asked?

17   A.   Yes, sir.

18   Q.   Were you required to testify when asked?

19   A.   Yes, sir.

20   Q.   And you mentioned obligation to be truthful.  Is that what

21   you understand as well?

22   A.   Yes, sir.

23   Q.   What is your obligations of the government -- what is your

24   understanding of the government's obligations under that plea

25   agreement?

Pulgarin-Ganan - direct

1   A.  Can you repeat that question, please?

2   Q.  Yes, sir.

3          What do you understand to be the government's

4   obligation under your plea agreement?  What does the government

5   have to do?

6   A.  In this case the prosecutor would submit a motion to the

7   judge.

8   Q.  And what does that motion ask for?

9   A.  Well, the motion would be because each party has things

10  that they have to do and they have to comply with.

11  Q.  If you meet your obligations under the plea agreement, what

12  would the government be required to do in that motion?  Would

13  it be to ask for reduction in your sentence?

14  A.  Yes, sir.

15  Q.  And who makes the ultimate decision if your sentence is

16  reduced?

17  A.  The judge.

18  Q.  Mr. Pulgarin, I'd like to ask you some questions about

19  other drug traffickers who worked with the defendant's

20  organization.  Do you know --

21  A.  Okay.

22  Q.  Do you know a man named Warner?

23  A.  Yes, sir.

24  Q.  Who is Warner?

25  A.  He is also known by the nickname of Toro Cacun.

Pulgarin-Ganan – direct

1  Q.  And did you work with him?

2  A.  Yes, sir.

3  Q.  And what was his role in the organization?

4  A.  I'd like to begin from the very beginning.

5      Both of us, we were employees.  I was a worker for

6  Manuel Mosquera and alias Cacun or also known as Toro.  He was

7  an employee for Jose Perez.

8  Q.  Okay.  And what did Toro do?

9  A.  Well, Toro had the ability to dispatch as well as to

10  deliver and sale and to open up the circle, the market, in

11  Central America for narcotrafficking.

12  Q.  And, sir, do you know whether Toro worked with Neftali?

13  A.  Of course, yes.

14  Q.  And do you know how they worked together?

15  A.  Yes, of course.  It was through Jose Perez.  Jose Perez and

16  Neftali, they would call each other compadres.  And after that

17  Jose Perez would send Cacun to reside directly in Honduras and

18  to be aware of all of the delivery of the drug.

19  Q.  And I am sorry, sir.  Who is receiving those drugs coming

20  from Colombia?

21  A.  From the very beginning, as I said, the dispatch was done

22  and receiving was Cacun.

23  Q.  Was Cacun working with Neftali at that time?

24  A.  Since then and always.  Jose Perez was always connected to

25  Neftali.

Pulgarin-Ganan - direct

1   Q.  And was this in Honduras?

2   A.  Colombia, Panama, and all throughout Central America.

3   Q.  Sir, you have mentioned Manuel Mosquera.  Do you know a

4   Victor Mosquera?

5   A.  Yes, sir.  Let me explain to you what the family circle

6   was.

7        Jose Perez is the brother-in-law of Manuel Mosquera

8   and the uncle of Victor Mosquera.  Manuel Mosquera was my

9   former boss.  All of them are related.  Walter Viera -- I

10  mentioned him yesterday -- and he is the nephew and cousin of

11  Victor Mosquera.

12  Q.  Did Victor Mosquera have a role in drug trafficking?

13  A.  Of course.  After his father was no longer present, Victor

14  then was in charge of all of that narcotrafficking circle.

15  Q.  And, sir, do you know a man by the name of Jairo?

16  A.  Jairo.  Jairo.  By that name, no.

17  Q.  How about someone by the nickname of El Gato?

18  A.  No, sir.

19  Q.  How about Los Cachiros?

20  A.  Los Cachiros, they were well-known and mentioned in

21  Honduras, but my participation or my role with them was not

22  directly, no.

23  Q.  Sir, we spoke yesterday about the defendant's bodyguards.

24        Do you remember that?

25  A.  Yes, sir.

Pulgarin-Ganan - direct

1    Q.  You mentioned a particular body guard named Kevin.

2    A.  Yes, sir, a Colombian.

3    Q.  Why did Kevin go to work for Neftali?

4    A.  It was all directly to do the hitman or the enforcer work.

5    Q.  What was the enforcer work related to?

6    A.  To kill people or to collect the money.

7    Q.  Was Neftali in a dispute with anyone at the time when Kevin

8    went to work for him?

9    A.  The only thing I became aware of regarding, Neftali heard

10   from Jose Perez's own words, was his enemy who was Jose Pena.

11   Q.  Who was Jose Pena?

12   A.  Jose Pena was another drug trafficker from Honduras.

13   Q.  Did Neftali and Jose Pena have a dispute?

14           MR. CASUSO:  Objection, Judge.  Calls for hearsay.

15           THE COURT:  Overruled.

16   A.  Yes, sir.

17   BY MR. SCHUSTER:

18   Q.  What was that dispute about?

19   A.  From what I understand, this dispute began regarding Jose

20   Perez's girlfriend was killed by Jose Pena.

21   Q.  Do you know why?

22   A.  Only when -- Jose Pena, who was a worker for Manuel

23   Mosquera in Honduras, that's when Neftali and Jose Perez got

24   together, both of them, because at that time he was the enemy

25   for both of them.

Pulgarin-Ganan - direct

```
 1    Q.  When you say "he," you mean Jose Pena was the enemy to
 2    Neftali and Jose Perez?
 3    A.  That's correct.  Yes, sir.
 4    Q.  And did they have -- their dispute over this, did that turn
 5    into violent battles?
 6          MR. CASUSO:  Objection.  There is no foundation for
 7    any of this.
 8          MR. SCHUSTER:  May I, your Honor?
 9          THE COURT:  Go ahead.
10    BY MR. SCHUSTER:
11    Q.  Sir, you said you worked with Jose Perez.  I am sorry.
12    Yes.  You worked with Jose Perez?
13    A.  Yes, sir.
14    Q.  And that was in drug trafficking?
15    A.  Drug trafficking, yes.  Correct.
16    Q.  Did Jose Perez and Neftali's dispute with Jose Pena have to
17    do with the narcotrafficking that you were involved with?
18    A.  Certainly, yes.
19          Let me clarify.  At the time that I get to Honduras,
20    that was around 2005, 2006.  Jose Perez and Neftali at that
21    time were big bosses.  And at the time of Jose Pena, that would
22    be before 2005, that was affronted by Jose Perez being an
23    employee of Manuel Mosquera.  That narcotrafficking were
24    between Jose Perez and Neftali and Jose Pena.  Why do I say
25    this?  Because I was always in Colombia with Jose Perez and
```

Pulgarin-Ganan - cross

1  Manuel Mosquera.

2  Q.  So were you directly involved in discussions about this

3  war?

4  A.  Always, because I was almost like family with Manuel

5  Mosquera because I was the employee, his right hand, and I was

6  from the Mosquera family.

7  Q.  Generally what happened in the war between Jose Perez and

8  Neftali and Jose Pena?

9  A.  Jose Pena died.

10 Q.  And how did he die?

11 A.  In El Salvador.

12 Q.  Was he killed?

13 A.  Yes, sir.

14 Q.  And was that as part of his war with Neftali and Jose

15 Perez?

16 A.  I understood this from Jose Perez, who told me that they

17 had already gotten rid of this load off their back because his

18 compadre -- in other words, Neftali -- was going to be now at

19 ease.

20         MR. SCHUSTER:  Your Honor, may I have a moment?

21         THE COURT:  All right.

22         MR. SCHUSTER:  Nothing further.

23         THE COURT:  Cross.

24

25

Pulgarin-Ganan - cross

1                        CROSS-EXAMINATION

2    BY MR. CASUSO:

3    Q.  Hello, Mr. Pulgarin-Ganan.

4            All these things are things you heard in what, 2005?

5    A.  Yes, sir.

6    Q.  Twelve years ago, right?

7    A.  We are talking about 2004, 2005?

8    Q.  Yes, sir.

9            How many years ago was that, sir, from today?

10   A.  About the topic, or what do you mean?

11   Q.  How many years ago, sir, was that from today?  We are in

12   2018.

13   A.  Well, I would say approximately 14 -- 17, 18 years.

14   Q.  Eighteen years ago, right?

15   A.  Yes, sir.  Yes, sir.

16   Q.  So you start working.  How old were you when you started

17   working in the drug business, sir?

18   A.  We are talking about 2004.  In 2004, I was about 18 years

19   old.

20   Q.  And you say you started dealing and you dealt with the

21   defendant here, Neftali, throughout a number of years, right?

22   A.  Yes.  Correct.

23   Q.  And you say that at the time that you did that you dealt

24   with a guy named Bolantillo, right?

25   A.  Yes.  Correct, sir.

1   Q.  And to your knowledge, Bolantillo was a guy working for

2   him, for Neftali?

3   A.  Yes, and he proved that to me.

4   Q.  Who proved that to you, sir?

5   A.  Bolantillo.

6   Q.  Bolantillo proved that to you?

7   A.  Yes, sir.

8   Q.  By doing what, sir?

9   A.  Number one, talking on the phone and, number two,

10  personally directly with Neftali.

11  Q.  So that happened throughout the years until -- you said on

12  your direct examination yesterday that the last time you saw

13  Neftali in person was 2009 in Guatemala, correct?

14  A.  Correct.  Yes, sir.

15  Q.  And you said you saw him in a hotel?

16  A.  Correct, sir.

17  Q.  After that, after 2009, did you ever see this man in person

18  again ever?

19  A.  No, sir.

20  Q.  Did you ever speak to him on the phone?  Yes or no, sir.

21  Yes or no.

22          MR. NORKIN:  Objection.  If the witness may be allowed

23  to answer.

24          THE COURT:  Just calls for a yes-or-no answer.

25  A.  Can you please repeat that?

Pulgarin-Ganan - cross

BY MR. CASUSO:

Q.  You don't remember what I just asked you?

A.  I get confused when there is a lot of talking.

Q.  Sir, did you after 2009, did you ever speak to this man Neftali on the phone?  Yes or no.

A.  No, sir.

Q.  Isn't it true, sir, after 2009, specifically 2013 and 2012, you dealt strictly with Bolantillo and a guy named Chele?

A.  Yes, sir.  They are workers, employees of Neftali.

Q.  I know you want to say that, but you never spoke to Neftali on the phone, sir, after 2009, right?

A.  I am answering your question.

Q.  I know you are answering my question.  Is that what you are here for?

            MR. NORKIN:  Objection.

            MR. SCHUSTER:  Argumentative and badgering the witness.

            THE COURT:  Overruled.

BY MR. CASUSO:

Q.  Let me ask you this:  Is this what the prosecutor asked you that he wanted you to say, that you dealt with Bolantillo on behalf of this man after 2012?

A.  No, sir.  I am tell you here what is the truth.

Q.  Sir, we expect you to tell the truth.  You took an oath to tell the truth, right?  Didn't you?

Pulgarin-Ganan - cross

1    A.  Yes.  Sir, of course, and I am calm.

2    Q.  Well, let me ask you something, sir.  Do you remember being

3    sentenced in Fort Lauderdale by a judge?

4    A.  Yes, sir.

5    Q.  You remember a judge Dimitrouleas?  Remember that?

6    A.  Yes, sir.

7    Q.  Do you remember that you misrepresented yourself to the

8    judge trying to get a better deal than the sentence you got?

9    A.  No, sir.

10   Q.  Do you remember who your prosecutor was at the time, sir?

11   A.  Yes, sir.

12   Q.  What was your prosecutor's name?

13   A.  Michael Nadler.

14   Q.  Didn't Mr. Nadler tell you that he wanted nothing to do

15   with you because you are lying?  Remember that?

16   A.  No, sir.

17   Q.  Do you remember being sent directly after sentencing almost

18   directly to prison?

19   A.  Can you repeat that?

20   Q.  Yes, sir.  Gladly.

21          Do you remember after you were sentenced almost

22   immediately you were sent off to prison?  Remember that?

23   A.  Yes, of course.

24   Q.  Now let me ask you this, sir.  Let me start again here.

25          2012 and 2013, you said on direct examination that you

Pulgarin-Ganan - cross

 1   dealt with this guy named Chele.   Remember that?

 2   A.   With Bolantillo, Chele and Bolantillo.

 3   Q.   So you did deal with a guy named Chele?

 4   A.   That is correct, sir.

 5   Q.   Sir, do you have a problem answering the questions directly

 6   that are asked of you?

 7           MR. SCHUSTER:   Objection, your Honor.   Argumentative.

 8           THE COURT:   Overruled.

 9   A.   No, sir.

10   BY MR. CASUSO:

11   Q.   Let me ask you again.   So you did deal with a person named

12   Chele, right, after 2012?

13   A.   With Chele directly, yes, sir, until 2012, and it wasn't

14   until 2013 that I dealt with both of them.

15   Q.   Okay.   "Both of them" being Chele and Bolantillo, right?

16   A.   Correct.

17   Q.   Now you said that when you knew Mr. Bolantillo he was

18   working for Neftali, right?

19   A.   Yes, sir.

20   Q.   All the years past, right?

21   A.   Yes, sir.

22   Q.   Now this person Chele, who was that?

23   A.   El Chele was first cousin of Neftali's wife.

24   Q.   So he was related by marriage to Neftali, right?

25   A.   By marriage, because of the family.

Pulgarin-Ganan - cross

1    Q.  Right.  He was family, right?

2    A.  Yes, sir.

3    Q.  And then did you deal -- did you deal with Mr. Chele face

4    to face in 2012, 2013?

5    A.  I always had knowledge with Chele in Colombia, about him.

6    Q.  I am not asking you that.  I am not asking you about

7    knowledge.  My question to you --

8    A.  I am answering directly.

9    Q.  Let me repeat it for you.  Okay?

10          Did you deal with Mr. Chele face to face in 2013,

11   2012?  Face to face.

12   A.  I always said personally.  On one of occasion in Medellin

13   was when I saw El Chele.

14   Q.  When was that?

15   A.  That was in 2013.

16   Q.  When you saw Chele there, did you see Neftali?

17   A.  No, sir.

18   Q.  Let's talk about Mr. Bolantillo.  Okay?  2012, 2013, did

19   you deal with Mr. Bolantillo face to face?

20   A.  2013 was the last meeting with him in person, a personal

21   one.

22   Q.  Where was that?

23   A.  In San Pedro Sula, sir.

24   Q.  San Pedro Sula is a city in Honduras, right?

25   A.  Correct.

Pulgarin-Ganan - cross

1  Q.  And when you saw Mr. Bolantillo in San Pedro Sula, did you

2  see Neftali with him?

3  A.  No, sir.

4  Q.  What was the occasion for seeing Bolantillo in 2013 in San

5  Pedro?

6  A.  To receive some merchandise that was on its way to

7  Guatemala.

8  Q.  And you said that there was a payment made?

9  A.  Many payments.

10  Q.  To you?

11  A.  Yes, to us.

12  Q.  No.  To you.  Who was "us?"

13  A.  I say us because of the ones that received that were two

14  individuals.  This is why I say this.

15  Q.  Let's talk about you.  Did you receive payment?

16  A.  Yes, sir.

17  Q.  What would you do with the money?

18  A.  In what regard?  In drug trafficking?  Or what are we

19  talking about?

20  Q.  You don't know what we are talking about here, sir?

21  A.  The question can be in two ways.  The first one, the money

22  that is being handed over to me or are we talking about the

23  money for the purchase of the merchandise?

24  Q.  The money that you are being paid, sir.

25  A.  Okay.  Correct.

Pulgarin-Ganan – cross

1    Q.  Do you want to answer my question?

2              MR. SCHUSTER:  Objection.  Argumentative, your Honor.

3              THE COURT:  Overruled.

4    A.  What I did with the money as soon as I made it, the first

5    thing I did was buy properties.

6    BY MR. CASUSO:

7    Q.  Okay, sir.  Let me ask you.  You are over there.  You are

8    saying that, you told us here that you got paid many, many

9    payments.  You said you got a lot of money, you received a lot

10   of money.  When you received the money, what did you physically

11   do with it, sir?

12   A.  Correct.  The properties, as I repeat, I purchased

13   properties.

14   Q.  Did you put the money in your wallet, did you put it in the

15   bank, did you hide it somewhere?  What did you do with it?

16   A.  I bought properties, as I said, and I also invested in

17   trafficking, in drug trafficking.

18   Q.  So I assume when you got paid this money, it was in cash?

19   A.  It was always in cash.

20   Q.  So you took the money, you get paid the money, and you took

21   a bunch of cash and you went and you bought a building; is that

22   what you did?

23   A.  Several properties.

24   Q.  So what was the first property?  After you got paid this

25   cash, where did you go?  What building did you buy?

Pulgarin-Ganan - cross

1    A.  An apartment, sir.  A penthouse.

2    Q.  Where?

3    A.  Medellin, Colombia.

4    Q.  What happened to that?

5    A.  In Colombia, before I turned myself in, the Colombian

6    government, they extrapolated all the properties there.  The

7    figure is called the Extension of the Minium, when they take

8    over.

9    Q.  So the Colombian government --

10   A.  It's as a forfeiture.

11   Q.  So the Colombian government took your property?

12   A.  Correct, sir.

13   Q.  So you have got nothing left?

14   A.  No, sir.

15   Q.  And the prosecutor asked you if, when you were dealing with

16   Mr. Bolantillo, if he showed you like something with a BBM.

17   Remember that?

18   A.  Correct, sir.

19   Q.  And did you do that?

20   A.  Did what, sir?  To see him talking over the phone or

21   writing?

22   Q.  When you were talking to Mr. Bolantillo, okay, did he ever

23   take the phone and put Neftali on the phone to you, sir?

24   A.  No, I didn't take it at all, sir.

25   Q.  So basically you are saying you are dealing with

Pulgarin-Ganan - cross

1   Mr. Bolantillo and because you have dealt with Neftali in the

2   past, you assume that what you were doing with Bolantillo had

3   something to do with Neftali, right?

4   A.  It was always done like that since the beginning, sir.

5   Q.  That was since the beginning, but at 2012, 2013 you assumed

6   that you were dealing with Neftali?  Yes or no, sir.

7   A.  Yes.

8   Q.  Now this business with this man named Kevin, when did that

9   happen?  What year was that?

10  A.  It was between the years 2006, 2007.

11        MR. CASUSO:  That's all I have.

12        THE COURT:  Redirect.

13                   REDIRECT EXAMINATION

14  BY MR. SCHUSTER:

15  Q.  Mr. Pulgarin-Ganan, in your meetings with the government

16  and agents, were you ever told what to say?

17  A.  No, sir.

18  Q.  What is your understanding of what happens if you don't

19  tell the truth on the stand?

20  A.  More years in prison.

21  Q.  Can you also face other charges?

22  A.  Yes, sir.

23  Q.  Sir, do you know the first time you mentioned Neftali to

24  investigators?

25  A.  Yes, sir.

Pulgarin-Ganan - cross

1    Q.  And when was that?

2    A.  2015.  It was in September, one month after I turned myself

3    in.

4    Q.  So you weren't arrested in this case?  I am sorry.  You

5    turned yourself in in this case?

6    A.  Yes, sir.

7    Q.  When was that?

8    A.  It was August 6, 2015.

9    Q.  And then very shortly after that you told investigators

10   about the defendant?

11   A.  In August I turned myself in, as I repeat, and in

12   September I spoke about everything that had to do with Neftali.

13   Q.  That's over a couple years ago, right?

14   A.  That is correct, sir.

15   Q.  And you were asked about being sent directly to jail after

16   you were sentenced during cross-examination.

17        Do you remember that?

18   A.  Can you repeat, please?

19   Q.  Yes.

20        During cross-examination the defense lawyer asked you

21   if you were sent directly to prison after you were sentenced.

22   Do you remember that?

23   A.  In November I pled guilty.  And in March it was when I was

24   sentenced.  And I was sent to prison at the end of April.

25   Q.  Were you in jail throughout that entire time?

Pulgarin-Ganan - cross

1    A.  Correct, sir.

2    Q.  Now, sir, you were asked a number of questions on

3    cross-examination about your meetings with Bolantillo in 2013.

4            Do you remember that?

5    A.  Correct, sir.

6    Q.  And that meeting took place in San Pedro Sula, Honduras?

7    A.  Yes, sir.

8    Q.  And where in San Pedro Sula did you meet with Bolantillo?

9    A.  I don't really remember the name of the restaurant very

10   well.  I only know it was a fast food one.  It was in the

11   afternoon, 6:00 p.m.  We were there for about two hours

12   drinking Salvavidas beer.

13   Q.  And during cross-examination you were asked, on cross

14   examination you were asked if you assumed that Bolantillo was

15   working for Neftali still.

16           Do you remember that?

17   A.  Correct, sir.

18   Q.  And did you hear anything during your meeting in 2013 with

19   Bolantillo that confirmed that Bolantillo was working for

20   Neftali?

21   A.  That is what I wanted to explain to the attorney of

22   Mr. Neftali, that every time I spoke with Bolantillo it was not

23   that I was supposing that it was, it never changed in the way

24   it was when we talked about the drug trafficking business.

25   Q.  When you say when "we," is that you and Bolantillo?

Pulgarin-Ganan - cross

1   A.  Correct, sir.

2   Q.  And during your meeting with Bolantillo at the fast food

3   restaurant in 2013, did Bolantillo mention discussing this with

4   Neftali?

5           MR. CASUSO:  Objection, your Honor.  Leading.

6           THE COURT:  Overruled.

7   A.  As I say, the topics were always drug trafficking to

8   Honduras every time they got there, which was from one day to

9   the next, and then we did not touch upon any topics talking

10  about family or people that had arrived.

11          The only thing that was spoken about was, it was about

12  when the payment was going to be made and when it was going to

13  be received.  We were not interested on whether Neftali was

14  pleased, was happy.  That was not my affair.

15  BY MR. SCHUSTER:

16  Q.  And more specifically, during that meeting in 2013 how did

17  you know that the second phone call that Bolantillo made was to

18  Neftali?

19  A.  Because Bolantillo was a captain.  He knew a lot about

20  nautical issues.  He knows how to implement things, how to load

21  the merchandise.  But when money was spoken about, then is when

22  he started calling.

23  Q.  And who did he call?

24  A.  As I said, I always knew that Bolantillo's boss was

25  Neftali.  I never knew anybody else.  There was no other boss,

Pulgarin-Ganan – cross

1   or he didn't introduce himself as someone that was going to be

2   working on his own.  He never introduced himself to me as

3   someone that was going to be working on his own.

4   Q.  Bolantillo introduced you to Neftali, is that right?

5   A.  The first time it was like that, sir, through satellite

6   phone.

7          MR. SCHUSTER:  Your Honor, may I have a moment?

8          THE COURT:  All right.

9   BY MR. SCHUSTER:

10  Q.  Sir, just to be clear, were you in jail as soon as you

11  surrendered?  Did you go to jail?

12  A.  Can you repeat, please?

13  Q.  Yes.

14          When you surrendered to law enforcement, have you been

15  in jail since that time?

16  A.  Yes, sir.

17  Q.  And do you know the specific charges that the defendant is

18  facing today?

19  A.  No, sir.

20  Q.  And do you know the specific witnesses who testified or are

21  testifying in this trial?

22  A.  No, sir, not at all.

23          MR. SCHUSTER:  I have nothing further, your Honor.

24          THE COURT:  Thank you.  You may step down.

25          (Witness excused)

Rodriguez – direct

1          THE COURT:  Call your next witness.

2          MR. SCHUSTER:  The United States calls Adolfo

3    Rodriguez Barrientos.

4                    ADOLFO RODRIGUEZ BARRIENTOS,

5    having been first duly sworn on oath, was examined and

6    testified as follows:

7          THE DEPUTY CLERK:  State your full name for the

8    record.

9          THE WITNESS:  Adolfo Rodriguez, Barrientos.

10                    DIRECT EXAMINATION

11   BY MR. SCHUSTER:

12   Q.  Good morning, sir.

13   A.  Good morning.

14   Q.  I see that you are wearing a jumpsuit and handcuffs.

15          Are you currently in jail?

16   A.  Of course.

17   Q.  Have you pled guilty to something?

18   A.  Of course.

19   Q.  What did you plead guilty to?

20   A.  To drug trafficking.

21   Q.  That's fine.

22          Sir, what did you do that made you guilty of drug

23   trafficking?

24   A.  I worked in something that was forbidden, which was drug

25   trafficking.

Rodriguez - direct

1    Q.  Sir, what was your role in drug trafficking?

2    A.  To transport, pick up, and send cocaine and to receive it.

3    Q.  Did you also handle money that was involved in cocaine

4    transactions?

5    A.  Of course I did.

6    Q.  Where were you living during the time that you were

7    involved in drug trafficking?

8    A.  In Honduras and Pedro Sula.

9    Q.  Sir, do you see anyone in the courtroom here today who you

10    engaged in drug trafficking with?

11    A.  Of course I do.

12    Q.  To the best of your ability, could you please point to that

13    person and identify him by an article of clothing he is

14    wearing?

15    A.  He is sitting between two gentlemen there and he has a

16    white shirt and he is wearing a sweater.  I don't know whether

17    it is black, brown or blue because I cannot see very well.

18          MR. SCHUSTER:  Your Honor, please let the record

19    reflect that the witness has identified the defendant.

20          THE COURT:  The record so reflects.

21    BY MR. SCHUSTER:

22    Q.  What name or names did you know the defendant by?

23    A.  I knew him with three names.

24    Q.  What are those three names?

25    A.  Neftali, the Cunado, the brother-in-law, or the Compa, the

Rodriguez - direct

1   compadre.

2   Q.  And did you give the defendant any nicknames that you

3   referred to him by?

4   A.  Of course.

5   Q.  What was that nickname?

6   A.  El Doctor.  The doctor.

7   Q.  How did you come up with that nickname?

8   A.  Because the first time when I met him, Mr. Neftali was

9   always wearing white.  He had white shirt, white shorts, white

10  pants.  His black shades, he would wear them up on top of his

11  head.

12  Q.  When did you first meet Neftali?

13  A.  I met him around March, May, June, July, around mid-July,

14  around there.

15  Q.  Of what year, sir?

16  A.  2008.

17  Q.  Where did you meet Neftali?

18  A.  I met him through El Patron, the boss, Cesar Gustellum

19  Serrano.

20  Q.  Who is Cesar Gastellum Serrano?

21  A.  The boss of the organization where I worked and that

22  Neftali worked for that too.

23  Q.  Cesar Gastellum Serrano was your direct boss?

24  A.  Of course.

25  Q.  You said that Neftali worked with Cesar Gastellum also?

Rodriguez - direct

1   A.  He was partner of my boss.

2   Q.  And when you say "he," do you mean Neftali?

3   A.  Neftali.  Neftali.

4   Q.  And Cesar Gastellum, what was his role as the boss?  What

5   did he do?

6   A.  He would buy the cocaine with Neftali.  Neftali would buy

7   it in Panama and he was in charge of transporting it in go-fast

8   boat from Panama to Honduras.

9   Q.  Once it arrived in Honduras, what happened?

10  A.  The cocaine was transported to Guatemala and from Guatemala

11  to Mexico.

12  Q.  What happened when the cocaine arrived in Mexico?

13  A.  Supposedly it arrived here too, to the United States.

14  Q.  And Cesar Gastellum, what was his role?  Did he sell the

15  cocaine to anyone in Mexico?

16  A.  He had his distributors to whom he would sell it in Mexico.

17  Q.  And when you say "he," you mean Cesar Gastellum?

18  A.  To Cesar Gastellum.

19  Q.  And who were some of Cesar Gastellum's distributors in

20  Mexico?

21  A.  The Chapo Guzman, the Mayo Zambado.

22  Q.  And who are Chapo Guzman and Mayo Zambado?

23  A.  The biggest drug traffickers that exist in Mexico.

24  Q.  Cesar Gastellum worked directly with them?

25  A.  Of course.

Rodriguez – direct

1   Q.  Did you know Cesar Gastellum by any nicknames?

2   A.  What he did was he changed names.  Not nicknames.

3   Q.  Can you explain that?  Why did he change names?

4   A.  Well, because he saw so many people, he didn't want to give

5   out his name.  So let's say in one instance he would call

6   himself Don Oscar, Mr. Oscar.  The only nickname that he had,

7   it had been given to him by Neftali.

8   Q.  What was that nickname?

9   A.  He would call him Celia.

10  Q.  Sir, did you have any nicknames?

11  A.  Me, yes.

12  Q.  What nicknames?

13  A.  I am called the Cuache.

14  Q.  Do you also go by a different name?

15  A.  Of course.

16  Q.  What was that different name?

17  A.  Eduardo Sanchez Rodriguez.

18  Q.  Why did you go by that different name?

19  A.  Because in 2005 when I first arrived in Honduras with my

20  new boss, my first boss, he did, because I lived with him, he

21  fixed papers for him and me and he was the one that came up

22  with that name.

23  Q.  You spoke a little bit about your boss Cesar Gastellum's

24  role in drug trafficking.  When did Cesar Gastellum meet

25  Neftali?

Rodriguez - direct

1   A.  Can you repeat?

2   Q.  Yes.

3        When did Cesar Gastellum meet Neftali?

4   A.  He met him before I did.

5   Q.  Had Cesar Gastellum been working with Neftali before you

6   met Neftali?

7   A.  I don't know because I met him when we worked.  Before that

8   I don't know.

9   Q.  When you say "him," you mean Neftali?

10  A.  Neftali.

11       Excuse me.  If I say him or you, I don't like to say

12  names because the truth is --

13  Q.  Well, sir, if you could try for purposes here to say names

14  so that everyone will know who you are talking about.

15  A.  Okay.

16  Q.  Thank you, sir.

17       Now, focusing on your first meeting with Neftali in

18  2008, had you heard Cesar Gastellum talk about Neftali before

19  you met him face to face?

20  A.  Of course.

21  Q.  What did your boss talk about Neftali?

22  A.  About drug trafficking.

23  Q.  Had you seen Neftali before you spoke to him?

24  A.  That was the first time.

25  Q.  When you met him in 2008, what was the meeting about?

Rodriguez - direct

1    A.  That the boss introduced me to him because supposedly we

2    were going to work with him so he had to, Neftali had to meet

3    me, because supposedly at that time I was going to be the

4    right-hand person of Cesar Gastellum Serrano.

5    Q.  Well, sir, were you the right-hand man of Cesar Gastellum?

6    A.  At that time, yes, until the brother came.

7    Q.  During your meeting with Neftali, was Cesar Gastellum

8    present?

9    A.  The three of us were there.  There was Neftali, Cesar

10   Gastellum, and myself.

11   Q.  Did Neftali have anyone else with him at the time?

12   A.  At that time when we had the first meeting, when we were in

13   one of his cars -- that was where I met him -- yes, present

14   there was one of his bodyguards.

15   Q.  During this meeting, did you discuss making any shipments

16   of cocaine?

17   A.  Of course.

18   Q.  What did you discuss?

19   A.  That day we talked about Mr. Neftali, that he was going to

20   have a shipment of 1,200 kilos.

21   Q.  Where was that shipment coming from?

22   A.  That cocaine, supposedly it was his, that he was bringing

23   it from Panama.

24   Q.  And where was the cocaine going to be brought to?

25   A.  That cocaine was going to come to San Pedro Sula.

Rodriguez - direct

1   Q.  Did this transaction take place?

2   A.  How is that?

3   Q.  Did it happen?  Was 1200 kilos of cocaine delivered from

4   Panama?

5   A.  That was the first time when I did work together and I had

6   the honor of working with Mr. Neftali in a property of his that

7   he had and we went to pick up the 1200 kilos.

8   Q.  And where was this property that belonged to Neftali?

9   A.  It was about an hour 45 minutes away from a place known as

10  Ceiba.  It could be a little more or a little less because I

11  was not familiar with that side.

12  Q.  And when you say "we," who did you go to that property

13  with?

14  A.  I was going with Cesar Gastellum Serrano.  And when we

15  arrived at the property, Mr. Neftali was already there.  He

16  sent a guy to pick us up to take us to the ranch.

17  Q.  When you say "he," do you mean Neftali?

18  A.  To him, to Neftali.

19  Q.  What happened when you arrived at the ranch with Cesar

20  Gastellum and you met Neftali there?

21  A.  Well, we started talking in the dark.  Neftali would tell

22  Cesar, say, Celia, this is going to be good, we are going to do

23  another one.  But the thing is, I really wasn't very trustful

24  at that time of him, of Neftali, or my boss.  My boss would

25  tell me, Mr. Eduardo, Don Eduardo, come over here, get closer.

Rodriguez - direct

1    The thing is that you don't feel that comfortable when you just
2    meet a person.  That was the second time I got to see him.
3    Q.  So that was only the second time you had seen Neftali in
4    person?
5    A.  Exactly.
6    Q.  Was the cocaine at Neftali's ranch when you arrived there
7    in the dark?
8    A.  It got there shortly thereafter.
9    Q.  And what happened to the cocaine after it arrived at the
10   defendant's ranch?
11   A.  It arrived and it was loaded on freight truck, because
12   Mr. Neftali did not have a truck to transport the cocaine.  So
13   I had to go ahead first to the Ceiba port with Cesar Gastellum
14   to go look for a friend that I knew that had also trucks.  He
15   also had trucks and he also worked in the drug trafficking.
16   Q.  Where did that truck take the cocaine after it left
17   Neftali's ranch?
18   A.  On the platform.
19   Q.  But where location-wise did the truck take the cocaine?
20   A.  On the flat part of the truck, on the wood, wood part.
21   Q.  Where did the truck drive to?
22   A.  The truck left there until the border with Guatemala.
23   Q.  And then where did the truck go after the border of
24   Guatemala?
25   A.  That was to deliver the cocaine.

1    Q.  To deliver it where, sir?

2    A.  Right at the border between Honduras and Guatemala, in the

3    mountain area there.

4    Q.  Did the cocaine then eventually move to Mexico?

5    A.  Exactly.

6    Q.  Do you know, was the cocaine sold in Mexico to anyone?

7    A.  Yes.  To Chapo and to Mayo.

8    Q.  Who sold it to Chapo and Mayo?  Was that Cesar Gastellum?

9    A.  Yes, Cesar Gastellum.

10   Q.  And what is your understanding of what happened after it

11   went to Chapo and Mayo?

12   A.  My understanding is that it had to be sent here to the

13   United States.

14   Q.  Sir, was any money paid in exchange for this cocaine?

15   A.  What was that?

16   Q.  Was any money paid for this cocaine?

17   A.  Of course.

18   Q.  Did you take part in the payment of any money for this

19   cocaine to Neftali?

20   A.  Of course.

21   Q.  What did you do related to the payment for this cocaine?

22   A.  When that money arrives, it first comes out of Mexico, it

23   goes through Guatemala and reaches Honduras.  Cesar went over

24   there to see him regarding the accounting for those kilos.

25   There were 1200 kilos.

Rodriguez - direct

1   Q.   When you say "him," who do you mean?

2   A.   With Neftali.

3   Q.   And then what happened?

4   A.   Well, they did some numbers and they began to laugh and

5   they began to talk about other deals and that the structure was

6   going to get bigger, the organization was going to get bigger,

7   that they were going to have good business, that they were

8   going to deal more.

9   Q.   Then did you deliver any money anywhere to Neftali for this

10  cocaine?

11  A.   I delivered a box that I was told that I had to go and

12  deliver.

13  Q.   What was in the box?

14  A.   In the box?

15  Q.   Yes.  What was in the box?

16  A.   Well, I took it hidden in a vehicle.  I took the money

17  hidden in a vehicle.

18  Q.   So there was money in the box and it was hidden inside a

19  vehicle?

20  A.   Exactly.

21  Q.   Where did you take that money?

22  A.   I took it to the home of one of his workers.

23  Q.   When you say "his," who do you mean?

24  A.   A worker of Neftali's, and I knew him by his nickname of

25  Maneto.  I don't really know his true name.

Rodriguez – direct

1       And in that home, in that house, there was always one

2   or two, but I would always usually deliver it to this one

3   person who was called Chaparro.

4   Q.  What currency was the money in, what nation's currency?  I

5   am sorry.  I cut you off.

6   A.  And he was the worker for Neftali.

7   Q.  And how do you know he was the worker for Neftali?

8   A.  Because they would say that he is my boss, he is my boss,

9   and when you work in that, you then come to an understanding of

10  who the boss is.

11  Q.  When you say "he" --

12  A.  Who is the worker.

13  Q.  You say "he," you mean the defendant; is that right?

14  A.  Yes.  Neftali, yes.

15       I apologize.  I forget.

16  Q.  Sir, what nation's currency was this money in?

17  A.  In American money.

18  Q.  What denominations was the money in?

19  A.  We would get everything, 20s, 50s, 100s.  It would depend.

20  If we got the 20s, then he was paid 20s.  If we got the 100s,

21  then we would get paid in the 100s.  It all depended.

22  Q.  Were these fresh bills or did they look like they had been

23  handled?

24  A.  Yes.  The money looked to be quite used and handled.  Quite

25  seldom did we get any new bills.

Rodriguez - direct

1   Q.  And, sir, how much money did you deliver to Neftali's

2   workers for this 1200-kilo deal?

3   A.  I don't remember exactly, but it was a huge amount.

4   Because he was paid for the cocaine $10,000 per kilo.  We would

5   have to do the numbers, but it was a large amount that he was

6   paid.

7   Q.  Did that money come from Cesar Gastellum and his Mexican

8   connections?

9   A.  Of course.

10  Q.  Now, sir, I'd like to direct your attention to September of

11  2008.  Were you still working for Cesar Gastellum at that time?

12  A.  In September?

13  Q.  Of 2008, yes.

14  A.  I began to work for him in May, on May 7th, when he came to

15  look for me in Honduras.  And I worked with him until

16  March 16th, of 2013 when I left him.  I left Cesar.

17  Q.  Okay.  Now in September of 2008, did you participate in a

18  meeting with Cesar Gastellum, Neftali, and a man named Javier

19  Cachiros?

20  A.  Well, the date, the month, I cannot tell you, but I can

21  tell you I did participate at a meeting where Neftali was

22  present, the cousin and Javier Cachiro and Cesar Gastellum was

23  present in a community.

24  Q.  Who is Javier Cachiro?

25  A.  Javier, Javier Cachiro is a person from Honduras.

Rodriguez - direct

1    Q.  What did he do?

2    A.  Narcotraffic.

3    Q.  What was this meeting about that you participated with

4    these men?

5    A.  The discussion was that Javier Cachiro had supposedly

6    received an airplane that prior night from some Colombians, and

7    the Colombians and the senders, or whoever, were in Mexico with

8    Chapo Guzman, and that the airplane, once it sees the landing

9    strip, it is ready to land at the place where the plane is

10   going to land and they are going to receive the cocaine at that

11   place.

12           And so they land the airplane and they unload the

13   cocaine and it seems that they kill the two pilots, the

14   airplane disappears, the cocaine is stolen.

15   Q.  Who was suspected to have stolen this cocaine and killed

16   these pilots?

17   A.  The one who could have done that and who was the one who

18   was to receive the cocaine was Javier.

19   Q.  That's Javier Cachiro?

20   A.  Exactly.

21   Q.  The Colombian sellers and the Mexican buyers, what was

22   their reaction to this theft of cocaine and murder of the

23   pilots?

24   A.  The Colombians were in Mexico, I believe, right close to El

25   Chapo.  And they say, sir, the pilots are not answering us,

Rodriguez - direct

1  something wrong must have -- something must have gone wrong.

2  And I believe that the Chapo said, okay, because -- let me

3  see -- because I believe I have somebody who can take care of

4  that and find out what happened.

5  Q.  Who was that person who could find out what happened?

6  A.  And so a call is made to Cesar Gastellum Serrano and he is

7  in San Pedro Sula and the call is from Mexico.

8  Q.  Then what happened next?  Was that meeting set with Cesar

9  Gastellum and Javier Cachiro?

10  A.  So Cesar comes to me and he tells me about it and he says,

11  don Eduardo, look at what happened, can you believe this.  I

12  believe the Cachiros received an airplane and they killed

13  somebody and they took the stuff.

14  Q.  And then what was Neftali's role in this meeting about this

15  theft?

16  A.  Cesar begins to talk to me about it and so I tell him the

17  only one who has a phone, the only one who can find out about

18  this could be Neftali.  And I said, let's call Neftali.  And

19  Cesar called Neftali.  And Neftali said:  Don't you worry about

20  it, Cesar, I will have that cleared up here by 3 or 4 in the

21  afternoon.  And that's what happened.  And there was a meeting

22  in the home of a cousin of Neftali's.

23  Q.  What was discussed at this meeting at Neftali's cousin's

24  home?

25  A.  And what was discussed was that what Cachiro had done was

Rodriguez - direct

1   wrong, and he was denying it saying that it was a lie.  And

2   Cesar says, Tell me the truth, I don't want to have any

3   trouble, because if there is trouble, tomorrow you will be in

4   trouble because you can have a plane arrive from Mexico to

5   Honduras and all that plane would be full of people that will

6   kill you, and the one who would be in charge would be Don

7   Eduardo.  In other words, me.

8          But Neftali then began to advocate and they reached an

9   agreement, because he was a relative of Cachiro, a friend of

10  Cachiro, and Mr. Neftali knows very well that if I am here,

11  it's not for me to lie, it's not for me to lie here.  And if my

12  mother and father were here, I know that I would have to only

13  say and tell the truth and only the truth because I have a

14  commitment with the government, and that is to tell the truth

15  and only the truth.

16         And I also like to apologize to Mr. Neftali because

17  there was a time when we knew each other.  We did what we did

18  and I feel bad for what's going on here because of the way that

19  he is thinking, but he knows very well that if I am going to

20  give testimony here it is going to be the truth, and he can ask

21  me questions and I know that I will be telling the truth.

22  Q.  Sir, the defense will get a chance to ask you questions,

23  but let's get back to these questions here.

24         So after this meeting -- so Neftali smoothed out this

25  dispute for Javier Cachiro, is that right?

Rodriguez – direct

1    A.   Well, yes, he was able to clarify that because since

2    Neftali and Cachiro were from Honduras and from the same region

3    and the problem was clarified, and I really don't remember

4    whether Cachiro paid up or what, I really do not remember what

5    happened, and it was not anything that concerned me.  I was at

6    the table, but as a matter of fact I had problems because of

7    that.

8    Q.   Well, after this meeting and Neftali smoothed out the

9    dispute for Javier Cachiro, did Neftali work more with the

10   Cachiros after that?

11   A.   Well, I believe so, because whenever Neftali would bring

12   the go-fast boats, whether there were two or three, and I think

13   that he would tell Cesar and then he would give him a hand.

14   Yes, it was the friend who give him a hand, yes.

15   Q.   When you say "the friend," who do you mean?

16   A.   The friend, I mean Cachiro.

17   Q.   Now, sir, after the first transaction you did with the

18   defendant, that 1200-kilogram transaction for cocaine, did you

19   do any other transactions with him?

20   A.   Of course.

21   Q.   How did those transactions typically work?

22   A.   Well, the transactions began when Cesar Gastellum Serrano

23   would send amounts of money, large amounts of money, to Panama,

24   and Neftali was the key man.  He was the main man that could

25   buy all of the cocaine in Panama, and that's when they began to

Rodriguez - direct

1  be partners along with Cesar Gastellum Serrano.  Cesar

2  Gastellum Serrano would put up the money in order to buy the

3  drugs.

4  Q.  And who did he buy the drugs from?

5  A.  Neftali would buy the drugs in Panama.

6  Q.  And then what happened?  I am sorry, sir.

7  A.  Then those drugs were transported up to Honduras on go-fast

8  boats.

9  Q.  From Honduras what happened?

10 A.  Well, once in Honduras they would be taken out of the water

11 and put on land and be taken to the deposits or the warehouses.

12 And then that would wrap up Neftali's responsibility to get

13 them to the warehouses.

14 Q.  Neftali was responsible for getting them to warehouses in

15 Honduras?

16 A.  Yes, that was his responsibility, to get it from Panama to

17 take it up to Honduras by sea and then take it by land to the

18 warehouses and coast to San Pedro Sula.

19 Q.  From the warehouses, where did the cocaine go next?

20 A.  After that it was transported through the mountains through

21 the border up to Guatemala to be taken to Mr. Andres Alvarenga,

22 a Guatemalan.  He had properties in Honduras and in Guatemala.

23 Q.  That is on the border?

24 A.  Well, yes.  The border -- let's say where you are standing

25 that's Guatemala, and here where I am, that's Honduras, and

Rodriguez - direct

1    then you would just cross the cocaine from, let's say, from one

2    house to another.

3    Q.  And then from Guatemala what happened to the cocaine?

4    A.  Yes.  Well, after that then it would go from Guatemala up

5    to the border with Guatemala and Mexico, but that was no longer

6    my jurisdiction.  My jurisdiction was here in Honduras.

7              Everybody had a job to do.  I would do my job and the

8    others would do their job, and not everybody knows what one is

9    doing, what the other is doing, because you really don't ask.

10   Q.  But it's always one goal; is that right?

11   A.  The goal, yes, was Mexico.  Because there you would have

12   the owner who would buy it, who would negotiate it, who would

13   sell it.  That was the owner.

14   Q.  What typically happened -- what is your understanding of

15   what typically happened once that cocaine arrived in Mexico?

16   A.  Well, once it got to Mexico -- and I apologize for this

17   clarification that I'd like to make.  I sometimes was quite

18   ignorant.  And once it got to Mexico, I had nothing to do or

19   nothing to know about what was done with that.  It got to

20   Mexico and I wouldn't know what else was done with it.

21             And then one day when I pled guilty, the judge asked

22   me do you know what was done with the money that was used to

23   purchase that cocaine?  And I said yes.  And I was asked

24   whether it was paid with pesos, quetzals, or lempiras.  And my

25   answer was no, it was with dollars.  And I was asked where is

Rodriguez – direct

1  that currency from?  From the United States.  And then I was no

2  longer ignorant of that and I understood that all of that

3  cocaine was going to end up in the United States.

4  Q.  Sir, I'd like to ask you some questions about some of the

5  other traffickers, drug traffickers, that the defendant worked

6  with.

7       Do you know a man named Ronald Carillon?

8  A.  Of course.

9  Q.  Who is Ronald Carillon?

10  A.  I met Ronald Carillon around 2008.  I cannot give you an

11  exact date and I cannot assure you exactly whether it was

12  exactly in 2008.

13  Q.  Who is Ronald Carillon?

14  A.  I met Ronald Carillon at the home of Cesar Gastellum

15  Serrano with some workers.  I used to call them the Mexicans.

16  And we once got there and he said, Eduardo, let's go to the

17  Olios, and we went there.

18       We got there and Ronald Carillon was there and he said

19  hi there, I am Ronald Carillon.  Then he got the technology

20  out, including cellulars and satellite cellulars and, as a

21  matter of fact, Cesar was looking for that technology because

22  he was going to work with planes in an area called La

23  Mosquitia.

24  Q.  Why would a satellite phone help him work in La Mosquitia?

25  A.  Because they are the only ones that work in that area

Rodriguez – direct

1    because in that region you don't have any antennas or any

2    equipment for regular cellulars.

3    Q.   Did Cesar Gastellum end up buying any satellite phones from

4    Ronald Carillon?

5    A.   Yes.  All of the technology and all of the cellulars that

6    was used by the narcotraffickers, including satellite beepers

7    and all of the satellite phones, were gotten from him.  All of

8    the technology was purchased from Ronald Carillon.

9         There were times when ten, 12 phones were purchased

10   from him.  That's where I met him.  And then the second time

11   that I saw Ronald Carillon I was in an island close to San

12   Pedro Sula.  It's called Roatan, and that was during Easter

13   week.

14   Q.   What year was that, sir?  I am sorry.

15   A.   I think it was around 2009, I believe.

16   Q.   Go ahead, sir.

17   A.   All of a sudden I felt a tap on my back and said hey, guy,

18   how are you doing.  We are doing fine.  It was Easter week, it

19   was Holy week, and we were there on vacation, and I think you

20   celebrate that here in the United States as well.  And he said,

21   I have about 2500 kilos.  And I said, Okay, we will buy them

22   but placed here in San Pedro Sula.  But he said that he had

23   them in Tegucigalpa and that was where he would sell them, and

24   they were going to -- Cesar Gastellum's organization, nobody

25   bought anything unless it was there at the warehouse.

Rodriguez – direct

1   Q.   And who was always selling at the warehouse?

2   A.   At the warehouse Cesar Gastellum's brother was always there

3   and myself.

4   Q.   Where was that cocaine coming from?

5   A.   The cocaine, all of the cocaine came from Colombia.

6   Q.   And who were you buying it from?

7   A.   It was purchased from several people and from the contracts

8   that Mr. Cesar Gastellum Serrano had.

9   Q.   Was one of those contracts with Neftali?

10  A.   The first contract was the contract where Mr. Neftali and

11  Mr. Cesar Gastellum, they became very big.

12  Q.   Now, sir, do you know a man by the nickname of Zope?

13  A.   I met him here.  I saw him here.  But I met him in

14  Guatemala for the first time when I was a cook and the

15  bodyguard of my boss.

16  Q.   And who is Zope?

17  A.   The name Zope is Walter Montejo, a/k/a Zope.  Here is where

18  I met him.

19  Q.   Well, I thought, sir, did you say that you met him in

20  Guatemala?

21  A.   I met him in Honduras, once he came to Honduras.  It was

22  with my former boss, with Jorge, the boss, Jorge Mario Paredes,

23  and they came to this ranch that belonged to a brother of Jorge

24  Mario.  I was preparing pork rinds, chicharonnes.

25  Q.   So is it fair to say you worked your way up in drug

Rodriguez - direct

1    trafficking from cook and bodyguard to right-hand man of a

2    boss?

3    A.   But that happened throughout time.   That was Cesar that

4    went looking for me in 2008.

5    Q.   What was Zope's role?   Was Zope involved in drug

6    trafficking?

7    A.   Well, what I knew was that he was from Guatemala.   I didn't

8    know what he did until I read that he had been captured and

9    that he was in drug trafficking.

10          An example, it's like somebody can say, somebody said

11   thief, but you have not seen this person stealing.   The same

12   with someone, people talking about this person saying this

13   person is a drug trafficker, but if you haven't seen it you

14   cannot tell about it.

15   Q.   Okay.   I'd like to know what you have seen and spoken to

16   your associates about.   That's all.

17   A.   Okay.   Thank you.

18   Q.   Do you know a man named Chalo?

19   A.   Of course.

20   Q.   And who is Chalo?

21   A.   Chalo, his name is Gonzalo Cabrera.

22   Q.   And was he involved in drug trafficking?

23   A.   Chalo Gonzalo, he got to Honduras around 2008.   He arrived

24   with a Venezuelan that Otto Herrara's brother sent there.   He

25   sent him with a Venezuelan to go see some landing strips to

Rodriguez - direct

1    work that Cesar had in Honduras.

2    Q.   When you say "landing strips," what type of landing strips?

3    A.   Clandestine landing strips that were out in the hills.

4    Q.   What were the purpose of those clandestine landing strips?

5    A.   It was that they be -- they have a good approximation, that

6    they had -- that the flat area was good so that the plane could

7    come down there.

8    Q.   And what was the purpose of flying a plane into a

9    clandestine landing strip in the hills?

10   A.   Because it is clandestine.   It is cocaine that they are

11   bringing.   It is illegal.   They cannot get to a regular airport

12   as something legal.

13   Q.   Do you know any of Neftali's brothers-in-law?

14   A.   Of course.   I met two of his brothers-in-law.

15   Q.   Who were those brothers-in-law?

16   A.   I met one that he always carried in the BlackBerry, that I

17   carried in the BlackBerry, when I was in Honduras.   I don't

18   remember very well now, but I believe that he would write

19   himself as Bebo.   But his name, as I understand his name, is

20   Jairo.

21        And I met the other one, a little taller than Jairo,

22   and he was white, very white.   Even at the latest part, still

23   living in San Pedro Sula, I hadn't seen him for many years, at

24   least three years, when I saw him getting off a truck and a

25   young lady came off, came out with him, that I saw that three

1    bodyguards were coming behind him taking care of him.  And I

2    called him.  I said, hey, Bebo.  I told him, Look, I just saw

3    your brother here with a woman and three bodyguards.  And he

4    said what happens is that now he is doing fine because the

5    girl, she is the niece of Pepe Lobos and now they take care of

6    him, and that's it.

7    Q.  Did the defendant Neftali work with his brothers-in-law in

8    drug trafficking?

9    A.  He was the boss of those two.

10   Q.   Involved in the drug trafficking?

11   A.  Bebo was the one who was directly with me and he would tell

12   me, hey, the trucks are there, the trucks just arrived.

13   Q.  And were these trucks filled with cocaine or ready to

14   transport the cocaine?

15   A.  All the time when he talked to me was because they were,

16   they were coming loaded with cocaine.

17   Q.  And did Jairo and the defendant's other brother-in-law

18   Bebo, did they represent Neftali?

19   A.  Not necessarily, because the ones that talked directly with

20   the boss and Neftali and Cesar, it was them.  What happens, as

21   you know, is that at introductions bosses can be there once,

22   and from then on the ones that do everything else are the

23   workers.

24   Q.  So a boss makes the initial deal and then workers carry out

25   the boss' orders after that a lot of the times; is that right?

Rodriguez - direct

1    A.   The boss has to be on his toes about how things are going.

2    But it's not that the boss is going to be the one that is going

3    to bring the cocaine to me.

4    Q.   And was Neftali a boss?

5    A.   Of course he was.

6    Q.   Sir, do you know a man named Luis Salguero?

7    A.   Of course.

8    Q.   Who is Luis Salguero?

9    A.   Luis Salguero, I met him around August 15 or 20 of 2008.

10   Q.   Did he have a role in drug trafficking?

11   A.   When I met him, he would do errands.  He was the one that

12   would go and buy clothes to the brother-in-law, to go and take

13   the brother-in-law's family and take them on trips, pleasure

14   trips in Guatemala to buy clothes to the brother-in-law.  All

15   the tasks that we would do for the brother-in-law, he would do,

16   Luisito.

17   Q.   You said Luisito.  Is that Luis Salguero?  Is that his

18   nickname?

19   A.   That is what his name is.  His name is Luis Salguero.

20   Q.   When you say the brother-in-law, who do you mean?

21   A.   Cunado, the brother-in-law, is -- because Luisito always

22   was respectful of Mr. Neftali.  So when he would refer to him,

23   he would say El Cunado, the brother-in-law.

24   Q.   I misunderstood what you are saying.

25        When you are saying Cunado, you mean the defendant, in

Rodriguez - direct

1    this case?

2    A.  Yes, yes.  This is how I first met him because it was

3    through him.

4    Q.  You first met -- I am sorry.  Could you explain that?  How

5    you first met who?

6    A.  That I met him and he would be called Cunado or Compa.  But

7    Luisito Salguero, all the time would refer to him as El Cunado,

8    El Cunado, the brother-in-law.

9    Q.  So Luisito is a driver and assistant to Neftali, also known

10   as Cunado, is that right?

11   A.  Luisito was a worker of his.  He was not a driver.  He was

12   like the jack-of-all-trades.

13   Q.  He was a worker?

14   A.  He was.

15   Q.  Switching gears.  You spoke a few moments ago about

16   airstrips.  Did there come a time when Neftali began using

17   planes to move cocaine?

18   A.  The planes that he received, that he used, were of Cesar

19   Gastellum Serrano's.

20   Q.  And let me rephrase that.

21          Did Neftali receive planes at airstrips?

22   A.  But not on the landing strips that we were talking about

23   with Chalo.  It was other landing strips.  Other times.

24   Q.  Can you explain those other times and other landing strips

25   involving the defendant?

Rodriguez – direct

1   A.  What happens is that there was a time that this had to do

2   with cocaine from Panama.  There came a time when work was very

3   good.  I remember that when I was with my first boss, Jorge

4   Mario Paredes, that for me to go right by him, where he would

5   go and would be talking to people -- an example, my boss would

6   do a run of 800 kilos.  It happens that when I come and I meet

7   Mr. Neftali and I start working on the side of Mr. Cesar

8   Gastellum, Mr. Neftali was involved in the organization of

9   Mr. Cesar Gastellum.

10          I started seeing that Mr. Neftali was a monster with

11  work, as far as work was concerned.  He would be sending two

12  boats in one night.  So I admired him a lot because he was very

13  good at work.  And my boss, he had a big mouth.  And he said,

14  Well, they have 800 every three months.  There came a time when

15  work could not be done through water because it cost too much.

16  So things became increasingly difficult for Mr. Neftali to

17  transport cocaine.

18  Q.  Can I break it down.  Why did it get more expensive to

19  transport, for the defendant to transport cocaine by sea?

20  A.  Because of the Americans.  I don't know them, but I know

21  that these are what are used in drug traffic, in drug

22  trafficking, which are the frigots.

23  Q.  Let me specifically ask, when did Neftali change from boats

24  to planes?

25  A.  That was about the end of 2009 when that started costing

Rodriguez – direct

1    like that.

2    Q.  And how did Neftali use planes to transport cocaine?

3    A.  He didn't use them.  The planes were of Cesar Gustellum and

4    Serrano.

5    Q.  What was Neftali's role in sending shipments in these

6    planes?

7    A.  To find landing strips to have water, fuel for the planes,

8    to get the landing strips for the planes.

9    Q.  Is that to receive shipments of cocaine?  Was that

10   Neftali's role?

11   A.  He was the person in charge of receiving.  He would make a

12   percentage of the cocaine that would come there.

13   Q.  How many loads of cocaine were delivered by air and

14   received by Neftali?

15   A.  It was not very much what was done with him by plane,

16   because then the landing strips got messed up and that was not

17   possible any longer.

18   Q.  Approximately how many shipments, then, did the defendant

19   receive by air?

20   A.  It was four planes that he received, that I know of very

21   well.

22   Q.  And when you say "he," you mean Neftali?

23   A.  Yes, Neftali.

24   Q.  And can you tell us about those four shipments.  What

25   quantities were involved?

Rodriguez – direct

1    A.   The first one, it was very good, that he received in a very

2    good landing strip that he had with the member of the House of

3    Representatives there.   It was a very good landing strip.   A

4    good width, a good length to get to receive a large plane.

5    Q.   In that shipment, how much did that first shipment by air,

6    how much did it weigh?

7    A.   The plane, the type of plane, it was Azteca.   And I don't

8    remember very well whether it was 936, 930 or 925 kilos that

9    were brought, that the plane brought.   The plane had to be

10   burned down on that landing strip.

11   Q.   How about the other three transactions, were the quantities

12   around 900 to 1,000 kilos?

13   A.   On that same landing strip, it was a commander plane that

14   came from Colombia.   That plane brought 1,800 kilos.

15   Q.   And these landing strips were in Honduras?

16   A.   In Honduras.

17   Q.   Did Neftali ever use helicopters to move cocaine or money?

18   A.   To move money, I don't know.   But to move cocaine, yes.

19   Q.   And do you know any of the pilots that Neftali worked with

20   to move cocaine by helicopter?

21   A.   Of course.

22   Q.   And who are some of those -- who is one of those pilots?

23   A.   I only met one and he is Guatemalan.

24   Q.   What is his name, if you know?

25   A.   Well, I know him by Guillermo Lozano.

Rodriguez – direct

1    Q.  And where did you meet him?

2    A.  I met him in Honduras.

3    Q.  And was this involved in a drug transaction?

4    A.  He had many to do with, not just one.

5    Q.  And many drug transactions, Guillermo Lozano?

6    A.  Many transactions.

7          THE COURT:  We are going to take our morning recess

8    for about ten minutes.

9          (Thereupon, the jury exited the courtroom.)

10         (Recess.)

```
 1              AFTERNOON SESSION
 2              THE COURT:  Please continue.
 3    BY MR. SCHUSTER:
 4    Q.  I'd like to ask you, going back to some of the other drug
 5    traffickers you are aware of, do you know a man named Kio?
 6    A.  His original name is Mario Gastellum Serrano, and he is the
 7    brother of Cesar Gastellum Serrano.  And yes, his nickname is
 8    Kio.
 9    Q.  Is that the man you mentioned before who worked at the
10    warehouses?
11              THE INTERPRETER:  I am sorry?
12    BY MR. SCHUSTER:
13    Q.  Is Cesar the man you mentioned worked at warehouses?
14    A.  Certainly.
15    Q.  And in addition to that, what did he do?  Was he involved
16    further in the drug trafficking organization?
17    A.  Everything involving drug trafficking, receiving the
18    merchandise and analyzing the drugs, buying the drugs, and
19    keeping accounting when his brother was not present.
20              Mr. Neftali knows him quite well.  Mr. Neftali got to
21    know him around September because Kio arrived in San Pedro Sula
22    around 2008.  And that's when he got involved in drug
23    trafficking, and his brother brought him in as his secondhand.
24    Q.  I'd like to ask you some questions about what you know
25    regarding any disputes that Neftali had with other drug
```

Rodriguez – direct

1   traffickers.

2          Do you know anyone named Joche Pena?

3   A.  Yes, I met Joche Pena.

4   Q.  And who is Joche Pena?

5   A.  As far as I know, Joche Pena was a childhood friend of

6   Neftali.

7   Q.  Was Joche Pena involved in drug trafficking?

8   A.  Yes.  Joche Pena was also a drug dealer.

9   Q.  At some point did Neftali have a dispute with Joche Pena?

10  A.  Well, what I have heard is that there was, that they were

11  fighting and fighting.  But that is not anything that I saw.

12  Those are things and stories that are heard in Honduras between

13  them.

14  Q.  And do you know whether -- do you know the Lorenzanas?

15  A.  Yes, I also met them.  They are from Guatemala.

16  Q.  Who are they?

17  A.  The father, his name is Waldemar Lorenzana, Waldemarsito

18  Lorenzana, Haroldo Lorenzana, Eliu Lorenzana, Ovaldino

19  Lorenzana.

20  Q.  And were these people involved in drug trafficking?

21  A.  At that time when I was just a baby, in other words, when I

22  wasn't involved in anything regarding drug trafficking, you

23  would hear that they were involved in narcotrafficking.

24  Q.  Do you know whether the defendant Neftali ever went to stay

25  with the Lorenzanas?

Rodriguez - direct

 1   A.   My understanding is that Neftali lived over there with the

 2   Lorenzanas.

 3   Q.   When did he live with the Lorenzanas?

 4   A.   I don't know exactly because at that time I didn't know

 5   him.  I heard about it and I became aware of it because it was

 6   Luisito Lorenzana who told me about when he went to live there,

 7   and -- I mean, Luisito Salguero told me.

 8   Q.   And do you know why Neftali went to live with the

 9   Lorenzanas?

10   A.   Well, my understanding is that it was because of the

11   dispute that he had with that other guy.

12   Q.   Who do you mean by the other guy?

13   A.   Joche Pena.

14   Q.   You testified earlier that in your first meeting with the

15   defendant he had a bodyguard in the car with him.

16        Do you remember that?

17   A.   Clearly.  That guy was always there at his side.

18   Q.   Was that guy armed?

19   A.   He was always armed.

20   Q.   What type of weapon?

21   A.   Well, the normal.  It was a shotgun or Escuadra.

22   Q.   A pistol?

23   A.   Yes.  That's the one that you put in the magazine through

24   here.

25   Q.   And during that first meeting, were there any other cars

Rodriguez – direct

1   accompanying Neftali?

2   A.   Well, whenever he arrived, there was another one, another

3   vehicle, whether it was outside or in the garage.  But that I

4   saw there was no other car that would follow him.  But I saw

5   the guy that was always with him.  I don't know if there was

6   anybody else inside with him.

7   Q.   In the other times that you met with the defendant, did he

8   have bodyguards with him?

9   A.   Yes.  There was always somebody.  There was always people.

10  Maybe it was Maneto or somebody else.

11          And in this country since you are able to carry a

12  weapon, everybody has a weapon, whether -- you don't know

13  whether he is a bodyguard or what.

14  Q.   But you did see the defendant with bodyguards; is that

15  right?

16  A.   Of course.  There was always somebody by his side, and his

17  complexion was similar to mine.  I saw him, that he was with

18  him, and then I didn't see him again and then I saw him again.

19  Q.   Sir, I'd like to ask you some questions about your

20  cooperation agreement.

21          You had a cooperation agreement when you pled guilty,

22  right?

23  A.   Certainly.

24  Q.   That's your plea agreement?

25  A.   Certainly.

Rodriguez - direct

1   Q.   And what's your understanding of your obligations under

2   that plea agreement?  What do you have to do?

3   A.   From the very moment that I pled guilty, and that was in

4   March 14, 2014, that plea agreement says that I have to

5   cooperate, that I have to tell the truth and only the truth.

6   And in my statements and in my testimony there is only the

7   truth, and this has been proven.

8           If my parents, my mother and father were here in this

9   courtroom and they had done something illegal and I find out

10  about it, I would have to testify against them, because that is

11  what I have to do, tell the truth and nothing but the truth.

12  Q.   And that's one of your obligations under your plea

13  agreement, right?

14  A.   Certainly.

15  Q.   And you are supposed to also meet with agents and

16  prosecutors when asked?

17  A.   Of course.

18  Q.   And come to court?

19  A.   Of course.

20  Q.   And testify truthfully?

21  A.   Yes, the truth and nothing but the truth.

22  Q.   If you do those things, what is your understanding of the

23  government's obligations under that plea agreement?

24  A.   Of course.

25  Q.   What is the government required to do if you meet your

Rodriguez - direct

1   obligations?

2   A.  Well, that is, the judge, the judge that's going to

3   sentence me or maybe I get freedom or maybe I get more years.

4   Q.  Sir, you haven't been sentenced yet, have you?

5   A.  No.

6   Q.  And how long have you been in jail?

7   A.  The 11th of this month will be 52 months.

8   Q.  Did you turn yourself in or were you arrested?

9   A.  I surrendered.

10  Q.  Sir, when you say that you haven't been sentenced yet, who

11  decides what sentence you are going to get?

12  A.  His Honor.

13  Q.  That's the judge?

14  A.  The judge.

15  Q.  And if you fulfill your obligations, you want the

16  government to recommend to the judge that you get less time; is

17  that right?

18  A.  Of course.

19  Q.  But you understand it's up to the judge and the judge

20  doesn't need to follow any recommendation?

21  A.  Yes.  The judge is the one who decides whether I stay,

22  whether I leave.  After God, we have the judge.

23  Q.  Now, sir, I'd like to switch gears and draw your attention

24  to 2012.

25          Did you see Neftali in 2012?

Rodriguez - direct

1    A.  Yes, of course.

2    Q.  When was the first time you saw Neftali in 2012?

3    A.  I don't remember very well because my boss, Cesar Gastellum

4    Serrano, was in Mexico.  He came back from Mexico because he

5    was going to start working with other strategies that he was

6    bringing down.

7         I do remember that my boss came down that first week,

8    that first week that starts the Easter week.  After that week,

9    that's when we met up with Mr. Neftali.

10   Q.  So it's March or April?

11   A.  It could have been, but it could have been in August that

12   we saw him.  I just don't remember.

13   Q.  It was definitely around Easter week the first time you saw

14   him?

15   A.  After, right after Easter week.  Yes.

16   Q.  Okay.  And what was the meeting about when you met with

17   Neftali after Easter of 2012?

18   A.  That meeting was practically just to keep an account for

19   Mr. Neftali.  Because previously some accounts were still

20   unpaid regarding drug trafficking, and he began to pay up.  And

21   the accounts were always with the brother, with Kio.  And they

22   would discuss the accounts between Kio and Neftali.

23   Q.  Let me ask you, sir, who owed who money?  Did Neftali owe

24   Cesar Gastellum money?

25   A.  There was a time that Neftali said that he owed Cesar, but

Rodriguez - direct

1    when the bills or the accounts were to be balanced there, and

2    since Gastellum was in Mexico, had been in Mexico, Kio would

3    always come with me to meet up with Mr. Neftali and we could

4    not clear up the accounts, the balance.

5            And then Kio sent a message to his brother on the

6    BlackBerry.  Hey, buddy, when you come back, then you deal with

7    him because I can't, I don't understand.

8    Q.  Who were you talking about dealing with?  Dealing with

9    Neftali?

10   A.  Yes.  Kio and Neftali were trying to clarify the accounts,

11   but they could not make sense of all that mess.

12   Q.  And those accounts were related to prior drug deals?

13   A.  Of course.

14   Q.  And this was the money that was owed for these drug deals;

15   is that right?

16   A.  The money belonged to Cesar Gastellum Serrano, and that was

17   the partnership that he had with Mr. Neftali.

18   Q.  And how much money are we talking about?

19   A.  Mr. Neftali or, rather, Mr. Cesar Gastellum Serrano was in

20   charge of putting the money in Panama and Mr. Neftali was in

21   charge of purchasing the drug with that money in Panama.

22   Q.  Right.  And, sir, how much money are we talking about in

23   2012?

24   A.  Money-wise, I believe that it was like 6 million or

25   6.5 million that left -- that Neftali owed my boss Cesar

Rodriguez – direct

1    Gastellum Serrano.  I don't recall exactly, but it was around

2    5.5 or 6 million.  But it was around there that was owed.

3    Q.  So in the millions?

4    A.  Yes, millions of dollars.

5    Q.  During this first meeting, did Neftali discuss further drug

6    trafficking with Cesar and you?

7    A.  When my boss came from Mexico, and it was after Easter, he

8    met up with Neftali and Kio, Cesar.  Neftali and myself, the

9    four of us got together and then in just about ten minutes with

10   Cesar Gastellum Serrano and Neftali, they clarified the

11   accounts.  And what was cleared up was that Mr. Neftali owed

12   Mr. Cesar Gastellum some money.  Exactly.

13   Q.  Did you have other meetings with Neftali in 2012 after this

14   meeting after Easter?

15   A.  Well, I don't remember really.  There were three or four

16   other meetings, but then there were problems.  I don't remember

17   because there were problems regarding this with Cesar Gastellum

18   Serrano's business.

19   Q.  And what were those other meetings?  What did you discuss

20   during those other meetings with Neftali?

21   A.  Mr. Neftali was always proposing, always suggesting

22   different deals to Mr. Cesar Gastellum, what they could do.

23   Q.  What type of deals?

24   A.  That he said that he had landing strips where he could

25   receive, where he could deal, and in that way tried to pay up

Rodriguez - direct

1   the debt that he had with Cesar Gastellum.

2   Q.  And these landing strips, this was related to cocaine

3   trafficking?

4   A.  That's what they were for, and that's what he supposedly --

5   and that is what he said he supposedly had.

6   Q.  And when you say "he," you mean Neftali?

7   A.  Yes, Neftali.

8   Q.  Now, in addition to these face-to-face meetings, did you

9   communicate with Neftali in 2012 in any other way?

10  A.  His brother-in-law would always get in touch with me.

11  Q.  Which brother-in-law is that?

12  A.  Cunado was Bebo.  Or Jamie or Jairo.  His name is Jairo.

13  Jairo.  Yes.  Yes.  He would say, hey, buddy, let's see what we

14  can do, talk to your boss and talk to Cesar and see what we can

15  do.

16  Q.  Was he talking with -- was he representing Neftali during

17  these calls?

18  A.  Well, when he spoke to me, he would say that it was the

19  boss who was offering that.  But it could also be that

20  Mr. Neftali didn't know that he was saying that and doing that.

21  Only they know.

22  Q.  Well, was Cesar interested in doing these loads with

23  Neftali?

24  A.  Well, the thing is that since Mr. Neftali owed Mr. Cesar

25  Gastellum Serrano money, Mr. Cesar Gastellum Serrano was always

Rodriguez - direct

1   a very intelligent man for work.  Mr. Cesar Gastellum Serrano

2   didn't fight with anybody, he didn't disrespect anybody.

3   Q.  Sir, but was he interested in doing these loads?

4   A.  Well, yes, that's what I am trying to say, that whenever he

5   didn't have any way to supply or to fill up, then he was going

6   to do so with Neftali.

7   Q.  Through 2012, in addition to speaking to Jairo, Neftali's

8   brother-in-law, you spoke to Neftali specifically about doing

9   these transactions for drugs, right?

10  A.  Whenever he got together with my boss, with Cesar

11  Gastellum, whenever they got together, I was there.  It wasn't

12  with me, but I was there present.

13  Q.  And you saw these meetings take place?

14  A.  Of course, yes.  Because I was the one who always was there

15  taking my boss, Cesar Gastellum Serrano.

16  Q.  And no question in your mind whether Neftali wanted to do

17  drug transactions in 2012, is there?

18  A.  Of course, because he has always been an honest man and he

19  wanted to work in order to pay up what he owed Cesar Gastellum

20  Serrano.  He said that he wanted to retire from drug dealing,

21  but when he withdrew or whenever he would leave that business,

22  he didn't want to owe anybody anything.

23  Q.  So he wanted to keep working in 2012?

24  A.  Of course.

25          MR. SCHUSTER:  Your Honor, may I have a moment?

Rodriguez - cross

1          THE COURT:  All right.

2              (Pause)

3          MR. SCHUSTER:  Nothing further, your Honor.

4          THE COURT:  Cross.

5                     CROSS-EXAMINATION

6    BY MR. CASUSO:

7    Q.  So is it Mr. Rodriguez?  Is that your name?

8    A.  My name is Adolfo Eribel Rodriguez Barrientos, a/k/a El

9    Cuache.

10   Q.  Mr. Rodriguez, how old are you?

11   A.  On March 20, I will be 48 years old.

12   Q.  And you have been in the drug business for how long, sir?

13   A.  Originally with my boss Jorge Mario Paredes, I worked from

14   2002, 2003, until 2013 when I retired.

15   Q.  Okay.  So you worked with the same boss from 2003 to 2013?

16   A.  No.  My boss was captured May 1, 2008 and he is here in the

17   U.S.  His name was Jorge Mario Paredes-Cordova.

18   Q.  You worked with him from 2003 until 2008?

19   A.  Mario Gastellum arrived on May 7, 2018 until he went to

20   Honduras to take possession of the place there until the 16th

21   of May, 2012, which is the date when I left.

22   Q.  So, sir, you have got your dates wrong.  Okay?  Not 2018.

23   Let's start again.

24   A.  2008.

25   Q.  Okay.  2008.

Rodriguez - cross

1   A.  May 1, 2008, it was when Jorge Mario was arrested, and

2   Cesar Gastellum Serrano arrived on May 7, 2008, and I then

3   withdrew from Cesar Gastellum Serrano on March 16, 2013.

4   Q.  Okay.  So when is it that you were arrested in your case,

5   sir?

6   A.  I was not arrested.  I turned myself in.

7   Q.  Okay.  When you turned yourself in, sir, were you arrested?

8   A.  Well, if that means arrested, well, I think, yes, then

9   because I turned myself in.

10  Q.  When you look like you have been arrested, you are wearing

11  jail garment, right?

12  A.  Of course, yes.  I have that.

13  Q.  Let me ask you something, sir.  Please listen to what I am

14  asking you, okay, or we will be here forever.  Okay?  Is that

15  okay?

16  A.  I am here for the truth and it's only going to be the

17  truth, and I am here to clarify anything that you wish to have

18  clarified, Mr. Attorney.

19  Q.  Okay.  You have a case pending now with you, right?  Yes?

20  A.  How is that?

21  Q.  Do you have a case pending now, sir?

22  A.  Of course.

23  Q.  And you have been in custody awaiting sentencing on that

24  case for how long, sir?

25  A.  It's been 52 months since I arrived to the United States

Rodriguez – cross

1   and I have not been sentenced.

2   Q.  Okay.  What is the reason for that?

3   A.  What's the reason?  Drug trafficking.

4   Q.  Why have you not been sentenced for five years?

5   A.  Because supposedly more people are still missing.

6   Q.  More people are missing in what, sir?

7   A.  In my case, so that things are cleared up.

8   Q.  You haven't been sentenced because you are waiting to

9   testify against other people, right?

10  A.  Well, I believe that that is how it is.

11  Q.  Okay.  Well, you have signed an agreement, right?

12  A.  Of course.

13  Q.  To testify against other people, right?

14  A.  Of course.

15  Q.  Now, in the time that you said, you first you said you

16  worked for one boss and then you worked for this guy Don Cesar,

17  right, Gastellum?

18  A.  Can I explain?

19  Q.  Okay.  Let me just ask you, first, you said you worked for

20  one boss, right?

21  A.  Of course.

22  Q.  And that one boss he got arrested and he is in jail, right?

23  A.  Of course.

24  Q.  After you stopped working for that boss, then you started

25  working for this guy Cesar Gastellum that you keep talking

Rodriguez - cross

1    about, right?

2    A.  Of course.

3    Q.  Now you worked -- well, actually Cesar Gastellum is in jail

4    also, isn't he?

5    A.  Of course.

6    Q.  As is his brother Kio?

7    A.  Of course.

8    Q.  That whole family is in jail, right?

9    A.  That I don't know.  I haven't counted them.

10   Q.  But there is also another brother who is in jail too,

11   right?

12   A.  Well, I only know of two.

13   Q.  It doesn't matter.  Okay, sir.

14          While you were working for Cesar you said that you

15   were also -- Cesar was working with Neftali, the defendant

16   here, right?

17   A.  The thing is Neftali and my boss were partners and I worked

18   for Cesar Gastellum Serrano.

19   Q.  So the answer is yes, right?

20   A.  Of course.

21   Q.  Okay.  Now you said that you were working with Neftali in

22   2009?

23   A.  Of course.  2008, 2009.

24   Q.  2008, 2009.  Okay.

25   A.  All of that time we worked with them.

Rodriguez - cross

1    Q.  What was the last work, sir, that you did with Mr. Neftali

2    and Mr. Gastellum?

3    A.  The last work that was done was that with helicopters.

4    Q.  2009?

5    A.  About from 2009, 2010, around there.  I don't remember the

6    dates.

7    Q.  Now, when you use the words you turned yourself in, you

8    started cooperating with the government, correct?  Yes?

9    A.  How is that?

10   Q.  You started giving interviews to the agents and to

11   prosecutors for the government, correct?

12   A.  Of course.  That is how it is.

13   Q.  Your case is up in Washington D.C., correct, sir?

14   A.  Columbia district.

15   Q.  Okay.  And as part of your cooperation you gave a statement

16   on October 7th, 2013 to a prosecutor by the name of Michael

17   Lange from Washington D.C.  Remember that?

18   A.  What month was that?

19   Q.  On October 7, 2013.

20   A.  September, October, I believe that was one of the first

21   court dates that I had.  I don't remember because I came in

22   September.

23   Q.  But it wasn't in court, sir.  It was an interview that you

24   did with some agents and a prosecutor?

25   A.  Of course.  Of course.  Those have been -- part of those

Rodriguez - cross

1   have been in court when we come before your Honor and part of

2   those have been interviews when we go to give the statements.

3   Q.  You were there with your lawyer, right?

4   A.  Of course.

5   Q.  And actually in that interview they asked you about what

6   you knew about a number of people, right?

7   A.  Of course.  That is how it is.

8   Q.  And actually, what you said is you said that Neftali

9   removed himself from the business from 2009 to 2010; did you

10  not say that?

11  A.  He withdrew, but there were investments being made and that

12  accounts were kept on pending.

13  Q.  That's what I want to ask you about.  Now, you said that

14  in, I think you said 2014 maybe or 2012 -- no, the prosecutor

15  asked about 2012 -- that there was a meeting that you attended

16  with Mr. Gastellum.

17  A.  2000?

18  Q.  I think you said 2012.  You mentioned something about

19  Easter week.

20  A.  Yes, of course.

21  Q.  Where was that meeting?

22  A.  On the land, on the lot of Manetos.  That's where I handed

23  over the money for the doctor, Neftali, and in a district of

24  San Pedro Sula.

25  Q.  And you attended the meeting, right?  Just yes or no, sir,

Rodriguez - cross

1   please.

2   A.  Yes, sir.

3   Q.  Kia or Kio attended the meeting as well?

4   A.  That was the last meeting where Kio was there that we had

5   with Neftali and with Mr. Gastellum.  This was the $6 million

6   debt that Neftali had with Mr. Gastellum.

7   Q.  And the meeting was to clear that debt, correct?

8   A.  That Neftali was making that known, that he said that

9   Mr. Cesar Gastellum was a big trafficker and that he owed him

10  that money.

11  Q.  That Neftali was saying that Cesar was a big drug

12  trafficker?

13  A.  Exactly.  Because he knew that he was big, that he said it

14  right out of his mouth.  I don't know, but he knew that he was

15  big.

16  Q.  Okay.  So this debt that we are talking about, okay, it

17  related to when, sir?

18  A.  That debt is there since 2009 because of what happened in

19  Panama.  Dates I cannot give you, but the year, yes, because

20  that was when we were most actively working with him.

21  Q.  So the debt related to sometime before 2012, correct?  Yes

22  or no, sir.

23  A.  It's been a long time of that debt.

24  Q.  So your answer is yes or your answer is no, sir?

25  A.  Yes, sir.

Rodriguez - cross

1    Q.  Thank you.

2           So during the meeting -- how long did the meeting

3    take, sir?

4    A.  The meeting lasted two to three hours, three hours, two

5    hours, because there was always an issue with Mr. Neftali.

6    Q.  All right, sir.

7    A.  The thing is that Mr. Neftali was always walking around San

8    Pedro and he would be arriving at 6, 5:00 p.m.  So there wasn't

9    much time left.

10   Q.  So he was late?

11   A.  He was always late, because he lived in his ranch in

12   Tegucigalpa, and to get to San Pedro Sula it was always far.

13   Q.  Let's just talk about the meeting.  Is that okay?

14   A.  Okay.  No problem.

15   Q.  You said the meeting lasted about three hours, four hours?

16   How long did it last?

17   A.  I cannot give you an exact time because Mr. Neftali can

18   tell you that he would arrive and said, okay, he came here and

19   then, okay, we will see each other or it would be a matter of,

20   okay, we will talk now, and that was it.

21   Q.  So your answer to my question is you don't remember, right?

22   A.  Of the meetings you mean?

23   Q.  How long.  That was my initial question.

24   A.  Sir, Mr. Attorney, I cannot give you specific time because

25   as here we cannot tell you whether it's going to be five, ten

Rodriguez - cross

1    hours.  A term cannot be given, you see.

2    Q.  So you don't remember how long it took.  Just yes or no,

3    sir.

4    A.  Of course.  Could have been one, two or three hours.

5    That's it.  You see?

6    Q.  One, two, three hours.  That's an answer, right?

7    A.  Okay.  Could have been half an hour.

8    Q.  Or it could have been half hour.  Okay.

9           Was it a friendly meeting or unfriendly meeting, sir?

10   A.  All of the meetings that Mr. Cesar Gastellum had with

11   Mr. Neftali, they were always friendly.  There was laughter.

12   There was never any insulting or any bad gesture or sneering,

13   hee, hee, hee, or any of that.  They always got along well.

14   This was a treatment with respect, a Mr. or Mrs.

15   Q.  Okay.

16   A.  It's as it is here now.  It's just now that I am calling

17   him Neftali.  All my life I have called him Mr., and he knows

18   that.  Because I always learned that one had to be respectful,

19   and he was a boss and one had to respect him.

20   Q.  All right, sir.  So was it a situation where Mr. Neftali

21   disagreed that he owed the money and your boss Cesar thought

22   that Neftali owed him money; was that the situation at the

23   time?

24   A.  Cesar Gastellum Serrano, he was in Mexico and he was

25   working with helicopters and he started paying me.

Rodriguez - cross

1    Q.  That was not my question.  Listen to my question, please.

2            Was it a situation where someone said that money was

3    owed and the other person said that money was owed to them; was

4    that the disagreement?

5    A.  These agreement there was that Mr. Neftali was saying that

6    Mr. Cesar owed him.

7    Q.  And Cesar said that Neftali owed him, right?

8    A.  And Cesar came and he said, I came here to do the accounts

9    here.  He was going to settle the accounts, and it would take

10   ten minutes to decide who was the one who owed.

11   Q.  The accounts were they settled?

12   A.  As soon as Mr. Cesar arrived, they shook hands and they

13   laughed.  They sat down and they settled the accounts.

14   Q.  So they were settled?

15   A.  Of course.  The debt was fixed and it came out that the one

16   that was owing was Mr. Neftali that he indeed owed.

17   Q.  So when they agreed who owed whom, was that a friendly

18   settlement of the debt, or not?

19   A.  Of course it was.

20   Q.  All right.  So now the prosecutor asked you, then, that

21   Neftali kept saying that he wanted to do more work.  Do you

22   recall that?

23   A.  Of course, yes.

24   Q.  Was more work ever done, sir?

25   A.  Not anymore because of his connections, Don Cesar, because

Rodriguez - cross

1    he made it as if he could, but he couldn't.

2    Q.  So no other work was done, correct?

3    A.  Then they were not made, no more work was done with him

4    because Mr. Neftali did not have the means of how to receive a

5    plane or how to do things.  But he did want to continue doing

6    work with Mr. Cesar Gastellum Serrano because he knew that he

7    could keep on making more money.

8    Q.  So you are saying that then Cesar did not agree, right?

9    There was no agreement, right?

10   A.  He had him as an open window that if Cesar had some problem

11   here, to look him up as an option.

12   Q.  But nothing was ever done again, right?

13   A.  Nothing was done because the option to use him never came

14   up.  But Neftali did want it.

15   Q.  And that was in 2012, right?

16   A.  In 2012.

17   Q.  When did you go to jail?

18   A.  2012.  I came here on September 11, 2013.

19   Q.  So not long after when you got locked up, right?

20   A.  Well, I left Cesar Gastellum Serrano on March 16, 2013, is

21   when I left him.

22   Q.  When did you go to jail?

23   A.  I arrived here in the United States on September 11, 2013.

24   Q.  Did you arrive on that date and go to jail on that date?

25   A.  Of course, yes.  I was brought to the jail in Washington.

Rodriguez - cross

1  Q.  So not long after that meeting you went to jail?

2  A.  Time went by.  It was March, April, May, June, July, nine

3  months, almost a year.

4  Q.  Listen.  You have to let the translator translate.  You

5  can't talk over her.  Okay?  Please.

6  A.  Okay.

7  Q.  Now let me ask you something else and then I will sit down.

8  Okay?

9  A.  That's okay.  No, you can ask me anything.  Mr. Neftali

10  knows that you can ask me anything you wish to ask me because I

11  have children and he knows that what I am going to tell is the

12  truth.

13  Q.  I know I can ask you whatever I want.  Okay?  Just listen,

14  please.  Okay?  You like to talk.  Okay.  You said that.

15  A.  Yes, I like to talk and I like to express what I feel

16  because I don't like to keep it in.

17  Q.  And we appreciate that.  Okay?

18           You said that you had a meeting in Roatan -- that's an

19  island in Honduras -- in 2009.  It was Easter week.  It says

20  you were on vacation in Easter week.  Yes?

21  A.  No, that is not so.  I don't -- I didn't used to go out

22  with my family and then have meetings.  There is where I met up

23  with a guy.

24  Q.  This guy's name is Carrion, right?  Carrion?

25  A.  Yes.  Ronald Carillon.

Rodriguez - cross

1   Q.  He is the guy that sells the satellite phones, right?

2   A.  Of course.

3   Q.  And he sold satellite phone and he said he sold watches,

4   right?

5   A.  I didn't say anything about watches, that he sold any

6   watches.

7   Q.  Well, he said that.

8        MR. SCHUSTER:  Objection to what another witness

9   testified to in this trial, your Honor.

10        THE COURT:  Sustained.

11  BY MR. CASUSO:

12  Q.  He sold satellite phones, right?

13  A.  Yes, he sold satellite phones, satellite beepers, and he

14  sold satellite equipment.

15  Q.  And you said that while you were --

16  A.  And satellite cards.

17  Q.  You said that while you were there he made a proposal to

18  send a load of 2500 kilos.

19        That's what he said to you, right?

20  A.  Of course that is true, that is what Ronald Carrion said to

21  me.

22  Q.  Did you act off on that?

23        THE INTERPRETER:  Counsel repeat that.

24  BY MR. CASUSO:

25  Q.  Did you act on that?  Did you act on that?

Rodriguez - redirect

1   A.  Never.

2   Q.  So he sold more than satellite phones, right?

3   A.  But with me he didn't do any other thing except what he did

4   for the company selling those phones.

5           MR. CASUSO:  Okay.  That's all I have, sir.

6           Thank you very much.

7           THE COURT:  Redirect.

8           MR. SCHUSTER:  Yes.

9                   REDIRECT EXAMINATION

10  BY MR. SCHUSTER:

11  Q.  Sir, on cross-examination you were asked several questions

12  about why you haven't been sentenced yet.

13          Do you remember that?

14  A.  Of course.

15  Q.  And you testified earlier that you signed the plea

16  agreement when you pled guilty; is that right?

17  A.  Of course.  Yes, sir.

18          MR. SCHUSTER:  Your Honor, may I approach the witness?

19          THE COURT:  All right.

20          MR. SCHUSTER:  Your Honor, I am going to show the

21  witness what's been marked for identification as Government

22  Exhibit 3500 ARB-13.

23          May I ask questions from here for a moment, your

24  Honor?

25          THE COURT:  All right.

Rodriguez - redirect

1   BY MR. SCHUSTER:

2   Q.  Sir, I am looking at the last page of this document, which

3   is your plea agreement.

4           Do you recognize any signatures?

5   A.  The problem is that I am unable to see this because I don't

6   have my glasses.  Can I hold onto the paper?

7   Q.  Would it help if I held it a little further away?

8   A.  Okay.

9   Q.  Do you recognize anything on here?

10  A.  No.  I don't know if I see my signature.  I can't say.

11  Q.  Do you recognize this as a plea agreement that you entered

12  into?  Is that your name there?

13  A.  Yes, that is what it says.  It says Adolfo Rodriguez, yes.

14  Q.  Is that your nickname?

15  A.  Don't you have a pair of glasses that I could use to see if

16  I could see?

17  Q.  I unfortunately do not.

18  A.  Let me see from there.  Yes.  It says Cuache.  Thank you.

19  It's okay.

20          THE COURT:  Take mine.

21  A.  Yes, I am able to see with these on.

22  BY MR. SCHUSTER:

23  Q.  Is that your name?

24  A.  Yes.  It says Adolfo Eribel Rodriguez and down below it

25  says Cuache, yes.

Rodriguez – redirect

1          THE WITNESS:  Thank you very much.

2     A.  They took my glasses from me on my way here.  That's the

3     problem.  And also being closed up for such a long time, you

4     lose some of your sight.

5          MR. SCHUSTER:  Your Honor, we would move to introduce

6     Government Exhibit 3500 ARB-13.

7          MR. CASUSO:  No objections.

8          THE COURT:  It will be admitted.

9          (Government's Exhibit 3500 ARB-13 received in

10    evidence)

11         MR. SCHUSTER:  May we use the ELMO, your Honor?

12         THE COURT:  All right.

13         One of the jurors needs a break.

14         After this witness, how long is your next witness?

15         MR. NORKIN:  I think about 15, 20 minutes on direct

16    and probably ten minutes of cross.  It's an agent.

17         THE COURT:  So the reason I am asking is I want to

18    check with the jury, do they want to finish with this witness

19    and go to lunch or do they want to finish this witness, take

20    this next witness, who is going to be 20 to 30 minutes, and

21    then break at 1:00?

22         Anybody have an opinion?

23         THE JUROR:  I need to use the restroom.

24         THE COURT:  Absolutely.  Let's go ahead and take a

25    short recess.

1          Anybody else who needs to use it as well.  Then we

2    will come back as soon as you are ready.

3          (Thereupon, the jury exited the courtroom.)

4          MR. NORKIN:  May we take this opportunity to talk

5    about the instructions?

6          THE COURT:  Sure.

7          MR. NORKIN:  We don't have an objection to the

8    instructions.  The only thing that we wanted to add, the

9    instruction that is on page 6 that has to do with the

10   transcripts, we had extra language in there.  Originally we

11   cited case law here in the Eleventh Circuit.

12         What's missing in the pattern instructions is these

13   pattern instructions were fine when the transcripts are in

14   English, when they are just aids to the jury.  But here we have

15   a Spanish translation.  There wasn't an objection to it.  That

16   translation is something that is in evidence.

17         The concern and the reason for the cases is we don't

18   want the jury, for example, bringing their own Spanish-language

19   experts and telling others, for example --

20         THE COURT:  So what's the language again?  Read the

21   additional language.

22         I think you are right and I changed my mind.  We will

23   go ahead and put that in there.

24         Did you get a chance to look at it?

25         MR. CASUSO:  Yes, sir.

Rodriguez – redirect

1          THE COURT:  Are you okay with it?

2          MR. CASUSO:  I don't have a problem with the way you

3     have it.  I think this is a solution looking for a problem.  I

4     don't think there's a lot on here, on this transcript.  So I

5     think it's simpler the way you have it, but if they want to

6     change it, I don't have a problem.

7          THE COURT:  I think they are putting in the two lines

8     there that have to deal with --

9          MR. NORKIN:  It's one additional sentence that reads:

10    You should not rely in any way on any knowledge you may have of

11    the language spoken on the recording.  Your consideration of

12    the transcript should be based on the evidence introduced at

13    trial.

14         MR. CASUSO:  No problem.

15         THE COURT:  Okay.  All right.  That takes care of

16    that.

17         The verdict form is okay?

18         MR. CASUSO:  Yes.

19         MR. NORKIN:  Yes.  Also, I handed to your clerk

20    before, we have a modified version of the indictment, a little

21    bit of a copy-and-paste forgery that substitutes the date.  If

22    your Honor wanted to send that back to the jury.  My

23    understanding is defense counsel doesn't have an objection to

24    that.  We defer to the court.

25         THE COURT:  That's just takes the 6 and puts a 2 in

Rodriguez – redirect

1    there, right?

2            MR. NORKIN:  It changes 2006 to February 27, 2012.

3            THE COURT:  Okay.  All right.

4            You okay with that?

5            MR. CASUSO:  Sure.

6            THE COURT:  Okay.  Whenever the jury is ready.

7            Once you get past this agent, where are you?

8            MR. NORKIN:  We have more inmate witness and then

9    probably another agent witness.  I think that's going to be it

10   for us.

11           THE COURT:  Okay.

12           It's not cumulative, is it?

13           MR. NORKIN:  Not what?

14           THE COURT:  This other inmate witness is not

15   cumulative, is it?

16           MR. NORKIN:  It's not cumulative and it's a much

17   smaller subsection.  I think you will find it is much more

18   concise answers than this particular witness.

19           THE COURT:  Okay.

20           (Thereupon, the jury entered the courtroom.)

21           THE COURT:  Please continue.

22           MR. SCHUSTER:  Your Honor, may we publish this

23   exhibit?

24           THE COURT:  Yes.

25

Rodriguez - redirect

1    BY MR. SCHUSTER:

2    Q.  Mr. Rodriguez, I am showing you what's been admitted into

3    evidence as Government Exhibit 3500 ARB-13.  I am turning to

4    page 5 of that plea agreement.  I am directing your attending

5    to the top of the page, provision F of paragraph 9.  These are

6    the ways in which you agree to fully cooperate with the United

7    States.

8           In this plea agreement you agree to, consenting to the

9    adjournment of your sentencing until your cooperation has been

10   completed as determined by the United States so that the court

11   will have the benefit of all relevant information before a

12   sentence is imposed.

13          Do you see that?

14   A.  Of course.

15   Q.  And do you understand that that's why you have not been

16   sentenced yet?

17   A.  Of course.  That's right.

18   Q.  And, sir, you testified earlier that you surrendered; is

19   that right?

20   A.  Of course.

21   Q.  You have been in jail in the United States since that time,

22   since you surrendered?

23   A.  Since September 11, 2013 when I arrived at the airport in

24   Washington.

25   Q.  You haven't been out since?

Rodriguez - redirect

1   A.  Just now when I was brought down here.

2   Q.  Well, you are still in custody; isn't that right?

3   A.  Yes, of course.

4   Q.  Okay.  Now, sir, during your meetings for trial

5   preparation, were you ever told what to say?

6   A.  No.

7   Q.  What is your understanding, sir, of what happens to you if

8   you take the witness stand and lie?

9   A.  I understand that they can annul my plea agreement and they

10  can take away any benefit and that they can rip up that paper

11  that you were showing me and everything can be used against me.

12  Q.  That's this plea agreement goes away if you lie; is that

13  right?

14  A.  Of course.

15  Q.  Sir, on cross-examination you were asked about your first

16  meetings with agents in October of 2013.

17          Do you remember that?

18  A.  Of course.

19  Q.  And that was about a month after you arrived in the United

20  States?

21  A.  I believe so.

22  Q.  Do you remember the defense counsel read you a portion of

23  your statements from that day?

24  A.  Of course.

25  Q.  And I'd like to read you the full statement and ask you if

Rodriguez - redirect

1   you remember this.

2   A.  May I say something?

3   Q.  I'd like to read you the statement first and then tell me

4   if you remember and then we can move on.  Okay?

5           If you need to say something after that, we can

6   address it.

7   A.  Of course.

8   Q.  "Sergio Neftali Mejia-Duarte, a/k/a "Neftali," removed

9   himself from arranging drug loads in 2009, 2010 but remained in

10  the trafficking business coordinating planes in from Colombia

11  and Venezuela that would arrive in Mosquitia, Honduras."

12          THE INTERPRETER:  Counsel, I need to see that if you

13  are reading.

14          MR. SCHUSTER:  May I approach, your Honor?

15          THE COURT:  All right.

16  A.  On planes and helicopters, yes.  He would receive the

17  airplanes, yes, and all of that.

18  Q.  And that was after 2009 and 2010?

19  A.  Of course.  2009, 2010, and part of 2011 or so.

20  Q.  And then also you were asked a number of questions on

21  cross-examination about your meetings with Neftali in 2012.

22          Do you remember that?

23  A.  Of course.

24  Q.  And I'd like to ask you a general question about the drug

25  trafficking business.  Is a drug deal finished if someone

Rodriguez - redirect

1  hasn't been paid for the drugs?

2  A.  No.

3  Q.  That deal is ongoing, right?

4  A.  Yes, still pending because there is money owed.

5  Q.  And in 2012 it was very clear that the defendant owed Cesar

6  Gastellum millions of dollars; is that right?

7  A.  In 2012, before the end of 2012, Cesar told me, Cesar told

8  me, get me in contact with Neftali, I need to speak with him.

9  And through the BlackBerry where I had the brother-in-law's

10  communication, and he was always talking about doing deals and

11  doing that and getting together, and Cesar spoke to Neftali

12  using my BlackBerry, asking him what was going on and why

13  wasn't he paid what he owed him.

14        And he would say that he needed to get work from him.

15  But Cesar would say, how can I give you work if you have

16  nothing?  And that's when Neftali stated that he was going to

17  pay him that debt with some properties that he had in San Pedro

18  Sula.  And then I left, I left Cesar.  And from there on I

19  don't know whether he paid that debt to my boss for the drug

20  trafficking.

21  Q.  But in 2012 the defendant tried to engage in further drug

22  trafficking to satisfy this debt; is that right?

23        MR. CASUSO:  Objection.

24        THE COURT:  Overruled.

25  A.  I don't think that he had any other activity aside from

Lopez – direct

1  drug trafficking, and since he saw that it was bringing in

2  money and that is why he wanted to continue with Cesar because

3  he knew that he was a strong way to get there.

4          MR. SCHUSTER:  I have nothing further, your Honor.

5          THE COURT:  Thank you.

6          You may step down.

7          (Witness excused)

8          THE COURT:  Call your next witness.

9          MR. NORKIN:  The government calls Jose Lopez.

10                         JOSE LOPEZ,

11  having been first duly sworn on oath, was examined and

12  testified as follows:

13          THE WITNESS:  Yes.

14          THE DEPUTY CLERK:  State your full name for the

15  record.

16          THE WITNESS:  Jose Lopez.

17                    DIRECT EXAMINATION

18  BY MR. NORKIN:

19  Q.  Good afternoon, Mr. Lopez.

20  A.  Good afternoon.

21  Q.  How are you employed?

22  A.  I am an investigation agent.

23  Q.  And where are you employed?

24  A.  Honduras.

25  Q.  As part of your duties as an investigative agent, do you

Lopez - direct

1  work with the U.S. government in Honduras?

2  A.  Yes.

3  Q.  And so in addition to normal Honduran police work, you also

4  get some money from the U.S. Embassy?

5  A.  Yes.

6  Q.  Did there come a time when you were asked to participate in

7  an arrest operation?  If I may clarify, an arrest operation for

8  someone named Sergio Neftali Mejia-Duarte.

9  A.  Yes.

10  Q.  So can you tell us about that.  When did that happen and

11  how did you get involved?

12  A.  May I just narrate?

13  Q.  Yes, please.

14  A.  On August 20 -- it was a Sunday -- of 2017 we received

15  information from a human source that in the valley of Amarateca

16  in Zambrano --

17  Q.  If I may interrupt.  Is that in a place in Honduras?

18  A.  Yes.

19  Q.  Is that a location close to the capital of Honduras,

20  Tegucigalpa?

21  A.  Yes.

22  Q.  Okay.  Please continue.

23  A.  And the information that we got from that human source, it

24  was that in that area that I just mentioned to you, Mr. Sergio

25  Neftali Mejia-Duarte was in that area.

Lopez - direct

1  Q.  Please continue.

2  A.  At that time he had an arrest warrant pending in the United

3  States.  And so we got together with my colleagues and then we

4  got together at a police station in order to get together with

5  a tactic police group.  We once again had communication with

6  the human source and he again confirmed that that individual,

7  Sergio Neftali, was in that area in Zambrano.  That's when we

8  decided to go over to that place.

9          And once we got there, we got to the home or the house

10  that was described by the source indicating that that was

11  Neftali's home.

12  Q.  May I interrupt you for one second.  I want to show you two

13  pictures that the government moves to admit as Exhibit 7A.

14  A.  It's a little blurry.

15  Q.  Let me do the top portion and see if I do it this way.  The

16  top portion of Exhibit A.  Is this showing better?

17  A.  Yes.

18  Q.  Is that the house where you went to try to locate Neftali?

19  A.  Yes.

20  Q.  And then I am going to show you the bottom of Exhibit 7A.

21  Is this what's pictured?  The view, when you are standing on

22  the top steps of that house there and looking out, is that the

23  view?

24  A.  Yes.

25  Q.  So please continue with the story.  You were telling us

Lopez - direct

1   that you and a team went to the house.

2   A.   Once we identified the house, we then decided to enter the

3   house.   At the time we entered, we identify ourselves and we

4   indicated that we were police, police, nobody move.

5            As we entered, we identified two individuals that

6   began to run.   And this is a house which has a wall that

7   surrounds the property.

8   Q.   If I may interrupt you for one more minute.   I am showing

9   you Exhibit 7B.

10            MR. NORKIN:   The government formally moves to admit

11   it.

12            THE COURT:   Without objection, it will be admitted.

13            (Government's Exhibit 7B received in evidence)

14   BY MR. NORKIN:

15   Q.   Directing your attention to this part of the picture on the

16   left.   Is that the wall you are talking about?

17   A.   Yes.

18   Q.   So you were saying you saw two individuals starting to run

19   towards the wall?

20   A.   When we saw these two individuals, we went towards them and

21   we were able to restrain both of them before they were able to

22   jump the wall.

23            When we asked them to identify themselves, and one of

24   them brought out his identification and identified himself as

25   Sergio Neftali Mejia-Duarte.

Lopez - direct

```
 1              And then we went on to inspect, search the house.  We
 2   inspected the house, including the kitchen and the bedrooms.
 3   When we got to the main bedroom, in the closet area, as you
 4   enter to your right, we found a weapon, which is a rifle-type
 5   weapon.
 6   Q.  If I may interrupt one more time.  I want to put on the
 7   projector --
 8              MR. NORKIN:  Let me formally move to admit Government
 9   Exhibits 2, 3, 4 and 5.
10              MR. CASUSO:  No objection, Judge.
11              THE COURT:  Admitted.
12              (Government's Exhibits 2 - 5 received in evidence)
13   BY MR. NORKIN:
14   Q.  I am showing you what's been marked -- what's been admitted
15   as Government Exhibit 2.  There seems to be a little bit of
16   glare there.  Is that visible?
17   A.  Yes.
18   Q.  Is that the rifle that you were saying that you found?
19   A.  Yes.
20   Q.  So let's go back to the story.  In the master bedroom
21   closet you found this rifle, correct?
22   A.  And then to the left side of that same closet there was a
23   safe.  At that moment it was closed.  During all of the
24   inspection we were accompanied by Mr. Sergio's wife.
25   Q.  Just to clarify, because that suggests something a little
```

Lopez - direct

1    bit different than what normally happens in the United States,

2    is there a specific reason for why you have someone accompany

3    you during the inspection?

4    A.   Yes.   That is what we routinely do.   We ask one of the

5    persons who is in the house to accompany us so we can avoid any

6    problems further on to indicating that something has been

7    misplaced or lost.

8    Q.   Okay.   So let's continue with the story.

9         You saw a safe in the closet and you were accompanied

10   by Mr. Mejia-Duarte's wife.   What happened then?

11   A.   We asked her if she could open the safe or give us the code

12   in order to open the safe, and she said that she was unable to.

13   We told her that no matter what we were going to open the safe.

14   And so she decided to go and speak with Mr. Neftali, and a few

15   minutes later he came and he gave us the code.   And when we

16   opened the safe, we found a firearm, such as a pistol.

17   Q.   I want to put on the screen Government Exhibit 4.

18        Could you explain to us what that is?

19   A.   Yes.   You can see that there is a pistol, a ring and a

20   chain.

21   Q.   And are those the contents of what was found inside the

22   safe?

23   A.   Yes.

24   Q.   Now, as a part of your job as an investigator, did you look

25   up the serial number for this gun?

Lopez - direct

1    A.  Yes.

2    Q.  And was it registered to Sergio Neftali Mejia-Duarte?

3    A.  No.  It was registered under another person's name.

4    Q.  And can you tell us -- well, as a police officer in

5    Honduras, are you familiar with the laws regarding possession

6    of guns in Honduras?

7    A.  Yes.

8    Q.  Is it legal to possess a firearm in Honduras that's

9    registered to someone else?

10   A.  No.

11   Q.  I want to go back to Government Exhibit 2.

12           Is this a legal weapon to possess in Honduras?

13   A.  No.

14   Q.  Did you talk to Mr. Mejia-Duarte about these guns?

15   A.  Yes.

16   Q.  What, if anything, did he say?

17   A.  He didn't really say anything about the weapons.  We only

18   asked him if they were his weapons.  He didn't really say much

19   about the weapons.

20   Q.  Did you ask him anything as far as whether he wanted to

21   make a statement or anything like that?

22   A.  Yes.  At the time that we arrested him he told us that he

23   had a problem here in the United States and that he was not

24   going to speak to us.

25           MR. NORKIN:  May I have a moment?

```
 1              THE COURT:  You may.

 2    BY MR. NORKIN:

 3    Q.  As far as the name to whom this gun, Exhibit 4, is

 4    registered, was that someone you encountered at the residence?

 5    A.  No.

 6              MR. NORKIN:  No further questions.

 7              THE COURT:  Cross.

 8                       CROSS-EXAMINATION

 9    BY MR. CASUSO:

10    Q.  Did you see who the guns were registered to, sir?  Did you

11    check that out?

12    A.  Yes.

13    Q.  Who were they registered to?

14    A.  In the name of an individual that was different from Sergio

15    Neftali Mejia-Duarte.

16    Q.  Does this refresh your recollection?  Angel Antonio Quiroz

17    Posadas?  Does that ring a bell?

18    A.  Yes.

19    Q.  He was the registered person on the guns, right?

20    A.  Yes.

21    Q.  You are saying they weren't there -- he wasn't there.

22    Okay.

23              MR. CASUSO:  May I approach the witness and show him

24    something?

25              THE COURT:  Okay.
```

Lopez - cross

1        MR. NORKIN:  We have no objection to the exhibits if

2   Mr. Casuso wants to put them on the ELMO.

3        MR. CASUSO:  Okay.

4   BY MR. CASUSO:

5   Q.  Can you see that?

6   A.  Yes.

7   Q.  What is that?

8   A.  These are permits to bear arms.

9   Q.  These are the same serial numbers as the weapons you found

10  in the home?  You want to see them closer?

11  A.  I don't remember exactly the serial number of the weapon.

12  Q.  Is the serial number of the weapon on the weapon?

13  A.  Yes.

14  Q.  Can you see the serial number from the picture that the

15  prosecutor showed you on the weapon?

16  A.  No.

17  Q.  You can't see it.

18        MR. CASUSO:  May I approach, your Honor?

19        THE COURT:  All right.

20  BY MR. CASUSO:

21  Q.  Let me show you these documents.  Okay?

22  A.  Yes.  This is the permit.

23  Q.  So that's documentation for the weapon?

24  A.  Yes.  Yes.

25  Q.  Now, sir, this person who was in these documents, you said

Lopez – redirect

1   that you didn't see him there that day, right?

2   A.  Yes.

3   Q.  What is that place where you arrested the defendant, what

4   is that?

5   A.  A house.

6   Q.  Is it a single-family home or is that like some sort of a

7   school or something like that?

8   A.  It is a family home.  This is a country house.

9   Q.  Do you know or did you find out later on who this person

10  Angel Antonio Quiroz Posados is?  Is he an employee there?

11  A.  No, because I asked him and the wife if they were

12  accompanied by some kind of a bodyguard.

13  Q.  And?

14  A.  They answered no, that they were alone with the family at

15  church, at the church retreat.

16  Q.  Isn't that place a church retreat?

17  A.  Across from the house where Mr. Neftali was at, there was a

18  church.

19  Q.  Okay.

20          MR. CASUSO:  That's all, Judge.

21          THE COURT:  Thank you.

22          Redirect.

23                      REDIRECT EXAMINATION

24  BY MR. NORKIN:

25  Q.  Agent Lopez, I am going to put these two on the screen

Lopez - redirect

1    again.  This second document, do you know whether it's a real

2    license or not?

3    A.  I don't know.  But the rifle in Honduras, this is a

4    forbidden weapon.

5    Q.  And so what's your understanding of why it is that someone

6    may be able to carry around something that looks like a

7    government document even though there is a forbidden -- even

8    though there is an illegal gun?

9    A.  I don't know how to explain that.  Perhaps money was paid

10   under the table to obtain that.  I wouldn't know that.

11            MR. NORKIN:  No further questions.

12            THE COURT:  Thank you.  You may step down.

13            (Witness excused)

14            THE COURT:  We will go ahead and break for lunch.  I

15   ask everybody be back at 10 minutes after 2:00.

16            Have a pleasant lunch.

17            (Thereupon, the jury exited the courtroom.)

18            (Recess taken in proceedings.)

19

20

21

22

23

24

25

1          AFTERNOON SESSION

2               (Thereupon, the jury entered the courtroom.)

3               THE COURT:  Call your next witness.

4               MR. SCHUSTER:  The United States calls Walter Montejo

5     Merida.

6                         WALTER MONTEJO MERIDA,

7     having been first duly sworn on oath, was examined and

8     testified as follows:

9                         DIRECT EXAMINATION

10    BY MR. SCHUSTER:

11    Q.  Good afternoon, sir.

12    A.  Good afternoon.

13    Q.  I see that you are incarcerated.  Have you pled guilty to

14    something?

15    A.  That's right.

16    Q.  What did you plead guilty to?

17    A.  Narcotrafficking.

18    Q.  And what did you do that made you guilty of

19    narcotraffickings?

20    A.  Because I am guilty.

21    Q.  But what did you do, sir?  What acts did you perform that

22    makes you guilty?

23    A.  I sold drugs.

24    Q.  What kind of drugs did you sell?

25    A.  Cocaine.

Merida - direct

1    Q.  Where did you sell them?

2    A.  In Guatemala.

3    Q.  Where were those drugs ultimately going to be imported to?

4    A.  I sold it to Mexico.

5    Q.  Then where did it go?  Did it go to the United States?

6    A.  The one who purchased the cocaine from me lived at the

7    border with the United States.

8    Q.  And who is that person?

9    A.  And he was Mexican.  Cesar Gastellum.

10   Q.  Who is Cesar Gastellum?

11   A.  A Mexican drug trafficker.

12   Q.  Sir, did you have a ranch in Guatemala?

13   A.  That's right.

14   Q.  I am showing you what's been admitted into evidence as

15   Government's Exhibit No. 22.  Where in Guatemala was your ranch

16   located?

17   A.  Huehuetenango, in the border with Mexico.

18   Q.  In this general area?

19   A.  Yes.  That is where I see the name of Huehuetenango.

20   Q.  And, sir, you say you sold cocaine.  Who did you buy the

21   cocaine from?

22   A.  I would purchase it from an individual called Eliu

23   Lorenzana.

24   Q.  Where did Eliu Lorenzana live?  What country?

25   A.  In Guatemala.  In the region of Zacapa.

Merida – direct

1   Q.  That's who you bought your drugs from?

2   A.  That's right.

3   Q.  And did you allow your ranch to be used for drug

4   transactions?

5   A.  That's right.

6   Q.  Were you paid for that?

7   A.  That's correct.

8   Q.  When were you arrested, sir?

9   A.  June 10, 2012.

10  Q.  And have you been sentenced yet?

11  A.  No.

12  Q.  Now, sir, do you see anyone sitting in this courtroom who

13  you recognize from engaging in drug trafficking?

14  A.  Yes.  Correct.

15  Q.  Can you please point to that person and identify him or her

16  by an article of clothing they are wearing?

17  A.  That gentleman there who has a black vest and a white

18  shirt.

19          MR. SCHUSTER:  Your Honor, please let the record

20  reflect that the witness has identified the defendant.

21          THE COURT:  The record so reflects.

22  BY MR. SCHUSTER:

23  Q.  What name or nicknames did you know the defendant by when

24  you met him?

25  A.  First I met him as Compa and also by the name of Neftali

Merida - direct

1   and also by the name of Cunado.  That's how he was referred to.

2   Q.  When did you first meet the defendant?

3   A.  Between 2006 and 2007.

4   Q.  Where did you meet him?

5   A.  I first spoke to him on the phone.

6   Q.  How were you introduced to him over the phone?

7   A.  We have a friend in common.

8   Q.  Who is that friend?

9   A.  Luis Salguero.

10  Q.  Does Luis Salguero have any nicknames?

11  A.  No, not that I know of.

12  Q.  Does anyone call Luis Salguero, Luisito?

13  A.  Yes, Luisito.  Everybody calls him Luisito.

14  Q.  Not really a nickname, but just a way to call him?

15  A.  Yes, correct.

16  Q.  Who is Luis Salguero?

17  A.  Luis Salguero was an individual who was a worker for Eliu

18  Lorenzana.

19  Q.  A worker in drug trafficking?

20  A.  That's right.

21  Q.  And why did Luis Salguero introduce you over the phone to

22  the defendant?

23  A.  Because this man Neftali was in Guatemala, the City of

24  Guatemala, and this man Luisito was the one who handled the

25  city for him.

Merida – direct

1   Q.  Well, when you say handled the city for him, could you

2   explain who you are talking about, who "him" is and how Luisito

3   handled the city.

4   A.  Well, he would drive him around the city.  That's what I

5   mean.

6   Q.  Luisito would drive Neftali around the city?

7   A.  That's right.

8   Q.  And again, why did Luisito think that it was a good idea

9   for you to meet Neftali?

10  A.  Because Luisito told me that Neftali would sell the drugs

11  to Eliu Lorenzana.

12  Q.  And was this a way for you to buy drugs directly from

13  someone else?

14  A.  Eliu Lorenzana owed some drugs to this man here, to

15  Neftali, and since Luisito knew me and he wanted us then to

16  have a business, for us to have business, Neftali and I to have

17  business.

18  Q.  And what type of business?

19  A.  Drugs.

20  Q.  And what did you discuss in that first call with Neftali?

21  A.  And when he asked me to the phone, he asked me whether I

22  was in agreement to deal with him.

23  Q.  Deal with him in drug trafficking?

24  A.  That's right.

25  Q.  Did you eventually engage in transactions, drug

Merida - direct

1    transactions, with the defendant?

2    A.   That's right.

3    Q.   Did there ever come a point in time where you introduced

4    the defendant to Cesar Gastellum?

5    A.   Yes, correct.

6    Q.   When did you do that?

7    A.   Around mid-2008.

8    Q.   Why did you do that?

9    A.   Because Cesar Gastellum was working in Honduras, and I had

10   met Mr. Neftali, that he was a Honduran narcotrafficker, and he

11   had offered that fact that he had transportation available.

12   Q.   When you say "he," you mean the defendant?

13   A.   That's correct, yes.  Mr. Neftali.

14   Q.   I am sorry.  I cut you off.

15   A.   Cesar Gastellum was working in Honduras and he asked me

16   whether I knew anybody in Honduras.  And I said yes, that I had

17   a friend there somewhere, and that was Mr. Neftali.

18   Q.   And you introduced them?

19   A.   I told Luisito to see if there could be a meeting between

20   Mr. Gastellum and Mr. Neftali.

21   Q.   Do you know whether Mr. Neftali and Mr. Gastellum began

22   doing drug trafficking business together?

23   A.   Yes, that's right.  That's right.

24   Q.   How do you know that?

25   A.   Luisito told me and also Mr. Gastellum told me about it.

Merida - direct

1   Q.  And do you know a worker for someone who worked with

2   Mr. Gastellum named Cuache?

3   A.  Yes.

4   Q.  Who is Cuache?

5   A.  Cuache, yes, that's right.

6   Q.  Who is Cuache?

7   A.  He was a worker for Jorge Mario Paredes.  He is Guatemalan

8   but he was living in Honduras.  And when Cesar moved to

9   Honduras, then that's when he worked with Cesar Rodriguez.

10  Adolfo Rodriguez.

11          THE INTERPRETER:  Correction from the interpreter.

12  A.  Adolfo Rodriguez.

13  Q.  Is Adolfo Rodriguez also known as Cuache?

14  A.  That's correct.

15  Q.  Sir, now I'd like to draw your attention to 2012.  You were

16  arrested in June 2012?

17  A.  That's correct.

18  Q.  I'd like to ask you some questions about what happened

19  shortly before your arrest in June 2012.

20  A.  Okay.  Yes.

21  Q.  Did you speak to Cesar Gastellum shortly before you were

22  arrested?

23  A.  Correct.

24  Q.  What did you speak to him about?

25  A.  Well, first of all, Cesar Gastellum came to where I was

Merida - direct

1    living close to the border, and Mr. Luisito informed me in

2    2012 --

3    Q.  I am sorry.  Could you repeat that?

4    A.  Mr. Luisito informed me in 2012 --

5    Q.  When in 2012?

6    A.  Around the beginning.

7          -- that Mr. Neftali, Mr. Cesar, that they had a

8    falling out regarding accounts, that Mr. Cesar owed about

9    $300 million to Mr. Neftali -- 3 million.  So Luisito told me

10   that Mr. Cesar owed $3 million.

11         So I called Mr. Cesar asking him whether that was true

12   because I had been the one who had introduced them.

13   Q.  So why were you concerned about this dispute between

14   Gastellum and Neftali?

15   A.  Because I was the one who introduced them through Luisito.

16   Q.  Did Cesar Gastellum go to your ranch in 2012?

17   A.  Correct.

18         MR. SCHUSTER:  May I have a moment, your Honor?

19         THE COURT:  All right.

20   BY MR. SCHUSTER:

21   Q.  Sir, did Mr. Gastellum go to your ranch in March of 2012?

22   A.  Correct.

23   Q.  And what took place when Mr. Gastellum went to your ranch

24   at that time?

25   A.  I asked him whether it was true that he owed Mr. Neftali,

Merida - direct

1  and he said no but that he was going to have another meeting in

2  Honduras, that they were going to settle accounts.

3  Q.  "They," do you mean Gastellum and Neftali?

4  A.  Correct.

5  Q.  And that meeting was to take place after March of 2012?

6  A.  That's right.

7  Q.  And do you know whether that meeting ever took place?

8  A.  Correct.  Yes.

9  Q.  How do you know it took place?

10  A.  First, Luisito explained that to me, that Cesar and

11  Mr. Neftali had already spoken to each other and that the

12  accounts had already been cleared up and that it came out to be

13  the opposite, that it was Mr. Neftali who owed Cesar about

14  $3 million.

15  Q.  Sir, do you know what that $3 million was owed for?

16  A.  From the work that they had done with drugs.

17  Q.  Now, sir, have you ever been to Neftali's home?

18  A.  Correct.

19  Q.  When did you go to his home?

20  A.  In 2007.

21  Q.  How did you get there?

22  A.  In the helicopter.

23  Q.  Do you know the pilot who flew you?

24  A.  Correct.

25  Q.  Who was that pilot?

Merida - direct

1   A.  Guillermo Lozano.

2   Q.  How do you know that pilot's name was Guillermo Lozano?

3   A.  Because I have known Guillermo Lozano since 2003 or 2004.

4   Q.  How did you know him?

5   A.  I met him through Eliu Lorenzana.

6   Q.  Did Guillermo Lozano do drug trafficking work for Neftali?

7   A.  That I don't know.

8   Q.  But you met him through Lorenzanas?

9   A.  That's correct.

10  Q.  And Lorenzanas were involved in drug trafficking?

11  A.  That's right.

12  Q.  They were your source of cocaine?

13  A.  That's right.

14  Q.  Now what occurred when you went to the defendant's house in

15  2007?

16  A.  He invited me just to talk and to greet each other and to

17  tell me that he had transportation available from Panama to

18  Honduras using boats, and to advise me that if I ever needed

19  transportation to get drugs out of Panama to Honduras.  I told

20  him that I didn't do that, but that if there was a friend of

21  mine who needed that transportation, I would introduce him to

22  him.

23  Q.  And then you later introduced him to Cesar Gastellum?

24  A.  Correct.

25  Q.  Sir, when you were at the defendant's house, did you see

Merida – direct

1    any bodyguards?

2    A.  He had about two young guys there.  That's all.

3    Q.  Were they armed?

4    A.  I didn't see that.

5    Q.  Sir, I'd like to ask you some questions about your

6    cooperation agreement.

7            When you pled guilty to your crime, did you sign a

8    plea agreement with the government?

9    A.  That's right.

10   Q.  And what is your understanding about your obligations under

11   that plea agreement?

12   A.  Cooperate with the government 100 percent and to tell only

13   the truth in order to see if I can get a reduction in my

14   sentence.

15   Q.  Now if you meet your part of the bargain, what is your

16   understanding of the government's obligations under that plea

17   agreement?

18   A.  Recommend for me to have a reduction in my sentence.

19   Q.  And who decides whether you actually get a reduction in

20   your sentence?

21   A.  The judge.

22   Q.  And is the judge required to follow any recommendation from

23   the government?

24   A.  I believe so.

25   Q.  Well, do you know whether the judge has to follow the

Merida – direct

1    government's recommendation?

2    A.  I think so.

3         MR. SCHUSTER:  Your Honor, may I have a moment?

4    BY MR. SCHUSTER:

5    Q.  Sir, is your understanding if the government recommends a

6    certain sentence, does that happen automatically or is it still

7    up to the judge what your sentence will be?

8    A.  It's the judge's decision.

9    Q.  In addition to Cesar Gastellum, did you introduce Neftali

10   to any other drug traffickers?

11   A.  Yes.

12   Q.  And who was that?

13   A.  A Mexican fellow whose name is Javier, alias, or also known

14   as El Gato.

15   Q.  Do you know whether the defendant and El Gato ever engaged

16   in any drug trafficking together?

17   A.  That's right.

18   Q.  And how do you know that?

19   A.  Because Javier, also known as El Gato, came to my property

20   with a Colombian guy, a young Colombian guy, and they asked me

21   whether I knew of anybody who could receive those boats in

22   Honduras.

23   Q.  What did you tell him?

24   A.  I told him that I had a friend whom I had met, and I wrote

25   to Luisito for him to ask Mr. Neftali if he was willing to

Merida - direct

1   receive those boats in Honduras.

2   Q.  And was Mr. Neftali willing?

3   A.  Luisito said yes, that these individuals went to Honduras

4   to speak to Mr. Neftali.

5   Q.  And then did this transaction ultimately take place?

6   A.  That's right.

7   Q.  How much cocaine was involved?  How much drugs were

8   involved in this transaction?

9   A.  2800 kilos.

10          MR. SCHUSTER:  May I have a moment?

11          THE COURT:  All right.

12  BY MR. SCHUSTER:

13  Q.  Sir, did those drugs in the transaction with El Gato go to

14  your ranch?

15  A.  That's right.

16  Q.  Do you know where the drugs were coming from, all the

17  cocaine?

18  A.  You mean where it was from?

19  Q.  Yes.

20  A.  Well, it was brought from Colombia because one of the guys

21  was from Colombia.

22  Q.  Sir, do you know Cesar Gastellum's brother?

23  A.  Yes.

24  Q.  What's his name?

25  A.  I only know him as Kio.

Merida - cross

1    Q.  Did you engage in any drug trafficking activities with him?

2    A.  No.  I only really worked with Cesar.  But I do know him

3    because he would come by my property.

4            MR. SCHUSTER:  Nothing further, sir.

5            THE COURT:  Cross.

6                       CROSS-EXAMINATION

7    BY MR. CASUSO:

8    Q.  So in 2007 you went to Neftali's house in Honduras?

9    A.  That's correct, sir.

10   Q.  And when you went to his house, he asked you if you needed

11   some boats to transport cocaine, he had some?

12   A.  I didn't understand.

13   Q.  What is it that he proposed to you or you proposed to him?

14   A.  Mr. Neftali proposed transportation to me.

15   Q.  And did you accept that?

16   A.  I said that I did not, I did not transport drugs from those

17   places, but that if I had a friend that I was going to

18   introduce him to, Mr. Neftali.

19   Q.  Did you take him up on the offer?

20   A.  That's right.

21   Q.  How much cocaine did you transport then?

22   A.  What I know is that I got there 2800 kilos.

23   Q.  When in 2007?

24   A.  No, that was in 2009.

25   Q.  So two years after your meeting in 2007 with Neftali in

Merida – cross

1    2009, 2800 kilos show up at your house?

2    A.  That's right.

3    Q.  Did one thing have anything to do with the other?

4    A.  How is it, the one thing?

5    Q.  Did one thing have anything to do with the other, did your

6    meeting in 2007 lead up to the 2800 kilos showing up at your

7    house two years later, sir?

8    A.  That's right.

9    Q.  What did they have to do with each other?

10   A.  It was me introducing the gentlemen.

11   Q.  Who brought the cocaine to your house, sir, in 2009?

12   A.  Somebody that does transportation from Guatemala.  The name

13   is Jorge Melendez.

14   Q.  And did you pay for that cocaine?

15   A.  No, sir.

16   Q.  How did the cocaine show up at your house, sir?

17   A.  Because the owner was a Colombian and Mr. Gato, the

18   Mexican.  They only gave me $100 to do the transshipment on the

19   land, on my property.

20   Q.  So this Gato person and this Mexican person paid you $100

21   to store 2800 kilos of cocaine in your house?

22   A.  That's right.

23   Q.  For how long did you store that?

24   A.  One day.

25   Q.  And did you see Neftali anywhere near there?

Merida - cross

1   A.  No.

2   Q.  Did you talk to Neftali about this cocaine showing up at

3   your house?

4   A.  No.

5   Q.  As far as you can tell, did he have anything to do with

6   that?

7   A.  According to Luisito, yes.  Luisito was the one that was in

8   communication with me.

9   Q.  Luisito told you something, right?

10  A.  Right.

11  Q.  Did you speak to the defendant, sir, about that, you,

12  yourself?

13  A.  No.  I only had two meetings with him, and one time that I

14  spoke with him over the phone.  All communications we had

15  through Luisito.

16  Q.  Where is Luisito?

17  A.  In Guatemala.

18  Q.  Is he in jail?

19  A.  No.

20  Q.  So he is the one who is doing the talking with you, right?

21  A.  That's right, sir.

22  Q.  And there came a time you said in 2012 that this same

23  person, Luisito, said something about there being some sort of

24  a disagreement between Mr. Gastellum and Neftali, right?

25  A.  Mr. Luisito and Mr. Gastellum, the two of them did talk to

Merida – cross

1    me about that.

2    Q.  What did you have to do with that?

3    A.  Because I was the person that introduced them to each

4    other.

5    Q.  But if you introduce someone, are you responsible for what

6    happens between them?

7    A.  I believe that, yes, because one is -- the problem is that

8    one is in the middle of the two individuals.

9    Q.  You felt yourself like morally responsible?

10   A.  No.  But the correct thing was that if there was something,

11   an issue between Mr. Gastellum and Mr. Neftali, it was not

12   right that Mr. Gastellum did not do, end up being correct with

13   Mr. Neftali.

14   Q.  So what did you do?  Did you tell Gastellum to pay Neftali?

15   A.  Correct.

16   Q.  So you talked to Mr. Gastellum?

17   A.  I would see him and I would be in communication with

18   Mr. Gastellum every day over the BlackBerry.

19   Q.  And then you are saying that as a result of that they had a

20   meeting?

21   A.  That is what Mr. Gastellum told me.

22   Q.  Okay.  Were you present at the meeting, sir?

23   A.  No, sir.

24   Q.  Well, you had an interest in it, didn't you?

25   A.  Nothing, nothing.

Merida - cross

1   Q.  Did you ask him when the meeting was going to take place?

2   A.  No.  Mr. Gastellum said that they were going to meet in a

3   few days, in about 15 days, that they were going to clarify

4   that misunderstanding.

5   Q.  And then did you have occasion to hear about the results of

6   the meeting?

7   A.  That's right, sir.

8   Q.  Who told you?

9   A.  Mr. Gastellum and Luisito told me about that.

10  Q.  Did you talk to Mr. Neftali about the meeting?

11  A.  No.

12  Q.  You weren't present at the meeting, right?

13  A.  No, sir.

14  Q.  Okay.  From what Mr. Gastellum told you and Mr. Luisito

15  told you, was the meeting amicable?

16  A.  That's right, sir.

17  Q.  Were the differences resolved?

18  A.  What I know is that, yes.

19  Q.  As far as what you were told, right?

20  A.  That's right, correct.

21  Q.  But you weren't there?

22  A.  No, sir.

23  Q.  Now, this money that was owed was owed from what, sir?

24  A.  Drugs, of what Mr. Cesar and Neftali had worked.

25  Q.  Your case is in Washington D.C., right?

1   A.  Correct.

2   Q.  And you have been in jail but you haven't been sentenced,

3   right?

4   A.  That's right, sir.

5   Q.  What was the -- there is another gentleman that testified

6   here, Mr. Rodriguez, the person who testified before you.

7          MR. SCHUSTER:  Objection to his knowledge of the

8   witness order in this case.

9          THE COURT:  What's the question again?

10  BY MR. CASUSO:

11  Q.  Mr. Rodriguez Barrientos, do you know him?

12  A.  That's right, sir.

13  Q.  He has a case in D.C. also, right?

14  A.  That's right.

15  Q.  You both have the same lawyer, right?

16  A.  That's right.

17  Q.  You talk about your case?

18  A.  No.

19  Q.  No?

20  A.  Our case?  Yes, of course.

21  Q.  The money owed about this meeting, sir, when did that

22  happen.  What year?

23  A.  The money or the meeting?

24  Q.  Not the meeting.  The money that was owed about the

25  meeting.

Merida – redirect

1    A.  The truth is that I don't know.  I only know about the

2    meeting.  I don't know when they started working.

3    Q.  Wasn't it 2009, sir?

4    A.  I introduced them to each other in 2008.  I don't know when

5    they worked together.

6         MR. CASUSO:  That's all I have, sir.  Thank you.

7         THE COURT:  Redirect.

8                        REDIRECT EXAMINATION

9    BY MR. SCHUSTER:

10   Q.  Now, sir, you were just asked some questions about

11   Mr. Rodriguez.  Did you in any way coordinate your testimony

12   with Mr. Rodriguez?

13   A.  No, sir.

14   Q.  What is your understanding of what can happen to you under

15   your plea agreement if you take the stand and lie?

16   A.  Would be breaking the agreement and I could be getting

17   other charges.

18   Q.  The agreement goes away if you lie?

19   A.  That's right, sir.

20   Q.  Sir, do you even know the specific charges that this

21   defendant is facing?

22   A.  No, sir.

23   Q.  Do you know the witnesses, who the other witnesses in this

24   case are?

25   A.  No, sir.

Merida – redirect

1    Q.  Have you discussed your testimony with any other people you

2    think are witnesses?

3    A.  No, sir.

4    Q.  Now, sir, you were asked several questions during

5    cross-examination about a 2800-kilo deal that took place on

6    your ranch.

7           Do you remember that?

8    A.  Can you explain that to me, please.

9    Q.  Yes, sir.

10          On cross-examination you were asked a number of

11   questions about a 2800-kilogram deal.

12          Do you remember that?

13   A.  That's right.  That's right.

14   Q.  And that deal took place in 2009?

15   A.  That's right.

16   Q.  And I put back up on the screen Government's Exhibit 22,

17   the map of Guatemala, and I am pointing to your general area.

18          What was the importance of your ranch in that

19   2800-kilo deal?

20   A.  Because my ranch is on the border of Mexico and Guatemala.

21   Q.  So does that make it easy to take it from one country,

22   Guatemala, to another, Mexico?

23   A.  That's right, sir.

24   Q.  And you were asked about how much you were paid for taking

25   part in that transaction.

Merida - redirect

```
 1              Do you remember that?
 2   A.  That's right, sir.
 3   Q.  How much were you paid for your taking part in that
 4   transaction?
 5   A.  One hundred dollars per kilo.
 6   Q.  That's per kilo, not $100 total, right?
 7   A.  One hundred dollars per kilo.
 8   Q.  And then, sir, you were also asked about your 2007 meeting
 9   with the defendant Neftali.
10              Do you remember that?
11   A.  That's right, sir.
12   Q.  And did that involve a different transaction from the
13   2800-kilo transaction?
14   A.  That's right, sir.
15   Q.  So those were two separate transactions, not the same
16   thing?
17   A.  Correct.
18   Q.  Now regarding the 2012 meeting between Cesar Gastellum and
19   Neftali, you heard what happened through Luisito; is that
20   right?
21   A.  That's right.
22   Q.  And at that time was Luisito still working for Neftali?
23   A.  That's right, sir.
24   Q.  So he was in a position to know what went on at that
25   meeting?
```

Miller – direct

1    A.   Luisito worked for Cesar and for Mr. Neftali.

2             MR. SCHUSTER:  May I have a moment, your Honor?

3             THE COURT:  All right.

4             MR. SCHUSTER:  Nothing further.

5             THE COURT:  Thank you.  You may step down.

6             (Witness excused)

7             THE COURT:  Call your next witness.

8             MR. SCHUSTER:  Your Honor, the United States calls

9    Justin Miller.

10                        JUSTIN MILLER,

11   having been first duly sworn on oath, was examined and

12   testified as follows:

13                     DIRECT EXAMINATION

14   BY MR. SCHUSTER:

15   Q.   Good afternoon, sir.

16   A.   Good afternoon.

17   Q.   What did you do for a living?

18   A.   I am a field intelligence manager of the Miami division of

19   the Drug Enforcement Administration.

20   Q.   How long have you been with the Drug Enforcement

21   Administration?

22   A.   A little over 13 years.

23   Q.   And as a field intelligence manager, what do you do?

24   A.   I am in charge of the intelligence program of the Miami

25   division.  So I have a group of intelligence analysts that work

Miller - direct

1    near me.  They are spread throughout the entire State of

2    Florida.

3         I am also the principal adviser to the special agent

4    in charge on all issues relating to intelligence and drug

5    trafficking.

6    Q.  Is that the top agent in Miami?

7    A.  That's correct.

8    Q.  Sir, where did you go to college?

9    A.  I went to my -- my undergrad I did in Angelo State

10   university in San Angelo, Texas.

11   Q.  What did you major in?

12   A.  Government.

13   Q.  Did you graduate?

14   A.  Yes, I did.

15   Q.  Did you receive any honors?

16   A.  I graduated magna cum laude.

17   Q.  What did you do after you graduated from college?

18   A.  From there I got my masters degree at Baylor University in

19   Waco, Texas.

20   Q.  What did you get your masters in?

21   A.  International relations.

22   Q.  Sir, what did you do after you received your masters?

23   A.  Then I went on for my Ph.D.  So I got my Ph.D. in the field

24   of church state studies, which is a subfield of political

25   science.

Miller – direct

1   Q.  Did you have a dissertation that you are required to do as

2   part of that program?

3   A.  Yes, I did.

4   Q.  And what was your dissertation on?

5   A.  It was on post-conflict drug trafficking, and it focused on

6   Islamic insurgencies and the economic criminal networks that

7   developed from these insurgencies.

8   Q.  Did you teach any courses while you were receiving your

9   Ph.D. from Baylor?

10  A.  Yes.  I taught at Baylor.  I was a lecturer for two years.

11  Q.  What areas did you teach?

12  A.  I taught rural political systems, government agent studies.

13  Q.  Sir, while you were at Baylor, did you receive any

14  fellowships?

15  A.  Yes, I did.  I received a board fellowship which is part of

16  the National Security Education Program.  What that did is it

17  gave me money to study Portuguese in Brazil while studying

18  Islamic extremism in the tri-quarter area.

19  Q.  Did you learn Portuguese?

20  A.  I did.

21  Q.  And do you speak any other languages in addition to English

22  and Portuguese?

23  A.  I learned Spanish as I was stationed later in my career

24  with DEA in Colombia.

25  Q.  And after you received your Ph.D., did you then join the

1    DEA?

2    A.  I did.

3    Q.  What was your first job at the DEA?

4    A.  My first assignment was the El Paso Intelligence Center in

5    El Paso, Texas.

6    Q.  And what was your title there?

7    A.  Well, I was an intelligence analyst.  I was assigned to the

8    southwest border unit, and I had the principal responsibility

9    of monitoring drug trafficking related to the Mexican cartels

10   that operate along the U.S./Mexico border.

11   Q.  And how long were you at the El Paso Intelligence Center?

12   A.  I was there for three years.

13   Q.  What did you do next?

14   A.  After that I transferred to our office, DEA office in

15   Cartagena, Colombia, and I served in Colombia for two years.

16   Q.  What did you do while you were stationed in Cartagena?

17   A.  I was also an intelligence analyst.  My principal role was

18   to support international investigations involving Colombian

19   narcotics traffickers, and I also conducted programs that

20   focused on strategic debriefings of individuals who had

21   knowledge of the Colombian/Mexican drug trade.

22           When I mentioned, when I say strategic debriefings, it

23   had to do with just discussing command and control in the

24   business side of it.  This is international business.  So how

25   the business works, how it functions, how the leaders think,

Miller – direct

1    why they make investments the way that they do.

2    Q.  And how long were you in Cartagena?

3    A.  I was in Cartagena for two years.

4    Q.  And that's where you learned Spanish?

5    A.  I learned Spanish before, but --

6    Q.  Before.

7    A.  Before going to Colombia.  You are required to know Spanish

8    to work in Colombia.  That's correct.

9    Q.  After Cartagena, where did you go?

10   A.  After Cartagena, I transferred to our, transferred to

11   headquarters, DEA headquarters in Arlington, Virginia.  And

12   while in headquarters, and I transferred to our financial

13   intelligence unit, I subsequently promoted to the chief of our

14   financial intelligence unit, which is our drug money

15   laundering.

16   Q.  Can you explain what the financial intelligence unit

17   focuses on?

18   A.  Sure.  It focuses on developing information relating to

19   drug money laundering trends globally.  I had analysts

20   underneath me who would deploy to various parts of the world to

21   meet with our country offices, to meet with agents and analysts

22   within those offices, as well as foreign counterparts, foreign

23   sources of information, and to develop information on how money

24   moved from the United States throughout the world.

25        But our principal focus was on the Western Hemisphere.

Miller - direct

1    In other words, moving money from the United States to Mexico,

2    Central America, and ultimately South America.  Colombia in

3    particular.

4    Q.  From that point in the progression of your career you had

5    learned the border and the importation of drugs and then as

6    well -- when you were in Texas -- and then the source in

7    Colombia and then the financial side?

8    A.  That's correct, the entire cycle.

9    Q.  Then how long were you at DEA headquarters?

10   A.  I was there for five years.

11   Q.  And what did you do after DEA headquarters?

12   A.  After DEA, I transferred and took over the group supervisor

13   position for our intelligence group in McAllen, Texas.  In

14   McAllen, Texas, which if you are not familiar, it's on the

15   border on Mexico across from Reynosa.  That office and

16   intelligence group covered offices in McAllen, Corpus-Christi,

17   and Brownsville, Texas.

18   Q.  Is that fair to say that is a very busy area in the world

19   of drug trafficking?

20   A.  It's extremely busy.

21   Q.  Why is that?

22   A.  Because it's a lot of narcotics that come over from the

23   U.S./Mexican border.

24   Q.  Is that the location there?

25   A.  Yes, that's correct.

Miller - direct

1   Q.  And how long were you in McAllen?

2   A.  I was in McAllen for almost two years, and then after

3   that -- well, at that time I was promoted to my current

4   position, which is what I am now, as a field intelligence

5   manager in Miami, and I have been in this position for two

6   years now.

7   Q.  So as you have been promoted you have moved offices and

8   gotten different experience in intelligence in DEA?

9   A.  That's correct.

10  Q.  And regarding your knowledge of international drug

11  trafficking, in addition to your experience, what do you base

12  your knowledge on?

13  A.  Well, my experience includes hundreds of interviews with

14  witnesses, whether it be cooperating defendants, DEA

15  informants, among other sources of information, foreign

16  counterparts, who also engage in counternarcotics work.  In

17  addition, through conducting investigations as well as

18  supervising those who conduct investigations, obviously we

19  derive a significant amount of information from judicialized

20  communication intercepts as well.

21  Q.  So a number of sources you have gotten your expertise from?

22  A.  Yes, that's correct.

23      I got another degree, if you will, in drug trafficking

24  directly from sources.  So I learned the business very well

25  from some very knowledgeable people.

Miller - direct

1   Q.   Is that the best way to learn about the business?

2   A.   It's one way to learn, and you learn it very well.

3   Q.   Sir, have you won any awards during your service with the

4   DEA?

5   A.   I frequently receive exceptional performance awards, based,

6   of course, on my work performance, letters of commendation, et

7   cetera.  Yes.

8   Q.   And have you provided briefings based on your intelligence

9   work to any high-level government officials, and I'm talking

10  about in the drug trafficking intelligence?

11  A.   That's correct.  I frequently briefed senior executives

12  within federal agencies, U.S. attorneys, foreign dignitaries,

13  U.S. ambassadors.  Foreign dignitaries include the Attorney

14  General of Mexico, Minister of Defense of Colombia, as well as

15  in the United States, beyond just our federal agencies and U.S.

16  attorney's offices, which include Deputy Attorney General,

17  members of Congress as well.

18  Q.   And, sir, have your intelligence reports been provided to

19  the President?

20  A.   Yes, they have.

21           MR. SCHUSTER:  Your Honor, we tender Justin Miller as

22  an expert in international narcotics trafficking.

23           THE COURT:  Any objection?

24           MR. CASUSO:  No.

25           THE COURT:  So recognized.

1   BY MR. SCHUSTER:

2   Q.   May I call you Dr. Miller?

3   A.   That's fine.

4   Q.   I'd like to ask you some questions about cocaine in

5   general.

6   A.   Okay.

7   Q.   Sir, where is cocaine produced?

8   A.   Well, cocaine, it's produced primarily in Colombia, Peru,

9   and Bolivia.  Unlike other drugs that you hear about, such as

10  methamphetamine, in particular now with heroin and the opioids

11  that you hear in the news, it's not domestically produced.

12  It's not produced in the United States and it's not produced in

13  Mexico either.  It has to be produced in these regions because

14  that's where they grow the cocoa plant, which is what is used

15  to produce cocaine.

16          The overwhelming majority of the cocaine that enters

17  into the United States, upwards of 90 percent, comes from

18  Colombia, based upon U.S. government estimates.  And so what

19  happens with cocoa, once it's collected, what happens is it's

20  brought to the open air markets, and these markets are very

21  well-protected in Colombia.  I am going to focus specifically

22  on Colombia because, as I said, that's the principal supplier

23  to the United States.

24          It's protected by insurgents or paramilitary groups.

25  There is a reason for that.  Because the cocoa plants are worth

Miller - direct

 1  a lot of money.  So what happens is they take the cocoa plant,

 2  they resell it as they come to these open air markets, they

 3  purchase the cocoa plants, and then they take them to

 4  laboratories.  And from there they use precursor chemicals,

 5  such as gasoline or sulphuric acid or lime, and what happens in

 6  these big industrial-size drums, they are going to place the

 7  plants, precursor chemicals, and begin the process of

 8  extracting cocaine, the base for the cocoa plants.

 9          So once you have the cocaine base, it's either going

10  to be shipped to another laboratory or there in the same

11  laboratory, they are going to dissolve it into other liquids,

12  such as ethyl-acetate or acetone or some of these precursor

13  chemicals again.  And they are going to boil it.  Then they are

14  going to add concentrated hydrochloric acid.

15          What happens is, what you are going to get out of that

16  is cocaine hydrochloride.  They are going to pour it into these

17  bricks, press it down, and it is going to remove the liquid

18  from it.  They are going to bake it.  That's how -- cocaine

19  hydrochloride is then going to in the brick, small brick,

20  kilogram size, that you are probably familiar with if you watch

21  TV and the shows and the news and you see the large seizures

22  that are made when you see the photos.

23          So that's the kilogram of cocaine that we are familiar

24  with.  That's the powder.  That's what we commonly refer to as

25  cocaine.  We are talking about cocaine hydrochloride.

Miller – direct

1          So once it's baked, it's put into the bricks.  Then

2    it's going to be taken to various departure points in Colombia

3    or across into Venezuela and Ecuador and then sit onward to its

4    destination.

5    Q.  Sir, do these labs or the cocaine distributors ever mark

6    their kilos of cocaine?

7    A.  They do.  They do.  It's very frequent to have markings,

8    whether it be pressed into the cocaine or in some other ways

9    have some markings.  Because when you think about it, if you

10   are an investor in cocaine, you are going to want to ensure

11   that what you are getting is what you purchased at the lab, not

12   that you purchased something and then they give you something

13   that's less than ideal, less pure, if you will, of cocaine.  So

14   you have an inferior product.  You want to ensure that's the

15   same product.

16         So they have these markings that are pressed in

17   various ways they do it, but it's pressed into the brick.

18   That's shipped northward.  So along the chain, as we conduct

19   seizures, we see the same markings, and that's why.

20   Q.  How is the kilo generally packaged?

21   A.  Well, what happens -- okay.  As I mentioned, it's baked.

22   Once you have this hardened brick, they are going to wrap it in

23   plastic.  They are going to wrap it in plastic, typically in a

24   clear plastic.  They are going to wrap it again.  Then they are

25   going to wrap it again.  Oftentimes there is going to be a

Miller - direct

1    layer like a rubberized material that's kind of like a dish

2    glove type of material.  It's important that they do this

3    because they don't want it to get moisture, they don't want it

4    to spoil en route to its destination.

5    Q.  What does the DEA consider a large shipment of cocaine?

6    A.  We typically consider 50 kilograms to be a large shipment

7    of cocaine.

8    Q.  And why that figure?

9    A.  Well, 50 kilograms -- keep this mind, a kilogram is

10   2.2 pounds, right?  So we are talking over 100 pounds here.

11   That's really more than you can put, attach to your body,

12   typically like a body courier.  You probably heard of people

13   swallowing pellets of cocaine.  You can't do that with

14   50 kilograms of cocaine.  You have to pack it, you have to

15   transport it, put it on an airplane or a ship, a boat, or some

16   kind of land vehicle in order to move it to its destination.

17   Q.  Sir, after the cocaine is packaged and it's moved within

18   Colombia, what are different ways that drug traffickers get

19   that cocaine out of Colombia?

20   A.  Well, it's very common to use either maritime or air

21   conveyances.  What I mean by maritime, of course we are talking

22   about boats.  That can be your go-fast vessels.  We call them

23   go-fast.  They are the speed boats with like four high-powered

24   engines, motors on the back, and they go very quickly.

25            So you can go up the coast to Central America, for

Miller - direct

1   instance, within a day.  So those operations happen very quick.

2            Fishing vessels are very common, particularly among

3   the Pacific side of the route, up to North America and --

4   Mexico and North America.  They also use cargo containers.  So

5   the large containers that you see on the cargo vessels.  They

6   impregnate these containers with cocaine or it could be

7   something as simple as the smaller cargo vessels and they throw

8   kilos on top, whether they are shipping bananas or whatever

9   kind of other merchandise.

10           They got more sophisticated within the past ten years

11  because they began to develop submarines.  At first it was

12  these semi-submersibles.  So they would go a few feet under

13  water but they are not completely submersed under water.  They

14  would initially, in the beginning, they would be pulled along

15  by some other vessel so they could be detached if law

16  enforcement were to come for an interdiction.  And eventually

17  that progressed, of course, to where they did not need to do

18  that and then it progressed into fully submersible submarines.

19  These vessels can carry upwards of 8 tons of cocaine.

20           So it's an expensive operation.  It's an operation

21  that takes a long time.  But it can be very lucrative as well.

22           Now in terms of air conveyances, just flights.

23  Typically it's going to be your smaller aircraft or smaller

24  Cessna that fly out of Colombia or Venezuela.  They are going

25  to go on to up to Central America and it's going to jump, if

Miller - direct

1    you will, all the way up.  But that's typically at least over

2    the past ten or so years.  Ten, 15 years, that's really been

3    the predominant air method for carrying large cargo.  You don't

4    see the 747s flying in like you did in the 1980s directly from

5    Mexico and then being unloaded.  But those are the two

6    principal types.

7         Obviously, once you get to Central America, there's

8    land routes that take you right up on the trucks and such.

9    Q.  Sir, out of Colombia, is it fair to say that it takes a

10   number of people to transport large amounts of cocaine working

11   together?

12   A.  It does.  These are very large-scale operations to get it

13   from cocaine -- from Colombia, excuse me, the cocaine from

14   Colombia all the way to the United States.

15        First, obviously, you are going to have the individual

16   investors.  Those are the ones with money.  But you are going

17   to have coordinators for various components of it.  You are

18   going to have logistics coordinators, individuals who are

19   responsible for managing transportation.  So you have your

20   transportation specialist.  And I am talking about the

21   managerial roles, not the people that are doing the actual

22   physical work or driving the submarine or the go-fast vessels.

23        But there are a number of people involved.  So there

24   is a lot of fees involved.  You have a lot of people to pay.

25   And then have you individuals that are responsible for paying

Miller – direct

 1    off port officials.  That's their primary role, especially if

 2    you are going cargo containers out of the port of Cartagena or

 3    Baranquilla.  It's very common to employ these individuals to

 4    make sure everything is greased, for lack of a better word, to

 5    get it out.

 6    Q.  And, sir, is it common for higher-level members of drug

 7    trafficking organizations to have their workers do a lot of the

 8    actual work?

 9    A.  It's very common.  It's very common, especially the higher

10    you go, oftentimes your principal investors are not meeting --

11    are not going down and meeting with your suppliers, for

12    instance.  Okay.  They are going to send someone to a lab.

13    They are going to send the representatives to the lab.

14         Some of the more critical roles, actually, in the

15    international drug trafficking are intermediary brokers because

16    your buyer needs a representative, your seller typically is

17    going to have a representative.  So these are the brokers and

18    they are going to put the buyer and seller together because

19    they have the contacts.

20         So I mean, they may get paid a set fee.  They may get

21    paid 2 percent of the load, depending on the level or the route

22    that the trucks have, but they may not even touch the drugs,

23    right?  Oftentimes your investors and others won't either

24    because, again, they are not physically the ones transporting

25    it; they are paying people to do this at every point of the

Miller – direct

1    route.  But they are very critical because you need to have

2    these representatives for you because a lot of people, they

3    don't want to expose themselves, they don't want to leave the

4    country, for obvious reasons.

5    Q.  Dr. Miller, in transportation of cocaine from Colombia

6    north, what role do Central American countries play in that

7    transportation?

8    A.  Well, Central America particularly, well beyond 2000 but

9    really beyond 2006, Central America really became a critical

10   transit area for narcotics trafficking.  Okay.  I mean, if you

11   think back to the 1980s and in such, principally it was

12   Colombians taking it to -- they might take it to Mexico, but

13   they are going to eventually take to it to the United States

14   for Colombian distribution networks.

15       What happened in the 1990, Colombians began giving the

16   Mexican trafficking organizations payment in product.  So they

17   might receive 45 percent of load, let's say, to bringing it

18   into the United States and then to give it to back to

19   Colombians.

20       Well, what happened is the Mexican trafficking

21   organizations became very profitable for them.  So over time,

22   Mexican traffickers began to invest even more.  They started

23   investing south in Colombia.  Instead of buying it wholesale in

24   Mexico, they would send their representatives down to Colombia

25   and they would invest maybe it's 20 percent, 30 percent,

1   40 percent.

2           But they're typical loads.  It's not just one

3   investor.  There may be eight, ten investors in an 8-ton load,

4   for instance.  In the mid 2000s, the Mexicans started going,

5   whether 20, 30, and then in 2007, they are going 50/50 with the

6   Colombians from loads supporting Colombia.  Because what

7   happens is they are going to make a lot more money investing in

8   Colombia than they are investing in Mexico, particularly once

9   they started controlling distribution in the United States,

10  which is what happened.

11          So now you hear a lot about the Mexican traffickers in

12  the United States.  Well, what happened is they took over a lot

13  of the wholesale distribution of the United States.  Colombians

14  were pushed out.  Colombians principally became, in the United

15  States at least, they became very good at sending money back,

16  because that's very profitable too, and then you would get

17  money back to Colombia.  So the Mexicans took over that.

18          Once they had that, now they are buying at the source.

19  They are selling it in the United States.  So it's a very

20  lucrative investment.

21          Now what happened was a number of -- well, a number of

22  things happened.  But the Mexican government -- I am speaking

23  general terms because this is a very dynamic time period --

24  started targeting the heads of the cartels, Mexican drug

25  cartels very heavily in the 2000s.  There is a lot of violence.

Miller - direct

1    Traffickers began not wanting to go to Colombia to do deals.

2         A lot of your turnover, your Mexican drug cartels,

3    became -- so what happened was they pushed down further south.

4    So they started receiving loads in Honduras and Guatemala,

5    going into partnership with Honduran and Guatemalan

6    organizations, and actually started controlling territories

7    from organizations working to control turf.  Because what's key

8    about the Mexicans is not only do they bring the product all

9    the way up, and they make a lot of money doing it, but they

10   make a tremendous amount of money out of controlling territory

11   because they charge what is called a piso to these

12   organizations.  What that is is a tax.

13        So if you want to move through a certain part of

14   Mexico, say, south Texas, for instance -- I was right across in

15   McAllen across from Reynosa -- you are going to pay the cartel,

16   which throughout this time has been the Gulf cartel, you are

17   going to pay them about $500 for each kilo of cocaine.  Okay.

18   So they are making $500 on a kilo by taxing it because you are

19   moving through the area.

20        They started doing this throughout Mexico and even

21   pushed through Central America.  But what happened was at this

22   time the routes, the transit, both maritime and air, began to

23   focus on the Central America corridor, where you had Mexican or

24   Central American traffickers receiving the loads sending up to

25   Mexico and then across the border to the United States.

Miller - direct

1  Q.  Dr. Miller, what conclusion, if any, do you draw when you

2  find a shipment, a large shipment of cocaine moving north

3  through Central America?

4  A.  Well, generally it's going to be coming to the United

5  States.

6  Q.  And why do you conclude that?

7  A.  Well, for one, the United States is the largest consumer

8  population in the world.  So there is a predominant amount of

9  cocaine, of course, consumed in the world, at least for a

10  single country, is in the United States.  It has the population

11  and also has the wealth to do it, to purchase cocaine.  So

12  that's one reason.

13        Two, this is a business, right?  It's a business to

14  make money.  So you are going to send your product where it's

15  going to make the most money.  If you are receiving it in

16  Central America, if you are buying wholesale for $10,000 a

17  kilogram in Central America, you are not just buying a

18  kilogram.  We are talking large loads.  If you have a ton of

19  cocaine, a thousand kilograms in Central America, you are going

20  to want to get that product to where it's going to get you the

21  best return on your investment, which is going to be the United

22  States, right?

23        So at the end of the day it's about making money.

24  That's why generally and typically that's where overwhelmingly,

25  that's where the drugs are going to end up, on the northern

Miller – direct

1   route.

2   Q.  Sir, you just said this.  As the value of cocaine gets

3   higher, the further north you go from Colombia?

4   A.  That's correct.

5   Q.  Can you tell us the general price ranges for a kilo of

6   cocaine between 2006 and 2014 in Colombia?

7   A.  Sure.  Well, 2006 to 2014 is a broad range.  There are a

8   number of things going on there during that time period.  But

9   generally speaking, you are going to buy a kilogram of cocaine

10  in Colombia for 2000 and 2500 dollars.

11          Once you get up to Central America, let's say

12  Honduras, once you get up to Honduras, that kilogram of cocaine

13  is going to go for anywhere from 5,000 up to maybe -- I mean,

14  in 2014, maybe $13,500.  Now there is a big -- it is a big

15  range.  What happened was there is a lot of production in

16  Colombia in 2007.  Prior to now, when our estimates are that

17  now they are producing more cocaine than ever, but prior to

18  this 2007 was the peak.

19          Then due to eradication efforts in Colombia and

20  disruption of some of your larger organizations, cocaine

21  supply, production went down in Colombia.  As production goes

22  down, the prices go down.

23          In the first part, 2006 to 2007 range, it's going to

24  be in the low end.  I want to explain that that's why I am

25  giving you this broad range of prices.  But in Mexico, in the

Miller – direct

1    earlier period, it's going to be around 8,000, 9,000, 10,000

2    dollars a kilogram.  But later on it's going to be upwards

3    closer to 20,000.  Right.

4            once it gets to the United States, it's going to be in

5    the 20s all the way up to maybe $38,000 depending on the city

6    in which it arrives.

7            So as you can see, as you work your way up, it just

8    gets much more profitable as it goes up the chain.

9    Q.  As the production of cocaine goes up, what happens to the

10   prices?

11   A.  They increase dramatically.

12   Q.  When the production goes up, when there is more on the

13   market.

14   A.  I am sorry.  Prices go down.

15   Q.  And when there is less inventory, the prices go up, right?

16   A.  Correct.  Supply and demand.

17   Q.  In this time period also, would a kilogram of cocaine in

18   Guatemala cost more than in Honduras?

19   A.  Yes.  That's correct.

20   Q.  And why does the price keep going up the further north you

21   go?

22   A.  Well, the further north you go -- well, for two reasons.

23   One has to do with risk and second has to do with cost.

24            What I mean by risk is the further you go up, the

25   higher the risk is that it's going to be interdicted by law

Miller – direct

1  enforcement or that another trafficking organization is going

2  to steal your load or that you are going to have an accident or

3  a plane crash or something happens to your boat, something like

4  that.  So there is a higher likelihood you are going to lose

5  your cocaine on the way.  The more risk, obviously, the more

6  valuable the commodity.

7          Second, it has to do with cost.  Because, as I

8  mentioned before, it's a very robust, complex scheme to move

9  this up.  There is a lot of people to pay.  There is a lot of

10  people that are working for you, your employees.  There is a

11  lot of people to pay off, if you will.  If you are talking

12  about border guards throughout these countries or port

13  authorities.  Then, of course, you have got expenses such as

14  gasoline.

15          Just everything it takes to move the cocaine from

16  point A to point B, there is a cost involved.  And so the

17  further you go, the more costs you are going to have.

18  Q.  Sir, how are drug traffickers paid for cocaine that enters

19  the United States?

20  A.  Well, as the cocaine enters the United States, drug

21  traffickers are paid in dollars because that's the currency

22  that we use here in the United States.

23  Q.  What are the different methods that drug traffickers

24  receive the proceeds from their work?

25  A.  It's various methods and it can get very complex.

Miller – direct

1        To keep it very simple for you, first and foremost,

2   it's very common for them to take bulk cash.  And what I mean

3   by that, it's a very cash intensive business.  Right?  Okay.

4   People aren't using their credit cards to buy drugs; they are

5   using cash.  Typically at the retail level you are using

6   smaller bills.  But there is a lot of dollars that need to be

7   bundled together, and then you want to get those dollars back

8   down south.

9        So what they do is put it in the vehicles.  Typically

10  what you are going to see is passenger vehicles, but at times

11  commercial vehicles.  It will be driven from the United States

12  down to Mexico, and they can be used for payments there or it

13  might go further south to Central America for payments down

14  there.  Eventually the idea is to get it down to the lowest

15  country in Colombia.

16  Q.  When you find a large amount, millions of dollars in

17  smaller denominations in United States currency in Central

18  America involving drug trafficking, what do you conclude?

19  A.  That the drugs came to the United States.

20        MR. SCHUSTER:  Your Honor, may I have a moment?

21        THE COURT:  All right.

22        MR. SCHUSTER:  Nothing further.

23        THE COURT:  Cross.

24        MR. CASUSO:  No questions.

25        THE COURT:  You may step down.

Miller – direct

```
 1          (Witness excused)

 2          THE COURT:  Call your next witness.

 3          MR. NORKIN:  The government rests.

 4          THE COURT:  Let me see counsel at sidebar.

 5          (At the sidebar)

 6          THE COURT:  Do you have a motion?

 7          MR. CASUSO:  Are you waiting for my Rule 29?

 8          THE COURT:  Yes.

 9          MR. CASUSO:  Yes, sir.  I am making a Rule 29 motion.

10   Basically, Judge, all we have heard after 2012 is very little.

11   Most of it has been 2006 and 2010.  I think there is three

12   instances.  I don't know if there are enough for a Rule 29, but

13   what I recall is this last meeting that this witness talked

14   about in settling these differences with moneys owed and there

15   was a meeting in the Dominican Republic which never happened.

16          Eventually, Judge, I recall a meeting to collect a

17   debt, this last thing that they talked about, and a meeting and

18   the report from the Dominican republic, that they never talked

19   about.  Basically this everything after 2012.  The rest of it

20   has been like a trip down memory lane, but it doesn't really

21   apply here.  That's my Rule 29.

22          THE COURT:  Well, that's 404(b).  It's probative.  In

23   viewing the evidence in the light most favorable to the

24   government, including all reasonable inferences drawn

25   therefrom, the motion will be denied.
```

Miller - direct

```
 1              MR. CASUSO:  We are resting.

 2              THE COURT:  You are resting?

 3              No rebuttal.  It's 3:35.  Are you ready to go?

 4              MR. NORKIN:  If we must.  I would prefer to start in

 5    the morning.

 6              THE COURT:  You must.  We are getting paid, aren't we?

 7              MR. CASUSO:  I would prefer also to start in the

 8    morning, if we can.

 9              THE COURT:  I think we can move forward.  This is a

10    pretty straightforward case.

11              Twenty minutes a side.  You can split up your time any

12    way you want.  You are responsible for keeping your time.

13              MR. NORKIN:  May I have 20 minutes for closing and 10

14    for rebuttal?

15              THE COURT:  Do you object to that?

16              MR. CASUSO:  No.

17              THE COURT:  Okay.  All right.

18              MR. NORKIN:  May I have a few --

19              THE COURT:  Twenty and 30.

20              MR. NORKIN:  He can have 30 minutes.

21              MR. CASUSO:  I will only take 20.

22              THE COURT:  May I have a few minutes to set up the

23    exhibits?

24              All right.

25              MR. CASUSO:  Can we take a short break?
```

Miller – direct

1       THE COURT:  Yes.  We will do that.  I will tell them

2   what we are doing.

3       (In open court)

4       THE COURT:  Folks, so here is where we are at.  You

5   have heard all the evidence you are going to hear in the case.

6   The next step in the proceedings are the closing arguments for

7   the lawyers.

8       The government has the burden of proof, as I said.

9   They are going to take 30 minutes.  They are going to take 20

10  minutes on the front end.  You will hear they don't have to use

11  all of it.  And the defense counsel gets 20 minutes.  And then

12  the government will have 10 minutes for rebuttal.  So that's 50

13  minutes.

14      I have got about 15 minutes or so jury instructions to

15  read to you.  So now we are an hour and five minutes.  So we

16  are going to set up, or have you set up?

17      MR. NORKIN:  If I could have a few minutes, I will set

18  up.

19      THE COURT:  So we will take a break now, come back,

20  and we will hear the closing arguments, the instructions and

21  then you will get the case for your deliberations.

22      Fair enough.  Okay.

23      Mr. Casuso, we will also let the record reflect that

24  your motion was renewed.

25      MR. CASUSO:  Yes, sir.

Mr. Norkin - Summation

1          THE COURT:  At the end of the case.

2          MR. CASUSO:  And we rest.

3          THE COURT:  Right.

4          (Thereupon, the jury exited the courtroom.)

5

6          MR. NORKIN:  For the record, I am marking Government

7   Exhibit 100 as a demonstrative.  They have no objection.  It's

8   just a chart I am going to use to show the jury.

9          THE COURT:  Okay.

10         (Thereupon, the jury entered the courtroom.)

11         THE COURT:  We will recognize government counsel for

12  the purposes of making the first portion of the closing.

13         MR. NORKIN:  Thank you.  Good afternoon.

14         At the start of this trial the government told you

15  that this case was going to take you inside a conspiracy where

16  you saw thousands of kilograms of cocaine moving north from

17  Colombia and you saw millions of dollars moving south from

18  Mexico.  That's exactly what you saw.

19         You heard from six witnesses, people the defendant

20  chose to be his partners in the narcotics business.  They were

21  six people who hadn't spoken to each other since they were

22  arrested.  Sometimes they didn't even know each other.  And yet

23  they told remarkably similar stories about what happened, their

24  interactions with the defendant, the other coconspirators.

25         There were people from all parts of the conspiracy.

Mr. Norkin - Summation

 1   You heard Colombians talking about the source of supply and how

 2   drugs on would come north from Colombia.  You heard people who

 3   operated in Central America, who would help receive, who had

 4   more regular interactions with the defendant.  And then you

 5   heard from people who have the direct contact with the Mexican

 6   cartels, like the last two witnesses that you heard, Walter

 7   Montejo Merida and Adolfo Rodriguez Barrientos, who were

 8   Guatemalans, worked directly with cartels stationed on the

 9   border in some cases, and they were the ones who made sure the

10   drugs got to the Mexican cartels.  Then you heard from a drug

11   expert, who talked about the methods that narcotics traffickers

12   used.

13       What you heard from the drug expert was that what the

14   government had presented, what the witnesses had described, was

15   typical of what you would see in these kind of organizations.

16   That drugs would move north, the price of kilogram with

17   increase as it goes up, and that bosses at some point get

18   removed from the day to day.  They are less in communication,

19   but they are still active behind the scenes working to make

20   sure that the drugs go where they are supposed to go, and they

21   get paid millions of dollars to do this.

22       After closing arguments the judge is going to instruct

23   you on the law and he is going to talk about the elements of

24   the charged crime.  Basically what you must consider in

25   determining whether the defendant is guilty or not.

Mr. Norkin - Summation

1          Most of what makes up these elements is not really in

2    serious dispute.  There is going to be discussion about a

3    conspiracy, an agreement, and you have heard from six people

4    about their part of the conspiracy or the agreements that they

5    had.  So you know that a conspiracy existed.

6          They talked about thousands of kilograms of cocaine,

7    much more than the 5 kilograms you need to consider, and you

8    listened to them discuss how the drugs moved north and how

9    everyone knew that the drugs were going to the United States.

10   It was a business and this is how they made their money.

11         So you know as far as that element, the amount of

12   drugs is much more than 5 kilos and it's going to the United

13   States.

14         What's really in dispute here is whether the defendant

15   was part of this, whether he knew what these people were doing

16   and whether he joined in that.  The overwhelming answer to that

17   from all the evidence that you have heard is yes.

18         Now, I am going to use this chart to walk through some

19   of the evidence.

20         We first heard from Warner Benitez.  He talked about

21   how he met the defendant in 2004.  He lived with him in

22   Honduras.  He estimated that there were thousands of kilograms

23   that they moved together over the time that they worked.  He

24   talked about his partners, the Colombian suppliers, Victor

25   Mosquera, Jose Perez, and then of course himself.  He talked

Mr. Norkin - Summation

1    about other coconspirators that they dealt with, the Cachiros.

2    He talked about how the defendant used his brother-in-law

3    Jairo, one of the cunados, one of his workers.

4         He talked about helicopters that were used, their

5    specific boat route that went through Panama.  He talked about

6    seeing the defendant with guns, and having bodyguards.  He

7    talked about the war that the defendant had with someone named

8    Jose Pena over territory.  And of course he talked about the

9    defendant's nicknames, Compa, Cunado.

10        Now, he talked about things that happened in 2013 and

11   2014.  He talked about container loads that were sent north.

12   He said one of them got through, 350 kilograms; a second one in

13   that same time period got through, 700 kilograms.  That matches

14   what you also heard from Ronald Carillon, the second witness

15   who testified.  He said how he attended a meeting and how he

16   talked with Warner Benitez Lopez when he went to visit him in

17   Colombia about what they were doing, and Warner told him that

18   his assistant, Jairo Mondraco, was sent up to take care of

19   those containers.

20        Warner also talked about the seizure.  He talked about

21   how he taught his employees to package those drugs, wrapped in

22   plastic, clear plastic, then in green, hidden in cartons of

23   bananas, and how one of those kilos, a third one that was sent,

24   was actually seized, 2,000 kilograms.

25        Then you heard -- if we could show the projector, your

Mr. Norkin - Summation

1    Honor -- you heard from the Colombian police officer who was

2    involved in that seizure and who took photographs.

3         I will play game show host.

4         These are the pictures you saw.  As you see, they

5    match up exactly with what Warner Benitez Lopez described.  The

6    green packaging inside of bananas, 2,000 kilograms, and we know

7    when that seizure happened.

8         He also talked about meetings that Neftali, the

9    defendant, had with his partner Jose Perez, a meeting in

10   Honduras, that you also heard about from Ronald Carillon, at

11   the Intercontinental Hotel.  That included the same Jairo,

12   brother-in-law, as Ronald Carillon discussed.  And then another

13   meeting in the Dominican Republic.  All of that happened in

14   2013 and 2014.

15        You heard about the money increments, about how he

16   paid millions of dollars and how the money flowed south.  And

17   he talked about how the drugs he knew were going to the Sinaloa

18   cartel.  Then you heard from witness Ronald Carillon.  He

19   talked about the same brother-in-law at this meeting in the

20   Continental.  He talked about the route being from Panama,

21   which is what he discussed with Jose Perez.  He talked about

22   the Colombian suppliers that he knew personally, Jose Perez,

23   Victor Mosquera.  He talked about the Cachiros, that he knew

24   were people who were other coconspirators.  He talked about the

25   drugs going to the Mexican cartels, because he was the cell

Mr. Norkin – Summation

1    phone guy who set up the satellite phones for Cesar Gastellum

2    and his organization.

3            After that you heard from Guillermo Lozano.  He was

4    the helicopter pilot.  He estimated he moved about

5    6,000 kilograms of cocaine south to north for the defendant.

6    He took pictures, that we saw, of the cocaine, and he made some

7    recordings.  You heard in the defendant's own words him talking

8    about Donya Celia, the nickname for Cesar Gastellum.  And that,

9    by the way, matched up with what you heard from Adolfo

10   Rodriguez Barrientos, who also talked about how that was the

11   nickname that this defendant used for Cesar Gastellum.  We

12   called him Donya Celia.

13           This is Exhibit 1A, a transcript.  You can see Donya

14   Celia in that conversation.

15           You also heard about Chalo, the person who is in that

16   area of Honduras known as La Mosquitia, who was in charge of

17   logistics for the planes coming in.  There you see the

18   defendant himself talking about Chalo.  You heard about Chalo

19   from, again, Adolfo Rodriguez Barrientos.

20           You see there discussion about Cesar's brother.  You

21   have now learned that brother's name is Kio.  We have had

22   multiple witnesses, both of the last two who talked about Kio

23   as the brother.  And of course Mr. Lozano talked about the use

24   of helicopters.

25           We talked about Mexican cartels as the people who were

1     getting the drugs.  He knew the route from Panama, which is

2     what the defendant had told him.  He knew there were Colombian

3     suppliers.  He knew the defendant's nickname, Compa.  He knew

4     that the defendant had a brother-in-law Jairo who was involved

5     in business with him.  He has seen guns the defendant carried,

6     bodyguards.  He knew the coconspirators.  He had met them

7     personally, the Cachiros and the Lorenzanas.  And he even knew

8     that the defendant was involved in a war with Joche Pena,

9     although he didn't know him personally.  What he said was the

10    defendant talked about how this was a problem he had, this was

11    a problem all the time, and the problem was resolved sometime

12    in 2009.

13            After that we heard from Oscar Pulgarin.  He knew the

14    defendant's nicknames.  He knew he had guns and guards.  He

15    brought the defendant up from Colombia.  He knew Jairo was the

16    defendant's brother-in-law with whom he had contact.  Certainly

17    he knew that what they were doing was sending drugs to the

18    Mexican cartels, and he talked about specifically Cesar

19    Gastellum.  He talked about his brother Kio.  He talked about

20    also knowing Zope.  That was the nickname for the last guy who

21    testified, Montejo Merida.

22            He talked about meetings that they had from March to

23    June of 2012 with Bolantillo, the same guy he knew had been

24    working for the defendant for all the years in drug

25    trafficking.  He estimated that they moved approximately

Mr. Norkin - Summation

1    25 tons together, he and the defendant, together over their

2    time.  And he talked about how the last time they met, the

3    witness, Oscar Pulgarin, and Bolantillo, that they met at a

4    fast-food restaurant in Honduras, and there, although

5    Bolantillo knew everything there was to know about boats and

6    routes and all the navigation, when it came to the money, he

7    still needed to talk to the boss.  That's when Bolantillo made

8    the call to the defendant.

9         He also talked about how Guillermo Lozano flew him to

10   a meeting with the defendant, and he talked about, again, Kevin

11   and the war with Joche Pena.

12        Then we heard from Adolfo Rodriguez Barrientos.  He

13   was a little bit overweight.  He was the witness who you

14   probably saw the longest.  He talked about all the defendant's

15   nicknames and how he personally gave the defendant the nickname

16   "Doctor" because he was dressed all in white at one point.

17        He knew the defendant had a bodyguard.  He talked

18   about Jairo, the defendant's brother-in-law, being involved.

19   As a worker for Cesar Gastellum, he knew that drugs were going

20   to the Mexican cartel because he was helping to facilitate

21   that.  And as I said, he confirmed Celia with the nickname the

22   defendant used for Cesar Gastellum.

23        They talked about meetings that they had from March,

24   April, May, June, 2012, first to resolve a drug debt that

25   existed from loads they had done before, and he explained this

Mr. Norkin - Summation

is the same deal because, like any business, until you get the

money, we are not done working.  And after that, after Cesar

met personally, he was afraid now what's going to happen with

the millions of dollars.  They had additional meetings about

further drug trafficking, about what would happen if there were

more drugs on the routes that they were going to use.

He knew about the war with Joche Pena.  He talked

about the helicopters that were used.  He knew that it would be

Colombians that were supplying.  And he also talked about

Cachiros with whom the defendant worked, another organization

that was involved in the conspiracy.

Finally, you heard from Walter Montejo.  He knew the

nickname Compa.  He talked about the Mexican cartels, because

he was the guy on the border of Guatemala who moved the drugs

from Guatemala to Mexico.  He knew Cesar.  He knew Cuache, who

was Adolfo Rodriguez Barrientos, the portly gentleman.  He knew

Kio, the brother of the Cesar Gastellum.  And he talked about

how that March meeting happened with his involvement, because

having introduced these two people, he didn't want to get

caught in the middle of them over a million dollar drug debt.

He talked about how shortly before he was arrested, in

the middle of 2012, Cesar Gastellum passed through his ranch on

the way south to meet with the defendant and to resolve that

debt.

He knew that there were Colombian suppliers because

Mr. Casuso – Summation

1    they came to his ranch.  He discussed the Lorenzana family,

2    which is how he originally met the defendant.  He knew that the

3    defendant had a route through Panama, that it wasn't useful to

4    him because he was a guy in the border of Guatemala and Mexico.

5    But he made connections for the defendant to other people who

6    could take advantage of that route.  He knew Guillermo, the

7    helicopter pilot, and in fact brought him one time for a

8    meeting at the defendant's ranch.

9            So as you can see from the chart, six different people

10   who tell remarkably similar stories about their interactions

11   with the defendant, about other people in the co-conspiracy,

12   the routes, sources of supply, where the drugs were going, and

13   of course the dollar bills involved.

14           Ladies and gentlemen, the evidence in this case is

15   overwhelming that the defendant knew what his drug associates

16   were doing, knew what all six of these people who testified

17   were doing, and that he had an agreement to work with them, to

18   take part in exactly what they were doing.  Specifically, a

19   narcotics conspiracy.

20           We ask you now to return the only verdict that is

21   consistent with the evidence in this case, and that is that the

22   defendant is guilty as charged.

23           Thank you.

24           MR. CASUSO:  Ladies and gentlemen, good afternoon.  I

25   am sorry for the cold that I have had throughout this thing.

Mr. Casuso – Summation

1    Let me tell you something.  I am not going to waste

2    your time here telling you what you heard.  Okay.  You know

3    what you heard.  The Judge is going to tell you to judge this

4    case on the evidence, on the evidence and on the law.

5    Let me tell you one of the things, because we have the

6    jury instructions, we have all drafted them and we know what he

7    is going to tell you.  One thing he is going to tell you, you

8    will be given a copy of the indictment to refer to during your

9    deliberations.

10   In summary, the indictment charges that between

11   February 27, 2012 -- okay, let me say it again -- February 27,

12   2012 and in or around June 2014, the defendant knowingly and

13   intentionally did conspire with other persons, both known and

14   unknown to the grand jury, to distribute a controlled

15   substance, et cetera.  You know, a drug conspiracy.

16   This is why we are here.  Okay.  We have been hearing

17   about stuff that happened 18 years ago, ten years ago, five

18   years ago, for like going on two days now.  That's the evidence

19   in the case.  The thing here is not whether this guy is a bad

20   guy, whether you hate him, whether he had bodyguards, whether

21   he had this, he had that.  Okay.  We all know about that and I

22   am not going to insult your intelligence here by telling you

23   this is what you heard.  You know what you heard.  You know

24   what you heard.

25   Let me tell you what I believe that you heard about

Mr. Casuso - Summation

1    2012.  You heard from Mr. Pulgarin, who is one of the witnesses

2    here that is trying to get a sentence down.  Okay.  God bless

3    him.  Fine.  That's up to them if they want to reduce a

4    sentence.  Whatever they want to do.  But what does he tell

5    you?  Mr. Pulgarin tells you that he did this, this, and

6    starting I think in 2006 or 2004, with this man.  When they ask

7    him about 2012, what did he have to say?  Let me tell you, and

8    it's on the record.  He said Well, you know, I had a meeting or

9    I had a conversation with a guy named Chele and I had a

10   conversation with a guy named Bolantillo.  Well, did you talk

11   to Neftali about any deals that you were going to make?  No.

12   But I assumed -- I assumed -- because Bolantillo worked for

13   Neftali that Neftali was involved in the deal.  I assumed it.

14   Did you talk to Neftali on the phone?  No.  He assumed it

15   because Bolantillo worked for Neftali that Neftali was in the

16   steal.  That's not proof.  That's supposition.  That's theory.

17   That's an act of faith.

18        It's not what happened here.  And you know what's

19   funny?  Mr. Pulgarin talks about Bolantillo this, Bolantillo.

20   Who else who testified here you heard talk about Bolantillo.

21   No one else.  That this man worked for Neftali.  But Pulgarin

22   said -- this is what he said on 2012 because that's like the

23   end.  2012, he talked about these people.

24        Let me tell you something.  The defendant is in charge

25   here because his brother-in-law made some kind of a drug deal

Mr. Casuso - Summation

1    behind his back.  That's not fair.  Okay.  We are each

2    responsible for what we do.  And if his brother-in-law is doing

3    deals with other people, so be it.  But that's not him.

4              Now, that was the evidence on Pulgarin.

5              Then we had another thing.  That's what happened in

6    2012 according to Pulgarin.  That was it.  That was it.  That

7    he had a conversation about some drug deal.  Never spoke to

8    Neftali face to face or even on the phone.

9              Now, Rodriguez Barrientos, who was the guy?  He had a

10   lot of things to say.  What did he tell you?  He gets arrested,

11   comes to the United States, gets debriefed.  What does he say

12   when the agents talk to him?  This guy wasn't doing any

13   business after 2010.  That's what he told the agents when he

14   was debriefed.  And that bares him out, because where have you

15   heard anything of 2012 that this man is doing anything here, is

16   in a conspiracy, is agreeing with anyone to do anything?  You

17   are not.

18             Mr. Rodriguez Barrientos said, when they pushed him,

19   what about the 2012?  Well, you know, there was a meeting.  And

20   he had -- even as he is doing time here, he's got this great

21   loyalty to his Mexican boss, Mr. Gastellum.  He said Gastellum

22   had a beef with Neftali about some monies that was so owed.

23   Owed for what?  For what?  For something that happened in 2009.

24   That's for what.  Nothing new.

25             They had a meeting, and guess what?  At the end he

Mr. Casuso - Summation

1    said it was an amicable meeting, and we don't know what

2    happened because after that everybody went to jail, including

3    him and including Mr. Gastellum.  But that was the evidence

4    here in 2012 that he told you about.  That was it.  Some

5    meeting that he said he attended.  His other friend Montejo

6    Merida, the other Guatemalan who gets paid 100 bucks to store

7    like two 2 tons of cocaine, remember that?  I mean, he said,

8    well, I heard about the meeting.  I wasn't at the meeting.

9    What happened?  Nothing happened.  Okay.

10        That's basically the evidence on 2012 from these

11   people.

12        Mr. Carrion.  Mr. Carrion testified here and he

13   actually testified to nothing after 2012.  But he testified one

14   of the things -- you know, take it with a grain of salt.  He is

15   the guy who sells the satellite phones.  He said, oh, you know

16   what, I went to jail because I was an investor and the load got

17   caught and I went to jail and I am still awaiting my time.

18        What is the evidence in the case with this other guy,

19   with the other guy who is in the island of Roatan?  He proposed

20   a 2500-kilo deal to this guy who, according to him, he is like

21   with his family enjoying a little vacation.  This is the kind

22   of people that you are dealing with.  Okay.

23        Let me tell you something.  You are not dealing with

24   honest people.  You are not dealing with above-board people.

25   You are dealing with people who want to make a deal.  The judge

Mr. Casuso - Summation

1    is going to tell you about that.  Whatever they say -- the only

2    thing, the only thing that I am interested here is for you to

3    follow the law and follow the judge's instructions.  Nothing

4    that happened before 2012, before February 27, 2012, counts for

5    anything.  He is not on trial for that here.  He is not on

6    trial for that.

7         The judge is going to tell you he is on trial for

8    whatever he is on trial for, conspiracy to deal drugs from 2012

9    to 2014.  That's the evidence.  I suggest that that's what you

10   need to concentrated on.  When you go back, think of the

11   witnesses one by one, one by one.  What did they have to say,

12   and what did they have to say not about whether this guy is a

13   bad guy, whether you hate him.  No, we are not here for that.

14   What is it that they have to say about after February 27, 2012?

15        If you find that you are convinced beyond a reasonable

16   doubt that he was engaged in drug trafficking after that, that

17   he was sending drugs, that he was importing drugs, then you

18   find him guilty.  If you are convinced beyond a reasonable

19   doubt.  If you are not convinced beyond a reasonable doubt,

20   then you find him not guilty.  It's very simple.  It's very

21   simple.

22        Like I said, it's really not a popularity contest.

23   It's not whether you like him or you dislike him or whether you

24   like one side or another side.  Everybody is here to do

25   justice.  And the way you do justice is you listen to the

Mr. Norkin - Rebuttal

1  evidence closely, closely you analyze the evidence, and you

2  follow the law that the judge is going to give you and you come

3  to a verdict that speaks the truth as to what happened.  Not

4  whether the guy is a good guy or a bad guy, but whether he

5  violated between that short period of time.  Because what they

6  have come up with evidence you don't have here.

7         One picture, you have one picture of the bundles and

8  the helicopter in 2006.  So what.  You have a recording that

9  the pilot made in, I think, 2007.  So what.  It doesn't mean

10 anything.  That's not what the case is about.

11        The case is about, again -- and I will sit down in a

12 minute because I hear myself repeating myself, and when that

13 happens it's time to go.  Okay -- between what happened between

14 February 27, 2012 and June 2014.  Look at what the witnesses

15 had to say about those specific times and you are going to see

16 the evidence lacking.  They haven't even come close to proving

17 this case beyond a reasonable doubt.  Not even close.

18        So that's all I have to say.  Thank you for your

19 attention.

20        MR. NORKIN:  Ladies and gentlemen, the government and

21 defense probably agree on certain things.  We can agree that

22 the people that you heard from who are part of the conspiracy

23 are not people you should just take their word on.  If you met

24 them on the street, you probably wouldn't.  But these are the

25 people that the defendant chose to be his drug partners.  And

Mr. Norkin - Rebuttal

1    if we could go in central casting and say, can you get me a

2    teacher and a health aid and an insurance adjustor and we'd

3    like them to testify about the drug dealing that the defendant

4    did, we wouldn't find anybody because those aren't the people

5    who engage in drug deals.  Criminals do.  And that's who you

6    heard from.

7            But just because someone is a criminal doesn't mean

8    that they are testifying falsely, and that's why we presented

9    the evidence that we did.  That was greater than just a

10   two-year period because these people had been dealing with the

11   defendant and engaging in drug trafficking for a longer than

12   two-year period.  2004, 2006, 2008, 2009, they are all dealing

13   drugs together.  It didn't stop in 2012.

14           The reason we presented that other evidence is so you

15   can evaluate how truthful people are being.  Are they telling

16   the truth?  Did they tell the truth about everything they did

17   together for eight years and then decide to lie and make it up

18   on those last two?

19           That's what you are being asked to judge.  The

20   evidence doesn't change, and it's all there for you to

21   consider.  You heard about the plea agreements that the

22   defendants entered into.  One of those plea agreements is in

23   evidence.  You are welcome to see it.  And it talks about

24   exactly what happens.  It doesn't ask these people to not be

25   criminals.  It doesn't say you were a bad guy before but now I

Mr. Norkin - Rebuttal

1    want you to become civic-minded.  I want you to find religion

2    and I want that to be the reason to tell the truth.

3            But what the plea agreement clearly says is be

4    yourself.  There is a benefit for you.  We know you are going

5    to be self-interested.  We know you are going to do what's best

6    for you.  The way the agreement is written is it makes sure

7    what's best for them is to tell the truth.  Because what

8    happens to them if they are not truthful in their eyes is

9    catastrophic.  They have testified, they have admitted to

10   everything.  All the bad acts they have done, all of that can

11   be used against them.  They have already pled guilty.  It's in

12   the agreement here.  They don't get to withdraw.  So they can

13   be sentenced up to life in prison if they haven't been

14   sentenced.

15           For people who have been sentenced, who want to reduce

16   their 20-some-odd-year sentence, that's done.  Forget that ever

17   happened.  And on top of that, you could get charged with

18   perjury, obstruction of justice.  You can get even more time.

19   That's why these people are testifying.  They don't know the

20   charges against the defendant.  They talked about that.  They

21   couldn't craft testimony if they wanted to.  They haven't seen

22   the other witnesses.  They don't know who else is going to

23   testify.

24           You remember Guillermo Lozano, the pilot, was not in

25   prison.  So they wouldn't even know if that's someone who was a

Mr. Norkin - Rebuttal

 1   witness or not a witness.  That's the reason why these people

 2   are trustworthy, is because the agreement makes it that way.

 3   And that's why you see the other evidence there that's

 4   corroborated, that they are not just telling the truth about

 5   one little thing.  They are telling the truth about the whole

 6   thing, from 2004 all the way to 2014.

 7        You heard about when these people started talking

 8   about the defendant.  Some in 2013 after they surrendered, some

 9   in 2015.  None of them knew that years from now, years from

10   when they first met with agents they were going to be a witness

11   at trial.  These aren't people who two days before trial

12   decided, oh, I need to figure out something to talk about

13   that's between 2012 and 2014.

14        Their stories and what they have said about the

15   defendant have been the same, and that's throughout all the

16   time not knowing who else has been a witness.  You also know

17   that they were telling the truth by the little things that

18   matched up.  You heard some of the witnesses talk about the

19   defendant having a type of gun called Five-SeveN that was

20   different.  It was a pistol that had a rifle bullet.  They

21   couldn't have gotten together and decided, hey, let's create

22   some little detail, make it interesting, that matches up.

23        You heard certain of the witnesses talk about Kevin,

24   an assassin that was bought up from Colombia.  You heard Warner

25   Benitez, the very first witness who testified, talk about the

Mr. Norkin - Rebuttal

1    threat that the defendant made when he saw him in jail.

2    Remember?  I know your family in Honduras.  An innocent person

3    doesn't threaten the family of another witness.  An innocent

4    person doesn't get arrested with a machine gun and a Glock.

5          Warner Benitez Lopez, the first witness, talked about

6    a number of things that happened between 2014.  I am sorry.

7    Between 2012 and 2014.  He discussed how the defendant sent his

8    brother-in-law Jairo down to negotiate a deal of containers

9    from Santa Marta.  This was all stuff that happened from 2012

10   to 2014.

11         You heard from other people.  You heard from Ronald

12   Carillon that Warner at the time told them about that.  That

13   wasn't something he decided to talk about for the first time

14   when he testified.  He had told other people at the time.  This

15   is something I am doing with the defendant.

16         Now if you believe Warner Benitez Lopez, that he sent

17   a load of 350 kilograms up from Santa Marta to Honduras, that

18   alone is enough for you to convict the defendant because that

19   has all the elements of the crime here.  If you believe the

20   second load that Warner sent, 700 kilograms, that is enough for

21   you to find the defendant guilty.  If you believe that that

22   2,000-kilogram seizure which happened on March 28, 2014 in the

23   port of Santa Marta, and you saw the pictures with that, if you

24   believe that, that that was something he did with the

25   defendant, that's enough for you to convict him.  If you

Mr. Norkin - Rebuttal

1    believe that the meeting occurred in Honduras with Jose Perez

2    in 2014 at that hotel, that's enough for to you convict him.

3         Now, you don't have to believe just his word.  You

4    heard about it also from Ronald Carillon, who attended that

5    meeting with the defendant where they discussed other narcotics

6    trafficking.  If you believe either of those witnesses telling

7    you the truth about that meeting, that's enough for you to find

8    the defendant guilty.

9         If you believe that Warner was telling the truth about

10   the meeting in Honduras with Jose Perez and the defendant,

11   that's enough for you to find the defendant guilty.

12        If you believe that Walter Montejo Mario, the last

13   witness, who talked about Cesar Gastellum coming through on his

14   farm to resolve a debt, Holy week or Easter week of 2012, that

15   that meeting happened and Walter Montejo is telling the truth

16   that they resolved that drug debt, that is enough for to you

17   find the defendant guilty.  It's in the time period.  It's

18   meets all the elements.  It's a continuation of the agreement,

19   of the drug dealing they were doing.

20        If you believe Adolfo Rodriguez Barrientos, who talked

21   about that same meeting, if you believe him -- he was at the

22   meeting -- if you believe him that it happened and there was a

23   drug deal discussed about the drug dealing -- this meeting

24   happened, again, March of 2012 -- that's enough to find the

25   defendant guilty.  If you believe that after that he was

Mr. Norkin - Rebuttal

1    telling the truth about a second meeting where they talked

2    about additional loads that they planned to do when the

3    opportunity arose, that happened after March of 2012, that also

4    is enough for you to find the defendant guilty.  If you believe

5    there was a second meeting after that, again as he discussed,

6    that also is enough to find the defendant guilty.

7          If you believe Pulgarin, David Pulgarin, who talked

8    about the deal with Bolantillo, about how they met at a fast

9    food restaurant in San Pedro Sula and when it came time to

10   discuss the money, he called the defendant, if you believe it

11   happened as the witness discussed, that's enough for you to

12   find the defendant guilty.

13         Ladies and gentlemen, the defendant is not the

14   unluckiest man in the world who was in the wrong place in the

15   wrong time and now finds himself in federal court having to

16   defend charges.  You heard from six people who had spoken to

17   each other, some who didn't know each other at all -- I'm

18   wrapping up.

19         Your Honor, if I may have one more minute?

20         THE COURT:  Time is up.

21         MR. NORKIN:  Six people who talked about the

22   defendant's narcotics activities, a recording of him talking in

23   code about Mexican cartels, running around with narcotic

24   traffickers buying helicopters, moving loads, threats, and

25   arrests with guns, all those things aren't coincidences.

1    The defendant is not the unluckiest man in the world.

2    The evidence makes him appear guilty because he is guilty.  And

3    we ask you now to return the verdict that is consistent with

4    the evidence in this case.

5    Thank you.

6    THE COURT:  Members of the jury, it is now my duty to

7    instruct you on the rules of law that you must use in deciding

8    this case.  After I have completed these instructions, you will

9    go to the jury room to begin your discussions, what we call

10   your deliberations.

11   You must decide whether the government has proved the

12   specific facts necessary to find the defendant guilty beyond a

13   reasonable doubt.

14   Your decision must be based only on the evidence

15   presented during the trial.  You must not be influenced in any

16   way by either sympathy for or prejudice against the defendant

17   or the government.

18   You must follow the law as I explain it -- even if you

19   do not agree with the law -- and you must follow all of my

20   instructions as a whole.  You must not single out or disregard

21   any of the court's instructions on the law.

22   The indictment or formal charge against a defendant

23   isn't evidence of guilt.  The law presumes every defendant is

24   innocent.  The defendant does not have to prove his innocence

25   or produce any evidence at all.  The defendant does not have to

Charge of the Court

testify, and if the defendant chose not to testify, you cannot

consider that in any way while making your decision.  The

government must prove guilt beyond a reasonable doubt.  If it

fails to do so, you must find the defendant not guilty.

     The government's burden of proof is heavy, but it

doesn't have to prove a defendant's guilt beyond all possible

doubt.  The government's proof has only has to exclude any

reasonable doubt concerning the defendant's guilt.

     A reasonable doubt is a real doubt, based on your

reason and common sense after you've carefully and impartially

considered all the evidence in the case.

     Proof beyond a reasonable doubt is proof so convincing

that you would be willing to rely and act on it without

hesitation in the more important of your own affairs.  If you

are convinced that the defendant has been proved guilty beyond

a reasonable doubt, say so.  If you are not convinced, say so.

     As I said before, you must consider only the evidence

that I admitted in the case.  Evidence includes the testimony

of witnesses and the exhibits admitted.  But anything the

lawyers say is not evidence and isn't binding on you.

     You shouldn't assume from anything I have said that I

have any opinion about any factual issue in this case.  Except

my instructions on the law, you should disregard anything I may

have said during the trial in arriving at your own decision

about the facts.

1    Your own recollection and interpretation of the

2    evidence is what matters.

3    In considering the evidence you may use reasoning and

4    common sense to make deductions and reach conclusions.  You

5    shouldn't be concerned about whether the evidence is direct or

6    circumstantial.

7    Direct evidence is the testimony of a person who

8    asserts that he or she has actual knowledge of a fact, such as

9    an eyewitness.

10    Circumstantial evidence is proof of a chain of facts

11    and circumstances that tend to prove or disapprove a fact.

12    There is no legal difference in the weight you may give to

13    either direct or circumstantial evidence.

14    When I say you must consider all the evidence, I do

15    not mean you must accept all the evidence as true or accurate.

16    You should decide whether you believe what each witness had to

17    say, and how important that testimony was.  In making that

18    decision you may believe or disbelieve any witness in whole or

19    in part.  The number of witnesses testifying concerning a

20    particular point does not necessarily matter.

21    To decide whether you believe any witness, I suggest

22    that you ask yourself a few questions.

23    Did the witness impress you as one who was telling the

24    truth?  Did the witness have any particular reason not to tell

25    the truth?  Did the witness have a personal interest in the

Charge of the Court

1    outcome of the case?  Did the witness seem to have good memory?

2    Did the witness have the opportunity and ability to accurately

3    observe the things he or she testified about?  Did the witness

4    appear to understand the questions clearly and answer them

5    directly?  Did the witness's testimony differ from other

6    testimony or other evidence?

7          Members of the jury, Government Exhibits 1A, 1B and 1C

8    have been identified as typewritten transcripts and partial

9    translations from Spanish into English of the oral

10   conversations heard on the tape recordings received into

11   evidence as Government Exhibit 1.  The transcripts also purport

12   to identify the speakers engaged in the conversation.

13         I have admitted the transcripts for the limited and

14   secondary purpose of helping you follow the content of the

15   conversation as you listen to the tape recording, particularly

16   those portions spoken in Spanish, and also to help you identify

17   the speakers.

18         But you are specifically instructed that whether a

19   transcript correctly reflects the content of the conversation

20   or the identity of the speakers is entirely for you to decide

21   based on your own evaluation of the testimony you have heard

22   about the preparation of the transcript, and from your own

23   examination of the transcript in relation to hearing the tape

24   recording itself as the primary evidence of its own contents.

25         If you determine that a transcript is in any respect

Charge of the Court

1    incorrect or unreliable, you should disregard it to that

2    extent.  You should not rely in any way on any knowledge you

3    may have of the language spoken on the recording.  Your

4    consideration of the transcripts should be based on the

5    evidence introduced in the trial.

6         You must consider some witnesses' testimony with more

7    caution than others.  In this case, the government has made a

8    plea agreement with some witnesses in exchange for their

9    testimony.  Such plea bargaining, as it's called, provides for

10   the possibility of a lesser sentence than the person would

11   normally face.  Plea bargaining is lawful and proper, and the

12   rules of this court expressly provide for it.

13        But a witness who hopes to gain more favorable

14   treatment may have a reason to make a false statement or to

15   strike a good bargain with the government.

16        So while a witness of that kind may be entirely

17   truthful when testifying, you should consider that testimony

18   with more caution than the testimony of other witnesses.

19        The fact that a witness has pleaded guilty to an

20   offense isn't evidence of the guilt of any other person.

21        When scientific, technical or other specialized

22   knowledge might be helpful, a person who has special training

23   or experience in that field is allowed to state an opinion

24   about the matter.

25        But that doesn't mean you must accept the witness's

Charge of the Court

1   opinion.  As with any other witness's testimony, you must

2   decide for yourself whether to rely upon the opinion.

3          You will be given a copy of the indictment to refer to

4   during your deliberations.

5          In summary, the indictment charges that between

6   February 27, 2012, and in or around June 2014, the defendant

7   did knowingly and intentionally conspire with other persons,

8   both known and unknown to the grand jury, to distribute a

9   controlled substance weighing 5 kilograms or more of a mixture

10  and substance containing a detectable amount of cocaine,

11  knowing that it would be imported into the United States, from

12  a place outside thereof.

13         But first note that the defendant is not charged with

14  committing a substantive offense -- he is charged with

15  conspiring to commit that offense.

16         I will also give you specific instructions on

17  conspiracy.

18         It is a separate federal crime for anyone to conspire

19  to knowingly manufacture or distribute cocaine.

20         Title 21, United States Code, Section 959(a)(2) makes

21  it a crime for anyone to knowingly manufacture or distribute 5

22  kilograms or more of a mixture and substance containing a

23  detectable amount of cocaine knowing that such cocaine would be

24  imported into the United States from a place outside thereof.

25         A conspiracy is an agreement by two or more persons to

Charge of the Court

1    commit an unlawful act.  In other words, it is a kind of

2    partnership in criminal purposes.  Each member of the

3    conspiracy becomes the agent or the partner of every other

4    member.

5           The government does not have to prove that all people

6    identified in the trial were members of the plan or that those

7    who were members made any kind of formal agreement.  The heart

8    of the conspiracy is the making of the unlawful plan itself.

9    So the government does not have to prove that the conspirators

10   succeeded in carrying out the plan.

11          The defendant can be found guilty only if all of the

12   following facts are proved beyond a reasonable doubt.

13          First:  Two or more people in some way agreed to try

14   to accomplish a shared and unlawful plan as charged in the

15   indictment;

16          Second:  The defendant knew the unlawful purpose of

17   the plan and willfully joined in it; and.

18          Third:  The object of the unlawful plan was to

19   distribute 5 kilograms or more of a mixture and substance

20   containing a detectable amount of cocaine, knowing that the

21   cocaine would be imported into the United States as charged.

22          To import a substance means to bring or transport that

23   substance into the United States from some place outside the

24   United States.

25          The term distribute means to deliver (other than by

Charge of the Court

1    administering or dispensing) a controlled substance or a listed

2    chemical.

3            If the defendant played only a minor part in the plan

4    but had a general understanding of the unlawful purpose of the

5    plan -- and willfully joined in the plan on at least one

6    occasion -- that is sufficient for you to find the defendant

7    guilty.

8            But simply being present at the scene of an event or

9    merely associating with certain people and discussing common

10   goals and interests doesn't establish proof of a conspiracy.

11   Also a person who doesn't know about a conspiracy but happens

12   to act in a way that advances some purpose of one doesn't

13   automatically become a conspirator.

14           The defendant is charged in the indictment with

15   conspiracy to import into the United States from a place

16   outside thereof, 5 kilograms or more of a mixture and substance

17   containing a detectable amount of cocaine.  But you may find

18   the defendant guilty of the crime even if the amount of the

19   controlled substance for which he should be held responsible is

20   less than 5 kilograms.  So if you find the defendant guilty,

21   you must unanimously agree on the weight of the substance

22   attributable to the defendant and specify the amount on the

23   verdict form.

24           I caution you that the defendant is on trial only for

25   the specific crime charged in the indictment.  You are here to

Charge of the Court

1   determine from the evidence in this case whether the defendant

2   is guilty or not guilty of that specific crime.

3        You must never consider punishment in any way to

4   decide whether the defendant is guilty or not guilt.  If you

5   find the defendant guilty, the punishment is for the judge

6   alone to decide later.

7        You will see that that the indictment charges that the

8   crime was committed in and around certain dates.  The

9   government doesn't have to prove that the crime occurred on an

10  exact date.  The government only has to prove beyond a

11  reasonable doubt that the crime was committed on a date

12  reasonably close to the dates alleged.

13       The word "knowingly" means that an act was done

14  voluntarily, intentionally, and not because of mistake or by

15  accident.

16       The word "willfully" means that the act was committed

17  voluntarily and purposefully, with the intent to do something

18  the law forbids; that is, with the bad purpose to disobey or

19  disregard the law.  While a person must have acted with the

20  intent to do something the law forbids before you can find that

21  the person acted willfully, the person need not be aware of the

22  specific law or rule that his conduct may be violating.

23       Your verdict, whether guilty or not guilty, must be

24  unanimous -- in other words, you must all agree.  Your

25  deliberations are secret, and you will never have to explain

Charge of the Court

1    your verdict to anyone.

2            Each of you must decide the case for yourself, but

3    only after fully considering the evidence with the other

4    jurors.  So you must discuss the case with one another and try

5    to reach an agreement.  While you are discussing the case,

6    don't hesitate to reexamine your own opinion and change your

7    mind if you become convinced that you were wrong.  But don't

8    give up your honest belief just because others think

9    differently or because you simply want to get the case over

10   with.

11           Remember that, in a very real way, you are judges --

12   judges of the facts.  Your only interest is to seek the truth

13   from the evidence in this case.

14           When you go to the jury room, choose one of your

15   members to act as the foreperson.  The foreperson will direct

16   your deliberations and will speak for you here in court.

17           The verdict form has been prepared for your

18   convenience.  Take the verdict form with you to the jury room.

19   When you have all agreed on the verdict, your foreperson must

20   fill in the form, sign it, date and carry it.  Then you will

21   return it to the courtroom.

22           If you wish to communicate with me at any time, please

23   write down your message or question and give it to the marshal.

24   The marshal will give it to me and I will respond as promptly

25   as possible -- either in writing or by talking to you in the

Charge of the Court

1   courtroom.  But I caution on not to tell me how many jurors

2   have voted one way or the other at that time.

3            So this is the verdict form.  It has the style of the

4   case.  It's now the verdict form.

5            As to the sole count in the indictment, we find the

6   defendant, Sergio Neftali, and then there is the word guilty

7   with a line next to it and then next to that the two words not

8   guilty with a line next to it.

9            When you have reached a unanimous verdict, have your

10  foreperson put an X or a check next to the verdict that

11  represents your verdict, to the words.

12           Then you have to identify the amount.

13           We, the jury in the above-captioned case, having found

14  the defendant, Sergio Neftali, and then you identify the

15  amount.

16           Obviously if you find him not guilty, then you don't

17  have to answer that question.  It is only answered in the event

18  you find him guilty.

19           Then have your foreperson date and sign it.

20           So that concludes reading the instructions.

21           I am going to send back a copy of the written

22  instructions I just read to you along with the verdict form.

23  We will send back all of the evidence that's been admitted at

24  the trial, with the exception of the video recording.  If you

25  want to listen to the video recordings, let me know, give me a

Charge of the Court

1    note.  We will come back out here and we will play the video

2    recordings for you again.

3              It's about 17 or 18 minutes before 5:00.  Start your

4    deliberations.  You can deliberate as long as you would like

5    today, and then come back tomorrow if necessary to continue

6    deliberations.

7              The only thing I would suggest is that if you want to

8    continue to deliberate tonight, that's fine.  But it's

9    wintertime, it gets dark here.  I think it's probably a good

10   time to call it quits once it gets dark.  But I am not telling

11   what you to do.  I just want you to be aware of that in the

12   back of your mind, your own personal concerns for safety.

13             Okay.  Anything else?

14             If not -- Mr. Morrison, you get to stay behind -- the

15   other jurors can retire and begin your deliberations.

16             (Jury retired to deliberate at 5:00 p.m.)

17             THE COURT:  Mr. Morrison, you were selected as an

18   alternate.  As you see, we do lose jurors during the course of

19   the trial.  We had to replace that juror, Ms. Ramos, with Ms.

20   Izaguirre.  But if we don't have alternates, that would have

21   meant we would have had to try the case all over again and so

22   it becomes expensive for the taxpayers and everybody else.  So

23   that's why we choose alternates.

24             But having said that, we can only allow 12 to

25   deliberate at any one time.  So I want to let you know now and

Charge of the Court

1   ask you that you call the code phone not tonight but tomorrow

2   and get instructions as to whether you will be needed back

3   during the duration of two weeks that you have been summoned.

4          I want to express my appreciation to you.  I am sure

5   the lawyers do as well for your willingness to serve.  We hope

6   you found it to be an interesting case.  It wasn't long.

7   Faster than what we thought, which is probably a good thing too

8   for you.

9          I would also ask you not to talk about the case with

10  anybody.  It's possible it happens that we could lose a juror

11  during deliberations for whatever reason.  If that were to be

12  the case, then we would contact you and ask you to come back

13  and commence deliberations with the jurors.

14         So I think we have a number where we can get in touch

15  with you.  If you want to know what the outcome of the case is,

16  feel free to call chambers and we will tell you what the status

17  of it is, whether we got a verdict.

18         I also have some administrative work to give you for

19  your jury attendance.  Thank you so much.

20         (Alternate juror excused)

21         THE COURT:  If the two of you could get with the

22  courtroom deputy, gather up the evidence so she can take it

23  back.  Get that out of the way.

24         Anything else we need to take up?

25         MR. CASUSO:  No, sir.

 1              MR. NORKIN:  No, your Honor.

 2              THE COURT:  Don't leave the area.  You will stay right

 3      there, right?  You are not taking off anywhere, right?

 4              MR. NORKIN:  Yes, Judge.

 5              MR. CASUSO:  We are staying around, Judge.

 6              THE COURT:  Good.  Thank you.

 7              (Pause)

 8              MR. NORKIN:  Your Honor, could we go on the record?

 9              THE COURT:  Okay.

10              MR. NORKIN:  I collected all the government's

11      exhibits.  I am handing them to the defense to make sure they

12      are okay.

13              There were two exhibits that the defendant showed.

14      They were those licenses.  The defendant's understanding was

15      that they were shown to the witness but not admitted.  The

16      government has no objection to treating them that way and not

17      sending them back to the jury.

18              MR. CASUSO:  I never offered them.

19              THE COURT:  I don't think you did.

20              MR. CASUSO:  I didn't because I heard there was a

21      problem and I didn't want to get into it.

22              THE COURT:  Yes.  I don't recall anybody ever offering

23      them.  I don't know if -- did the jury see them?

24              MR. NORKIN:  I think the jury did see them.

25              MR. CASUSO:  I know the witness did.

Charge of the Court

 1          THE COURT:  I know the witness did too.  I don't know

 2     if the ELMO was on during that period of time.  But in any

 3     event, they are not in evidence, so okay.  They don't go back.

 4          MR. NORKIN:  I wanted that on the record.

 5          THE COURT:  All right.

 6          (Recess)

 7          THE COURT:  We have a question.  You can have a seat.

 8          So as I can discern this, the question number one is:

 9     Please confirm the date that the shipment of the cocaine mixed

10     with the bananas were seized at the Colombian port by the

11     Colombian government and, two, also confirm the dates of the

12     first two shipments prior to the confiscated shipment.

13          Any response to that?

14          MR. NORKIN:  I believe as far as the first question

15     the parties are in agreement and there's no objection to

16     informing the jury that that seizure occurred on March 28,

17     2014.

18          MR. CASUSO:  That's right, Judge.  Judge, we wrote it

19     down.  However, question number two, I have no idea how to

20     answer that.  I don't know if you want to tell them to rely on

21     their own recollection or the prosecutor I think wants you to

22     read back this man's testimony.

23          THE COURT:  Okay.  Hold on.  So the answer to the

24     first question is March what?

25          MR. NORKIN:  March 28, 2014.

 1          THE COURT:  And the second question?

 2          MR. NORKIN:  Warner Benitez Lopez testified he did not

 3    provide a specific date for those other shipments.  He said it

 4    was before the seizure.  And I don't recall if it was like how

 5    many months.  He gave some approximation.

 6          There's three ways to resolve this.  Either we could

 7    tell the jury to rely on their own memory, we can read back the

 8    transcript, which is probably the most exact thing, or if

 9    defense counsel doesn't object, I don't have a problem with

10    telling the jury that, in summary, the testimony was that those

11    two shipments happened before the seizure but there's not an

12    exact date.

13          THE COURT:  The March 28, 2014 seizure?

14          MR. NORKIN:  Correct.

15          THE COURT:  Okay.  So what do you want to do?  Are you

16    in agreement on this or do you want me to decide it or --

17          MR. CASUSO:  I am in agreement on the first date,

18    Judge.  The second date, I just don't recall, Judge.

19          THE COURT:  So --

20          MR. CASUSO:  Whatever you want to do is fine.

21          THE COURT:  Well, here is what I am thinking.  So one

22    possibility is rely on your recollection.  The second one is,

23    was there more than one witness who testified about this?

24          MR. CASUSO:  No, Judge.  I think it was -- well, the

25    one who testified to the date was the Colombian officer.  This

1    is how I got the date.  Now, Warner --

2            THE COURT:  I am not talking about question one.  I am

3    talking about question two.

4            MR. CASUSO:  I think it was Warner Lopez.

5            THE COURT:  Warner Lopez?

6            MR. CASUSO:  I think.

7            MR. NORKIN:  Warner Benitez Lopez, the first witness,

8    was the only one who gave an approximation specifically as to

9    the shipments.  There was a second witness.  The second one,

10   Ronald Carillon, testified about a conversation he had with

11   Warner Lopez when he went to Colombia about them starting to

12   send these shipments, and I think he testified -- he also gave

13   an approximation of the date.  But he did not testify

14   specifically as to these two shipments; he just testified about

15   when he had the conversation about the shipments started.

16           THE COURT:  So Warner Lopez is the only material

17   witness that the transcript, if we got the transcript, would

18   reflect that the dates of these two shipments preceded the date

19   of the seized shipment.

20           MR. CASUSO:  Yes, your Honor.

21           THE COURT:  So the other thing I could tell the jury

22   is that in order to answer the second question they can rely on

23   their recollection, one.  Two, we can see if we can get the

24   transcript of that testimony, that relevant testimony.

25           MR. CASUSO:  If they want that.

Charge of the Court

1     THE COURT:  If they want it.  We will tell them if

2  they want it and if the court reporter can get it to them,

3  identify where in the transcript it was -- was there direct

4  testimony on this as well as cross on this?

5     MR. CASUSO:  I don't recall, Judge.

6     MR. NORKIN:  There was definitely direct testimony.

7     THE COURT:  Well, how long was his testimony?

8     MR. NORKIN:  He was about an hour and a half, I think,

9  on the first day.

10     THE COURT:  Total.

11     MR. NORKIN:  Yes.

12     THE COURT:  Let me ask the court reporter how long

13  would it take to have that transcript available.

14     (Pause)

15     (Record read)

16     THE COURT:  We can read that to them.  I don't want to

17  leave anything out.  That is testimony.  I can't say that's all

18  the testimony.  But if you agree that it is, we can read that

19  to them.

20     The last thing we could do is that the parties

21  stipulate that the dates of the first two shipments, prior to

22  the confiscated shipments, were sometime during the period of

23  2012, 2013.

24     Is that what I just heard her say?

25     MR. CASUSO:  That's what she just said.

Charge of the Court

1          MR. NORKIN:  I have no objection.  I think reading the

2     transcript back is probably the best record, but I will defer

3     if defense counsel has an objection to that.

4          MR. CASUSO:  We can read it back.

5          THE COURT:  Okay.  All right.

6          So the answer to the first question is March 28, 2014,

7     and the answer to the second is to read back the transcript.

8          (Thereupon, the jury entered the courtroom at

9     5:34 p.m.)

10         THE COURT:  I got your questions and I thought rather

11    than write back, we have way we want to handle that.

12         I talked to the lawyers about this.  So your first

13    question is:  Please confirm the date that the shipment of the

14    cocaine mixed with the bananas was seized at the Colombian port

15    by the Colombian government.

16         The parties agree that the evidence as to that

17    question is March 28, 2014.

18         Your second question is:  Also confirm the dates of

19    the first two shipments prior to the confiscated shipment.

20         With respect to the answer to that question, I am

21    going to ask the court reporter to read back to you the

22    pertinent testimony on that question.

23         (The requested portion of the trial read back to the

24    jury by the court reporter as follows:)

25         "QUESTION:  And how many times?  What kind of

1   quantities?

2            ANSWER:  We began with a test, a route or shipment

3   for 350.  And then we sent shipments of 1500 or 2,000 or 1500.

4   One of the shipments which was for 2,000 was seized.  And then

5   we sent another shipment, and then another shipment was seized

6   and that was for 700 kilos.

7            QUESTION:  And where was the 2,000-kilogram shipment

8   that was seized?  Where was it seized?

9            ANSWER:  At the port in Santa Marta.

10            QUESTION:  And do you remember approximately when

11   that was?

12            ANSWER:  That was around 2013 or 2014.  I don't

13   recall the exact date.

14            QUESTION:  What about the loads that you said that

15   were successful that weren't seized, do you recall

16   approximately when those were sent?

17            ANSWER:  Yes.  Between 2012 and 2013.  They were all

18   successful."

19            (Readback concluded.)

20            (Thereupon, the jury exited the courtroom at

21   5:35 p.m.)

22            THE COURT:  We will mark this as Court's Exhibit

23   No. 1.

24            THE COURT:  We got a note.  They reached a verdict.

25            We need the marshals to bring the defendant back up.

1           (Thereupon, the jury entered the courtroom at

2      5:48 p.m.)

3           THE COURT:  I have seen your note that you reached a

4      verdict.  At this time I will ask you to hand your verdict form

5      up to the courtroom deputy.  I will ask the courtroom deputy to

6      publish the verdict.

7           THE DEPUTY CLERK:  Members of the jury, please rise

8      and harken to your verdict.

9           In the case of United States of America v. Sergio

10     Neftali Mejia-Duarte, as the sole count in the indictment, we

11     find the defendant, Sergio Neftali Mejia-Duarte, also known as

12     "Neftali," also known as "Compa," also known as "El Doctor,"

13     also known as "Cunado," guilty.

14          We, the jury in the above-captioned case, having found

15     the defendant, Sergio Neftali Mejia-Duarte, guilty of the

16     offense charged in the sole count of the indictment, further

17     find with respect to that count that the unlawful plan that the

18     defendant was part of was to distribute the following amount of

19     a mixture and substance containing a detectable amount of

20     cocaine with the intent to import the cocaine into the United

21     States.  And letter (a) more than 5 kilograms, is checked off.

22          So say we all, dated January 9, 2018.  Michael Parker,

23     foreperson.

24          THE COURT:  Have a seat, everyone.

25          Please poll the jury.

Charge of the Court

1          MR. CASUSO:  Yes, sir.

2          THE DEPUTY CLERK:  Members of the jury, as I call out

3     your number, please answer yes or no to the following question.

4          (Jury polled; all jurors answered in the affirmative)

5          THE COURT:  So that concludes your jury service for

6     this case.  I want to make some brief parting remarks.

7          First of all, thank you again for your jury service.

8     We appreciate the time and attention that you gave to the

9     evidence that came in.  The case went a little faster than what

10    we thought, but I think that's due in no small part to your

11    work ethic of getting here on time and coming back in from

12    recesses and getting that testimony in front of you.

13         I also think that I heard the same evidence that you

14    heard.  So I think you should leave here today without doubt

15    about the correctness of your verdict, that there was

16    substantial evidence to support your verdict.

17         Thank you for taking the time out of your personal

18    lives to perform a very important civic function.  I hope you

19    found it to be an educational experience.  You heard some

20    interesting testimony from a number of different sources.  But

21    we thank you for your service.

22         You don't need to call the code phone this evening,

23    but I would ask you call the code phone tomorrow.  You will get

24    instructions as to when and whether you will be needed back for

25    the remainder of the two-week period of time that you have been

Charge of the Court

 1    summoned.

 2              Is that everything?  With that, and our thanks.

 3              One thing we omitted, we did not have the interpreter

 4    here.  I don't want to create an issue where one can be

 5    avoided.  So we want to just be patient with us and get the

 6    court interpreter up here.

 7              (Pause)

 8              (Interpreter present)

 9              THE COURT:  Let's go through this again for the

10    benefit of the defendant.

11              I received your verdict form and at this time I will

12    ask that the courtroom deputy publish the verdict.

13              THE DEPUTY CLERK:  United States of America v. Sergio

14    Mejia-Duarte.

15              As to the sole count in the indictment, we find the

16    defendant, Sergio Neftali Mejia-Duarte, guilty.

17              We, the jury in the above-captioned case, having found

18    the defendant Sergio Neftali Mejia-Duarte guilty of the offense

19    charged in the sole count of the indictment, further find with

20    respect to that count that the unlawful plan that the defendant

21    was a part of was to distribute the following amount of a

22    mixture and substance containing a detectable amount of cocaine

23    with the intent to import the cocaine into the United States.

24              And the line "more than 5 kilograms" is checked off.

25              So say we all, January 9, 2018.  Michael Parker,

1    foreperson.

2              THE COURT:  Please poll the jury.

3              (Jury polled; all jurors answered in the affirmative)

4              THE COURT:  Sorry for that hiccup.  All my remarks

5    remain the same in terms of expressing my appreciation to you

6    for your jury service.  I hope you found it an educational and

7    rewarding experience.  You should leave here with no doubt as

8    to the correctness of your verdict.  There was substantial

9    evidence to support it.

10             Please call the code phone not tonight but tomorrow

11   and you will get instructions as to whether and when you will

12   be needed back.  With that, be safe, and the courtroom deputy

13   will escort you out.

14             Do you have a question?

15             JUROR NO. 4:  Tomorrow after 5:00 p.m. or tomorrow

16   morning?

17             THE DEPUTY CLERK:  Tomorrow after 5.

18             JUROR NO. 4:  So we do not --

19             THE DEPUTY CLERK:  Do whatever you want tomorrow.

20   Call after 5.

21             THE COURT:  Any other questions?

22             JUROR NO. 3:  Does that mean we have to go to work

23   tomorrow?

24             THE COURT:  Have a pleasant evening.  Be safe.

25             (Thereupon, the jury exited the courtroom)

1      THE COURT:  The next step in these proceedings is the

2  preparation of a presentence investigation report.

3      The defendant will meet with the probation office.  He

4  will be asked to give information for that report, and his

5  attorney needs to be present with him if he wishes.  He will

6  also be given an opportunity to read the presentence report and

7  file any objections to the report before the sentencing

8  hearing.

9      At the time of the sentencing hearing, he and his

10  attorney on his behalf will also be given an opportunity to

11  address the court with respect to the sentence to be imposed.

12      We will set sentencing for March 27, 2018 at 2:00 p.m.

13  in this courthouse, in this courtroom.

14      Okay.  Anything else?

15      MR. NORKIN:  Your Honor, I don't mean to be a pest.  I

16  am scheduled to be out that day.  Is it possible to set it for

17  the following week or the week before even?

18      THE COURT:  Reschedule it.

19      Anything else?

20      MR. CASUSO:  No, sir.

21      THE COURT:  And my compliments to counsel for both

22  sides for a well-tried case.

23      MR. CASUSO:  Thank you.

24      MR. NORKIN:  Thank you, your Honor.

25      (Trial concludes)

1                        C E R T I F I C A T E

2

3          I hereby certify that the foregoing is an accurate

4    transcription of the proceedings in the above-entitled matter.

5

6

7    January 29, 2018          /s/ Jill M. Felicetti
                               Jill M. Felicetti, RPR, CRR, CSR
8                              Official Court Reporter
                               400 N. Miami Avenue, Suite 08S27
9                              Miami, Florida 33128
                               jill_felicetti@flsd.uscourts.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. CASUSO: **[13]** 184/1 185/25
186/18 188/9 191/5 240/5 252/10 252/23
270/8 271/3 271/19 287/6 292/9
BY MR. NORKIN: **[5]** 263/17 266/13
267/12 270/1 272/23
BY MR. SCHUSTER: **[24]** 173/8 174/4
175/4 181/13 182/9 193/13 196/14 197/8
198/10 199/20 229/2 229/11 253/9
253/25 254/21 258/24 274/9 276/21
281/19 285/3 286/11 293/8 296/13
303/25
JUROR NO. 3: **[1]** 367/21
JUROR NO. 4: **[2]** 367/14 367/17
MR. CASUSO: **[51]** 174/1 174/16
181/13 182/5 193/10 196/4 253/4 255/6
256/24 257/1 257/13 257/17 258/4
262/22 267/9 270/22 271/2 271/17
272/19 293/5 303/23 318/23 319/6 319/8
319/25 320/6 320/15 320/20 320/24
321/24 322/1 331/23 356/24 357/4
357/17 357/19 357/24 358/17 359/16
359/19 359/23 360/3 360/5 360/19
360/24 361/4 361/24 362/3 364/25
368/19 368/22
MR. NORKIN: **[45]** 185/21 186/14
255/14 256/3 256/6 257/8 257/18 258/1
258/7 258/12 258/15 263/8 266/9 267/7
269/24 270/5 270/25 273/10 319/2 320/3
320/12 320/17 320/19 321/16 322/4
322/12 337/19 343/20 356/25 357/3
357/7 357/9 357/23 358/3 358/13 358/24
359/1 359/13 360/6 361/5 361/7 361/10
361/25 368/14 368/23
MR. SCHUSTER: **[35]** 174/19 182/7
183/19 183/21 186/15 188/6 191/1 197/6
197/22 198/1 199/17 239/24 240/2 252/7
253/7 253/17 253/19 255/4 255/10
258/21 261/13 263/3 274/3 276/18
281/17 285/2 286/9 287/3 292/6 296/1
296/3 296/7 303/20 318/19 318/21
THE COURT: **[137]** 172/1 172/5 172/18
173/5 174/2 174/18 174/22 174/24
181/14 182/8 183/20 183/22 185/23
186/17 188/7 191/2 193/11 196/5 197/7
197/23 197/25 199/19 228/6 229/1
239/25 240/3 252/9 253/6 253/18 253/24
254/19 255/7 255/11 255/16 255/23
256/5 256/19 256/25 257/6 257/14
257/24 258/2 258/5 258/10 258/13
258/18 258/20 258/23 261/14 262/23
263/4 263/7 266/11 267/10 269/25 270/6
270/24 271/18 272/20 273/11 273/13
274/2 276/20 281/18 286/10 287/4 292/8
293/6 296/2 296/4 296/6 303/22 303/24
318/20 318/22 318/24 319/1 319/3 319/5
319/7 319/21 320/1 320/5 320/8 320/14
320/16 320/18 320/21 320/25 321/3
321/18 321/25 322/2 322/8 322/10
343/19 344/5 355/16 356/20 357/1 357/5
357/8 357/18 357/21 357/25 358/4 358/6
358/22 358/25 359/12 359/14 359/18
359/20 360/1 360/4 360/15 360/20
360/25 361/6 361/9 361/11 361/15 362/4
362/9 363/21 363/23 364/2 364/23 365/4
366/8 367/1 367/3 367/20 367/23 367/25

THE DEPUTY CLERK: **[7]** 198/6
263/13 364/6 365/1 366/12 367/16
367/18
THE INTERPRETER: **[4]** 229/10
252/22 261/11 280/10
THE JUROR: **[3]** 172/4 172/15 255/22
THE WITNESS: **[5]** 174/23 198/8
254/25 263/12 263/15

**$**

**$10,000 [2]** 210/4 314/16
**$100 [3]** 288/18 288/20 295/6
**$13,500 [1]** 315/14
**$200 [1]** 176/23
**$200 million [1]** 176/23
**$3 [3]** 281/10 282/14 282/15
**$3 million [3]** 281/10 282/14 282/15
**$300 [1]** 281/9
**$300 million [1]** 281/9
**$38,000 [1]** 316/5
**$500 [2]** 313/17 313/18
**$6 [1]** 246/5

**/**

**/s [1]** 369/7

**0**

**0095 [1]** 169/9
**03 [1]** 168/7
**08S27 [2]** 169/12 369/8

**1**

**1,000 kilos [1]** 227/12
**1,200 kilos [1]** 204/20
**1,800 kilos [1]** 227/14
**10 [4]** 273/15 276/9 320/13 321/12
**10,000 [1]** 316/1
**100 [2]** 322/7 335/6
**100 percent [1]** 284/12
**100 pounds [1]** 307/10
**100s [2]** 209/19 209/20 209/21
**11 [3]** 250/18 250/23 259/23
**11th [1]** 234/7
**12 [2]** 218/9 355/24
**1200 kilos [3]** 205/3 205/7 207/25
**1200-kilo [1]** 210/2
**1200-kilogram [1]** 214/18
**13 [6]** 171/3 253/22 255/6 255/9 259/3
296/22
**14 [3]** 169/4 184/13 233/4
**15 [5]** 223/9 255/15 291/3 309/2 321/14
**15-CR-20540-KMM [1]** 168/2
**1500 [3]** 169/5 363/3 363/3
**16 [2]** 241/3 250/20
**168 [1]** 168/7
**16th [2]** 210/16 240/20
**17 [2]** 184/13 355/3
**174 [1]** 170/4
**18 [4]** 184/13 184/18 332/17 355/3
**185 [1]** 170/5
**1900 [1]** 169/6
**194 [1]** 170/6
**1980s [2]** 309/4 311/11
**199 [1]** 170/8
**1990 [1]** 311/15

**1A [2]** 327/13 347/7
**1B [1]** 347/7
**1C [1]** 347/7
**1st [1]** 169/4

**2**

**2 tons [1]** 335/7
**2,000 [2]** 363/3 363/4
**2,000 kilograms [2]** 325/24 326/6
**2,000-kilogram [2]** 341/22 363/7
**2.2 pounds [1]** 307/10
**20 [10]** 223/9 240/11 255/15 255/20
264/14 312/5 320/13 320/21 321/9
321/11
**20 percent [1]** 311/25
**20,000 [1]** 316/3
**20-some-odd-year [1]** 339/16
**2000 [3]** 245/17 311/8 315/10
**2000s [2]** 312/4 312/25
**2002 [1]** 240/14
**2003 [4]** 240/14 240/15 240/18 283/3
**2004 [8]** 184/7 184/18 184/18 283/3
324/21 333/6 338/12 340/6
**2005 [6]** 176/17 182/20 182/22 184/4
184/7 202/19
**2006 [13]** 176/18 182/20 193/10 258/2
277/3 311/9 315/6 315/7 315/23 319/11
333/6 337/8 338/12
**2007 [14]** 193/10 277/3 282/20 283/15
287/8 287/23 287/25 288/6 295/8 312/5
315/16 315/18 315/23 337/9
**2008 [23]** 200/16 203/18 203/25 210/11
210/13 210/17 217/10 217/12 220/4
220/23 223/9 229/22 240/16 240/18
240/24 240/25 241/1 241/2 243/23
243/24 279/7 293/4 338/12
**2009 [26]** 185/13 185/17 186/4 186/7
186/11 218/15 225/25 243/22 243/23
243/24 244/4 244/5 245/9 246/18 251/19
261/9 261/18 261/19 287/24 288/1
288/11 293/3 294/14 328/12 334/23
338/12
**2010 [7]** 244/5 245/9 261/9 261/18
261/19 319/11 334/13
**2011 [1]** 261/19
**2012 [78]** 173/21 186/7 186/22 187/25
188/12 188/13 189/4 189/11 189/18
193/5 234/24 234/25 235/2 235/17
236/23 237/13 238/9 239/7 239/17
239/23 240/21 245/14 245/15 245/18
246/21 250/15 250/16 250/18 258/2
261/21 262/5 262/7 262/7 262/21 276/9
280/15 280/16 280/19 281/2 281/4 281/5
281/16 281/21 282/5 289/22 295/18
319/10 319/19 328/23 329/24 330/22
332/11 332/12 333/1 333/7 333/22
333/23 334/6 334/15 334/19 335/4
335/10 335/13 336/4 336/4 336/8 336/14
337/14 338/13 340/13 341/7 341/9
342/14 342/24 343/3 349/6 361/23
363/17
**2013 [40]** 173/14 174/4 174/7 174/21
175/7 175/13 176/1 176/10 176/18 186/7
187/25 188/14 189/4 189/10 189/15
189/18 189/20 190/4 193/5 195/3 195/18

**2**

**2013... [19]** 196/3 196/16 210/16 240/14
240/15 241/3 244/16 244/19 250/18
250/20 250/23 259/23 260/16 325/10
326/14 340/8 361/23 363/12 363/17
**2014 [24]** 233/4 245/14 315/6 315/7
315/14 325/11 326/14 332/12 336/9
337/14 340/6 340/13 341/6 341/7 341/10
341/22 342/2 349/6 358/17 358/25
359/13 362/6 362/17 363/12
**2015 [3]** 194/2 194/8 340/9
**2017 [2]** 168/5 264/14
**2018 [7]** 184/12 240/19 240/22 364/22
366/25 368/12 369/7
**202 [1]** 169/8
**20s [4]** 209/19 209/20 209/20 316/5
**21 [1]** 349/20
**22 [2]** 275/15 294/16
**241 [1]** 170/9
**25 tons [2]** 176/20 329/1
**2500 [2]** 252/18 315/10
**2500 kilos [1]** 218/21
**2500-kilo [1]** 335/20
**254 [1]** 170/10
**255 [1]** 171/3
**264 [1]** 170/13
**266 [1]** 171/4
**268 [1]** 171/5
**27 [8]** 258/2 332/11 332/11 336/4
336/14 337/14 349/6 368/12
**271 [1]** 170/14
**273 [1]** 170/15
**275 [1]** 170/18
**28 [6]** 341/22 358/16 358/25 359/13
362/6 362/17
**2800 [1]** 287/22
**2800 kilos [4]** 286/9 288/1 288/6 288/21
**2800-kilo [3]** 294/5 294/19 295/13
**2800-kilogram [1]** 294/11
**288 [1]** 170/19
**29 [5]** 319/7 319/9 319/12 319/21 369/7
**294 [1]** 170/20
**297 [1]** 170/23
**2:00 [1]** 273/15
**2:00 p.m [1]** 368/12

**3**

**3 million [1]** 281/9
**30 [5]** 255/20 312/5 320/19 320/20
321/9
**30 percent [1]** 311/25
**305 [4]** 168/14 168/17 169/5 169/9
**33128 [2]** 169/13 369/9
**33132 [3]** 168/13 168/17 169/5
**33145 [1]** 169/9
**350 [1]** 363/3
**350 kilograms [2]** 325/12 341/17
**3500 [5]** 171/3 253/22 255/6 255/9
259/3
**370 [1]** 168/7
**374-1500 [1]** 169/5
**3:35 [1]** 320/3

**4**

**40 percent [1]** 312/1
**400 [2]** 169/12 369/8

**45 [1]** 205/9
**45 percent [1]** 311/17
**461-0095 [1]** 169/9
**48 [1]** 240/11
**4th [2]** 168/13 168/16

**5**

**5 kilograms [4]** 350/19 351/20 364/21
366/24
**5 kilos [1]** 324/12
**5,000 [1]** 315/13
**5.5 [1]** 237/2
**50 [2]** 312/5 321/12
**50 kilograms [3]** 307/6 307/9 307/14
**50/50 [1]** 312/5
**50s [1]** 209/19
**52 [2]** 234/7 241/25
**5:00 [2]** 355/3 355/16
**5:00 p.m [2]** 247/8 367/15
**5:34 [1]** 362/9
**5:35 [1]** 363/21
**5:48 [1]** 364/2

**6**

**6 million [2]** 236/24 237/2
**6,000 kilograms [1]** 327/5
**6.5 million [1]** 236/25
**6:00 p.m [1]** 195/11

**7**

**700 kilograms [2]** 325/13 341/20
**700 kilos [1]** 363/6
**702 [1]** 169/4
**747s [1]** 309/4
**7A [2]** 265/13 265/20
**7B [3]** 171/4 266/9 266/13
**7th [2]** 210/14 244/16

**8**

**8 tons [1]** 308/19
**8,000 [1]** 316/1
**8-ton [1]** 312/3
**800 [1]** 225/14
**800 kilos [1]** 225/6

**9**

**9,000 [1]** 316/1
**90 percent [1]** 304/17
**900 [1]** 227/12
**925 kilos [1]** 227/8
**930 [1]** 227/8
**9336 [1]** 168/17
**936 [1]** 227/8
**9406 [1]** 168/14
**959 [1]** 349/20
**961-9336 [1]** 168/17
**961-9406 [1]** 168/14
**99 [2]** 168/13 168/16

**A**

**a/k/a [3]** 219/17 240/8 261/8
**ability [3]** 179/9 199/12 347/2
**able [6]** 214/1 232/11 254/21 266/21
266/21 273/6
**about [272]**
**above [5]** 335/24 354/13 364/14 366/17

**above-board [1]** 335/24
**above-captioned [3]** 354/13 364/14
366/17
**above-entitled [1]** 369/4
**Absolutely [1]** 255/24
**accept [3]** 287/15 346/15 348/25
**accident [2]** 317/2 352/15
**accompanied [3]** 267/24 268/9 272/12
**accompany [2]** 268/2 268/5
**accompanying [1]** 232/1
**accomplish [1]** 350/14
**according [3]** 289/7 334/6 335/20
**account [1]** 235/18
**accounting [2]** 207/24 229/19
**accounts [16]** 235/19 235/21 235/22
236/1 236/4 236/10 236/12 237/11
245/12 249/8 249/9 249/11 249/13 281/8
282/2 282/12
**accurate [2]** 346/15 369/3
**accurately [1]** 347/2
**acetate [1]** 305/12
**acetone [1]** 305/12
**acid [2]** 305/5 305/14
**across [6]** 272/17 301/15 306/3 313/14
313/15 313/25
**act [10]** 252/22 252/25 252/25 333/17
345/13 350/1 351/12 352/13 352/16
353/15
**acted [2]** 352/19 352/21
**active [1]** 323/19
**actively [1]** 246/20
**activities [2]** 287/1 343/22
**activity [1]** 262/25
**acts [2]** 274/21 339/10
**actual [3]** 309/21 310/8 346/8
**actually [9]** 172/4 243/3 245/5 245/8
284/19 310/14 313/6 325/24 335/13
**add [2]** 256/8 305/14
**addition [8]** 229/15 238/8 239/7 264/3
285/9 298/21 302/11 302/17
**additional [4]** 256/21 257/9 330/4 343/2
**address [2]** 261/6 368/11
**adjournment [1]** 259/9
**adjustor [1]** 338/2
**administering [1]** 351/1
**Administration [2]** 296/19 296/21
**administrative [1]** 356/18
**admired [1]** 225/12
**admit [3]** 265/13 266/10 267/8
**admitted [12]** 255/8 259/2 266/12
267/11 267/14 275/14 339/9 345/18
345/19 347/13 354/23 357/15
**Adolfo [15]** 198/2 198/4 198/9 240/8
254/13 254/24 280/10 280/12 280/13
323/7 327/9 327/19 329/12 330/16
342/20
**advances [1]** 351/12
**advantage [1]** 331/6
**advise [1]** 283/18
**adviser [1]** 297/3
**advocate [1]** 213/8
**affair [1]** 196/14
**affairs [1]** 345/14
**affirmative [2]** 365/4 367/3
**affronted [1]** 182/22

**A**

**afraid [1]** 330/3
**after [77]** 179/16 180/13 185/17 185/17
186/4 186/7 186/11 186/22 187/17
187/21 188/12 191/24 194/2 194/9
194/15 194/21 206/9 206/16 206/23
207/10 213/24 214/8 214/10 214/17
215/20 216/4 222/25 234/22 235/8
235/15 235/15 235/17 237/7 237/13
237/14 242/24 250/19 251/1 255/14
260/19 261/5 261/18 273/15 282/5
287/25 297/17 297/22 298/25 299/14
300/9 300/10 301/11 301/12 302/2
307/17 319/10 319/19 323/22 327/3
328/13 330/2 330/2 334/13 335/2 335/13
336/14 336/16 340/8 342/25 343/3 343/5
344/8 345/10 353/3 367/15 367/17
367/20
**afternoon [12]** 195/11 212/21 229/1
263/19 263/20 274/1 274/11 274/12
296/15 296/16 322/13 331/24
**again [28]** 175/24 185/18 187/24 188/11
232/18 232/18 240/23 250/12 256/20
265/5 265/6 273/1 278/8 292/9 305/13
306/24 306/25 310/24 327/19 329/10
332/11 337/11 342/24 343/5 355/2
355/21 365/7 366/9
**against [8]** 233/10 242/9 242/13 260/11
339/11 339/20 344/16 344/22
**agencies [2]** 303/12 303/15
**agent [10]** 255/16 258/7 258/9 263/22
263/25 272/25 297/3 297/6 298/12 350/3
**agents [10]** 177/15 193/16 233/15
244/10 244/24 260/16 300/21 334/12
334/13 340/10
**ago [9]** 184/6 184/9 184/11 184/14
194/13 224/15 332/17 332/17 332/18
**agree [10]** 250/8 259/6 259/8 337/21
337/21 344/19 351/21 352/24 361/18
362/16
**agreed [3]** 249/17 350/13 353/19
**agreeing [1]** 334/16
**agreement [47]** 177/5 177/5 177/8
177/11 177/25 178/4 178/11 213/9
232/20 232/21 232/24 233/2 233/4
233/13 233/23 242/11 249/5 250/9
253/16 254/3 254/11 259/4 259/8 260/9
260/12 278/22 284/6 284/8 284/11
284/17 293/15 293/16 293/18 324/3
331/17 339/3 339/6 339/14 340/2 342/18
348/8 349/25 350/7 353/5 358/15 359/16
359/17
**agreements [3]** 324/4 338/21 338/22
**ahead [8]** 173/1 174/25 182/9 206/13
218/16 255/24 256/23 273/14
**aid [1]** 338/2
**aids [1]** 256/14
**air [9]** 226/13 226/19 227/5 304/20
305/2 307/20 308/22 309/3 313/22
**aircraft [1]** 308/23
**airplane [6]** 211/6 211/8 211/12 211/14
212/12 307/15
**airplanes [1]** 261/17
**airport [2]** 221/11 259/23
**airstrips [2]** 224/16 224/21
**alias [2]** 179/6 285/13

**A**

181/4 183/21 184/4 188/20 192/6 192/24
193/11 197/8 197/22 209/21 213/5
214/25 217/2 218/5 218/5 218/7 218/7
218/17 219/5 220/16 222/15 223/14
224/7 224/12 236/11 240/1 243/25 247/6
248/10 248/17 248/20 249/20 253/5
253/19 253/25 255/12 257/15 258/3
259/11 261/15 261/17 267/23 271/19
272/20 280/25 281/19 284/2 286/11
286/16 289/14 293/6 296/3 297/4 309/1
309/14 313/8 316/5 318/21 319/10
319/24 320/17 320/24 321/5 321/11
322/25 324/17 326/13 328/11 328/24
329/6 329/14 329/16 331/16 332/6
332/21 337/18 338/12 338/20 339/10
339/10 340/6 340/15 341/9 341/19
342/18 343/17 343/25 344/19 344/25
345/6 345/11 346/14 346/15 350/5
350/11 352/24 353/19 354/23 355/21
357/10 358/5 361/17 362/5 363/17
364/22 365/4 365/7 366/25 367/3 367/4
**alleged [1]** 352/12
**allow [2]** 276/3 355/24
**allowed [2]** 185/22 348/23
**almost [5]** 183/4 187/17 187/21 251/3
302/2
**alone [3]** 272/14 341/18 352/6
**along [6]** 215/1 248/13 299/10 306/18
308/14 354/22
**already [5]** 183/17 205/15 282/11
282/12 339/11
**also [70]** 177/15 178/25 179/6 191/16
193/21 199/3 200/25 202/14 206/14
206/15 206/15 213/16 224/9 230/8
230/15 233/15 238/19 243/4 243/10
243/15 255/3 257/19 261/20 264/3
276/25 277/1 279/25 280/13 285/13
285/19 292/13 295/8 297/3 299/17
299/19 302/16 308/4 314/11 316/17
320/7 321/23 325/14 325/20 326/8
326/10 327/10 327/15 328/20 329/9
330/9 340/16 342/4 343/3 343/6 347/11
347/16 349/16 351/11 356/9 356/18
358/11 360/12 362/18 364/11 364/12
364/12 364/13 365/13 368/6 368/10
**alternate [3]** 172/8 355/18 356/20
**alternates [2]** 355/20 355/23
**although [4]** 328/9 329/4
**Alvarenga [1]** 215/21
**always [48]** 174/8 174/9 174/11 175/4
175/11 176/12 177/2 177/3 179/24
179/24 182/25 183/4 189/5 189/12
191/19 193/4 196/7 196/24 200/9 209/1
209/2 216/10 219/1 219/2 221/16 223/21
231/17 231/19 232/5 232/9 232/9 232/16
235/21 236/3 237/21 237/21 238/10
238/25 239/14 239/18 247/5 247/7
247/11 247/12 248/11 248/13 248/18
262/10
**am [75]** 174/16 174/17 179/19 182/11
186/12 186/23 187/1 189/6 189/6 189/8
194/4 202/13 209/5 213/10 213/19 215/6
215/25 217/19 218/14 224/4 229/11
239/4 241/13 241/16 241/17 248/16
251/11 253/20 254/2 254/5 254/21

**A**

266/8 267/14 272/25 274/20 275/14
279/14 281/3 294/17 296/18 296/24
297/3 302/4 304/21 309/20 312/22
315/24 316/14 319/9 322/6 322/8 324/18
331/25 332/1 332/22 335/17 336/2 341/6
341/15 354/21 355/10 356/4 357/11
359/17 359/21 360/2 360/2 362/20
368/16
**Amarateca [1]** 264/15
**ambassadors [1]** 303/13
**AMERICA [24]** 168/3 179/11 180/2
301/2 301/2 307/25 308/3 308/4 308/25
309/7 311/8 311/9 313/21 313/23 314/3
314/16 314/17 314/19 315/11 318/13
318/18 323/3 364/9 366/13
**American [3]** 209/17 311/6 313/24
**Americans [1]** 225/20
**amicable [2]** 291/15 335/1
**among [2]** 302/15 308/2
**amount [19]** 210/3 210/5 302/19 313/10
314/8 318/16 324/11 349/10 349/23
350/20 351/17 351/18 351/22 354/12
354/15 364/18 364/19 366/21 366/22
**amounts [3]** 214/23 214/23 309/10
**analyst [2]** 299/7 299/17
**analysts [3]** 296/25 300/19 300/21
**analyze [1]** 337/1
**analyzing [1]** 229/18
**Andres [1]** 215/21
**Angel [2]** 270/16 272/10
**Angelo [2]** 279/9 297/10
**annul [1]** 260/9
**another [24]** 176/9 181/12 205/23 216/2
232/2 232/2 243/10 252/8 258/9 269/3
282/1 292/5 294/22 302/23 305/10 317/1
326/12 330/10 334/5 336/24 341/3 353/4
363/5 363/5
**answer [23]** 185/23 185/24 191/1
216/25 243/19 246/24 246/24 247/21
248/6 324/16 347/4 354/17 358/20
358/23 360/22 362/6 362/7 362/20 363/2
363/9 363/12 363/17 365/3
**answered [5]** 174/18 272/14 354/17
365/4 367/3
**answering [5]** 186/12 186/13 188/5
189/8 211/25
**answers [1]** 258/18
**antennas [1]** 218/1
**Antonio [2]** 270/16 272/10
**any [80]** 175/24 176/24 182/7 196/9
200/2 202/1 202/10 204/15 207/14
207/16 207/18 208/9 209/25 213/2
214/19 218/1 218/1 218/3 221/13 226/17
227/19 229/25 231/25 234/20 238/9
239/5 248/12 248/12 248/13 252/5 253/3
254/4 257/10 257/10 260/10 262/25
268/5 277/10 284/1 284/22 285/10
285/16 287/1 293/11 294/1 297/15 298/8
298/13 298/21 303/3 303/9 303/23 314/1
320/11 330/1 333/11 334/12 344/15
344/21 344/25 345/2 345/7 345/22
345/22 346/18 346/21 346/24 347/25
348/2 348/2 348/20 349/1 350/7 352/3
353/22 355/25 358/2 358/13 367/21
368/7

**A**

**anybody [12]** 196/25 232/6 239/2 239/2 239/22 255/22 256/1 279/16 285/21 338/4 356/10 357/22

**anymore [2]** 173/22 249/25

**anyone [12]** 181/7 199/9 201/15 204/11 207/6 230/2 276/12 277/12 334/16 349/18 349/21 353/1

**anything [34]** 175/7 175/14 177/3 195/18 214/5 218/25 230/11 230/22 239/22 241/17 251/9 251/10 252/5 254/9 269/16 269/17 269/20 269/21 288/3 288/5 289/5 334/15 334/15 334/16 336/5 337/10 345/19 345/21 345/23 355/13 356/24 361/17 368/14 368/19

**anywhere [4]** 208/9 288/25 315/13 357/3

**aol.com [1]** 169/6

**apartment [1]** 192/1

**apologize [3]** 209/15 213/16 216/16

**appear [2]** 344/2 347/4

**APPEARANCES [2]** 168/11 169/1

**apply [1]** 319/21

**appreciate [3]** 172/8 251/17 365/8

**appreciation [2]** 356/4 367/5

**approach [4]** 253/18 261/14 270/23 271/18

**approximately [8]** 176/18 176/20 176/22 184/13 226/18 328/25 363/10 363/16

**approximation [4]** 221/5 359/5 360/8 360/13

**April [4]** 194/24 235/10 251/2 329/24

**ARB [5]** 171/3 253/22 255/6 255/9 259/3

**ARB-13 [5]** 171/3 253/22 255/6 255/9 259/3

**are [238]**

**area [16]** 207/3 217/22 217/25 221/6 264/24 264/25 265/7 267/3 275/18 294/17 298/18 301/18 311/10 313/19 327/16 357/2

**areas [1]** 298/11

**aren't [5]** 318/4 320/6 338/4 340/11 343/25

**Argumentative [3]** 186/16 188/7 191/2

**arguments [3]** 321/6 321/20 323/22

**Arlington [1]** 300/11

**armed [3]** 231/18 231/19 284/3

**arms [1]** 271/8

**arose [1]** 343/3

**around [28]** 182/20 200/13 200/13 200/14 217/10 218/15 220/23 223/9 227/12 229/21 229/22 235/13 237/1 237/2 244/5 247/7 273/6 278/4 278/6 279/7 281/6 316/1 332/12 343/23 349/6 352/8 357/5 363/12

**arranging [1]** 261/9

**arrest [4]** 264/7 264/7 265/2 280/19

**arrested [18]** 194/4 234/8 241/1 241/4 241/6 241/7 241/8 241/10 242/22 269/22 272/3 276/8 280/16 280/22 322/22 330/21 334/10 341/4

**arrests [1]** 343/25

**arrive [4]** 213/4 247/18 250/24 261/11

**arrived [22]** 196/10 201/9 201/12

**arrives [2]** 207/22 316/6

**arriving [2]** 247/8 345/24

**article [2]** 199/13 276/16

**as [182]** 172/13 175/1 176/12 177/21 179/6 179/9 179/9 179/21 183/14 191/4 191/4 191/12 191/16 192/10 194/11 196/7 196/24 197/1 197/2 197/10 197/10 198/6 201/4 205/9 214/6 217/20 218/20 221/12 221/19 221/19 222/20 224/7 224/10 225/11 225/11 229/23 230/5 230/5 243/6 244/15 246/3 247/25 248/16 249/12 249/12 250/1 250/10 250/11 253/21 254/11 256/1 256/2 256/2 259/3 259/10 263/12 263/25 263/25 265/13 266/5 266/24 267/3 267/15 268/16 268/24 268/24 269/4 269/20 269/20 270/3 270/3 271/9 274/8 275/14 276/25 280/13 285/14 285/19 286/25 289/5 289/5 290/19 291/19 291/19 296/12 296/23 298/1 298/23 300/22 300/22 301/5 302/4 302/7 302/17 302/17 302/20 303/14 303/14 303/17 303/21 304/9 304/22 305/2 305/5 305/12 305/24 306/18 306/21 308/7 308/7 308/21 315/2 315/21 316/7 316/7 316/8 316/9 317/7 317/13 317/20 321/8 322/7 323/17 324/11 324/11 326/4 326/12 327/16 327/23 327/25 329/19 329/21 331/9 331/22 334/20 337/3 343/5 343/11 344/18 344/20 345/17 346/8 346/15 346/23 347/8 347/11 347/15 347/24 348/9 349/1 350/14 350/21 353/15 353/24 353/25 354/5 355/4 355/4 355/17 355/18 356/2 356/5 358/8 358/14 358/14 360/8 360/14 361/4 361/4 362/16 362/24 363/22 364/10 364/11 364/12 364/12 364/13 365/2 365/24 366/15 367/7 367/11

**aside [3]** 175/25 176/9 262/25

**ask [53]** 172/11 175/18 177/4 178/8 178/13 178/18 186/20 187/2 187/24 188/11 191/7 213/20 213/22 216/9 217/4 225/23 229/4 229/24 232/19 235/23 241/13 242/19 245/13 251/7 251/9 251/10 251/10 251/13 253/23 260/25 261/24 268/4 269/20 273/15 280/18 284/5 285/25 291/1 304/4 331/20 333/6 338/24 344/3 346/22 356/1 356/9 356/12 361/12 362/21 364/4 364/5 365/23 366/12

**asked [40]** 175/9 177/16 177/18 186/2 186/20 188/6 192/15 194/15 194/20 195/2 195/13 195/14 216/21 216/23 216/25 233/16 245/5 245/15 249/20 253/11 260/15 261/20 264/6 266/23 268/11 269/18 272/11 278/21 278/21 279/15 281/25 285/20 287/10 293/10 294/4 294/10 294/24 295/8 338/19 368/4

**asking [6]** 189/6 189/6 241/14 255/17 262/12 281/11

**assassin [1]** 340/24

**assembly [1]** 172/11

**assigned [1]** 299/7

**assignment [1]** 299/4

**assistant [2]** 224/9 325/18

**associates [2]** 220/16 331/15

**associating [1]** 351/9

**assume [3]** 191/18 193/2 345/21

**assumed [6]** 193/5 195/14 333/12 333/12 333/13 333/14

**assure [1]** 217/11

**attach [1]** 307/11

**attendance [1]** 356/19

**attended [6]** 245/15 245/25 246/3 325/15 335/5 342/4

**attending [1]** 259/4

**attention [6]** 210/10 234/23 266/15 280/15 337/19 365/8

**attorney [7]** 195/21 241/18 247/24 303/13 303/16 368/5 368/10

**attorney's [3]** 168/12 168/16 303/16

**attorneys [1]** 303/12

**attributable [1]** 351/22

**August [5]** 194/8 194/11 223/9 235/11 264/14

**August 15 [1]** 223/9

**August 20 [1]** 264/14

**August 6 [1]** 194/8

**AUSA [2]** 168/12 168/15

**authorities [1]** 317/13

**automatically [3]** 174/12 285/6 351/13

**available [3]** 279/11 283/17 361/13

**Avenue [3]** 169/4 169/12 369/8

**avoid [1]** 268/5

**avoided [1]** 366/5

**awaiting [2]** 241/23 335/17

**awards [2]** 303/3 303/5

**aware [7]** 175/11 179/18 181/9 229/5 231/5 352/21 355/11

**away [6]** 175/12 205/9 254/7 260/10 260/12 293/18

**Azteca [1]** 227/7

**B**

**baby [1]** 230/21

**back [43]** 183/17 213/23 218/17 229/4 235/4 236/6 256/2 257/22 267/20 269/11 273/15 294/16 307/24 311/11 311/18 312/15 312/17 318/7 321/19 334/1 336/10 354/21 354/23 355/1 355/5 355/12 356/2 356/16 356/23 357/17 358/3 358/22 359/7 362/2 362/4 362/7 362/11 362/21 362/23 363/25 365/11 365/24 367/12

**backed [2]** 174/12 175/4

**bad [8]** 213/18 248/12 332/19 336/13 337/4 338/25 339/10 352/18

**badgering [1]** 186/16

**bake [1]** 305/18

**baked [2]** 306/1 306/21

**balance [1]** 236/4

**balanced [1]** 236/1

**bananas [5]** 308/8 325/23 326/6 358/10 362/14

**bank [1]** 191/15

**Baranquilla [1]** 310/3

**bares [1]** 334/14

**B**

**bargain [2]** 284/15 348/15
**bargaining [2]** 348/9 348/11
**Barrera [1]** 176/6
**Barrientos [13]** 198/3 194/4 198/9
240/8 292/11 323/7 327/10 327/19
329/12 330/16 334/9 334/18 342/20
**base [4]** 174/22 302/11 305/8 305/9
**based [8]** 257/12 303/5 303/8 304/18
344/14 345/9 347/21 348/4
**basically [5]** 192/25 319/10 319/19
323/24 335/10
**battles [1]** 182/5
**Baylor [4]** 297/18 298/9 298/10 298/13
**BBM [2]** 176/24 192/16
**be [142]** 175/25 177/20 178/3 178/9
178/12 178/13 179/18 182/22 183/18
185/22 190/21 196/12 196/13 197/1
197/3 197/10 204/3 204/24 205/10
205/22 207/12 209/24 212/18 213/3
213/5 213/6 213/6 213/20 213/21 215/1
215/10 215/11 215/21 221/5 222/21
223/1 223/2 224/6 225/5 225/11 225/15
227/9 234/7 236/1 238/19 240/11 241/14
241/16 247/8 247/19 247/25 248/1
248/18 255/8 255/20 257/12 258/9
260/11 266/12 267/15 273/6 273/15
275/3 276/3 279/19 282/12 285/7 290/17
293/16 293/16 302/14 304/13 305/10
306/2 306/8 306/25 307/6 307/22 308/6
308/14 308/15 308/21 308/23 312/3
314/4 314/21 315/24 316/1 316/2 316/4
316/25 318/6 318/11 318/12 319/25
322/20 324/2 330/8 332/8 334/3 337/25
338/24 339/2 339/3 339/5 339/11 339/13
340/10 344/14 344/15 345/13 346/5
348/4 348/16 348/22 349/3 349/11
349/23 350/11 350/21 351/19 352/21
352/22 352/23 355/11 356/2 356/6
356/11 365/19 365/24 366/4 366/5
367/12 367/12 367/24 368/4 368/5 368/6
368/10 368/11 368/15 368/16
**bear [2]** 173/4 271/8
**Bebo [5]** 221/19 222/2 222/11 222/18
238/12
**became [10]** 175/11 181/9 219/11
225/16 231/5 311/9 311/21 312/14
312/15 313/3
**because [153]** 172/20 175/10 177/1
177/3 178/9 181/24 182/25 183/4 183/5
183/17 187/15 188/25 190/13 193/1
196/19 199/17 200/8 202/4 202/19
202/20 203/7 203/12 204/1 204/3 205/10
206/11 209/8 210/4 212/2 212/3 213/3
213/4 213/9 213/13 213/16 213/18 214/1
214/6 214/11 216/9 216/11 217/21
217/25 218/1 221/10 222/4 222/15
222/19 223/21 224/2 225/12 225/15
225/20 226/16 229/21 231/4 231/5
231/10 233/10 235/3 235/4 235/19 236/7
237/17 239/14 239/18 241/9 242/5 242/8
244/21 246/13 246/18 246/19 247/5
247/11 247/17 247/24 248/18 249/25
249/25 250/4 250/6 250/13 251/10
251/16 254/5 262/4 263/2 267/25 272/11
274/20 277/23 278/10 279/9 281/12

281/16 285/21 285/24 286/7 287/7
288/17 290/3 290/7 294/20 301/22
304/13 304/22 304/25 306/9 307/3
308/11 310/15 310/18 310/24 311/1
311/2 312/6 312/16 312/23 313/7 313/11
313/18 317/7 317/21 326/25 329/16
329/20 330/1 330/13 330/18 330/25
331/4 332/5 333/12 333/15 333/22
333/25 334/14 335/2 335/16 337/5
337/12 338/4 338/7 338/10 339/7 340/2
341/18 344/2 352/14 353/8 353/9 357/20
**become [3]** 339/1 351/13 353/7
**becomes [2]** 350/3 355/22
**bedroom [2]** 267/3 267/20
**bedrooms [1]** 267/2
**beef [1]** 334/22
**been [71]** 176/8 197/14 198/5 202/7
203/5 209/22 220/8 233/7 234/4 234/6
234/10 235/11 235/11 236/2 239/18
240/12 241/10 241/23 241/25 242/1
242/4 242/8 244/25 245/1 245/2 246/23
248/4 248/7 248/8 253/12 253/21 259/2
259/9 259/15 259/21 259/25 262/1
263/11 267/14 267/14 268/6 274/7
275/14 276/10 281/12 282/12 282/17
292/2 292/2 296/11 296/20 302/5 302/7
303/18 309/2 313/16 319/11 319/20
328/23 332/16 338/10 339/13 339/15
340/15 340/16 345/15 347/8 353/17
354/23 356/3 365/25
**beepers [2]** 218/6 252/13
**beer [1]** 195/12
**before [36]** 168/9 175/10 182/22 192/5
203/4 203/5 203/7 203/18 203/23 229/9
245/1 246/21 257/20 259/11 262/7
266/21 280/19 280/21 292/6 300/5 300/6
300/7 317/8 329/25 330/21 336/4 336/4
338/25 340/11 345/17 352/20 355/3
359/4 359/11 368/7 368/17
**began [17]** 181/19 208/4 208/5 210/14
213/8 214/22 214/25 224/16 235/20
266/6 279/21 308/11 311/15 311/22
313/1 313/22 363/2
**begin [4]** 179/4 305/7 344/9 355/15
**beginning [11]** 174/10 174/11 175/2
175/10 177/2 179/4 179/21 193/4 193/5
281/6 308/14
**begins [1]** 212/16
**behalf [2]** 186/22 368/10
**behind [4]** 222/1 323/19 334/1 355/14
**being [17]** 182/22 187/2 187/17 188/15
190/22 190/24 194/15 245/11 255/3
289/23 290/12 309/5 326/20 329/18
338/15 338/19 351/8
**belief [1]** 353/8
**believe [35]** 211/24 212/2 212/3 212/11
212/12 214/11 218/15 221/18 236/24
242/10 244/20 260/21 284/24 290/7
332/25 341/16 341/19 341/21 341/24
342/1 342/3 342/6 342/9 342/12 342/20
342/21 342/22 342/25 343/4 343/7
343/10 346/16 346/18 346/21 358/14
**bell [1]** 270/17
**belonged [3]** 205/8 219/23 236/16
**below [1]** 254/24
**benefit [1]** 259/11 260/10 339/4 366/10

Bennett [8] 314/25 329/16 340/25
341/5 341/16 359/2 360/7
**best [6]** 199/12 303/1 314/21 339/5
339/7 362/2
**better [3]** 187/8 265/16 310/4
**between [26]** 176/17 176/25 182/24
183/7 193/10 199/15 207/2 230/12
235/22 277/3 279/19 281/13 289/24
290/6 290/11 295/18 315/6 332/10 337/5
337/13 337/13 340/13 341/6 341/7 349/5
363/17
**beyond [14]** 303/15 311/8 311/9 336/15
336/18 336/19 337/17 344/12 345/3
345/6 345/12 345/15 350/12 352/10
**big [10]** 182/21 219/11 225/13 246/9
246/11 246/13 246/15 305/6 315/14
315/14
**bigger [2]** 208/6 208/6
**biggest [1]** 201/23
**bills [5]** 209/22 209/25 236/1 318/6
331/13
**binding [1]** 345/20
**bit [5]** 202/23 257/21 267/15 268/1
329/13
**black [3]** 199/17 200/10 276/17
**BlackBerry [7]** 176/24 221/16 221/17
236/6 262/9 262/12 290/18
**bleachers [1]** 173/3
**bless [1]** 333/2
**blue [1]** 199/17
**blurry [1]** 265/14
**board [2]** 299/8 335/24
**boat [4]** 201/8 307/15 317/3 325/5
**boats [11]** 214/12 215/8 225/12 225/23
283/18 285/21 286/1 287/11 307/22
307/23 329/5
**body [3]** 181/1 307/11 307/12
**bodyguard [6]** 219/15 220/1 231/15
232/13 272/12 329/17
**bodyguards [10]** 180/23 204/14 222/1
222/3 232/8 232/14 284/1 325/6 328/6
332/20
**boil [1]** 305/13
**Bolantillo [59]** 173/18 173/24 174/1
174/7 174/15 174/15 174/21 175/2 175/7
175/13 175/15 175/20 175/21 175/25
176/1 176/4 176/10 176/24 184/24 185/1
185/5 185/6 186/8 186/21 188/2 188/2
188/15 188/17 189/18 189/19 190/1
190/4 192/16 192/22 193/1 193/2 195/3
195/8 195/14 195/19 195/19 195/22
195/25 196/2 196/3 196/17 196/19 197/4
328/23 329/3 329/5 329/7 333/10 333/12
333/15 333/19 333/19 333/20 343/8
**Bolantillo's [1]** 196/24
**Bolivia [1]** 304/9
**border [21]** 206/22 206/23 207/2 215/21
215/23 215/24 216/5 275/7 275/17 281/1
294/20 299/8 299/10 301/5 301/15
301/23 313/25 317/12 323/9 330/14
331/4
**boss [54]** 174/11 176/9 180/9 196/24
196/25 200/18 200/21 200/23 201/1
201/4 202/20 202/20 202/23 203/21
204/1 205/24 205/24 209/8 209/8 209/10
219/15 219/22 219/22 220/2 222/9

**B**

**boss... [29]** 222/20 222/24 223/1 223/2
223/4 225/3 225/5 225/13 235/3 235/7
236/25 237/7 238/14 238/19 239/10
239/15 240/13 240/15 240/16 242/16
242/20 242/22 242/24 243/17 248/19
248/21 262/19 329/7 334/21
**boss' [1]** 222/25
**bosses [3]** 182/21 222/21 323/17
**both [12]** 179/5 181/24 181/25 188/14
188/15 266/21 292/15 313/22 327/22
332/13 349/8 368/21
**bottom [1]** 265/20
**bought [5]** 191/16 191/21 218/25 276/1
340/24
**box [6]** 173/2 208/11 208/13 208/14
208/15 208/18
**Brazil [1]** 298/17
**break [6]** 225/18 255/13 255/21 273/14
320/25 321/19
**breaking [1]** 293/16
**brick [4]** 305/19 305/19 306/17 306/22
**bricks [2]** 305/17 306/1
**brief [1]** 365/6
**briefed [1]** 303/11
**briefings [1]** 303/8
**bring [5]** 214/11 223/3 313/8 350/22
363/25
**bringing [7]** 173/4 204/22 221/11 235/6
256/18 263/1 311/17
**broad [2]** 315/7 315/25
**broken [1]** 175/12
**brokers [2]** 310/15 310/17
**brother [41]** 180/7 199/25 204/6 219/2
219/23 220/24 222/3 222/17 223/12
223/13 223/14 223/15 223/20 223/21
223/23 224/8 229/7 229/19 229/23
235/21 236/5 238/10 238/11 239/8 243/6
243/10 262/9 286/22 325/2 326/12
326/19 327/20 327/23 328/4 328/16
328/19 329/18 330/17 333/25 334/2
341/8
**brother's [1]** 327/21
**brother-in-law [22]** 180/7 199/25
222/17 223/12 223/14 223/15 223/20
223/21 223/23 224/8 238/10 238/11
239/8 325/2 326/12 326/19 328/4 328/16
329/18 333/25 334/2 341/8
**brother-in-law's [2]** 223/13 262/9
**brothers [4]** 221/13 221/14 221/15
222/7
**brothers-in-law [4]** 221/13 221/14
221/15 222/7
**brought [13]** 204/24 227/9 227/9
227/14 229/23 250/25 260/1 266/24
286/20 288/11 304/20 328/15 331/7
**Broward [5]** 172/4 172/14 172/21
172/23 172/25
**brown [1]** 199/17
**Brownsville [1]** 301/17
**bucks [1]** 335/6
**buddy [2]** 236/6 238/13
**building [2]** 191/21 191/25
**bulk [1]** 318/2
**bullet [1]** 340/20
**bunch [1]** 191/21

**bundled [1]** 343/8
**bundles [1]** 337/7
**burden [2]** 321/8 345/5
**burned [1]** 227/10
**business [28]** 184/17 193/8 195/24
208/7 237/18 239/21 240/12 245/9
261/10 261/25 278/16 278/16 278/17
278/18 279/22 299/24 299/24 299/25
302/24 303/1 314/13 314/13 318/3
322/20 324/10 328/5 330/1 334/13
**busy [2]** 301/18 301/20
**buy [16]** 191/5 191/25 201/6 201/6
214/25 215/2 215/4 215/5 216/12 218/21
223/12 223/14 275/20 278/12 315/9
318/4
**buyer [2]** 310/16 310/18
**buyers [1]** 211/21
**buying [8]** 218/3 219/6 229/18 311/23
312/18 314/16 314/17 343/24

**C**

**Cabrera [1]** 220/21
**Cachiro [14]** 210/22 210/24 210/25
211/5 211/19 212/9 212/25 213/9 213/10
213/25 214/2 214/4 214/9 214/16
**Cachiros [9]** 180/19 180/20 210/19
212/12 214/10 325/1 326/23 328/7
330/10
**Cacun [5]** 178/25 179/6 179/17 179/22
179/23
**call [33]** 176/1 176/5 176/10 176/14
179/16 196/17 196/23 198/1 202/5 202/9
212/6 212/7 212/18 217/15 263/8 274/3
277/12 277/14 278/20 296/7 304/2
307/22 319/2 329/8 344/9 355/10 356/1
356/16 365/2 365/22 365/23 367/10
367/20
**called [17]** 172/1 192/7 202/13 209/3
212/19 217/22 218/12 222/2 224/6
248/17 275/22 281/11 313/11 327/12
340/19 343/10 348/9
**calling [2]** 196/22 248/16
**calls [11]** 174/9 175/19 175/22 181/14
185/24 198/2 238/17 263/9 274/4 277/13
296/8
**calm [1]** 187/1
**came [31]** 202/21 204/6 210/14 219/5
219/21 219/23 221/25 221/25 225/2
225/14 227/14 235/4 235/7 237/7 244/21
247/18 249/8 249/8 249/15 250/13
250/18 268/15 280/25 282/12 285/19
289/22 318/19 329/6 331/1 343/9 365/9
**can [87]** 178/1 185/25 187/19 190/21
193/21 194/18 197/12 202/3 203/1
210/20 212/3 212/11 212/17 213/4
213/20 220/10 222/21 224/24 225/18
226/24 238/14 238/14 242/18 247/17
251/9 251/10 251/13 254/6 260/9 260/10
260/10 260/11 261/4 261/5 262/15
264/10 268/5 268/19 269/4 271/5 271/14
276/15 284/13 289/5 293/14 294/8
300/16 307/11 307/22 307/25 308/19
308/21 315/5 316/7 317/25 318/12 320/8
320/9 320/11 320/20 320/25 327/13
331/9 337/21 338/1 338/15 339/10
339/12 339/18 350/11 352/20 355/4

358/8 359/7 360/22 360/23 360/23 361/2
361/16 361/18 362/4 366/4
**can't [6]** 236/7 251/5 254/10 271/17
307/13 361/17
**cannot [12]** 199/17 210/20 217/10
217/11 220/14 221/11 246/19 247/17
247/24 247/25 248/1 345/1
**capital [1]** 264/19
**captain [1]** 196/19
**captioned [3]** 354/13 364/14 366/17
**captured [2]** 220/8 240/16
**car [2]** 231/15 232/4
**cards [2]** 252/16 318/4
**care [5]** 212/3 222/1 222/5 257/15
325/18
**career [2]** 298/23 301/4
**carefully [1]** 345/10
**cargo [5]** 308/4 308/5 308/7 309/3
310/2
**Carillon [18]** 217/7 217/9 217/10 217/13
217/14 217/18 217/19 218/4 218/8
218/11 251/25 325/14 326/10 326/12
326/18 341/12 342/4 360/10
**carried [3]** 221/16 221/17 328/5
**Carrion [5]** 251/24 251/24 252/20
335/12 335/12
**carry [5]** 222/24 232/11 273/6 308/19
353/20
**carrying [2]** 309/3 350/10
**cars [2]** 204/13 231/25
**Cartagena [7]** 299/15 299/16 300/2
300/3 300/9 300/10 310/2
**cartel [3]** 313/15 313/16 326/18 329/20
**cartels [12]** 299/9 312/24 312/25 313/2
323/6 323/8 323/10 326/25 327/25
328/18 330/13 343/23
**cartons [1]** 325/22
**case [59]** 168/2 172/1 172/14 178/6
194/4 194/5 224/1 241/4 241/19 241/21
241/24 242/7 244/13 256/11 291/25
292/8 292/13 292/17 292/20 293/24
320/10 321/5 321/21 322/1 322/15
331/14 331/21 332/4 332/19 335/18
337/10 337/11 337/17 344/4 344/8
345/11 345/18 345/22 347/1 348/7 352/1
353/2 353/4 353/5 353/9 353/13 354/4
354/13 355/21 356/6 356/9 356/12
356/15 364/9 364/14 365/6 365/9 366/17
368/22
**cases [2]** 256/17 323/9
**cash [7]** 191/18 191/19 191/21 191/25
318/2 318/3 318/5
**casting [1]** 338/1
**CASUSO [8]** 169/3 169/3 170/5 170/9
170/14 170/19 271/2 321/23
**catastrophic [1]** 339/9
**caught [2]** 330/20 335/17
**caution [4]** 348/7 348/18 351/24 354/1
**CECILIO [1]** 169/7
**Ceiba [2]** 205/10 206/13
**celebrate [1]** 218/20
**Celia [6]** 202/9 205/22 327/8 327/12
327/14 329/21
**cell [1]** 326/25
**cellulars [4]** 217/20 217/20 218/2 218/5

**C**

**Center [2]** 299/4 299/11
**central [21]** 179/11 180/2 301/2 307/25 308/25 309/7 311/6 311/8 311/9 313/21 313/23 313/24 314/3 314/16 314/17 314/19 315/11 318/13 318/17 323/3 338/1
**certain [6]** 285/6 313/13 337/21 340/22 351/9 352/8
**Certainly [7]** 176/3 182/18 229/14 232/23 232/25 233/14 328/16
**certify [1]** 369/3
**Cesar [143]** 200/18 200/20 200/23 200/25 201/4 201/14 201/17 201/18 201/19 201/24 202/1 202/23 202/24 203/3 203/5 203/18 204/4 204/5 204/7 204/9 205/14 205/19 205/22 206/13 207/8 207/9 207/23 210/7 210/11 210/16 210/18 210/22 212/6 212/8 212/10 212/16 212/19 212/20 213/2 214/13 214/22 215/1 215/1 217/14 217/21 218/3 218/24 219/2 219/8 219/11 220/3 221/1 222/20 224/18 225/7 225/9 226/3 229/7 229/13 235/3 235/24 235/25 236/16 236/19 236/25 237/6 237/8 237/10 237/12 237/17 237/22 238/1 238/14 238/22 238/24 238/25 239/1 239/10 239/15 239/19 241/2 241/3 242/16 242/25 243/3 243/14 243/15 243/18 246/9 246/11 248/10 248/21 248/24 249/6 249/7 249/8 249/12 249/25 250/6 250/8 250/10 250/20 262/5 262/7 262/7 262/11 262/15 262/18 263/2 275/9 275/10 279/4 279/9 279/15 280/8 280/9 280/21 280/25 281/7 281/8 281/10 281/11 281/16 282/10 282/13 283/23 285/9 286/22 287/2 291/24 295/18 296/1 327/1 327/8 327/11 328/18 329/19 329/22 330/2 330/15 330/17 330/22 342/13
**Cesar's [1]** 327/20
**Cessna [1]** 308/24
**cetera [2]** 303/7 332/15
**chain [4]** 268/20 306/18 316/8 346/10
**Chalo [8]** 220/18 220/20 220/21 220/23 224/23 327/15 327/18 327/18
**chambers [1]** 356/16
**chance [2]** 213/22 256/24
**change [5]** 202/3 225/23 257/6 338/20 353/6
**changed [3]** 195/23 202/2 256/22
**changes [1]** 258/2
**Chaparro [1]** 209/3
**Chapo [8]** 201/21 201/22 207/7 207/8 207/11 211/8 211/25 212/2
**charge [12]** 180/14 201/7 213/6 226/11 236/20 236/21 296/24 297/4 313/11 327/16 333/24 344/22
**charged [11]** 323/24 331/22 339/17 349/13 349/14 350/14 350/21 351/14 351/25 364/14 366/19
**charges [9]** 193/21 197/17 293/17 293/20 332/10 339/20 343/16 349/5 352/7
**chart [3]** 322/8 324/18 331/9
**check [3]** 255/18 270/11 354/10

**checked [2]** 254/7 366/25
**Chele [15]** 186/8 188/1 188/2 188/3 188/12 188/13 188/15 188/22 188/23 189/3 189/5 189/10 189/13 189/16 333/9
**chemical [1]** 351/2
**chemicals [3]** 305/4 305/5 305/13
**chicharonnes [1]** 219/24
**chief [1]** 300/13
**childhood [1]** 230/5
**children [1]** 251/11
**choose [2]** 353/14 355/23
**chose [3]** 322/20 337/25 345/1
**Christi [1]** 301/16
**church [5]** 272/15 272/15 272/16 272/18 297/24
**circle [3]** 179/10 180/5 180/14
**Circuit [1]** 256/11
**circumstances [1]** 346/11
**circumstantial [3]** 346/6 346/10 346/13
**cited [1]** 256/11
**city [8]** 189/24 277/23 277/25 278/1 278/3 278/4 278/6 316/5
**civic [2]** 339/1 365/18
**civic-minded [1]** 339/1
**clandestine [4]** 221/3 221/4 221/9 221/10
**clarification [1]** 216/17
**clarified [3]** 214/3 237/10 241/18
**clarify [7]** 182/19 214/1 236/10 241/17 264/7 267/25 291/3
**clear [6]** 197/10 236/4 246/7 262/5 306/24 325/22
**cleared [4]** 212/20 237/11 242/7 282/12
**clearly [3]** 231/17 339/3 347/4
**clerk [1]** 257/19
**close [7]** 211/24 218/11 264/19 281/1 337/16 337/17 352/12
**closed [2]** 255/3 267/23
**closely [2]** 337/1 337/1
**closer [3]** 205/25 271/10 316/3
**closet [4]** 267/3 267/21 267/22 268/9
**closing [5]** 320/13 321/6 321/20 322/12 323/22
**clothes [2]** 223/12 223/14
**clothing [2]** 199/13 276/16
**co [1]** 331/11
**co-conspiracy [1]** 331/11
**coast [2]** 215/18 307/25
**cocaine [139]** 176/16 176/18 199/2 199/3 201/6 201/10 201/12 201/15 204/16 204/22 204/24 204/25 205/3 206/6 206/9 206/12 206/16 206/19 206/25 207/4 207/6 207/14 207/16 207/19 207/21 208/10 210/4 211/10 211/13 211/14 211/15 211/18 211/22 214/18 214/25 215/19 216/1 216/3 216/15 216/23 217/3 219/4 219/5 219/5 221/10 222/13 222/14 222/16 223/3 224/17 225/2 225/17 225/19 226/2 226/9 226/12 226/13 227/17 227/18 227/20 238/2 274/25 275/6 275/20 275/21 283/12 286/7 286/17 287/11 287/21 288/11 288/14 288/16 288/21 289/2 304/4 304/7 304/8 304/15 304/16 305/8 305/9 305/16 305/18 305/23 305/25 305/25 306/5 306/6 306/8 306/10 306/13

307/19 308/6 308/19 309/10 309/13 309/13 311/5 313/17 314/2 314/9 314/11 314/19 315/6 315/6 315/9 315/12 315/17 315/20 316/9 316/17 317/5 317/15 317/18 317/20 322/16 324/6 327/5 327/6 335/7 349/10 349/19 349/23 349/23 350/20 350/21 351/17 358/9 362/14 364/20 364/20 366/22 366/23
**cocoa [6]** 304/14 304/19 304/25 305/1 305/3 305/8
**coconspirators [4]** 322/24 325/1 326/24 328/6
**code [8]** 268/11 268/15 343/23 349/20 356/1 365/22 365/23 367/10
**coincidences [1]** 343/25
**cold [1]** 331/25
**colleagues [1]** 265/3
**collect [2]** 181/6 319/16
**collected [2]** 304/19 357/10
**college [2]** 297/8 297/17
**Colombia [50]** 179/20 180/2 182/25 189/5 192/3 192/5 219/5 227/14 261/10 286/20 286/21 298/24 299/15 299/15 300/7 300/8 301/2 301/7 303/14 304/8 304/18 304/21 304/22 306/2 307/18 307/19 308/24 309/9 309/13 309/14 311/5 311/23 311/24 312/6 312/8 312/17 313/1 315/3 315/6 315/10 315/16 315/19 315/21 318/15 322/17 323/2 325/17 328/15 340/24 360/11
**Colombian [22]** 176/5 181/2 192/5 192/9 192/11 211/21 285/20 285/20 288/17 299/18 299/21 311/14 324/24 326/1 326/22 328/2 330/25 358/10 358/11 359/25 362/14 362/15
**Colombian/Mexican [1]** 299/21
**Colombians [11]** 211/6 211/7 211/24 311/12 311/15 311/19 312/6 312/13 312/14 323/1 330/9
**Columbia [1]** 244/14
**come [23]** 200/7 204/25 205/25 209/9 210/7 221/7 224/16 225/6 226/12 233/18 236/3 236/6 245/1 256/2 264/6 279/3 287/3 301/22 305/2 308/16 321/19 323/2 337/2 337/6 337/16 355/1 355/5 356/12
**comes [4]** 207/22 212/10 304/17 334/11
**comfortable [1]** 206/1
**coming [10]** 179/19 204/21 219/4 222/1 222/16 286/16 314/4 327/17 342/13 365/11
**command [1]** 299/23
**commander [1]** 227/13
**commence [1]** 356/13
**commendation [1]** 303/6
**commercial [1]** 318/11
**commit [2]** 349/15 350/11
**commitment [1]** 213/14
**committed [3]** 352/8 352/11 352/16
**committing [1]** 349/14
**commodity [1]** 317/6
**common [11]** 277/7 307/20 308/2 310/3 310/6 310/9 310/9 318/2 345/10 346/4 351/9
**commonly [1]** 305/24
**communicate [2]** 238/9 353/22

**C**

**communication [6]** 262/10 265/5 289/8 290/17 302/20 323/18
**communications [1]** 289/14
**community [1]** 210/23
**Compa [7]** 199/25 224/6 276/25 325/9 328/3 330/13 364/12
**compadre [2]** 183/18 200/1
**compadres [1]** 179/16
**company [1]** 253/4
**completed [2]** 259/10 344/8
**completely [1]** 308/13
**complex [2]** 317/8 317/25
**complexion [1]** 232/17
**compliments [1]** 368/21
**comply [1]** 178/10
**components [1]** 309/17
**concentrated [2]** 305/14 336/10
**concern [1]** 256/17
**concerned [3]** 214/5 225/11 281/13 346/5
**concerning [2]** 345/8 346/19
**concerns [1]** 355/12
**concise [1]** 258/18
**conclude [2]** 314/6 318/18
**concluded [1]** 363/19
**concludes [3]** 354/20 365/5 368/25
**conclusion [1]** 314/1
**conclusions [1]** 346/4
**conduct [3]** 302/18 306/18 352/22
**conducted [1]** 299/19
**conducting [1]** 302/17
**confinement [1]** 173/4
**confirm [5]** 177/3 358/9 358/11 362/13 362/18
**confirmed [4]** 175/14 195/19 265/6 329/21
**confiscated [3]** 358/12 361/22 362/19
**conflict [1]** 298/5
**confused [1]** 186/3
**confusion [1]** 172/3
**Congress [1]** 303/17
**connected [1]** 179/24
**connections [3]** 210/8 249/25 331/5
**consenting [1]** 259/8
**consider [11]** 307/5 307/6 323/24 324/7 338/21 345/2 345/17 346/14 348/6 348/17 352/3
**consideration [2]** 257/11 348/4
**considered [1]** 345/11
**considering [2]** 346/3 353/3
**consistent [1]** 331/21 344/3
**conspiracy [19]** 322/15 322/25 324/3 324/4 324/5 330/11 331/11 331/19 332/15 334/16 336/8 337/22 349/17 349/25 350/3 350/8 351/10 351/11 351/15
**conspirator [1]** 351/13
**conspirators [1]** 350/9
**conspire [3]** 332/13 349/7 349/18
**conspiring [1]** 349/15
**consumed [1]** 314/9
**consumer [1]** 314/7
**Cont'd [1]** 173/8
**contact [4]** 262/8 323/5 328/16 356/12
**contacts [1]** 310/19

**container [1]** 361/20
**containers [6]** 308/4 308/5 308/6 310/2 325/19 341/8
**containing [6]** 349/10 349/22 350/20 351/17 364/19 366/22
**content [2]** 347/14 347/19
**contents [2]** 268/21 347/24
**contest [1]** 336/22
**Continental [1]** 326/20
**continuation [1]** 342/18
**continue [10]** 229/2 250/5 258/21 263/2 264/22 265/1 265/25 268/8 355/5 355/8
**Continued [1]** 169/1
**continuing [1]** 175/9
**contract [2]** 219/10 219/10
**contracts [2]** 219/7 219/9
**control [2]** 299/23 313/7
**controlled [4]** 332/14 349/9 351/1 351/19
**controlling [3]** 312/9 313/6 313/10
**convenience [1]** 353/18
**conversation [9]** 327/14 333/9 333/10 334/7 347/12 347/15 347/19 360/10 360/15
**conversations [1]** 347/10
**conveyances [2]** 307/21 308/22
**convict [3]** 341/18 341/25 342/2
**convinced [6]** 336/15 336/18 336/19 345/15 345/16 353/7
**convincing [1]** 345/12
**cook [2]** 219/14 220/1
**cooperate [3]** 233/5 259/6 284/12
**cooperating [2]** 244/8 302/14
**cooperation [6]** 177/5 232/20 232/21 244/15 259/9 284/6
**coordinate [1]** 293/11
**coordinating [1]** 261/10
**coordinators [2]** 309/17 309/18
**copy [4]** 257/21 332/8 349/3 354/21
**copy-and-paste [1]** 257/21
**Coral [1]** 169/8
**Cordova [1]** 240/17
**Corpus [1]** 301/16
**Corpus-Christi [1]** 301/16
**correct [61]** 173/20 182/3 182/15 184/22 184/25 185/13 185/14 185/16 188/4 188/16 189/25 190/25 191/12 192/12 192/18 194/14 195/1 195/5 195/17 196/1 244/8 244/11 244/13 246/7 246/21 250/2 267/21 276/7 276/14 277/15 279/5 279/13 280/14 280/17 280/23 281/17 281/22 282/4 282/8 282/18 282/24 283/9 283/24 287/9 290/10 290/12 290/15 291/20 292/1 295/17 297/7 300/8 301/8 301/25 302/9 302/22 303/11 315/4 316/16 316/19 359/14
**Correction [1]** 280/11
**correctly [1]** 347/19
**correctness [2]** 365/15 367/8
**corridor [1]** 313/23
**corroborated [1]** 340/4
**cost [5]** 225/15 316/18 316/23 317/7 317/16
**costing [1]** 225/25
**costs [1]** 317/17

**could [45] 169/12 186/22 211/9 211/17 212/5 212/18 214/24 221/6 224/4 225/15 235/11 235/11 236/3 236/11 237/22 237/24 237/25 238/19 248/4 248/7 248/8 250/1 250/7 254/15 254/16 268/11 268/18 278/1 279/19 281/3 285/21 293/16 308/6 308/15 321/17 325/25 331/6 338/1 339/17 356/10 356/21 357/8 359/6 360/21 361/20**
**couldn't [3]** 250/1 339/21 340/21
**counsel [2]** 252/23 257/23 260/22 261/12 319/4 321/11 322/11 359/9 362/3 368/21
**count [7]** 354/5 364/10 364/16 364/17 366/15 366/19 366/20
**counted [1]** 243/9
**counternarcotics [1]** 302/16
**counterparts [2]** 300/22 302/16
**countries [2]** 311/6 317/12
**country [8]** 232/11 272/8 275/24 294/21 300/21 311/4 314/10 318/15
**counts [1]** 336/4
**County [4]** 172/4 172/14 172/21 173/1
**couple [1]** 194/13
**courier [1]** 307/12
**course [83]** 176/3 179/13 179/15 180/13 187/1 187/23 198/16 198/18 199/5 199/11 200/4 200/24 201/25 202/15 203/20 204/17 207/17 207/20 210/9 214/20 217/8 220/19 221/14 223/5 223/7 227/21 232/16 233/17 233/19 233/24 234/18 235/1 236/13 239/14 239/18 239/24 241/12 241/22 242/12 242/14 242/21 242/23 243/2 243/5 243/7 243/20 243/23 244/12 244/25 244/25 245/4 245/7 245/20 248/4 249/15 249/19 249/23 250/25 252/2 252/20 253/14 253/17 259/14 259/17 259/20 260/3 260/14 260/18 260/24 261/7 261/19 261/23 292/20 303/6 307/21 308/17 314/9 317/13 324/25 325/8 327/23 331/13 355/18
**courses [1]** 298/8
**court [19]** 168/1 169/12 233/18 244/21 244/23 245/1 257/24 259/10 321/3 343/15 348/12 353/16 361/2 361/12 362/21 362/24 366/6 368/11 369/8
**court's [2]** 344/21 363/22
**courthouse [1]** 368/13
**courtroom [25]** 172/1 172/17 172/18 199/9 228/9 233/9 256/3 258/20 273/17 274/2 276/12 322/4 322/10 353/21 354/1 356/22 362/8 363/20 364/1 364/5 364/5 366/12 367/12 367/25 368/13
**cousin [4]** 180/10 188/23 210/22 212/22
**cousin's [1]** 212/23
**covered [1]** 301/16
**CR [1]** 168/2
**craft [1]** 339/21
**crash [1]** 317/3
**create [2]** 340/21 366/4
**credit [1]** 318/4
**crime [12]** 177/7 284/7 323/24 341/19 349/18 349/21 351/18 351/25 352/2 352/8 352/9 352/11

**C**

**criminal [3]**  298/6 338/7 350/2
**criminals [2]**  338/5 338/25
**critical [3]**  310/14 311/1 311/9
**cross [26]**  170/5 170/9 170/14 170/19
  183/23 184/1 194/16 194/20 195/3
  195/13 195/13 216/1 240/4 240/5 253/11
  255/16 260/15 261/21 270/7 270/8 287/5
  287/6 294/5 294/10 318/23 361/4
**cross-examination [13]**  184/1 194/16
  194/20 195/3 195/13 240/5 253/11
  260/15 261/21 270/8 287/6 294/5 294/10
**CRR [2]**  169/11 369/7
**CSR [2]**  169/11 369/7
**Cuache [10]**  202/13 240/9 254/18
  254/25 280/2 280/4 280/5 280/6 280/13
  330/15
**cum [1]**  297/16
**cumulative [3]**  258/12 258/15 258/16
**Cunado [12]**  199/25 223/21 223/23
  223/25 224/7 224/7 224/8 224/10 238/12
  277/1 325/9 364/13
**cunados [1]**  325/3
**currency [6]**  209/4 209/4 209/16 217/1
  317/21 318/17
**current [1]**  302/3
**currently [1]**  198/15
**custody [2]**  241/23 260/2
**cut [3]**  174/16 209/5 279/14
**cycle [1]**  301/8

**D**

**D.C [4]**  244/13 244/17 291/25 292/13
**Dade [1]**  172/22
**dark [4]**  205/21 206/7 355/9 355/10
**date [21]**  210/20 217/11 240/21 250/24
  250/24 257/21 352/10 352/11 353/20
  354/19 358/9 359/3 359/12 359/17
  359/18 359/25 360/1 360/13 360/18
  362/13 363/13
**dated [1]**  364/22
**dates [10]**  240/22 244/6 244/21 246/19
  352/8 352/12 358/11 360/18 361/21
  362/18
**DAVID [2]**  173/5 343/7
**day [15]**  172/15 173/12 196/8 204/19
  216/21 260/23 272/1 288/24 290/18
  308/1 314/23 323/18 323/18 361/9
  368/16
**days [4]**  291/3 291/3 332/18 340/11
**DEA [12]**  298/24 299/1 299/3 299/14
  300/11 301/9 301/11 301/12 302/8
  302/14 303/4 307/5
**deal [31]**  187/8 188/3 188/11 189/3
  189/3 189/10 189/19 208/8 210/2 222/24
  236/6 237/25 257/8 261/25 262/3 278/22
  278/23 294/5 294/11 294/14 294/19
  330/1 333/13 333/25 334/7 335/20
  335/25 336/8 341/8 342/23 343/8
**dealer [1]**  230/8
**dealing [16]**  184/20 192/15 192/25
  193/6 236/8 236/8 239/20 335/22 335/23
  335/24 335/25 338/3 338/10 338/12
  342/19 342/23
**deals [10]**  208/5 236/12 236/14 237/22
  237/23 262/10 313/1 333/11 334/3 338/5

**call [8]**  341/20 341/20 163/8 186/20
  188/1 188/14 193/1 325/1
**debriefed [2]**  334/11 334/14
**debriefings [2]**  299/20 299/22
**debt [18]**  238/1 246/6 246/7 246/16
  246/18 246/21 246/23 249/15 249/18
  262/17 262/19 262/22 319/17 329/24
  330/20 330/24 342/14 342/16
**decide [11]**  249/10 338/17 344/11
  346/16 346/21 347/20 349/2 352/4 352/6
  353/2 359/16
**decided [6]**  265/8 266/2 268/14 340/12
  340/21 341/13
**decides [3]**  234/11 234/21 284/19
**deciding [1]**  344/7
**decision [6]**  178/15 285/8 344/14 345/2
  345/24 346/18
**deductions [1]**  346/4
**defend [1]**  343/16
**defendant [134]**  168/7 169/3 173/13
  173/21 174/1 184/21 194/10 197/17
  199/19 199/22 200/2 209/13 214/18
  217/5 222/7 223/25 224/25 225/19
  226/18 230/24 231/15 232/7 232/14
  243/15 262/5 262/21 272/3 276/20
  276/23 277/2 277/22 279/1 279/4 279/12
  285/15 289/11 293/21 295/9 322/19
  322/24 323/4 323/25 324/14 324/21
  325/2 325/6 325/7 326/9 327/5 327/11
  327/18 328/2 328/4 328/5 328/8 328/10
  328/15 328/24 329/1 329/8 329/10
  329/15 329/17 329/22 330/10 330/23
  331/2 331/3 331/5 331/11 331/15 331/22
  332/12 333/24 337/25 338/3 338/11
  339/20 340/8 340/15 340/19 341/1 341/7
  341/15 341/18 341/21 341/25 342/5
  342/8 342/10 342/11 342/17 342/25
  343/4 343/6 343/10 343/12 343/13 344/1
  344/12 344/16 344/22 344/23 344/24
  344/25 345/1 345/4 345/15 349/6 349/13
  350/11 350/16 351/3 351/6 351/14
  351/18 351/20 351/22 351/24 352/1
  352/4 352/5 354/6 354/14 357/13 363/25
  364/11 364/15 364/18 366/10 366/16
  366/18 366/20 368/3
**defendant's [18]**  178/19 180/23 206/10
  222/17 283/14 283/25 325/9 327/7 328/3
  328/14 328/16 329/14 329/18 331/8
  343/22 345/6 345/8 357/14
**defendants [2]**  302/14 338/22
**defense [10]**  194/20 213/22 257/23
  260/22 303/14 321/11 337/21 357/11
  359/9 362/3
**defer [2]**  257/24 362/2
**definitely [2]**  235/13 361/6
**degree [2]**  297/18 302/23
**deliberate [4]**  355/4 355/8 355/16
  355/25
**deliberations [11]**  321/21 332/9 344/10
  349/4 352/25 353/16 355/4 355/6 355/15
  356/11 356/13
**deliver [11]**  174/8 174/13 175/18 179/10
  206/25 207/1 208/9 208/12 209/2 210/1
  350/25
**delivered [3]**  205/3 208/11 226/13
**delivery [4]**  176/7 176/15 176/16 179/18

**demand [2]**  319/15 319/18
**demonstrative [1]**  322/7
**denied [1]**  319/25
**denominations [2]**  209/18 318/17
**denying [1]**  213/1
**departure [1]**  306/2
**depend [1]**  209/19
**depended [1]**  209/21
**depending [2]**  310/21 316/5
**deploy [1]**  300/20
**deposits [1]**  215/11
**deputy [6]**  303/16 356/22 364/5 364/5
  366/12 367/12
**derive [1]**  302/19
**described [3]**  265/10 323/14 326/5
**destination [3]**  306/4 307/4 307/16
**detached [1]**  308/15
**detail [1]**  340/22
**detectable [6]**  349/10 349/23 350/20
  351/17 364/19 366/22
**determine [2]**  347/25 352/1
**determined [1]**  259/10
**determining [1]**  323/25
**develop [2]**  300/23 308/11
**developed [1]**  298/7
**developing [1]**  300/18
**did [284]**
**didn't [31]**  186/25 187/14 192/24 197/1
  202/4 220/7 226/3 231/4 232/18 238/20
  239/2 239/2 239/5 239/22 251/21 252/5
  253/3 269/17 269/18 272/1 283/20 284/4
  287/12 290/24 322/22 328/9 330/19
  338/13 343/17 357/20 357/21
**die [1]**  183/10
**died [1]**  183/9
**differ [1]**  347/5
**difference [1]**  346/12
**differences [2]**  291/17 319/14
**different [13]**  202/14 202/16 202/18
  237/22 268/1 270/14 295/12 302/8
  307/18 317/23 331/9 340/20 365/20
**differently [1]**  353/9
**difficult [1]**  225/16
**dignitaries [2]**  303/12 303/13
**Dimitrouleas [1]**  187/5
**direct [22]**  170/4 170/8 170/13 170/18
  170/23 173/8 185/12 187/25 198/10
  200/23 210/10 255/15 263/17 274/9
  296/13 323/5 346/5 346/7 346/13 353/15
  361/3 361/6
**directing [2]**  259/4 266/15
**directly [21]**  175/15 179/17 180/22
  181/4 183/2 185/10 187/17 187/18 188/5
  188/13 189/8 194/15 194/21 201/24
  222/11 222/19 278/12 302/24 309/4
  323/8 347/5
**disagreed [1]**  248/21
**disagreement [2]**  249/4 289/24
**disappears [1]**  211/14
**disapprove [1]**  346/11
**disbelieve [1]**  346/18
**discern [1]**  358/8
**discuss [9]**  204/15 204/18 235/22 237/5
  237/19 278/20 324/8 343/10 353/4
**discussed [11]**  212/23 212/25 294/1
  326/12 326/21 331/1 341/7 342/5 342/23

**discussed...** [2] 343/5 343/11
**discussing** [4] 196/3 299/23 351/9
353/5
**discussion** [3] 211/5 324/2 327/20
**discussions** [2] 183/2 344/9
**dish** [1] 307/1
**dislike** [1] 336/23
**disobey** [1] 352/18
**dispatch** [2] 179/9 179/21
**dispensing** [1] 351/1
**dispute** [13] 181/7 181/13 181/18
181/19 182/4 182/16 213/25 214/9 230/9
231/11 281/13 324/2 324/14
**disputes** [1] 229/25
**disregard** [4] 344/20 345/23 348/1
352/19
**disrespect** [1] 239/2
**disruption** [1] 315/20
**dissertation** [2] 298/1 298/4
**dissolve** [1] 305/11
**distribute** [8] 332/14 349/8 349/19
349/21 350/19 350/25 364/18 366/21
**distribution** [3] 311/14 312/9 312/13
**distributors** [2] 201/16 201/19 306/5
**district** [5] 168/1 168/1 168/10 244/14
245/23
**division** [2] 296/18 296/25
**divisions** [1] 172/22
**do** [229]
**doctor** [5] 200/6 200/6 245/23 329/16
364/12
**document** [3] 254/2 273/1 273/7
**documentation** [1] 271/23
**documents** [2] 271/21 271/25
**does** [20] 178/4 178/8 270/16 270/17
277/10 277/12 285/6 288/12 294/21
307/5 309/12 316/20 333/4 334/11
344/24 344/25 346/20 350/5 350/9
367/22
**doesn't** [18] 234/20 243/13 257/23
319/20 337/9 338/7 338/20 338/24
338/25 341/3 341/4 345/6 348/25 351/10
351/11 351/12 352/9 359/9
**doing** [32] 185/8 193/2 216/9 216/9
218/18 218/18 222/4 238/20 238/22
239/3 239/8 250/5 262/10 262/11 279/22
289/20 309/21 313/9 313/20 321/2
324/15 325/17 328/17 331/16 331/17
331/18 334/2 334/12 334/15 334/20
341/15 342/19
**dollar** [2] 330/20 331/13
**dollars** [15] 216/25 237/4 262/6 295/5
295/7 315/10 316/2 317/21 318/6 318/7
318/16 322/17 323/21 326/16 330/4
**domestically** [1] 304/11
**Dominican** [3] 319/15 319/18 326/13
**don** [6] 202/6 205/25 212/11 213/6
242/16 249/25
**don't** [87] 186/2 190/20 193/18 195/9
199/16 203/7 203/8 203/11 206/1 208/25
210/3 212/19 213/2 214/3 216/9 218/1
221/17 225/20 227/7 227/18 231/4 232/5
232/12 235/3 235/12 236/7 237/1 237/15
237/16 243/9 244/5 244/21 246/14
247/21 248/2 251/16 251/21 254/5

discussed... [2] 343/5 343/11... [column 2]
257/6 262/19 262/25 271/11 273/3 273/9
283/7 293/1 293/2 293/4 307/3 307/3
309/3 311/3 311/3 319/12 321/10 335/1
337/6 339/12 339/19 339/22 342/3 353/6
353/7 354/16 355/20 357/2 357/19
357/22 357/23 358/1 358/3 358/20 359/4
359/9 359/18 361/5 361/16 363/12
365/22 366/4 368/15
**done** [22] 179/21 193/4 211/17 212/25
216/19 216/20 216/22 225/15 226/15
233/9 244/3 249/24 250/2 250/3 250/12
250/13 282/16 329/25 330/2 339/10
339/16 352/13
**Donya** [3] 327/8 327/12 327/13
**doubt** [16] 336/16 336/19 336/19
337/17 344/13 345/3 345/7 345/8 345/9
345/9 345/12 345/16 350/12 352/11
365/14 367/7
**down** [32] 197/24 221/7 225/18 227/10
235/6 235/7 249/13 251/7 254/24 260/1
263/6 273/12 296/5 305/17 310/11
311/24 313/3 315/21 315/22 315/22
316/14 318/8 318/12 318/13 318/14
318/25 319/20 333/2 337/11 341/8
353/23 358/19
**Dr.** [3] 304/2 311/5 314/1
**Dr. Miller** [3] 304/2 311/5 314/1
**drafted** [1] 332/6
**dramatically** [1] 316/11
**draw** [3] 234/23 280/15 314/1
**drawn** [1] 319/24
**dressed** [1] 329/16
**drinking** [1] 195/12
**drive** [3] 206/21 278/4 278/6
**driven** [1] 318/11
**driver** [2] 224/9 224/11
**driving** [1] 309/22
**drug** [111] 178/19 179/18 180/12
181/12 182/14 182/15 184/17 190/18
191/17 195/24 196/7 198/20 198/22
198/24 199/1 199/7 199/10 201/23
202/24 203/22 206/15 217/5 219/25
220/5 220/9 220/13 220/22 222/8 222/10
223/10 225/21 225/21 228/3 228/5 229/4
229/16 229/17 229/22 229/25 230/7
230/8 230/20 230/22 235/20 236/12
236/14 236/21 237/5 239/17 239/20
240/12 242/3 246/11 261/9 261/24
261/25 262/19 262/21 263/1 275/11
276/3 276/13 277/19 278/23 278/25
279/22 283/6 283/10 285/10 285/16
287/1 296/19 296/20 297/4 298/5 299/9
299/21 300/14 300/19 301/19 302/10
302/23 303/10 307/18 310/6 310/15
312/24 313/2 317/18 317/20 317/23
318/18 323/10 323/13 328/24 329/24
330/5 330/20 331/15 332/15 333/25
334/7 336/16 337/25 338/3 338/5 338/11
342/16 342/19 342/23 342/23
**drugs** [51] 176/16 179/19 215/3 215/4
215/5 215/7 229/18 229/18 239/9 262/1
274/23 274/24 275/3 276/1 278/10
278/12 278/14 278/19 282/16 283/19
286/7 286/13 286/16 287/16 291/24
301/5 304/9 310/22 314/25 318/4 318/19

[column 3]
324/12 325/21 326/17 326/25 328/1
328/17 329/19 330/6 330/14 331/12
336/8 336/17 336/17 338/13
**drums** [1] 305/6
**DUARTE** [14] 168/6 261/8 264/8 264/25
266/25 269/2 269/14 270/15 364/10
364/11 364/15 366/14 366/16 366/18
**Duarte's** [1] 268/10
**due** [2] 315/19 365/10
**duly** [4] 198/5 263/11 274/7 296/11
**duration** [1] 356/3
**during** [32] 175/13 176/21 194/16
194/20 195/13 195/18 196/2 196/16
199/6 204/7 204/15 218/12 231/25 237/5
237/20 238/16 247/2 260/4 267/23 268/3
294/4 303/3 315/8 332/8 344/15 345/24
349/4 355/18 356/3 356/11 358/2 361/22
**duties** [1] 263/25
**duty** [1] 344/6
**dynamic** [1] 312/23

## E

**each** [18] 178/9 179/16 213/17 247/19
282/11 283/16 288/9 290/3 293/4 313/17
322/21 322/22 334/1 343/17 343/17
346/16 350/2 353/2
**earlier** [4] 231/14 253/15 259/18 316/1
**ease** [1] 183/19
**Easter** [12] 218/12 218/18 235/8 235/13
235/15 235/17 237/7 237/14 245/19
251/19 251/20 342/14
**easy** [1] 294/21
**economic** [1] 298/6
**ecp** [1] 169/10
**ecpadronlaw.com** [1] 169/10
**Ecuador** [1] 306/3
**Eduardo** [6] 202/17 205/25 205/25
212/11 213/7 217/16
**Education** [1] 298/16
**educational** [2] 365/19 367/6
**efforts** [1] 315/19
**eight** [2] 312/3 338/17
**Eighteen** [1] 184/14
**either** [9] 304/13 305/9 307/20 310/23
342/6 344/16 346/13 353/25 359/6
**El** [19] 180/17 183/11 188/23 189/13
200/6 200/18 211/24 223/23 224/7 224/8
240/8 285/14 285/15 285/19 286/13
299/4 299/5 299/11 364/12
**El Salvador** [1] 183/11
**element** [1] 324/11
**elements** [4] 323/23 324/1 341/19
342/18
**Eleventh** [1] 256/11
**Eliu** [7] 230/18 275/22 275/24 277/17
278/11 278/14 283/5
**ELMO** [3] 255/11 271/2 358/2
**else** [19] 196/25 204/11 216/20 222/22
232/6 232/10 251/7 256/1 269/9 278/13
333/20 333/21 339/22 340/16 355/13
355/22 356/24 368/14 368/19
**Embassy** [1] 264/4
**employ** [1] 310/3
**employed** [2] 263/23 263/23
**employee** [4] 179/7 182/23 183/5

**E**

employee... [1] 272/10
employees [4] 179/5 186/9 317/10 325/21
en [1] 307/4
encountered [1] 270/4
end [15] 174/11 175/10 194/24 217/3 218/3 225/25 262/7 290/12 314/23 314/25 315/24 321/10 322/1 333/23 334/25
enemy [3] 181/10 181/24 182/1
enforcement [5] 197/14 296/19 296/20 308/16 317/1
enforcer [2] 181/4 181/5
engage [5] 262/21 278/25 287/1 302/16 338/5
engaged [4] 199/10 285/15 336/16 347/12
engaging [2] 276/13 338/11
engines [1] 307/24
English [3] 256/14 298/21 347/9
enjoying [1] 335/21
enough [13] 319/12 321/22 341/18 341/20 341/25 342/2 342/7 342/11 342/16 342/24 343/4 343/6 343/11
ensure [2] 306/10 306/14
enter [2] 266/2 267/4
entered [10] 172/18 254/11 258/20 266/3 266/5 274/2 322/10 338/22 362/8 364/1
enters [4] 172/1 304/16 317/18 317/20
entire [3] 194/25 297/1 301/8
entirely [1] 347/20 348/16
entitled [1] 369/4
equipment [2] 218/2 252/14
eradication [1] 315/19
Eribel [2] 240/8 254/24
ERIC [2] 169/7 169/7
errands [1] 223/11
escort [1] 367/13
Escuadra [1] 231/21
especially [2] 310/1 310/9
ESQ [2] 169/3 169/7
establish [1] 351/10
estimated [3] 324/22 327/4 328/25
estimates [2] 304/18 315/16
et [2] 303/6 332/15
ethic [1] 365/11
ethyl [1] 305/12
ethyl-acetate [1] 305/12
evaluate [1] 338/15
evaluation [1] 347/21
even [18] 221/22 273/7 273/7 293/20 310/22 311/22 313/20 322/22 328/7 334/8 334/20 337/16 337/17 339/18 339/25 344/18 351/18 368/17
evening [2] 365/22 367/24
event [3] 351/8 354/17 358/3
eventually [6] 207/4 278/25 308/16 311/13 318/14 319/16
ever [21] 176/24 185/17 185/18 185/20 186/4 192/22 193/16 227/17 230/24 249/24 250/12 260/5 279/3 282/7 282/17 283/18 285/15 306/5 315/17 339/16 357/22
every [7] 195/22 196/8 225/14 290/18

everybody [8] 216/7 216/8 232/12 273/15 277/13 335/2 336/24 355/22
everyone [3] 203/14 324/9 364/24
everything [12] 194/12 209/19 222/22 229/17 260/11 310/4 317/15 319/19 329/5 338/16 339/10 366/2
evidence [63] 255/10 256/16 257/12 259/3 266/13 267/12 275/14 319/23 321/5 324/17 324/19 331/14 331/21 332/4 332/4 332/18 334/4 335/3 335/10 335/18 336/9 337/1 337/1 337/6 337/16 338/9 338/14 338/20 338/23 340/3 344/2 344/4 344/14 344/23 344/25 345/11 345/17 345/18 345/20 346/2 346/3 346/5 346/7 346/10 346/13 346/14 346/15 347/6 347/11 347/24 348/5 348/20 352/1 353/3 353/13 354/23 356/22 358/3 362/16 365/9 365/13 365/16 367/9
exact [6] 217/11 247/17 352/10 359/8 359/12 363/13
exactly [16] 206/5 207/5 208/20 210/3 211/20 217/11 217/12 231/4 237/1 237/12 246/13 271/11 322/18 326/5 331/18 338/24
examination [28] 170/1 170/2 173/8 184/1 185/12 187/25 193/13 194/16 194/20 195/3 195/13 195/14 198/10 240/5 253/9 253/11 260/15 261/21 263/17 270/8 272/23 274/9 287/6 293/8 294/5 294/10 296/13 347/23
examined [4] 198/5 263/11 274/7 296/11
example [4] 220/10 225/5 256/18 256/19
except [2] 253/3 345/22
exception [1] 354/24
exceptional [1] 303/5
exchange [2] 207/14 348/8
exclude [1] 345/7
excuse [3] 172/7 203/11 309/13
excused [7] 173/1 197/25 263/7 273/13 296/6 319/1 356/20
executives [1] 303/11
exhibit [21] 171/2 253/22 255/6 255/9 258/23 259/3 265/13 265/16 265/20 266/9 266/13 267/15 268/17 269/11 270/3 275/15 294/16 322/7 327/13 347/11 363/22
exhibits [9] 171/1 267/9 267/12 271/1 320/23 345/19 347/7 357/11 357/13
exist [1] 201/23
existed [2] 324/5 329/25
exited [6] 228/9 256/3 273/17 322/4 363/20 367/25
exits [1] 172/17
expect [1] 186/24
expenses [1] 317/13
expensive [3] 225/18 308/20 355/22
experience [6] 302/8 302/11 302/13 348/23 365/19 367/7
expert [3] 303/22 323/11 323/13
expertise [1] 302/21
experts [1] 256/19
explain [15] 172/12 180/5 195/21 202/3 224/4 224/24 242/18 268/18 273/9 278/2

explained [2] 282/10 329/25
explaining [1] 174/22
expose [1] 311/3
express [2] 251/15 356/4
expressing [1] 367/5
expressly [1] 348/12
Extension [1] 192/7
extent [1] 348/2
extra [1] 256/10
extracting [1] 305/8
extrapolated [1] 192/6
extremely [1] 301/20
extremism [1] 298/18
eyes [1] 339/8
eyewitness [1] 346/9

**F**

face [16] 189/3 189/4 189/10 189/10 189/11 189/11 189/19 189/19 193/21 203/19 203/19 238/8 238/8 334/8 334/8 348/11
face-to-face [1] 238/8
facilitate [1] 329/20
facing [2] 197/18 293/21
fact [7] 214/6 217/21 279/11 331/7 346/8 346/11 348/19
facts [5] 344/12 345/25 346/10 350/12 353/12
factual [1] 345/22
fails [1] 345/4
fair [5] 219/25 301/18 309/9 321/22 334/1
faith [1] 333/17
falling [1] 281/8
false [1] 348/14
falsely [1] 338/8
familiar [5] 205/11 269/5 301/14 305/20 305/23
family [16] 180/5 183/4 183/6 188/25 189/1 196/10 223/13 243/8 251/22 272/6 272/8 272/14 331/1 335/21 341/2 341/3
far [9] 225/11 230/5 247/12 269/20 270/3 289/5 291/19 324/11 358/14
farm [1] 342/14
fast [10] 195/10 196/2 201/7 214/12 215/7 307/22 307/23 309/22 329/4 343/8
fast-food [1] 329/4
faster [2] 356/7 365/9
father [4] 180/13 213/12 230/17 233/8
fault [1] 172/10
favorable [2] 319/23 348/13
February [7] 258/2 332/11 332/11 336/4 336/14 337/14 349/6
February 27 [5] 258/2 332/11 332/11 336/4 336/14 337/14 349/6
federal [4] 303/12 303/15 343/15 349/18
fee [1] 310/20
feel [4] 206/1 213/18 251/15 356/16
fees [1] 309/24
feet [1] 308/12
felicetti [5] 169/11 169/13 369/7 369/7 369/9
fellow [1] 285/13
fellowship [1] 298/15

**F**

fellowships [1] 298/14
felt [2] 218/17 290/9
few [8] 224/15 268/14 291/3 308/12
320/18 320/22 321/17 346/22
field [5] 296/18 296/23 297/23 302/4
348/23
fight [1] 239/2
fighting [2] 230/11 230/11
figure [3] 192/7 307/8 340/12
file [1] 368/7
fill [2] 239/5 353/20
filled [1] 222/13
Finally [1] 330/12
financial [4] 300/12 300/14 300/16
301/7
find [36] 212/4 212/5 212/17 226/7
233/9 258/17 272/9 314/2 318/16 336/15
336/18 336/20 338/4 339/1 341/21 342/7
342/11 342/17 342/24 343/4 343/6
343/12 344/12 345/4 351/6 351/17
351/20 352/5 352/20 354/5 354/16
354/18 364/11 364/17 366/15 366/19
finds [1] 343/15
fine [8] 198/21 218/18 222/4 256/13
304/3 333/3 355/8 359/20
finish [2] 255/18 255/19
finished [2] 173/12 261/25
firearm [2] 268/16 269/8
first [75] 176/5 176/17 188/23 190/21
191/4 191/24 193/23 197/5 198/5 200/8
200/12 202/19 202/20 203/17 203/24
204/12 205/5 206/13 207/22 214/17
219/10 219/14 224/2 224/4 224/5 225/3
227/1 227/5 231/14 231/25 235/2 235/7
235/8 235/13 237/5 242/15 242/19
244/20 260/15 261/3 263/11 274/7
276/25 277/2 277/5 278/20 280/25
282/10 296/11 299/3 299/4 308/11
309/15 315/23 318/1 322/12 324/20
329/24 340/10 340/25 341/5 341/13
349/13 350/13 358/12 358/14 358/24
359/17 360/7 361/9 361/21 362/6 362/12
362/19 365/7
Fishing [1] 308/2
five [6] 242/4 247/25 301/10 321/15
332/17 340/19
Five-SeveN [1] 340/19
fixed [2] 202/21 249/15
flat [2] 206/20 221/6
flew [2] 282/23 329/9
flights [1] 308/22
FLORIDA [9] 168/1 168/4 168/13
168/17 169/3 169/9 169/13 297/2 369/9
flowed [1] 326/16
flsd.uscourts.gov [2] 169/13 369/9
fly [1] 308/24
flying [2] 221/8 309/4
focus [3] 300/25 304/21 313/23
focused [2] 298/5 299/20
focuses [2] 300/17 300/18
focusing [1] 203/17
Folks [1] 321/4
follow [10] 232/4 234/20 284/22 284/25
336/3 336/3 337/2 344/18 344/19 347/14
following [5] 350/12 364/18 365/3

follows [5] 198/6 263/12 274/8 296/12
362/24
food [4] 195/10 196/2 329/4 343/9
forbidden [3] 198/24 273/4 273/7
forbids [2] 352/18 352/20
foregoing [1] 369/3
foreign [5] 300/22 300/22 302/15
303/12 303/13
foremost [1] 318/1
foreperson [7] 353/15 353/15 353/19
354/10 354/19 364/23 367/1
forever [1] 241/14
forfeiture [1] 192/10
forgery [1] 257/21
forget [2] 209/15 339/16
form [10] 257/17 351/23 353/17 353/18
353/20 354/3 354/4 354/22 364/4 366/11
formal [2] 344/22 350/7
formally [1] 266/10 267/8
former [2] 180/9 219/22
forward [1] 320/9
found [13] 267/4 267/18 267/21 268/16
268/21 271/9 350/11 354/13 356/6
364/14 365/19 366/17 367/6
foundation [1] 182/6
four [6] 226/20 226/24 237/9 237/15
247/15 307/23
free [1] 356/16
freedom [1] 234/3
freight [1] 206/11
frequent [1] 306/7
frequently [2] 303/5 303/11
fresh [1] 209/22
friend [13] 206/14 213/9 214/14 214/15
214/16 230/5 277/7 277/8 279/17 283/20
285/24 287/17 335/5
friendly [3] 248/9 248/11 249/17
frigots [1] 225/22
front [3] 176/1 321/10 365/12
fuel [1] 226/7
fulfill [1] 234/15
full [4] 198/7 213/5 260/25 263/14
fully [2] 259/6 308/18 353/3
function [1] 365/18
functions [1] 299/25
funny [1] 333/19
further [24] 183/22 197/23 229/16 237/5
240/3 254/7 262/21 263/4 268/6 270/6
273/11 287/4 296/4 313/3 315/3 316/20
316/22 316/24 317/17 318/13 318/22
330/5 364/16 366/19

**G**

gain [1] 348/13
game [1] 326/3
GANAN [3] 173/5 184/3 193/15
garage [1] 232/3
garment [1] 241/11
gasoline [2] 305/5 317/14
Gastellum [116] 200/20 200/23 200/25
201/4 201/14 201/17 201/18 201/24
202/1 202/24 203/3 203/5 203/18 204/4
204/5 204/7 204/10 205/14 205/20
206/13 207/8 207/9 210/7 210/11 210/18

217/14 218/3 219/8 219/11 224/19 225/8
225/9 226/6 229/7 235/3 235/24 236/2
236/16 236/19 237/1 237/10 237/12
237/17 237/22 238/1 238/25 238/25
239/1 239/11 239/15 239/19 240/19
241/2 241/3 242/17 242/25 243/3 243/18
244/2 245/16 246/5 246/6 246/9 248/10
248/24 250/6 250/20 262/6 275/9 275/10
279/4 279/9 279/15 279/20 279/21
279/25 280/2 280/21 280/25 281/14
281/16 281/21 281/23 282/3 283/23
285/9 289/24 289/25 290/11 290/12
290/14 290/16 290/18 290/21 291/2
291/9 291/14 295/18 327/1 327/8 327/11
328/19 329/19 329/22 330/17 330/22
334/21 334/21 335/3 342/13
Gastellum's [5] 201/19 202/23 218/24
219/2 286/22
gather [1] 356/22
Gato [7] 180/17 285/14 285/15 285/19
286/13 288/17 288/20
gave [9] 244/15 268/15 288/18 298/17
329/15 359/5 360/8 360/12 365/8
gears [2] 224/15 234/23
general [9] 261/24 275/18 294/17
303/14 303/16 304/5 312/23 315/5 351/4
generally [5] 183/7 306/20 314/4
314/24 315/9
gentleman [3] 276/17 292/5 330/16
gentlemen [6] 199/15 288/10 331/14
331/24 337/20 343/13
gesture [1] 248/12
get [76] 182/19 186/3 187/8 191/20
205/25 208/6 208/6 209/19 209/21
209/25 213/22 213/23 215/12 215/16
221/11 225/18 226/8 227/4 234/3 234/3
234/11 234/16 238/10 247/12 256/24
258/7 262/8 262/14 263/3 264/4 264/11
265/4 282/21 283/19 284/13 284/19
297/20 305/15 307/3 307/18 309/7
309/12 310/5 310/20 310/20 312/16
314/20 314/20 315/11 315/12 317/25
318/7 318/14 321/21 323/17 323/21
330/1 330/19 333/2 338/1 339/12 339/17
339/18 341/4 353/9 355/14 356/2 356/14
356/21 356/23 357/21 360/23 361/2
365/23 366/5 367/11
gets [9] 315/2 316/4 316/8 321/11
334/10 334/11 335/6 355/9 355/10
getting [9] 215/14 221/24 262/11
293/16 306/11 320/6 328/1 365/11
365/12
girl [1] 222/5
girlfriend [1] 181/20
give [24] 172/12 200/2 202/4 213/20
214/13 214/14 217/10 245/2 246/19
247/17 247/24 262/15 268/11 306/12
311/18 337/2 346/12 349/16 353/8
353/23 353/24 354/25 356/18 368/4
given [6] 202/7 248/1 332/8 349/3 368/6
368/10
giving [3] 244/10 311/15 315/25
Gladly [1] 187/20
glare [1] 267/16
glasses [3] 254/6 254/15 255/2

**G**

globally [1] 300/19
Glock [1] 341/4
glove [1] 307/2
go [77] 172/19 174/25 181/3 182/9
191/25 197/11 201/7 202/14 202/18
205/12 206/13 206/14 206/23 208/11
214/12 215/7 215/19 216/4 217/16
218/16 220/25 223/12 223/12 225/4
225/5 245/2 250/17 250/22 250/24
251/21 255/19 255/24 256/23 265/8
267/20 268/14 269/11 273/14 275/5
275/5 281/16 281/21 282/19 286/13
297/8 300/9 307/22 307/23 307/24
307/25 308/12 308/25 309/22 310/10
313/1 315/3 315/13 315/22 316/14
316/15 316/21 316/22 316/24 317/17
318/13 320/3 323/20 323/20 336/10
337/13 338/1 344/9 353/14 357/8 358/3
366/9 367/22
go-fast [6] 201/7 214/12 215/7 307/22
307/23 309/22
goal [2] 216/10 216/11
goals [1] 351/10
God [2] 234/22 333/2
goes [8] 207/23 260/12 293/18 315/21
316/8 316/9 316/12 323/17
going [150] 174/17 175/18 183/18
196/12 196/12 197/1 197/3 204/2 204/3
204/19 204/24 204/25 205/14 205/22
205/22 208/6 208/6 208/7 208/8 211/10
211/10 213/18 213/19 213/20 217/3
217/22 218/24 223/1 223/2 223/2 228/7
229/4 234/2 234/11 235/5 239/5 241/16
247/25 249/9 251/11 253/20 255/20
258/9 262/12 262/16 265/20 268/13
269/24 272/25 275/3 282/1 282/2 287/17
291/1 291/2 291/3 300/7 304/21 305/6
305/9 305/11 305/13 305/14 305/15
305/16 305/17 305/18 305/19 306/2
306/10 306/22 306/23 306/24 306/25
306/25 308/23 308/24 308/25 309/15
309/16 309/18 310/2 310/11 310/12
310/13 310/17 310/18 311/13 312/4
312/5 312/7 313/5 313/15 313/17 314/4
314/14 314/15 314/19 314/20 314/21
314/25 315/8 315/9 315/13 315/23 316/1
316/2 316/4 316/20 316/25 317/1 317/2
317/4 317/17 318/10 321/5 321/9 321/9
321/16 322/8 322/15 323/22 323/23
324/2 324/9 324/12 324/18 326/17
326/25 329/19 330/3 330/6 331/12 332/2
332/3 332/7 332/7 332/18 332/22 333/11
336/1 336/7 337/2 337/15 339/4 339/5
339/22 340/10 354/21 362/21
gone [1] 212/1
Gonzalo [2] 220/21 220/23
good [34] 172/2 172/15 172/19 173/10
173/11 198/12 198/13 205/22 208/7
221/5 221/6 225/3 225/13 227/1 227/2
227/3 227/4 227/4 263/19 263/20 274/11
274/12 278/8 296/15 296/16 312/15
322/13 331/24 337/4 347/1 348/15 355/9
356/7 357/6
goods [1] 176/15
got [53] 172/24 181/23 187/8 191/8

206/8 209/20 209/20 216/16 216/18
216/19 217/16 217/18 217/19 220/23
226/16 229/20 229/22 237/9 239/10
239/11 240/22 242/22 248/13 250/19
264/23 265/3 265/4 265/9 265/9 267/3
287/22 297/18 297/23 302/23 308/10
317/13 321/14 323/10 325/12 325/13
334/20 335/16 356/17 360/1 360/17
362/10 363/24
gotten [5] 183/17 218/7 302/8 302/21
340/21
government [57] 171/1 177/23 178/4
178/12 192/6 192/9 192/11 193/15
213/14 233/25 234/16 244/8 244/11
253/21 255/6 259/3 263/9 264/1 265/13
266/10 267/8 267/15 268/17 269/11
273/7 284/8 284/12 284/23 285/5 297/12
298/12 303/9 304/18 312/22 319/3
319/24 321/8 321/12 322/6 322/11
322/14 323/14 337/20 344/11 344/17
345/3 347/7 347/11 348/7 348/15 350/5
350/9 352/9 352/10 357/16 358/11
362/15
government's [13] 177/24 178/3 233/23
255/9 266/13 267/12 275/15 284/16
285/1 294/16 345/5 345/7 357/10
graduate [1] 297/13
graduated [2] 297/16 297/17
grain [1] 335/14
grand [2] 332/14 349/8
greased [1] 310/4
great [1] 334/20
greater [1] 338/9
green [2] 325/22 326/6
greet [1] 283/16
group [5] 265/9 296/25 301/12 301/13
301/16
groups [1] 304/24
grow [1] 304/14
guard [1] 181/1
guards [2] 317/12 328/14
Guatemala [36] 175/17 185/13 190/7
201/10 201/10 206/22 206/24 207/2
207/23 215/21 215/22 215/25 216/3
216/4 216/5 219/14 219/20 220/7 223/14
230/15 275/2 275/12 275/15 275/25
277/23 277/24 288/12 289/17 294/17
294/20 294/22 313/4 316/18 330/14
330/15 331/4
Guatemalan [5] 215/22 227/23 280/7
313/5 335/6
Guatemalans [1] 323/8
guess [1] 334/25
Guillermo [10] 227/25 228/5 283/1
283/2 283/3 283/6 327/3 329/9 331/6
339/24
guilt [6] 344/23 345/3 345/6 345/8
348/20 352/4
guilty [52] 177/7 194/23 198/17 198/19
198/22 216/21 232/21 233/3 253/16
274/13 274/16 274/18 274/20 274/22
284/7 323/25 331/22 336/18 336/20
339/11 341/21 342/8 342/11 342/17
342/25 343/4 343/6 343/12 344/2 344/2
344/12 345/4 345/15 348/19 350/11

352/5 352/23 352/23 354/6 354/8 354/16
354/18 364/13 364/15 366/16 366/18
Gulf [1] 313/16
gun [5] 268/25 270/3 273/8 340/19
341/4
guns [8] 269/6 269/14 270/10 270/19
325/6 328/5 328/14 343/25
Gustellum [2] 200/18 226/3
guy [39] 184/24 185/1 186/8 188/1
188/3 205/16 218/17 231/11 231/12
231/17 231/18 232/5 242/16 242/25
251/23 252/1 285/20 285/20 327/1
328/20 328/23 330/14 331/4 332/19
332/20 333/9 333/10 334/9 334/12
335/15 335/18 335/19 335/20 336/12
336/13 337/4 337/4 337/4 338/25
guy's [1] 251/24
guys [2] 284/2 286/20
Guzman [3] 201/21 201/22 211/8

**H**

had [150] 172/19 172/21 172/23 174/10
175/2 175/11 175/12 176/6 176/9 177/1
179/9 183/17 189/5 193/2 194/12 196/10
200/9 201/16 202/6 202/7 203/5 203/18
203/23 204/2 204/2 204/12 205/5 205/7
206/3 206/13 206/14 206/15 207/12
208/11 209/22 211/5 212/25 214/6
215/22 216/7 216/18 218/22 219/8 220/8
221/1 221/6 225/1 225/13 227/2 227/9
228/4 229/25 231/11 231/15 232/21
233/9 236/2 236/17 237/24 238/1 238/5
244/21 246/4 246/6 248/10 248/18
248/19 250/10 250/10 251/18 256/10
262/9 262/17 262/25 265/2 265/5 269/23
279/9 279/11 279/11 279/16 281/7
281/12 281/12 282/11 282/12 282/16
283/17 284/2 285/24 285/24 287/11
287/17 289/13 289/14 290/19 290/24
291/24 299/8 299/20 299/23 300/19
301/4 312/18 313/23 323/3 323/14
323/14 324/5 325/7 326/9 327/21 328/2
328/4 328/6 328/10 328/14 328/16
328/22 328/23 329/17 329/23 329/25
330/4 331/3 331/17 331/25 332/20
332/21 332/21 333/8 333/9 333/9 334/5
334/7 334/9 334/20 334/22 334/25
337/15 338/10 340/20 341/14 343/16
346/16 351/4 355/19 355/21 360/10
360/15
hadn't [2] 221/23 322/21
half [3] 248/7 248/8 361/8
hand [7] 183/5 204/4 204/5 214/13
214/14 220/1 364/4
handcuffs [1] 198/14
handed [3] 190/22 245/22 257/19
handing [1] 357/11
handle [2] 199/3 362/11
handled [5] 209/23 209/24 277/24
278/1 278/3
hands [1] 249/12
happen [10] 172/9 193/9 205/3 264/10
285/6 292/22 293/14 308/1 330/3 330/5
happened [61] 172/12 183/7 185/11
192/4 201/9 201/22 205/19 206/9 207/10

**happened... [52]** 208/3 212/4 212/5
212/8 212/11 212/21 214/5 215/6 215/9
216/3 216/14 216/15 220/3 246/18
268/10 280/18 295/19 311/15 311/20
312/10 312/12 312/21 312/22 313/3
313/21 315/15 319/15 322/23 325/10
326/7 326/13 330/18 332/17 333/18
334/5 334/23 335/2 335/9 335/9 336/4
337/3 337/13 339/17 341/6 341/9 341/22
342/15 342/22 342/24 343/3 343/11
359/11
**happens [22]** 193/18 222/4 222/20
225/1 225/6 260/7 268/1 290/6 304/19
304/19 305/1 305/5 305/15 306/21 312/7
316/9 317/3 337/13 338/24 339/8 351/11
356/10
**happy [1]** 196/14
**hardened [1]** 306/22
**harken [1]** 364/8
**Haroldo [1]** 230/18
**has [42]** 178/9 199/15 199/19 212/17
223/1 232/12 233/7 239/18 256/9 259/9
266/6 268/6 276/17 276/20 284/25
292/13 304/13 313/16 314/10 314/11
316/23 316/23 317/7 319/11 319/20
321/8 328/5 340/16 341/19 344/11 345/7
345/7 345/15 346/8 348/7 348/19 348/22
352/10 353/17 354/3 357/16 362/3
**hasn't [1]** 262/1
**hate [2]** 332/20 336/13
**have [262]**
**haven't [11]** 220/13 234/4 234/10 242/8
243/9 253/12 259/25 292/2 337/16
339/13 339/21
**having [12]** 198/5 263/11 274/7 296/11
325/6 330/19 340/19 343/15 354/13
355/24 364/14 366/17
**he [487]**
**he's [1]** 334/20
**head [1]** 200/11
**headquarters [5]** 300/11 300/11 300/12
301/9 301/11
**heads [1]** 312/24
**health [1]** 338/2
**hear [11]** 175/14 195/18 230/23 291/5
304/9 304/11 312/11 321/5 321/10
321/20 337/12
**heard [62]** 181/9 184/4 203/18 230/10
230/12 231/5 295/19 307/12 319/10
321/5 322/19 323/1 323/2 323/5 323/6
323/10 323/13 324/3 324/17 324/20
325/14 325/25 326/1 326/10 326/15
326/18 327/3 327/7 327/9 327/15 327/18
328/13 329/12 330/12 332/2 332/3
332/23 332/23 332/24 332/25 333/1
333/20 334/15 335/8 337/22 338/6
338/21 340/7 340/18 340/23 340/24
341/11 341/11 342/4 343/16 347/10
347/21 357/20 361/24 365/13 365/14
365/19
**hearing [4]** 332/16 347/23 368/8 368/9
**hearsay [1]** 181/14
**heart [1]** 350/7
**heavily [1]** 312/25
**heavy [1]** 345/5

**held [2]** 254/7 351/19
**helicopter [5]** 227/20 282/22 327/4
331/7 337/8
**helicopters [8]** 227/17 244/3 248/25
261/16 325/4 327/24 330/8 343/24
**Hello [1]** 184/3
**help [4]** 217/24 254/7 323/3 347/16
**helpful [1]** 348/22
**helping [2]** 329/20 347/14
**Hemisphere [1]** 300/25
**her [7]** 173/1 173/2 251/5 268/11 268/13
276/15 361/24
**here [86]** 176/8 184/21 186/14 186/23
187/24 190/20 191/8 199/9 201/13
203/13 205/25 207/12 212/20 213/10
213/11 213/12 213/18 213/20 213/23
215/25 216/6 218/20 218/22 219/13
219/13 219/17 222/3 231/24 233/8
240/16 241/14 241/16 241/17 243/16
247/18 247/25 248/16 249/8 249/9
250/11 250/18 250/23 253/23 254/9
255/2 256/11 256/14 257/4 260/1 269/23
278/14 292/6 307/10 317/22 319/21
321/4 324/14 332/2 332/16 332/19
332/22 333/2 333/18 333/20 333/25
334/15 334/20 335/4 335/12 336/2 336/5
336/13 336/24 337/6 339/12 341/19
351/25 353/16 355/1 355/9 359/21
365/11 365/14 366/4 366/6 367/7
**hereby [1]** 369/3
**heroin [1]** 304/10
**Herrara's [1]** 220/24
**hesitate [1]** 353/6
**hesitation [1]** 345/14
**hey [6]** 218/17 222/2 222/12 236/6
238/13 340/21
**hi [1]** 217/19
**hiccup [1]** 367/4
**hidden [4]** 208/16 208/17 208/18
325/22
**hide [1]** 191/15
**high [2]** 303/9 307/23
**high-level [1]** 303/9
**high-powered [1]** 307/23
**higher [5]** 310/6 310/9 315/3 316/25
317/4
**higher-level [1]** 310/6
**hills [2]** 221/3 221/9
**him [200]** 174/13 174/14 175/3 175/4
175/9 175/9 175/18 176/13 176/19
176/25 179/1 180/10 181/8 185/2 185/15
185/20 189/5 189/20 190/2 192/20
199/13 199/23 200/3 200/8 200/13
200/18 202/7 202/9 202/20 202/21 203/4
203/7 203/9 203/11 203/19 203/23
203/25 204/1 204/2 204/11 204/13
205/18 205/24 206/2 207/24 208/1
208/24 210/14 210/15 210/16 212/16
214/13 214/14 214/19 217/24 218/7
218/10 218/10 219/13 219/13 219/13
219/18 219/19 219/21 220/25 221/23
221/24 221/25 222/1 222/1 222/2 222/2
222/6 223/9 223/11 223/22 224/2 224/3
224/6 224/7 225/4 225/12 226/15 227/25
228/1 228/2 229/20 229/21 229/23 231/5

232/18 232/18 232/19 235/12 235/14
236/7 240/18 246/9 246/20 248/17
248/17 248/19 248/22 249/6 249/7 250/3
250/10 250/11 250/13 250/21 262/8
262/12 262/13 262/14 262/17 269/18
269/20 269/22 270/23 272/1 272/11
276/15 276/24 276/25 277/4 277/5 277/6
277/13 277/14 277/25 278/1 278/2 278/4
278/22 278/23 280/24 281/11 281/25
283/4 283/5 283/8 283/20 283/21 283/22
283/23 285/23 285/24 285/25 286/25
287/1 287/2 287/13 287/18 287/19
289/13 289/14 290/17 291/1 292/11
324/21 325/16 325/17 327/7 327/12
328/2 328/5 328/9 329/9 331/4 331/7
332/20 333/3 333/7 334/3 334/12 334/14
334/18 335/3 335/20 336/13 336/18
336/20 336/23 336/23 341/1 341/25
342/2 342/21 342/22 343/22 344/2
354/16 354/18 368/5
**himself [10]** 197/1 197/2 202/6 221/19
245/9 261/9 266/24 324/25 327/18
343/15
**his [91]** 173/13 174/10 174/22 179/3
180/13 181/10 183/5 183/14 183/17
197/2 197/3 200/10 200/10 201/4 201/14
201/16 202/5 204/13 204/14 204/22
205/6 208/22 208/23 208/24 208/25
210/7 215/16 220/21 221/14 221/19
221/19 222/7 223/1 223/17 223/19
223/19 224/11 227/24 229/6 229/7
229/19 229/23 229/23 230/17 231/17
232/16 232/16 234/12 236/5 238/10
238/12 240/17 243/6 246/14 247/11
249/25 266/24 269/18 282/19 286/24
287/10 292/7 322/20 324/24 325/2 325/3
325/18 325/21 326/9 327/2 328/19
330/18 330/22 331/1 331/15 333/25
334/1 334/2 334/21 335/5 335/21 337/25
341/7 342/3 342/13 344/24 352/22 361/7
368/4 368/9 368/10
**hitman [1]** 181/4
**hold [2]** 254/6 358/23
**Holy [2]** 218/19 342/14
**home [12]** 208/22 209/1 212/22 212/24
217/14 265/9 265/11 271/10 272/6 272/8
282/17 282/19
**Honduran [3]** 264/3 279/10 313/5
**Honduras [74]** 174/8 176/16 179/17
180/1 180/21 181/12 181/23 182/19
189/24 195/6 196/8 199/8 201/8 201/9
202/19 207/2 207/23 210/15 210/25
213/5 214/2 215/7 215/9 215/10 215/15
215/17 215/22 215/25 216/6 219/21
219/21 220/23 221/1 221/17 227/15
227/16 228/2 230/12 240/20 251/19
261/1 263/24 264/1 264/17 264/19
269/5 269/6 269/8 269/12 273/3 279/9
279/15 279/16 280/8 280/9 282/2 283/18
283/19 285/22 286/1 286/3 287/8 313/4
315/12 315/12 316/18 324/22 326/10
327/16 329/4 341/2 341/17 342/1 342/10
**honest [3]** 239/18 335/24 353/8
**honor [40]** 174/2 174/20 182/8 183/20
187/7 191/2 196/5 197/7 197/23 199/18

**H**

honor... [30] 205/6 234/12 239/25 240/3
245/1 252/9 253/18 253/20 253/24 255/5
255/11 257/22 258/22 261/14 263/4
271/18 276/19 281/18 285/3 296/2 296/9
303/21 318/20 326/1 343/19 357/1 357/8
360/20 368/15 368/24
HONORABLE [1] 168/9
honors [1] 297/15
hope [3] 356/5 365/18 367/6
hopes [1] 348/13
host [1] 326/3
hotel [3] 185/15 326/11 342/2
hour [5] 205/9 248/7 248/8 321/15
361/8
hours [9] 195/11 247/4 247/4 247/5
247/15 247/15 248/1 248/4 248/6
house [26] 209/1 216/2 227/2 265/9
265/18 265/22 266/1 266/2 266/3 266/6
267/1 267/2 268/5 272/5 272/8 272/17
283/14 283/25 287/8 287/10 288/1 288/7
288/11 288/16 288/21 289/3
how [113] 173/13 174/6 174/20 176/18
176/21 179/14 180/17 180/19 183/10
184/9 184/11 184/16 196/16 196/20
196/20 200/7 205/2 209/7 210/1 214/21
218/18 223/1 224/2 224/4 226/2 226/13
226/18 227/5 227/6 227/11 234/6 236/18
236/22 240/10 240/12 241/20 241/24
242/10 244/9 244/12 245/7 247/2 247/16
263/21 264/11 273/9 277/1 277/6 278/2
279/24 282/9 282/21 283/2 283/4 285/18
286/7 286/7 287/21 288/4 288/16 288/23
294/24 295/3 296/20 299/11 299/24
299/25 299/25 300/2 300/23 301/9 302/1
305/18 306/20 317/18 323/1 324/8 324/8
324/10 324/21 325/2 325/15 325/15
325/21 325/23 326/15 326/16 326/17
327/10 328/10 329/2 329/9 329/15
330/18 330/21 331/2 338/15 341/7 343/8
346/17 354/1 358/19 359/4 360/1 361/7
361/12 362/25
However [1] 358/19
Huehuetenango [2] 275/17 275/19
huge [1] 210/3
human [3] 264/15 264/23 265/6
hundred [2] 295/5 295/7
hundreds [1] 302/13
hydrochloric [1] 305/14
hydrochloride [3] 305/16 305/19
305/25

**I**

I'd [18] 177/4 178/18 179/4 210/10
216/17 217/4 220/15 229/4 229/24
232/19 234/23 260/25 261/3 261/24
280/15 280/18 284/5 304/4
I'm [2] 303/9 343/17
idea [3] 278/8 318/14 358/19
ideal [1] 306/13
identification [2] 253/21 266/24
identified [7] 199/19 266/2 266/5
266/24 276/20 347/8 350/6
identify [9] 199/13 266/3 266/23 276/15
347/12 347/16 354/12 354/14 361/3

identify [1] 187/20
ignorant [2] 216/18 217/2
illegal [3] 221/11 233/9 273/8
immediately [1] 187/22
impartially [1] 345/10
implement [1] 196/20
import [4] 350/22 351/15 364/20 366/23
importance [1] 294/18
important [4] 307/2 345/14 346/17
365/18
importation [1] 301/5
imported [4] 275/3 349/11 349/24
350/21
importing [1] 336/17
imposed [2] 259/12 368/11
impregnate [1] 308/6
impress [1] 346/23
incarcerated [1] 274/13
include [2] 303/13 303/16
included [1] 326/11
includes [2] 302/13 345/18
including [6] 217/20 218/6 267/2
319/24 335/2 335/3
incorrect [1] 348/1
increase [2] 316/11 323/17
increasingly [1] 225/16
increments [1] 326/15
indeed [1] 249/16
INDEX [1] 170/1
indicated [2] 175/8 266/4
indicating [3] 175/1 265/10 268/6
indictment [15] 257/20 332/8 332/10
344/22 349/3 349/5 350/15 351/14
351/25 352/7 354/5 364/10 364/16
366/15 366/19
individual [6] 175/24 265/6 270/14
272/22 277/17 309/15
individuals [10] 190/14 266/5 266/18
266/20 286/3 290/8 299/20 309/18
309/25 310/3
industrial [1] 305/6
industrial-size [1] 305/6
inferences [1] 319/24
inferior [1] 306/14
influenced [1] 344/15
informants [1] 302/15
information [9] 259/11 264/15 264/23
300/18 300/23 300/23 302/15 302/19
368/4
informed [2] 281/1 281/4
informing [1] 358/16
initial [2] 222/24 247/23
initially [1] 308/14
inmate [2] 258/8 258/14
innocence [1] 344/24
innocent [3] 341/2 341/3 344/24
inside [5] 208/18 232/6 268/21 322/15
326/6
inspect [1] 267/1
inspected [1] 267/2
inspection [2] 267/24 268/3
instance [5] 202/5 308/1 310/12 312/4
313/14
instances [1] 319/12
instead [1] 311/23
instruct [2] 323/22 344/7

instruction [3] 174/1 175/8 256/9
instructions [19] 172/13 256/5 256/8
256/12 256/13 321/14 321/20 332/6
336/3 344/8 344/20 344/21 345/23
349/16 354/20 354/22 356/2 365/24
367/11
insult [1] 332/22
insulting [1] 248/12
insurance [1] 338/2
insurgencies [2] 298/6 298/7
insurgents [1] 304/24
intelligence [20] 296/18 296/23 296/24
296/25 297/4 299/4 299/7 299/11 299/17
300/13 300/14 300/16 301/13 301/16
302/4 302/8 303/8 303/10 303/18 332/22
intelligent [1] 239/1
intensive [1] 318/3
intent [4] 352/17 352/20 364/20 366/23
intentionally [3] 332/13 349/7 352/14
interactions [3] 322/24 323/4 331/10
intercepts [1] 302/20
Intercontinental [1] 326/11
interdicted [1] 316/25
interdiction [1] 308/16
interest [3] 290/24 346/25 353/12
interested [5] 196/13 238/22 239/3
336/2 339/5
interesting [3] 340/22 356/6 365/20
interests [1] 351/10
intermediary [1] 310/15
international [6] 297/21 299/18 299/24
302/10 303/22 310/15
interpretation [1] 346/1
interpreter [4] 280/11 366/3 366/6
366/8
interrupt [4] 264/17 265/12 266/8 267/6
interview [2] 244/23 245/5
interviews [3] 244/10 245/2 302/13
introduce [7] 197/1 255/5 277/21
283/21 285/9 287/18 290/5
introduced [14] 197/2 197/4 204/1
257/12 277/6 279/3 279/18 281/12
281/15 283/23 290/3 293/4 330/19 348/5
introducing [1] 288/10
introductions [1] 222/21
inventory [1] 316/15
invest [2] 311/22 311/25
invested [1] 191/16
investigation [2] 263/22 368/2
investigations [3] 299/18 302/17
302/18
investigative [1] 263/25
investigator [1] 268/24
investigators [2] 193/24 194/9
investing [3] 311/23 312/7 312/8
investment [2] 312/20 314/21
investments [2] 245/11 300/1
investor [3] 306/10 312/3 335/16
investors [4] 309/16 310/10 310/23
312/3
invited [1] 283/16
involve [1] 295/12
involved [31] 176/22 182/17 183/2
199/3 199/7 220/5 220/22 222/10 225/8
226/25 228/3 229/15 229/22 230/7

**involved... [17]** 230/20 230/22 230/23 264/11 283/10 286/7 286/8 309/23 309/24 317/16 326/2 328/4 328/8 329/18 330/11 331/13 333/13

**involvement [1]** 330/18

**involving [4]** 224/25 229/17 299/18 318/18

**is [487]**

**Islamic [2]** 298/6 298/18

**island [3]** 218/11 251/19 335/19

**isn't [7]** 186/7 243/4 260/2 272/16 344/23 345/20 348/20

**issue [4]** 247/5 290/11 345/22 366/4

**issues [2]** 196/20 297/4

**it [379]**

**it's [95]** 172/7 172/10 174/17 192/10 213/11 213/11 216/10 218/12 220/10 223/2 234/19 235/10 241/16 241/25 246/23 247/25 248/16 248/16 254/19 255/16 257/5 257/9 258/12 258/16 258/16 265/14 273/1 285/8 301/14 301/20 301/22 303/2 304/8 304/11 304/12 304/12 304/19 304/19 304/24 305/9 306/1 306/1 306/2 306/7 306/17 306/21 307/2 307/17 307/20 308/20 308/20 308/23 308/25 310/3 310/9 310/9 311/25 312/2 312/19 314/4 314/13 314/14 314/20 314/23 315/23 316/1 316/2 316/4 316/25 317/8 317/25 318/2 318/3 319/22 320/3 322/7 324/12 333/8 333/18 336/20 336/20 336/22 336/23 337/13 338/20 339/11 342/17 342/17 342/18 348/9 354/4 355/3 355/8 355/9 356/10

**its [5]** 190/6 306/3 307/4 307/16 347/24

**itself [2]** 347/24 350/8

**Izaguirre [2]** 173/2 355/20

**J**

**jack [1]** 224/12

**jack-of-all-trades [1]** 224/12

**jail [24]** 194/15 194/25 197/10 197/11 197/15 198/15 234/6 241/11 242/22 243/3 243/8 243/10 250/7 250/22 250/24 250/25 251/1 259/21 289/18 292/2 335/2 335/16 335/17 341/1

**Jairo [17]** 180/15 180/16 180/16 221/20 221/21 222/17 238/12 238/12 238/13 239/7 325/3 325/18 326/11 328/4 328/15 329/18 341/8

**Jamie [1]** 238/12

**January [4]** 168/5 364/22 366/25 369/7

**January 9 [2]** 364/22 366/25

**Javier [7]** 210/18 210/22 210/24 210/25 210/25 211/5 211/14 211/19 212/9 213/25 214/9 285/13 285/19

**jill [5]** 169/11 169/13 369/7 369/7 369/9

**job [5]** 216/7 216/7 216/8 268/24 299/3

**Joche [11]** 230/2 230/3 230/4 230/5 230/7 230/8 230/9 231/13 328/8 329/11 330/7

**join [1]** 298/25

**joined [3]** 324/16 350/17 351/5

**Jorge [9]** 219/22 219/22 219/23 225/3 240/13 240/17 241/1 280/7 288/13

**Jose [42]** 179/6 179/6 179/9 179/14 179/14 180/7 181/10 181/10 181/11 181/12 181/13 181/19 181/20 181/22 181/23 182/1 182/2 182/11 182/12 182/16 182/16 182/20 182/21 182/22 182/24 182/24 182/25 183/7 183/8 183/9 183/14 183/16 263/9 263/10 263/16 324/25 325/8 326/9 326/21 326/22 342/1 342/10

**JOSEPH [1]** 168/15

**joseph.schuster [1]** 168/18

**judge [42]** 168/10 174/17 178/7 178/17 181/14 187/3 187/5 187/8 216/21 234/2 234/2 234/13 234/14 234/16 234/19 234/19 234/21 234/22 267/10 272/20 284/21 284/22 284/25 285/7 319/10 319/16 323/22 332/3 332/3 335/25 336/7 337/2 338/19 352/5 357/4 357/5 358/18 358/18 359/18 359/18 359/24 361/5

**judge's [2]** 285/8 336/3

**judges [2]** 353/11 353/12

**judicialized [1]** 302/19

**July [3]** 200/13 200/13 251/2

**jump [2]** 266/22 308/25

**jumpsuit [1]** 198/14

**June [10]** 200/13 251/2 276/9 280/16 280/19 328/23 329/24 332/12 337/14 349/6

**June 10 [1]** 276/9

**June 2012 [2]** 280/16 280/19

**June 2014 [3]** 332/12 337/14 349/6

**juries [1]** 172/22

**jurisdiction [2]** 216/6 216/6

**juror [5]** 172/1 172/17 355/19 356/10 356/20

**jurors [9]** 172/8 255/13 353/4 354/1 355/15 355/18 356/13 365/4 367/3

**jury [53]** 168/9 172/11 172/13 172/18 172/24 228/9 255/18 256/3 256/14 256/18 257/22 258/6 258/20 273/17 274/2 321/14 322/4 322/8 322/10 332/6 332/14 344/6 344/9 347/7 349/8 353/14 353/18 354/13 355/16 356/19 357/17 357/23 357/24 358/16 359/7 359/10 360/21 362/8 362/24 363/20 364/1 364/7 364/14 364/25 365/2 365/4 365/5 365/7 366/17 367/2 367/3 367/6 367/25

**just [50]** 172/12 185/24 186/2 197/10 206/1 216/1 222/2 222/12 228/4 230/21 235/12 235/18 237/9 242/19 245/25 247/13 248/2 248/16 251/13 256/14 257/25 260/1 264/12 264/24 267/25 277/14 283/16 293/10 299/23 303/15 308/22 312/2 314/17 315/2 316/7 317/15 322/8 337/23 338/7 338/9 340/4 342/3 353/8 354/22 355/11 359/18 360/14 361/24 361/25 366/5

**justice [3]** 336/25 336/25 339/18

**JUSTIN [4]** 170/22 296/9 296/10 303/21

**K**

**keep [8]** 235/18 239/23 242/25 250/7 251/16 307/9 316/20 318/1

**keeping [2]** 229/19 320/12

**kept [2]** 245/12 249/21

**Kevin [6]** 181/1 181/3 181/7 193/8

**key [2]** 214/24 313/7

**Kia [1]** 246/3

**kill [3]** 181/6 211/13 213/6

**killed [4]** 181/20 183/12 211/15 212/12

**kilo [13]** 210/2 210/4 294/5 294/19 295/5 295/6 295/7 295/13 306/20 313/17 313/18 315/5 335/20

**kilogram [14]** 214/18 294/11 305/20 305/23 307/9 314/17 314/18 315/9 315/12 316/2 316/17 323/16 341/22 363/7

**kilograms [22]** 307/6 307/9 307/14 314/19 322/16 324/6 324/7 324/22 325/12 325/13 325/24 326/6 327/5 341/17 341/20 349/9 349/22 350/19 351/16 351/20 364/21 366/24

**kilos [21]** 204/20 205/3 205/7 207/24 207/25 218/21 225/6 227/8 227/12 227/14 252/18 286/9 287/22 288/1 288/6 288/21 306/6 308/8 324/12 325/23 363/6

**kind [12]** 272/12 274/24 307/1 307/16 308/9 323/15 333/25 335/21 348/16 350/1 350/7 362/25

**Kio [17]** 229/5 229/8 229/21 235/21 235/22 236/2 236/5 236/10 237/8 243/6 246/3 246/4 286/25 327/21 327/22 328/19 330/17

**kitchen [1]** 267/2

**KMM [1]** 168/2

**knew [52]** 174/11 175/4 175/24 188/17 196/19 196/22 196/25 199/23 206/14 208/24 213/17 220/7 245/6 246/13 246/14 250/6 263/3 278/15 279/16 285/21 324/9 324/15 326/17 326/22 326/23 328/1 328/2 328/3 328/3 328/6 328/7 328/13 328/14 328/15 328/17 328/23 329/5 329/17 329/19 330/7 330/8 330/12 330/15 330/15 330/16 330/25 331/2 331/6 331/15 331/16 340/9 350/16

**know [138]** 174/6 174/21 178/20 178/22 179/12 179/14 180/3 180/15 181/21 186/10 186/13 190/20 193/23 195/10 196/17 197/17 197/20 199/16 199/22 202/1 203/7 203/8 203/14 207/6 208/25 209/7 213/12 213/21 216/19 216/20 216/22 217/7 219/12 220/8 220/15 220/18 221/13 222/21 223/6 225/20 225/20 226/20 227/18 227/19 227/24 227/25 229/5 229/21 229/24 230/5 230/14 230/14 230/24 231/4 231/4 231/8 232/5 232/12 238/20 238/21 243/9 243/12 246/14 251/13 254/10 262/19 272/9 273/1 273/3 273/9 273/10 276/23 277/11 279/21 279/24 280/1 282/7 282/9 282/15 282/23 283/2 283/4 283/7 284/25 285/15 285/18 286/16 286/22 286/25 287/2 287/22 291/18 292/11 293/1 293/1 293/2 293/4 293/20 293/23 295/24 300/7 319/12 322/22 324/5 324/11 326/6 328/9 329/5 332/2 332/6 332/15 332/21 332/23 332/23 333/8 333/18 334/19 335/1 335/14 335/15 339/4 339/5 339/19 339/22 339/25 340/16 341/2 343/17 351/11 354/25 355/25 356/15 357/23 357/25 358/1 358/1 358/20

**K**

**knowing [5]** 328/20 340/16 349/17 349/23 350/20
**knowingly [5]** 332/12 349/7 349/19 349/21 352/13
**knowledge [16]** 174/10 174/22 175/3 175/11 176/6 185/1 189/5 189/7 257/10 292/7 299/21 302/10 302/12 346/8 348/2 348/22
**knowledgeable [1]** 302/25
**known [17]** 178/25 179/6 180/20 205/9 224/9 246/8 280/13 283/3 285/13 285/19 327/16 332/13 349/8 364/11 364/12 364/12 364/13
**knows [8]** 196/6 213/10 213/19 216/8 229/20 248/17 251/10 251/11

**L**

**La [3]** 217/22 217/24 327/16
**lab [3]** 306/11 310/12 310/13
**laboratories [1]** 305/4
**laboratory [2]** 305/10 305/11
**labs [1]** 306/5
**lack [1]** 310/4
**lacking [1]** 337/16
**Ladies [4]** 331/14 331/24 337/20 343/13
**lady [1]** 221/25
**land [9]** 211/9 211/10 211/12 215/11 215/17 245/22 288/19 307/16 309/8
**landing [20]** 211/8 220/25 221/2 221/2 221/3 221/4 221/9 224/22 224/23 224/24 226/7 226/8 226/16 227/2 227/3 227/10 227/13 227/15 237/24 238/2
**lane [1]** 319/20
**Lange [1]** 244/17
**language [6]** 256/10 256/18 256/20 256/21 257/11 348/3
**languages [1]** 298/21
**large [13]** 210/5 214/23 227/4 305/21 307/5 307/6 308/5 309/3 309/10 309/12 314/2 314/18 318/16
**large-scale [1]** 309/12
**larger [1]** 315/20
**largest [1]** 314/7
**last [20]** 174/7 175/6 175/13 176/2 185/12 189/20 244/1 244/3 246/4 247/16 254/2 319/13 319/17 323/6 327/22 328/20 329/2 338/18 342/12 361/20
**lasted [2]** 247/4 247/15
**late [2]** 247/10 247/11
**later [7]** 268/15 272/9 283/23 288/7 298/23 316/2 352/6
**latest [1]** 221/22
**laude [1]** 297/16
**Lauderdale [1]** 187/3
**laugh [1]** 208/4
**laughed [1]** 249/13
**laughter [1]** 248/11
**laundering [2]** 300/15 300/19
**law [45]** 169/3 180/7 197/14 199/25 221/13 221/14 221/15 222/7 222/17 223/12 223/14 223/15 223/20 223/21 223/23 224/8 238/10 238/11 239/8 256/11 308/15 316/25 323/23 325/2 326/12 326/19 328/4 328/16 329/18 332/4 333/25 334/2 336/3 337/2 341/8

345/23 352/18 352/19 352/20 352/22
**law's [2]** 223/13 262/9
**lawful [1]** 348/11
**laws [1]** 269/5
**lawyer [3]** 194/20 245/3 292/15
**lawyers [5]** 172/6 321/7 345/20 356/5 362/12
**layer [1]** 307/1
**lclouielaw [1]** 169/6
**lead [1]** 288/6
**leaders [1]** 299/25
**Leading [1]** 196/5
**learn [4]** 298/19 303/1 303/2 303/2
**learned [8]** 172/20 248/18 298/23 300/4 300/5 301/5 302/24 327/21
**least [5]** 221/24 309/1 312/15 314/9 351/5
**leave [7]** 234/22 239/21 311/3 357/2 361/17 365/14 367/7
**lecturer [1]** 298/10
**left [14]** 192/13 206/16 206/22 210/16 210/16 236/25 240/21 247/9 250/20 250/21 262/18 262/18 266/16 267/22
**legal [4]** 221/12 269/8 269/12 346/12
**lempiras [1]** 216/24
**length [1]** 227/4
**less [8]** 176/20 205/10 234/16 306/13 306/13 316/15 323/18 351/20
**lesser [1]** 348/10
**let [37]** 172/19 174/14 180/5 182/19 186/20 187/2 187/24 187/24 188/11 189/9 191/7 199/18 212/2 224/20 225/23 235/23 241/13 242/19 251/4 251/7 254/18 265/15 267/8 271/21 276/19 319/4 321/23 332/1 332/5 332/11 332/25 333/7 333/24 335/23 354/25 355/25 361/12
**let's [18]** 189/18 190/15 202/5 212/18 213/23 215/24 216/1 217/16 238/13 240/23 247/13 255/24 267/20 268/8 311/17 315/11 340/21 366/9
**letter [1]** 364/21
**letters [1]** 303/6
**level [4]** 303/9 310/6 310/21 318/5
**license [1]** 273/2
**licenses [1]** 357/14
**lie [8]** 213/1 213/11 213/11 260/8 260/12 293/15 293/18 338/17
**life [2]** 248/17 339/13
**light [1]** 319/23
**like [61]** 175/10 176/8 177/1 177/4 178/18 179/4 183/4 192/16 193/4 197/5 203/11 209/22 210/10 213/16 216/17 217/4 220/10 220/15 224/12 226/1 229/4 229/24 232/19 234/23 236/24 241/10 251/14 251/15 251/15 251/16 260/25 261/3 261/24 269/21 272/6 272/7 273/6 280/15 280/18 284/5 290/9 304/4 307/1 307/1 307/12 307/23 309/4 317/3 319/20 323/6 330/1 332/18 333/22 335/7 335/20 336/22 336/23 336/24 338/3 355/4 359/4
**likelihood [1]** 317/4
**lime [1]** 305/5
**limited [1]** 347/13
**line [3]** 354/7 354/8 366/24

**liquid [1]** 305/17
**liquids [1]** 305/11
**listed [1]** 351/1
**listen [7]** 241/13 249/1 251/4 251/13 336/25 347/15 354/25
**listened [1]** 324/8
**little [17]** 202/23 205/10 205/10 221/21 254/7 257/20 265/14 267/15 267/25 296/22 319/10 329/13 335/21 340/5 340/17 340/22 365/9
**live [4]** 231/3 231/6 231/8 275/24
**lived [6]** 172/23 202/20 231/1 247/11 275/6 324/21
**lives [2]** 172/25 365/18
**living [5]** 199/6 221/23 280/8 281/1 296/17
**load [10]** 183/17 196/20 252/18 310/21 311/17 312/3 317/2 335/16 341/17 341/20
**loaded [2]** 206/11 222/16
**loads [14]** 226/13 238/22 239/3 261/9 312/2 312/6 313/4 313/24 314/18 325/11 329/25 343/2 343/24 363/14
**Lobos [1]** 222/5
**locate [1]** 265/18
**located [1]** 275/16
**location [3]** 206/19 264/19 301/24
**location-wise [1]** 206/19
**locked [1]** 250/19
**logistics [2]** 309/18 327/17
**long [23]** 234/6 240/12 241/24 246/23 247/2 247/16 247/23 248/2 250/19 251/1 255/3 255/14 288/23 296/20 299/11 300/2 301/9 302/1 308/21 355/4 356/6 361/7 361/12
**longer [5]** 180/13 216/5 217/2 226/17 338/11
**longest [1]** 329/14
**look [10]** 206/14 209/22 210/15 212/11 222/2 241/10 250/11 256/24 268/24 337/14
**looked [1]** 209/24
**looking [6]** 175/6 217/21 220/4 254/2 257/3 265/22
**looks [1]** 273/6
**Lopez [15]** 263/9 263/10 263/16 263/19 272/25 325/16 326/5 341/5 341/16 359/2 360/4 360/5 360/7 360/11 360/16
**Lorenzana [13]** 230/17 230/18 230/18 230/18 230/19 231/6 275/23 275/24 277/18 278/11 278/14 283/5 331/1
**Lorenzanas [8]** 230/14 230/25 231/2 231/3 231/9 283/8 283/10 328/7
**Los [2]** 180/19 180/20
**lose [4]** 255/4 317/4 355/18 356/10
**lost [1]** 268/7
**lot [26]** 186/3 191/9 191/9 196/19 222/25 225/12 245/22 257/4 301/22 305/1 309/24 309/24 310/7 311/2 312/7 312/11 312/12 312/25 313/2 313/9 315/15 317/9 317/9 317/11 318/6 334/10
**LOUIS [2]** 169/3 169/3
**low [1]** 315/24
**lowest [1]** 318/14
**loyalty [1]** 334/21

**C**

**Lozano [10]** 227/25 228/5 283/1 283/2 283/3 283/6 327/3 327/23 329/9 339/24
**lucrative [2]** 308/21 312/20
**Luis [11]** 223/6 223/8 223/9 223/17 223/19 277/9 277/10 277/12 277/16 277/17 277/21
**Luisito [38]** 223/16 223/17 223/21 224/7 224/9 224/11 231/6 231/7 277/12 277/13 277/13 277/24 278/2 278/6 278/8 278/10 278/15 279/19 279/25 281/1 281/4 281/9 281/15 282/10 285/25 286/3 289/7 289/7 289/9 289/15 289/16 289/23 289/25 291/9 291/14 295/19 295/22 296/1
**lunch [3]** 255/19 273/14 273/16
**lying [1]** 187/15

**M**

**machine [1]** 341/4
**made [22]** 190/8 191/4 196/12 196/17 198/22 212/6 245/11 250/1 250/3 252/17 274/18 305/22 323/9 324/10 327/6 329/7 331/5 333/25 337/9 341/1 348/7 350/7
**magazine [1]** 231/23
**magna [1]** 297/16
**main [2]** 214/24 267/3
**major [1]** 297/11
**majority [1]** 304/16
**make [29]** 176/1 176/10 176/13 216/17 226/11 236/11 269/21 294/21 300/1 310/4 312/7 313/9 313/10 314/14 314/15 323/19 333/11 335/25 338/17 340/22 346/4 348/14 357/11 365/6
**makes [8]** 178/15 222/24 274/22 324/1 339/6 340/2 344/2 349/20
**making [12]** 175/19 175/22 204/15 246/8 250/7 313/18 314/23 319/9 322/12 345/2 346/17 350/8
**man [29]** 173/17 178/22 180/15 185/17 186/4 186/22 193/8 204/5 210/18 214/24 214/24 217/7 219/12 220/1 220/18 223/6 229/5 229/9 229/13 239/1 239/18 277/23 277/24 278/14 333/6 333/21 334/15 343/14 344/1
**man's [1]** 358/22
**manager [3]** 296/18 296/23 302/5
**managerial [1]** 309/21
**managing [1]** 309/19
**Maneto [2]** 208/25 232/10
**Manetos [1]** 245/22
**Manuel [8]** 179/6 180/3 180/7 180/8 181/22 182/23 183/1 183/4
**manufacture [2]** 349/19 349/21
**many [15]** 184/9 184/11 190/9 191/8 191/8 202/4 221/23 226/13 226/18 228/4 228/5 228/6 354/1 359/5 362/25
**map [1]** 294/17
**March [24]** 194/23 200/13 210/16 233/4 235/10 240/11 241/3 250/20 251/2 281/21 282/5 328/22 329/23 330/18 341/22 342/24 343/3 358/16 358/24 358/25 359/13 362/6 362/17 368/12
**March 14 [1]** 233/4
**March 16 [2]** 241/3 250/20
**March 16th [1]** 210/16

**March 20 [1]** 210/6
**March 27 [1]** 368/12
**March 28 [5]** 341/22 358/16 358/25 359/13 362/17
**Mario [10]** 219/22 219/24 225/4 229/6 240/13 240/17 240/19 241/1 280/7 342/12
**maritime [3]** 307/20 307/21 313/22
**mark [2]** 306/5 363/22
**marked [2]** 253/21 267/14
**market [2]** 179/10 316/13
**markets [3]** 304/20 304/20 305/2
**marking [1]** 322/6
**markings [4]** 306/7 306/9 306/16 306/19
**marriage [2]** 188/24 188/25
**marshal [2]** 353/23 353/24
**marshals [1]** 363/25
**Marta [4]** 341/9 341/17 341/23 363/9
**master [1]** 267/20
**masters [3]** 297/18 297/20 297/22
**match [1]** 326/5
**matched [2]** 327/9 340/18
**matches [2]** 325/13 340/22
**material [3]** 307/1 307/2 360/16
**matter [8]** 214/6 217/21 243/13 247/19 268/13 346/20 348/24 369/4
**matters [1]** 346/2
**may [62]** 182/8 183/20 185/22 197/7 197/24 200/13 210/14 210/14 239/25 240/16 240/19 240/21 241/1 241/2 251/2 253/18 253/23 255/11 256/4 257/10 258/22 261/2 261/14 263/6 264/7 264/12 264/17 265/12 266/8 267/6 269/25 270/1 270/23 271/18 273/6 273/12 281/18 285/3 286/10 296/2 296/5 304/2 310/20 310/20 310/22 312/3 318/20 318/25 320/13 320/18 320/22 329/24 343/19 345/23 346/3 346/12 346/18 348/3 348/14 348/16 351/17 352/22
**May 1 [2]** 240/16 241/1
**May 7 [2]** 240/19 241/2
**May 7th [1]** 210/14
**maybe [8]** 232/10 234/3 234/3 245/14 311/25 315/13 315/14 316/5
**Mayo [5]** 201/21 201/22 207/7 207/8 207/11
**McAllen [6]** 301/13 301/14 301/16 302/1 302/2 313/15
**me [113]** 174/14 180/5 182/19 183/16 185/3 186/20 187/2 187/24 187/24 188/11 189/9 190/22 191/7 197/2 202/11 202/21 203/11 204/1 204/3 205/25 210/15 212/2 212/10 212/10 212/16 213/2 213/7 213/11 213/11 213/21 214/5 216/22 220/4 222/11 222/12 222/15 223/3 224/20 225/4 225/23 231/6 231/7 234/3 235/23 236/3 238/10 238/18 239/12 241/13 242/19 248/25 251/7 251/9 251/10 251/10 252/21 253/3 254/18 255/2 260/11 260/11 261/3 262/7 262/8 262/8 265/15 267/8 271/21 275/6 278/10 278/15 278/21 278/21 279/15 279/25 279/25 281/1 281/4 281/9 282/10 283/16 283/17 283/18 284/18 285/20 287/14 288/10 288/18 289/8 290/1

**mean [37]** 174/14 175/20 182/1 184/10 201/2 201/17 203/9 205/17 208/1 208/23 209/13 214/15 214/16 223/20 223/25 226/22 231/7 231/12 238/6 247/22 278/5 279/12 282/3 286/18 307/21 310/20 311/10 315/13 316/24 318/2 335/7 337/9 338/7 346/15 348/25 367/22 368/15
**means [6]** 241/8 250/4 350/22 350/25 352/13 352/16
**meant [1]** 355/21
**meantime [1]** 172/25
**Medellin [2]** 189/12 192/3
**meet [23]** 177/15 178/11 195/8 200/12 200/17 202/24 203/3 204/2 206/2 225/6 228/1 233/15 233/25 236/3 277/2 277/4 278/9 284/15 291/2 300/21 300/21 330/23 368/3
**meeting [97]** 173/21 173/24 175/6 175/13 176/2 176/11 189/20 195/6 195/18 196/2 196/16 203/17 203/25 204/7 204/12 204/15 210/18 210/21 211/3 212/8 212/14 212/21 212/23 213/24 214/8 231/14 231/25 235/16 235/18 237/5 237/14 245/15 245/21 245/25 246/3 246/4 246/7 247/2 247/2 247/4 247/13 247/15 248/9 248/9 251/1 251/18 279/19 282/1 282/5 282/7 287/25 288/6 290/20 290/22 291/1 291/6 291/10 291/12 291/15 292/21 292/23 292/24 292/25 293/2 295/8 295/18 295/25 310/10 310/11 319/13 319/15 319/16 319/17 325/15 326/9 326/13 326/19 329/10 330/18 331/8 333/8 334/19 334/25 335/1 335/5 335/8 335/8 342/1 342/5 342/7 342/10 342/15 342/21 342/22 342/23 343/1 343/5
**meetings [19]** 193/15 195/3 237/13 237/16 237/19 237/20 238/8 239/13 247/22 248/10 251/22 260/4 260/16 261/21 289/13 326/8 328/22 329/23 330/4
**meets [1]** 342/18
**MEJIA [15]** 168/6 261/8 264/8 264/25 266/25 268/10 269/2 269/14 270/15 364/10 364/11 364/15 366/14 366/16 366/18
**MEJIA-DUARTE [13]** 168/6 261/8 264/8 264/25 266/25 269/2 270/15 364/10 364/11 364/15 366/14 366/16 366/18
**Melendez [1]** 288/13
**member [3]** 227/2 350/2 350/4
**members [9]** 303/17 310/6 344/6 347/7 350/6 350/7 353/15 364/7 365/2
**memory [3]** 319/20 347/1 359/7
**men [1]** 211/4
**mention [1]** 196/3
**mentioned [14]** 173/17 177/20 180/3 180/10 180/20 181/1 193/23 229/9 229/13 245/18 264/24 299/22 306/21 317/8
**merchandise [8]** 174/9 174/13 176/15

**M**

**merchandise... [5]** 190/6 190/23 196/21
229/18 308/9
**merely [1]** 351/9
**Merida [5]** 274/5 274/6 323/7 328/21
335/6
**mess [1]** 236/11
**message [2]** 236/5 353/23
**messages [2]** 174/9 176/25
**messed [1]** 226/16
**met [55]** 174/7 175/3 175/24 176/17
200/8 200/13 200/18 203/4 203/6 203/7
203/19 203/25 204/13 205/20 217/10
217/14 218/10 219/13 219/13 219/18
219/19 219/21 221/14 221/16 221/21
223/9 223/11 224/2 224/4 224/5 224/6
227/23 228/2 230/3 230/15 232/7 235/9
235/16 237/8 251/22 276/24 276/25
279/10 283/5 283/8 285/24 324/21 328/6
329/2 329/3 330/3 331/2 337/23 340/10
343/8
**methamphetamine [1]** 304/10
**method [1]** 309/3
**methods [3]** 317/23 317/25 323/11
**Mexican [27]** 210/7 211/21 275/9
275/11 285/13 288/18 288/20 299/9
299/21 301/23 311/16 311/20 311/22
312/11 312/22 312/24 313/2 313/23
323/5 323/10 326/25 327/25 328/18
329/20 330/13 334/21 343/23
**Mexicans [4]** 217/15 312/4 312/17
313/8
**Mexico [47]** 201/11 201/12 201/15
201/16 201/20 201/23 207/4 207/6
207/22 211/7 211/24 212/7 213/4 216/5
216/11 216/15 216/16 216/18 216/20
235/4 235/4 236/2 236/2 237/7 248/24
275/4 275/17 294/20 294/22 299/10
301/1 301/15 303/14 304/13 308/4 309/5
311/12 311/24 312/8 313/14 313/20
313/25 315/25 318/12 322/18 330/15
331/4
**Miami [16]** 168/4 168/13 168/17 169/5
169/9 169/12 169/13 172/22 172/24
172/24 296/18 296/24 297/6 302/5 369/8
369/9
**Miami-Dade [1]** 172/22
**MICHAEL [5]** 168/9 187/13 244/16
364/22 366/25
**mid [3]** 200/13 279/7 312/4
**mid-2008 [1]** 279/7
**mid-July [1]** 200/13
**middle [3]** 290/8 330/20 330/22
**might [4]** 311/12 311/17 318/13 348/22
**MILLER [7]** 170/22 296/9 296/10 303/21
304/2 311/5 314/1
**million [11]** 176/23 236/24 236/25
237/2 246/5 281/9 281/9 281/10 282/14
282/15 330/20
**millions [8]** 237/3 237/4 262/6 318/16
322/17 323/21 326/16 330/4
**mind [5]** 239/16 256/22 307/9 353/7
355/12
**minded [1]** 339/1
**mine [3]** 232/17 254/20 283/21
**Minister [1]** 303/14

**minimum [1]** 351/3
**minor [1]** 351/3
**minute [3]** 266/8 337/12 343/19
**minutes [22]** 205/9 228/8 237/9 249/10
255/15 255/16 255/20 268/15 273/15
320/11 320/13 320/20 320/22 321/9
321/10 321/11 321/12 321/13 321/14
321/15 321/17 355/3
**misplaced [1]** 268/7
**misrepresented [1]** 187/7
**missing [3]** 242/5 242/6 256/12
**mistake [1]** 352/14
**mistrust [1]** 177/1
**misunderstanding [1]** 291/4
**misunderstood [1]** 223/24
**mixed [2]** 358/9 362/14
**mixture [6]** 349/9 349/22 350/19 351/16
364/19 366/22
**modified [1]** 257/20
**moisture [1]** 307/3
**moment [12]** 183/20 197/7 233/3
239/25 253/23 267/23 269/25 281/18
285/3 286/10 296/2 318/20
**moments [1]** 224/15
**Mondraco [1]** 325/18
**money [87]** 175/17 175/23 176/7 176/21
181/6 190/17 190/21 190/23 190/24
191/4 191/9 191/10 191/10 191/14
191/18 191/20 191/20 196/21 199/3
207/14 207/16 207/18 207/22 208/9
208/16 208/18 208/21 209/4 209/16
209/17 209/19 209/24 210/1 210/7
214/23 214/23 215/2 216/22 227/17
227/18 235/23 235/24 236/14 236/16
236/18 236/20 236/21 236/22 236/24
237/12 238/25 245/23 246/10 248/21
248/22 249/2 249/3 250/7 262/4 263/2
264/4 273/9 291/23 292/21 292/23
292/24 298/17 300/14 300/19 300/23
301/1 305/1 309/16 312/7 312/15 312/17
313/9 313/10 314/14 314/15 314/23
324/10 326/15 326/16 329/6 330/2
343/10
**Money-wise [1]** 236/24
**moneys [1]** 319/14
**monies [1]** 334/22
**monitoring [1]** 299/9
**Monroe [1]** 172/22
**monster [1]** 225/10
**Montejo [9]** 219/17 274/4 274/6 323/7
328/21 330/12 335/5 342/12 342/15
**month [5]** 194/2 210/20 234/7 244/18
260/19
**months [5]** 225/14 234/7 241/25 251/3
359/5
**MOORE [1]** 168/9
**morally [1]** 290/9
**more [50]** 176/20 193/20 196/16 205/10
208/8 214/9 225/18 234/3 242/5 242/6
249/21 249/24 250/3 250/7 253/2 258/8
258/17 266/8 267/6 307/11 308/10
310/14 311/22 312/7 315/17 316/8
316/12 316/18 317/5 317/5 317/17 323/4
324/7 324/12 330/6 339/18 343/19
345/14 348/6 348/13 348/18 349/9
349/22 349/25 350/13 350/19 351/16

**morning [10]** 172/2 172/19 173/10
173/11 198/12 198/13 228/7 320/5 320/8
367/16
**Morrison [2]** 355/14 355/17
**Mosquera [15]** 179/6 180/3 180/4 180/7
180/8 180/8 180/11 180/12 181/23
182/23 183/1 183/5 183/6 324/25 326/23
**Mosquitia [4]** 217/23 217/24 261/11
327/16
**most [6]** 246/20 314/15 319/11 319/23
324/1 359/8
**mother [2]** 213/12 233/8
**motion [8]** 178/6 178/8 178/9 178/12
319/6 319/9 319/25 321/24
**motors [1]** 307/24
**mountain [1]** 207/3
**mountains [1]** 215/20
**mouth [2]** 225/13 246/14
**move [16]** 207/4 224/17 227/17 227/18
227/18 227/20 255/5 261/4 266/4 267/8
307/16 313/13 317/8 317/15 320/9
323/16
**moved [11]** 172/21 172/25 280/8 300/24
302/7 307/17 324/8 324/23 327/4 328/25
330/14
**moves [2]** 265/13 266/10
**moving [6]** 301/1 313/19 314/2 322/16
322/17 343/24
**Mr [18]** 170/4 170/5 170/6 170/8 170/9
170/10 170/13 170/14 170/15 170/18
170/19 170/20 170/23 248/17 263/19
271/2 321/23 334/21
**Mr. [142]** 178/18 184/3 187/14 188/17
189/3 189/10 189/18 189/19 190/1
192/16 192/22 193/1 193/15 195/22
200/8 202/6 204/19 205/6 205/15 205/25
206/12 213/10 213/16 215/21 219/8
219/10 219/11 223/22 225/7 225/7 225/8
225/9 225/10 225/16 229/20 229/20
235/9 235/19 236/3 236/17 236/19
236/19 236/20 237/11 237/12 237/21
237/22 238/20 238/24 238/24 238/25
239/1 240/7 240/10 241/18 244/1 244/2
245/16 246/5 246/6 246/9 247/5 247/7
247/17 247/24 248/10 248/11 248/14
248/20 249/5 249/6 249/12 249/16 250/4
250/6 251/9 259/2 264/24 267/24 268/10
268/14 269/14 272/17 279/10 279/13
279/17 279/20 279/20 279/21 279/21
279/25 280/2 281/1 281/4 281/7 281/7
281/8 281/9 281/10 281/11 281/21
281/23 281/25 282/11 282/13 285/25
286/2 286/4 287/14 287/18 288/17
289/24 289/25 289/25 290/11 290/11
290/12 290/13 290/16 290/18 290/21
291/2 291/9 291/10 291/14 291/14
291/24 292/6 292/11 293/11 293/12
296/1 327/23 333/1 333/5 333/19 334/18
335/3 335/12 335/12 355/14 355/17
**Mr. Andres [1]** 215/21
**Mr. Attorney [2]** 241/18 247/24
**Mr. Bolantillo [7]** 188/17 189/18 189/19
190/1 192/16 192/22 193/1
**Mr. Carrion [2]** 335/12 335/12
**Mr. Cesar [20]** 219/8 219/11 225/7

**M**

Mr. Cesar... **[17]** 225/9 236/19 237/12 237/22 238/24 238/25 239/1 246/9 248/10 249/6 249/12 250/6 281/7 281/8 281/10 281/11 291/24
Mr. Chele **[2]** 189/3 189/10
Mr. Eduardo **[1]** 205/25
Mr. Gastellum **[21]** 244/2 245/16 246/5 246/6 279/20 279/21 279/25 280/2 281/21 281/23 289/24 289/25 290/11 290/12 290/16 290/18 290/21 291/2 291/9 291/14 335/3
Mr. Gato **[1]** 288/17
Mr. Lozano **[1]** 327/23
Mr. Luisito **[4]** 281/1 281/4 289/25 291/14
Mr. Mejia-Duarte **[1]** 269/14
Mr. Mejia-Duarte's **[1]** 268/10
Mr. Morrison **[2]** 355/14 355/17
Mr. Nadler **[1]** 187/14
Mr. Neftali **[57]** 195/22 200/8 204/19 205/6 205/15 206/12 213/10 213/16 219/10 223/22 225/7 225/8 225/10 225/16 229/20 229/20 235/9 235/19 236/3 236/17 236/19 236/20 237/11 237/21 238/20 238/24 244/1 247/5 247/7 247/17 248/11 248/20 249/5 249/16 250/4 251/9 268/14 272/17 279/10 279/13 279/17 279/20 279/21 281/7 281/9 281/25 282/11 282/13 285/25 286/2 286/4 287/14 287/18 290/11 290/13 291/10 296/1
Mr. or **[1]** 248/14
Mr. Oscar **[1]** 202/6
Mr. Pulgarin **[4]** 178/18 333/1 333/5 333/19
Mr. Pulgarin-Ganan **[2]** 184/3 193/15
Mr. Rodriguez **[8]** 240/7 240/10 259/2 292/6 292/11 293/11 293/12 334/18
Mr. Sergio **[1]** 264/24
Mr. Sergio's **[1]** 267/24
Mrs **[1]** 248/14
Ms **[2]** 355/19 355/19
Ms. **[3]** 172/2 172/19 173/2
Ms. Izaguirre **[1]** 173/2
Ms. Ramos **[1]** 172/19
Ms. Rojas **[1]** 172/2
much **[24]** 176/18 176/21 210/1 225/15 226/15 227/5 227/6 236/18 236/22 247/9 253/6 255/1 258/16 258/17 269/18 286/7 286/7 287/21 294/24 295/3 316/8 324/7 324/12 356/19
multiple **[1]** 327/22
murder **[1]** 211/22
must **[28]** 212/1 212/1 320/4 320/6 323/24 344/7 344/11 344/14 344/15 344/18 344/19 344/20 345/3 345/4 345/17 346/14 346/15 348/6 348/25 349/1 351/21 352/3 352/19 352/23 352/24 353/2 353/4 353/19
my **[86]** 180/8 180/21 180/21 186/13 189/7 191/1 196/14 201/1 202/19 202/20 205/24 205/24 207/12 209/8 209/8 213/11 216/6 216/6 216/7 216/24 218/17 219/15 219/22 225/3 225/5 225/13 231/1 231/10 233/6 233/6 233/8 233/8 235/3

240/13 240/16 242/7 243/17 247/21 247/23 248/17 249/1 249/1 251/22 254/6 254/10 255/2 255/2 256/22 257/22 260/9 262/12 262/19 265/3 284/13 284/18 285/19 287/3 288/19 294/20 297/9 297/9 297/13 297/23 297/23 298/23 299/4 299/17 302/3 302/13 303/6 319/7 319/21 335/17 344/6 344/19 345/23 356/4 367/4 367/5 368/21
myself **[10]** 192/5 194/2 194/11 204/10 219/3 237/8 241/6 241/9 337/12 337/12

**N**

Nadler **[2]** 187/13 187/14
name **[43]** 176/5 180/15 180/16 187/12 195/9 198/7 199/22 202/5 202/14 202/16 202/18 202/22 208/25 219/17 220/21 221/19 221/19 223/19 223/19 227/24 229/6 230/17 238/12 240/7 240/8 240/17 244/16 251/24 254/12 254/23 263/14 269/3 270/3 270/14 275/19 276/23 276/25 277/1 283/2 285/13 286/24 288/12 327/21
named **[20]** 173/18 178/22 181/1 184/24 186/8 188/1 188/3 188/11 193/8 210/18 217/7 220/18 223/6 229/5 230/2 264/8 280/2 325/7 333/9 333/10
names **[7]** 199/22 199/23 199/24 202/2 202/3 203/12 203/13
narcotic **[1]** 343/23
narcotics **[9]** 299/19 301/22 303/22 311/10 322/20 323/11 331/19 342/5 343/22
Narcotraffic **[1]** 211/2
narcotrafficker **[1]** 279/10
narcotraffickers **[1]** 218/6
narcotrafficking **[6]** 179/11 180/14 182/17 182/23 230/23 274/17
narcotraffickings **[1]** 274/19
narrate **[1]** 264/12
nation's **[2]** 209/4 209/16
National **[1]** 298/16
nautical **[1]** 196/20
navigation **[1]** 329/6
NE **[3]** 168/13 168/16 169/4
near **[2]** 288/25 297/1
necessarily **[2]** 222/19 346/20
necessary **[2]** 344/12 355/5
need **[16]** 172/13 234/20 255/23 261/5 261/12 262/8 308/17 311/1 318/6 324/7 336/10 340/12 352/21 356/24 363/25 365/22
needed **[8]** 262/14 283/18 283/21 287/10 329/7 356/2 365/24 367/12
needs **[4]** 255/13 256/1 310/16 368/5
NEFTALI **[274]**
Neftali's **[17]** 182/16 188/23 206/6 206/17 208/24 210/1 212/14 212/22 212/23 215/12 221/13 226/5 226/10 239/7 265/11 282/17 287/8
negotiate **[2]** 216/12 341/8
nephew **[1]** 180/10
networks **[2]** 298/6 311/14
never **[17]** 175/9 175/11 175/24 177/1 186/10 195/23 196/25 197/2 248/12

352/25 357/18
new **[3]** 202/20 209/25 334/24
news **[2]** 304/11 305/21
next **[17]** 196/9 198/1 212/8 215/19 255/14 255/20 263/8 274/3 296/7 299/13 319/2 321/6 354/7 354/7 354/8 354/10 368/1
nickname **[19]** 178/25 180/17 200/5 200/7 202/6 202/8 208/24 219/12 223/18 229/7 254/14 277/14 327/8 327/11 328/3 328/20 329/15 329/21 330/13
nicknames **[10]** 200/2 202/1 202/2 202/10 202/12 276/23 277/10 325/9 328/14 329/15
niece **[1]** 222/5
night **[2]** 211/6 225/12
nine **[1]** 251/2
no **[110]** 168/2 171/2 172/1 172/17 176/9 180/13 180/16 180/18 180/22 182/6 185/19 185/20 185/21 185/24 186/5 186/6 186/23 187/9 187/16 188/9 189/17 190/3 190/12 192/14 192/24 193/6 193/17 196/25 197/19 197/22 216/5 216/25 217/1 232/4 234/5 239/16 240/16 245/14 245/25 246/22 246/24 247/14 248/2 250/2 250/3 250/9 251/9 251/21 254/10 255/7 257/14 260/6 262/2 267/10 268/13 269/3 269/10 269/13 270/5 270/6 271/1 271/16 272/17 272/14 273/11 275/15 276/11 277/11 282/1 287/2 287/24 288/15 289/1 289/4 289/13 289/19 290/10 290/23 291/2 291/11 291/13 291/22 292/18 292/19 293/13 293/22 293/25 294/3 303/24 318/24 320/3 320/16 322/7 333/11 333/14 333/21 336/13 346/12 356/25 357/1 357/16 358/15 358/19 359/24 362/1 363/23 365/3 365/10 367/7 368/20
nobody **[2]** 218/24 266/4
nobody's **[1]** 172/10
None **[1]** 340/9
nonresponsive **[1]** 174/18
NORKIN **[4]** 168/12 170/13 170/15 170/23
normal **[2]** 231/21 264/3
normally **[2]** 268/1 348/11
north **[13]** 308/3 308/4 311/6 314/2 315/3 316/20 316/22 322/16 323/2 323/16 324/8 325/11 327/5
northern **[1]** 314/25
northward **[1]** 306/18
not **[151]** 177/2 180/21 189/6 189/6 195/22 196/9 196/13 196/14 197/22 202/2 205/11 206/12 211/25 213/11 213/11 214/4 214/5 216/8 220/11 222/19 223/2 224/11 224/22 225/15 226/15 226/16 228/4 229/19 230/11 236/4 236/11 240/22 241/6 242/1 242/4 245/10 249/1 249/18 249/25 250/3 250/4 250/8 250/19 251/1 251/21 254/17 257/10 258/12 258/13 258/14 258/16 259/15 269/23 273/2 277/11 277/14 287/16 287/16 290/11 290/12 292/24 295/6 295/15 301/14 304/11 304/12 304/12 306/11 308/13 308/17 309/21 310/10

## N

not... [79]  310/11 310/22 310/24 312/2 313/1 313/8 314/17 323/25 324/1 330/2 332/1 332/19 332/22 333/16 333/18 334/1 334/3 334/17 335/23 335/24 336/5 336/5 336/12 336/13 336/19 336/20 336/22 336/23 337/3 337/10 337/17 337/23 338/24 339/8 339/24 340/1 340/4 340/16 343/13 344/1 344/15 344/19 344/20 344/24 344/25 345/1 345/4 345/16 345/20 346/15 346/20 346/24 348/2 349/13 350/5 350/9 352/2 352/4 352/14 352/21 352/23 354/1 354/7 354/16 355/10 355/14 356/1 356/9 357/3 357/15 357/16 358/3 359/2 359/11 360/2 360/13 366/3 367/10 367/18

note [4]  349/13 355/1 363/24 364/3

nothing [22]  183/22 187/14 192/13 197/23 216/18 216/19 233/11 233/21 240/3 250/12 250/13 262/16 263/4 287/4 290/25 290/25 296/4 318/22 334/24 335/9 335/13 336/3

November [1]  194/23

now [76]  172/4 172/25 175/6 176/17 177/4 183/18 187/24 188/17 188/22 193/8 195/2 203/17 210/10 210/17 214/17 219/12 221/18 222/4 222/5 234/23 238/8 241/19 241/21 242/15 243/3 243/21 244/7 245/13 247/20 248/16 248/16 249/20 251/7 260/1 260/4 268/24 271/25 276/12 280/15 282/17 283/14 284/15 291/23 293/10 294/4 295/18 302/4 302/6 304/10 308/22 312/11 312/18 312/21 315/14 315/16 315/17 321/15 321/19 324/18 325/10 327/21 330/3 331/20 332/18 334/4 334/9 338/25 340/9 341/16 342/3 343/15 344/3 344/6 354/4 355/25 360/1

number [24]  184/21 185/9 185/9 195/2 245/6 261/20 268/25 271/11 271/12 271/14 294/10 302/21 309/10 309/23 312/21 312/21 315/8 341/6 346/19 356/14 358/8 358/19 365/3 365/20

numbers [3]  208/4 210/5 271/9

## O

oath [6]  173/6 186/24 198/5 263/11 274/7 296/11

object [4]  174/17 320/15 350/18 359/9

objection [23]  174/2 181/14 182/6 185/22 186/15 188/7 191/2 196/5 252/8 256/7 256/15 257/23 262/23 266/12 267/10 271/1 292/7 303/23 322/7 357/16 358/15 362/1 362/3

objections [2]  255/7 368/7

obligation [2]  177/20 178/4

obligations [11]  177/10 177/23 177/24 178/11 233/1 233/12 233/23 234/1 234/15 284/10 284/16

observe [1]  347/3

obstruction [1]  339/18

obtain [1]  273/10

obvious [1]  311/4

obviously [5]  302/18 309/7 309/15 317/5 354/16

occasion [4]  189/12 190/4 291/5 351/6

occurred [2]  181/3 342/3

October [4]  244/16 244/19 244/20 260/16

October 7 [1]  244/19

October 7th [1]  244/16

odd [1]  339/16

off [13]  174/16 183/17 187/22 209/5 221/24 221/25 252/22 279/14 310/1 317/11 357/3 364/21 366/24

offense [5]  348/20 349/14 349/15 364/16 366/18

offer [1]  287/19

offered [2]  279/11 357/18

offering [2]  238/19 357/22

office [6]  168/12 168/16 299/14 299/14 301/15 368/3

officer [1]  269/4 326/1 359/25

offices [6]  169/3 300/21 300/22 301/16 302/7 303/16

Official [2]  169/12 369/8

officials [2]  303/9 310/1

oftentimes [3]  306/25 310/10 310/23

oh [2]  335/15 340/12

okay [101]  172/8 172/15 177/6 178/21 179/8 188/15 189/9 189/18 190/25 191/7 192/22 203/15 210/17 212/2 218/21 220/15 220/17 235/16 240/15 240/22 240/25 241/4 241/7 241/14 241/14 241/15 241/19 242/2 242/11 242/19 243/13 243/21 243/24 244/15 246/16 246/16 247/13 247/14 247/18 247/19 247/20 248/7 248/8 248/15 251/5 251/6 251/8 251/9 251/13 251/14 251/14 251/17 253/5 254/8 254/19 257/1 257/15 257/17 258/3 258/4 258/6 258/11 258/19 260/4 261/4 264/22 268/8 270/22 270/25 271/3 271/21 272/19 280/20 290/22 291/14 304/6 306/21 310/12 311/10 313/17 318/3 320/17 321/22 322/9 332/2 332/11 332/16 332/21 333/2 334/1 335/9 335/22 337/13 355/13 357/9 357/12 358/3 358/23 359/15 362/5 368/14

old [4]  184/16 184/19 240/10 240/11

Olios [1]  217/17

omitted [1]  366/3

once [25]  175/23 201/9 211/8 215/10 216/15 216/16 216/18 217/16 219/21 222/21 258/7 265/5 265/9 266/2 304/19 305/9 306/1 306/22 309/7 312/8 312/18 315/11 315/12 316/4 355/10

one [125]  172/8 173/17 176/6 176/8 185/9 189/12 189/21 190/21 194/2 195/10 196/8 202/5 202/21 204/13 204/14 205/23 208/22 209/1 209/2 211/17 211/17 212/17 212/17 213/6 216/1 216/8 216/10 216/21 219/9 221/16 221/21 222/11 223/2 223/11 225/12 227/1 227/22 227/23 228/4 231/23 232/2 233/12 234/21 239/14 242/16 242/20 242/22 244/20 248/4 248/6 248/18 248/19 249/10 249/15 255/13 257/9 265/12 266/8 266/23 267/6 268/4 275/6 277/24 281/12 281/15 286/20 288/3 288/4 288/5 288/24 289/7 289/13 289/20 290/7 290/8 294/21 295/5 295/7 303/2 312/2 314/7 314/12 316/23 325/3 325/3

ones [7]  190/13 217/25 222/19 222/22 309/16 310/24 323/9

ongoing [1]  262/3

only [46]  177/14 181/9 181/22 195/10 196/11 202/6 206/3 212/17 212/17 213/12 213/13 213/15 217/25 227/23 233/5 233/6 238/21 241/16 243/12 256/8 269/17 284/12 286/25 287/2 288/18 289/13 293/1 313/8 320/21 331/20 336/1 336/2 344/14 345/7 345/17 350/11 351/3 351/24 352/10 353/3 353/12 354/17 355/7 355/24 360/8 360/16

onward [1]  306/3

open [8]  179/10 250/10 268/11 268/12 268/13 304/20 305/2 321/3

opened [1]  268/16

operate [1]  299/10

operated [1]  323/3

operation [4]  264/7 264/7 308/20 308/20

operations [2]  308/1 309/12

opinion [6]  255/22 345/22 348/23 349/1 349/2 353/6

opioids [1]  304/10

opportunity [5]  256/4 343/3 347/2 368/6 368/10

opposite [1]  282/13

option [2]  250/11 250/13

oral [1]  347/9

order [8]  215/2 239/19 265/4 268/12 284/13 292/8 307/16 360/22

orders [1]  222/25

organization [10]  178/20 179/3 200/21 208/6 218/24 225/8 229/16 317/1 327/2 330/10

organizations [8]  310/7 311/16 311/21 313/6 313/7 313/12 315/20 323/15

original [1]  229/6

originally [4]  172/23 240/13 256/10 331/2

OSCAR [5]  173/5 202/6 202/6 328/13 329/3

Osvaldo [1]  176/5

other [99]  175/24 176/9 178/19 179/16 183/18 193/21 196/25 208/5 213/7 213/17 214/19 216/9 217/5 221/21 222/17 224/23 224/23 224/24 224/24 227/11 229/4 229/25 230/21 231/11 231/12 231/25 232/4 232/7 235/5 237/13 237/16 237/19 237/20 238/9 242/9 242/13 247/19 249/3 250/2 253/3 258/14 262/25 282/11 283/16 285/10 288/3 288/5 288/9 290/4 293/4 293/17 293/23 294/1 298/21 301/1 302/15 304/9 305/11 306/8 308/9 308/15 322/21 322/22 322/24 325/1 326/24 331/5 331/11 332/13 334/3 335/5 335/6 335/18 335/19 338/14 339/22 340/3 341/11 341/14

**O**

**other... [20]** 342/5 343/17 343/17 347/5 347/6 348/18 348/20 348/21 349/1 349/7 350/1 350/3 350/25 352/24 353/3 354/2 355/15 359/3 360/21 367/21

**others [5]** 216/8 256/19 310/23 348/7 353/8

**Otto [1]** 220/24

**our [14]** 172/22 228/7 292/20 299/14 300/10 300/12 300/13 300/14 300/21 300/25 301/13 303/15 315/16 366/2

**ourselves [1]** 266/3

**out [43]** 202/5 207/22 212/4 212/5 212/17 213/24 214/8 215/10 217/20 221/3 221/25 222/24 233/9 246/14 249/15 251/21 259/25 265/22 266/24 270/11 272/9 281/8 282/12 283/19 305/15 307/19 308/24 309/9 310/2 310/5 312/14 313/10 334/14 340/12 344/20 350/10 355/1 356/23 361/17 365/2 365/17 367/13 368/16

**outcome [2]** 347/1 356/15

**outside [5]** 232/3 349/12 349/24 350/23 351/16

**Ovaldino [1]** 230/18

**over [31]** 173/4 182/4 190/22 191/7 192/8 192/20 194/13 205/25 207/23 231/1 245/23 251/5 265/8 277/6 277/21 289/14 290/18 296/22 301/12 301/22 307/10 309/1 311/21 312/12 312/17 324/23 325/8 329/1 330/20 353/9 355/21

**Overruled [7]** 174/3 181/15 186/18 188/8 191/3 196/6 262/24

**overweight [1]** 329/13

**overwhelming [3]** 304/16 324/16 331/15

**overwhelmingly [1]** 314/24

**owe [2]** 235/23 239/22

**owed [34]** 235/23 235/25 236/14 236/25 237/2 237/11 238/24 239/19 246/9 248/21 248/22 249/3 249/3 249/6 249/7 249/10 249/16 249/17 262/4 262/5 262/13 278/14 281/8 281/10 281/25 282/13 282/15 291/23 291/23 292/21 292/24 319/14 334/22 334/23

**owing [1]** 249/16

**own [15]** 181/10 197/2 197/3 256/18 327/7 345/14 345/24 346/1 347/21 347/22 347/24 353/6 355/12 358/7 359/7

**owner [3]** 216/12 216/13 288/17

**P**

**P.A [1]** 169/7

**p.m [8]** 195/11 247/8 355/16 362/9 363/21 364/2 367/15 368/12

**Pacific [1]** 308/3

**pack [1]** 307/14

**package [1]** 325/21

**packaged [2]** 306/20 307/17

**packaging [1]** 326/6

**PADRON [2]** 169/7 169/7

**page [5]** 170/2 254/2 256/9 259/4 259/5

**Pages [1]** 168/7

**paid [30]** 177/3 190/24 191/8 191/18 191/20 191/24 207/14 207/16 209/20

209/24 214/24 214/4 216/24 216/24 262/13 262/19 273/9 276/6 288/20 294/24 295/3 310/20 310/21 317/18 317/21 320/6 323/21 326/16 335/6

**pair [1]** 254/15

**Panama [19]** 180/2 201/7 201/8 204/23 205/4 214/23 214/25 215/5 215/16 225/2 236/20 236/21 246/19 283/17 283/19 325/5 326/20 328/1 331/3

**pants [1]** 200/10

**paper [2]** 254/6 260/10

**papers [1]** 202/21

**paragraph [1]** 259/5

**paragraph 9 [1]** 259/5

**paramilitary [1]** 304/24

**Paredes [5]** 219/22 225/4 240/13 240/17 280/7

**Paredes-Cordova [1]** 240/17

**parents [1]** 233/8

**Parker [2]** 364/22 366/25

**part [28]** 183/14 206/20 206/20 207/18 221/22 244/15 244/25 245/1 261/19 263/25 266/15 268/24 284/15 294/25 295/3 298/2 298/15 313/13 315/23 324/4 324/15 331/18 337/22 346/19 351/3 364/18 365/10 366/21

**partial [1]** 347/8

**participate [3]** 210/17 210/21 264/6

**participated [1]** 211/3

**participation [1]** 180/21

**particular [6]** 181/1 258/18 301/3 304/10 346/20 346/24

**particularly [4]** 308/2 311/8 312/8 347/15

**parties [3]** 358/15 361/20 362/16

**parting [1]** 365/6

**partner [3]** 201/1 326/9 350/3

**partners [5]** 215/1 243/17 322/20 324/24 337/25

**partnership [3]** 236/17 313/5 350/2

**parts [2]** 300/20 322/25

**party [1]** 178/9

**Paso [3]** 299/4 299/5 299/11

**passed [1]** 330/22

**passenger [1]** 318/10

**past [5]** 188/20 193/2 258/7 308/10 309/2

**paste [1]** 257/21

**patient [1]** 366/5

**Patron [1]** 200/18

**pattern [2]** 256/12 256/13

**Pause [5]** 240/2 357/7 361/14 366/7 pay [11] 235/20 237/25 239/19 262/17 288/14 290/14 309/24 313/15 313/17 317/9 317/11

**paying [3]** 248/25 309/25 310/25

**payment [6]** 190/8 190/15 196/12 207/18 207/21 311/16

**payments [4]** 190/9 191/9 318/12 318/13

**peak [1]** 315/18

**Pedro [21]** 174/8 175/14 189/23 189/24 190/1 190/5 195/6 195/8 199/8 204/25 212/7 215/18 218/12 218/22 221/23 229/21 245/24 247/8 247/12 262/17 343/9

**Pena [24]** 181/10 181/11 181/12 181/13 181/20 181/22 182/1 182/16 182/21 182/24 183/8 183/9 230/2 230/3 230/4 230/5 230/7 230/8 230/9 231/13 325/8 328/8 329/11 330/7

**pending [5]** 241/19 241/21 245/12 262/4 265/2

**penthouse [1]** 192/1

**people [67]** 181/6 196/10 202/4 213/5 219/7 220/12 225/5 230/20 232/9 242/5 242/6 242/9 242/13 245/6 294/1 302/25 307/12 309/10 309/21 309/23 309/24 310/25 311/2 317/9 317/10 317/11 318/4 322/19 322/21 322/25 323/2 323/5 324/3 324/15 326/24 327/25 330/19 331/5 331/9 331/11 331/16 333/23 334/3 335/11 335/22 335/24 335/24 335/25 337/22 337/23 337/25 338/4 338/10 338/15 338/24 339/15 339/19 340/1 340/7 340/11 341/11 341/14 343/16 343/21 350/5 350/13 351/9

**Pepe [1]** 222/5

**per [4]** 210/4 295/5 295/6 295/7

**percent [7]** 284/12 304/17 310/21 311/17 311/25 311/25 312/1

**percentage [1]** 226/12

**Perez [24]** 179/7 179/15 179/15 179/17 179/24 180/7 181/23 182/2 182/11 182/12 182/16 182/20 182/22 182/24 182/25 183/7 183/15 183/16 324/25 329/6 326/21 326/22 342/1 342/10

**Perez's [2]** 181/10 181/20

**perform [2]** 274/21 365/18

**performance [2]** 303/5 303/6

**Perhaps [1]** 273/9

**period [13]** 176/21 312/23 315/8 316/1 316/17 325/13 337/5 338/10 338/12 342/17 358/2 361/22 365/25

**perjury [1]** 339/18

**permit [1]** 271/22

**permits [1]** 271/8

**person [38]** 185/13 185/17 188/11 188/22 189/20 199/13 204/4 206/2 206/4 209/3 210/25 212/5 220/11 220/12 220/13 226/11 249/3 270/19 271/25 272/9 275/8 276/15 288/20 288/20 289/23 290/3 292/6 327/15 341/2 341/4 346/7 348/10 348/20 348/22 351/11 352/19 352/21 352/21

**person's [1]** 269/3

**personal [4]** 189/20 346/25 355/12 365/17

**personally [9]** 173/21 175/3 185/10 189/12 326/22 328/7 328/9 329/15 330/3

**persons [4]** 268/5 332/13 349/7 349/25

**pertinent [1]** 362/22

**Peru [1]** 304/8

**pesos [1]** 216/24

**pest [1]** 368/15

**Ph.D [4]** 297/23 297/23 298/9 298/25

**phone [24]** 185/9 185/20 186/5 186/11 192/20 192/23 192/23 196/17 197/6 212/17 217/24 252/3 277/5 277/6 277/21 278/21 289/14 327/1 333/14 334/8 356/1 365/22 365/23 367/10

**phones [10]** 218/3 218/7 218/9 252/1 252/12 252/13 253/2 253/4 327/1 335/15

**photographs [1]** 326/2

**photos [1]** 305/22

**physical [1]** 309/22

**physically [2]** 191/10 310/24

**pick [3]** 199/2 205/7 205/16

**picture [4]** 266/15 271/14 337/7 337/7

**pictured [1]** 265/21

**pictures [4]** 265/13 326/4 327/6 341/23

**Pierce [1]** 172/23

**pilot [6]** 282/23 282/25 327/4 331/7 337/9 339/24

**pilot's [1]** 283/2

**pilots [6]** 211/13 211/16 211/23 211/25 227/19 227/22

**piso [1]** 313/11

**pistol [2]** 231/22 268/16 268/19 340/20

**place [26]** 173/2 195/6 205/1 205/9 211/9 211/11 239/13 240/20 264/17 265/8 272/3 272/16 281/23 282/5 282/7 282/9 286/5 291/1 294/5 294/14 305/6 343/14 349/12 349/24 350/23 351/15

**placed [1]** 218/22

**places [1]** 287/17

**Plaintiff [2]** 168/4 168/12

**plan [11]** 350/6 350/8 350/10 350/14 350/17 350/18 351/3 351/5 351/5 364/17 366/20

**plane [15]** 211/9 213/4 213/5 221/6 221/8 226/15 227/4 227/7 227/7 227/9 227/9 227/13 227/14 250/5 317/3

**planes [14]** 217/22 224/17 224/18 224/21 225/24 226/2 226/3 226/6 226/7 226/8 226/20 261/10 261/16 327/17

**planned [1]** 343/2

**plant [2]** 304/14 305/1

**plants [4]** 304/25 305/3 305/7 305/8

**plastic [5]** 306/23 306/23 306/24 325/22 325/22

**platform [1]** 206/18

**play [3]** 311/6 326/3 355/1

**played [1]** 351/3

**plea [28]** 177/5 177/7 177/11 177/24 178/4 178/11 232/24 233/2 233/4 233/12 233/23 253/15 254/3 254/11 259/4 259/8 260/9 260/12 284/8 284/11 284/16 293/15 338/21 338/22 339/3 348/8 348/9 348/11

**plead [2]** 198/19 274/16

**pleaded [1]** 348/19

**pleasant [2]** 273/16 367/24

**please [28]** 178/1 185/25 194/18 197/12 199/12 199/18 229/2 241/13 246/1 249/1 251/5 251/14 258/21 264/13 264/22 265/1 265/25 276/15 276/19 294/8 353/22 358/9 362/13 364/7 364/25 365/3 367/2 367/10

**pleased [1]** 196/14

**pleasure [1]** 223/13

**pled [10]** 177/7 194/23 198/17 216/21 232/21 233/3 253/16 274/13 284/7 339/11

**point [11]** 199/12 230/9 276/15 279/3 301/4 310/25 317/16 317/16 323/17

**pointing [1]** 294/17

**points [1]** 306/2

**police [7]** 264/3 265/4 265/5 266/4 266/4 269/4 326/1

**political [2]** 297/24 298/12

**poll [2]** 364/25 367/2

**polled [2]** 365/4 367/3

**pool [1]** 172/24

**popularity [1]** 336/22

**population [2]** 314/8 314/10

**pork [1]** 219/24

**port [8]** 206/13 310/1 310/2 317/12 341/23 358/10 362/14 363/9

**portion [5]** 260/22 265/15 265/16 322/12 362/23

**portions [1]** 347/16

**portly [1]** 330/16

**Portuguese [3]** 298/17 298/19 298/22

**Posadas [1]** 270/17

**Posados [1]** 272/10

**position [4]** 295/24 301/13 302/4 302/5

**possess [2]** 269/8 269/12

**possession [2]** 240/20 269/5

**possibility [2]** 348/10 359/22

**possible [5]** 226/17 345/6 353/25 356/10 368/16

**post [1]** 298/5

**post-conflict [1]** 298/5

**pounds [2]** 307/10 307/10

**pour [1]** 305/16

**powder [1]** 305/24

**powered [1]** 307/23

**practically [1]** 235/18

**preceded [1]** 360/18

**precursor [3]** 305/4 305/7 305/12

**predominant [2]** 309/3 314/8

**prefer [2]** 320/4 320/7

**prejudice [1]** 344/16

**preparation [3]** 260/5 347/22 368/2

**prepared [1]** 353/17

**preparing [1]** 219/24

**present [12]** 180/13 204/8 204/13 210/22 210/23 229/19 239/12 290/22 291/12 351/8 366/8 368/5

**presented [4]** 323/14 338/8 338/14 344/15

**presentence [2]** 368/2 368/6

**President [1]** 303/19

**press [1]** 305/17

**pressed [3]** 306/8 306/16 306/17

**presumes [1]** 344/23

**pretty [1]** 320/10

**previously [2]** 175/1 235/19

**price [3]** 315/5 316/20 323/16

**prices [5]** 315/22 315/25 316/10 316/14 316/15

**primarily [1]** 304/8

**primary [2]** 310/1 347/24

**principal [7]** 297/3 299/8 299/17 300/25 304/22 309/6 310/10

**principally [2]** 311/11 312/14

**prior [7]** 211/6 236/12 315/16 315/17 358/12 361/21 362/19

**prison [7]** 187/18 187/22 193/20 194/21 194/24 339/13 339/25

**probably [4]** 198/17 245/6 253/9 305/20 307/12 329/14 337/21 337/24 355/9 356/7 359/8 362/2

**probation [1]** 368/3

**probative [1]** 319/22

**problem [18]** 172/20 188/5 214/3 247/14 250/10 254/5 255/3 257/2 257/3 257/6 257/14 269/23 290/7 328/10 328/11 328/11 357/21 359/9

**problems [4]** 214/6 237/16 237/17 268/6

**proceed [1]** 172/7

**proceedings [4]** 273/18 321/6 368/1 369/4

**proceeds [1]** 317/24

**process [1]** 305/7

**produce [2]** 304/15 344/25

**produced [6]** 304/7 304/8 304/11 304/12 304/12 304/13

**producing [1]** 315/17

**product [6]** 306/14 306/15 311/16 313/8 314/14 314/20

**production [5]** 315/15 315/21 315/21 316/9 316/12

**profitable [3]** 311/21 312/16 316/8

**program [3]** 296/24 298/2 298/16

**programs [1]** 299/19

**progressed [2]** 308/17 308/18

**progression [1]** 301/4

**projector [2]** 267/7 325/25

**promoted [3]** 300/13 302/3 302/7

**promptly [1]** 353/24

**proof [8]** 321/8 333/16 345/5 345/7 345/12 345/12 346/10 351/10

**proper [1]** 348/11

**properties [8]** 191/5 191/12 191/13 191/16 191/23 192/6 215/22 262/17

**property [10]** 191/24 192/1 205/6 205/8 205/12 205/15 266/7 285/19 287/3 288/19

**proposal [1]** 252/17

**proposed [4]** 287/13 287/13 287/14 335/19

**proposing [1]** 237/21

**prosecutor [10]** 178/6 186/20 187/10 192/15 244/16 244/24 245/14 249/20 271/15 358/21

**prosecutor's [1]** 187/12

**prosecutors [3]** 177/15 233/16 244/11

**protected [2]** 304/21 304/24

**prove [8]** 344/24 345/3 345/6 346/11 350/5 350/9 350/9 352/9 352/10

**proved [6]** 185/3 185/4 185/6 344/11 345/15 350/12

**proven [1]** 233/7

**provide [2]** 348/12 359/3

**provided [2]** 303/8 303/18

**provides [1]** 348/9

**proving [1]** 337/16

**provision [1]** 259/5

**publish [3]** 258/22 364/6 366/12

**PULGARIN [14]** 173/5 178/18 184/3 193/15 328/13 329/3 333/1 333/5 333/19 333/21 334/4 334/6 343/7 343/7

**PULGARIN-GANAN [1]** 173/5

**pulled [1]** 308/14

punishment [2]  352/3 352/5
purchase [5]  190/23 216/23 275/22 305/3 314/11
purchased [7]  191/12 218/8 218/9 219/7 275/6 306/11 306/12
purchasing [1]  236/21
pure [1]  306/13
purport [1]  347/11
purpose [7]  221/4 221/8 347/14 350/16 351/4 351/12 352/18
purposefully [1]  352/17
purposes [3]  203/13 322/12 350/2
pushed [4]  312/14 313/3 313/21 334/18
put [18]  191/14 191/14 192/23 215/2 215/11 231/23 256/23 267/6 268/17 271/2 272/25 294/16 306/1 307/11 307/15 310/18 318/9 354/10
puts [1]  257/25
putting [2]  236/20 257/7

**Q**

quantities [3]  226/25 227/11 363/1
quarter [1]  298/18
question [40]  174/18 174/19 174/20 174/23 178/1 186/12 186/13 189/7 190/21 191/1 239/16 247/21 247/23 249/1 249/1 261/24 292/9 353/23 354/17 358/7 358/8 358/14 358/19 358/24 359/1 360/2 360/3 360/22 362/6 362/13 362/17 362/18 362/20 362/22 362/25 363/7 363/10 363/14 365/3 367/14
questions [26]  177/4 178/18 188/5 195/2 213/21 213/22 213/23 217/4 229/24 232/19 253/11 253/23 261/20 270/6 273/11 280/18 284/5 293/10 294/4 294/11 304/4 318/24 346/22 347/4 362/10 367/21
quetzals [1]  216/24
quick [1]  308/1
quickly [1]  307/24
Quiroz [2]  270/16 272/10
quite [4]  209/24 209/24 216/17 229/20
quits [1]  355/10

**R**

Ramos [2]  172/19 355/19
ranch [20]  205/16 205/19 206/6 206/10 206/17 219/23 247/11 275/12 275/15 276/3 281/16 281/21 281/23 286/14 294/6 294/18 294/20 330/22 331/1 331/8
range [4]  315/7 315/15 315/23 315/25
ranges [1]  315/5
rather [2]  236/19 362/10
reach [2]  346/4 353/5
reached [4]  213/8 354/9 363/24 364/3
reaches [1]  207/23
reaction [1]  211/22
read [17]  220/8 256/20 260/22 260/25 261/3 321/15 354/22 358/22 359/7 361/15 361/16 361/18 362/4 362/7 362/21 362/23 368/6
Readback [1]  363/19
reading [3]  261/13 354/20 362/1
reads [1]  257/9
ready [5]  211/9 222/13 256/2 258/6

real [3]  273/1 345/9 353/11
really [20]  172/11 195/9 205/23 208/25 214/3 214/24 216/9 237/15 269/17 269/18 277/14 287/2 307/11 309/2 311/9 311/9 319/20 324/1 324/14 336/22
reason [14]  242/2 242/3 255/17 256/17 268/2 304/25 314/12 338/14 339/2 340/1 345/10 346/24 348/14 356/11
reasonable [13]  319/24 336/15 336/18 336/19 337/17 344/13 345/3 345/8 345/9 345/12 345/16 350/12 352/11
reasonably [1]  352/12
reasoning [1]  346/3
reasons [2]  311/4 316/22
rebuttal [3]  320/3 320/14 321/12
recall [10]  237/1 249/22 319/13 319/16 357/22 359/4 359/18 361/5 363/13 363/15
receive [21]  174/9 190/6 190/15 199/2 211/10 211/18 224/21 226/9 226/19 227/4 237/25 250/4 261/16 285/21 286/1 297/15 298/13 303/5 311/17 317/24 323/3
received [20]  171/2 190/13 191/9 191/10 196/13 211/6 212/12 224/18 226/14 226/20 227/1 255/9 264/14 266/13 267/12 297/22 298/15 298/25 347/10 366/11
receiving [9]  175/8 179/19 179/22 226/11 229/17 298/8 313/4 313/24 314/15
recess [5]  228/7 228/10 255/25 273/18 358/6
recesses [1]  365/12
recognize [5]  254/4 254/9 254/11 276/13 322/11
recognized [1]  303/25
recollection [5]  270/16 346/1 358/21 359/22 360/23
recommend [2]  234/16 284/18
recommendation [3]  234/20 284/22 285/1
recommends [1]  285/5
record [13]  198/8 199/18 199/20 263/15 276/19 276/21 321/23 322/6 333/8 357/8 358/4 361/15 362/2
recording [7]  257/11 337/8 343/22 347/15 347/24 348/3 354/24
recordings [4]  327/7 347/10 354/25 355/2
Redirect [12]  170/6 170/10 170/15 170/20 193/12 193/13 253/7 253/9 272/22 272/23 293/7 293/8
reduce [2]  333/3 339/15
reduced [1]  178/16
reduction [4]  178/13 284/13 284/18 284/19
reexamine [1]  353/6
refer [5]  223/22 224/7 305/24 332/8 349/3
referred [2]  200/3 277/1
reflect [4]  199/19 276/20 321/23 360/18
reflects [3]  199/20 276/21 347/19
refresh [1]  270/16
regard [1]  190/18

regarding [13]  173/19 180/24 181/19 207/24 229/25 230/22 235/20 237/17 269/5 281/8 295/18 302/10
region [3]  214/2 218/1 275/25
regions [1]  304/13
registered [7]  269/2 269/3 269/9 270/4 270/10 270/13 270/19
regular [3]  218/2 221/11 323/4
related [9]  180/9 181/5 188/24 207/21 236/12 238/2 246/17 246/21 299/9
relating [2]  297/4 300/18
relation [1]  347/23
relations [1]  297/21
relative [1]  213/9
relevant [2]  259/11 360/24
religion [1]  339/1
rely [8]  257/10 345/13 348/2 349/2 358/20 359/7 359/22 360/22
remain [1]  367/5
remainder [1]  365/25
remained [1]  261/9
remarkably [2]  322/23 331/10
remarks [2]  365/6 367/4
remember [53]  173/15 173/19 180/24 186/2 187/2 187/5 187/5 187/7 187/10 187/15 187/17 187/21 187/22 188/1 192/17 194/17 194/22 195/4 195/9 195/16 210/3 214/3 214/4 221/18 225/3 227/8 231/16 235/3 235/7 235/12 237/15 237/16 244/5 244/17 244/21 247/21 248/2 253/13 260/17 260/22 261/1 261/4 261/22 271/11 294/7 294/12 295/1 295/10 335/7 339/24 341/2 353/11 363/10
remove [1]  305/17
removed [3]  245/9 261/8 323/18
renewed [1]  321/24
repeat [11]  178/1 185/25 187/19 189/9 191/12 194/11 194/18 197/12 203/1 252/23 281/3
repeating [1]  337/12
rephrase [1]  224/20
replace [1]  355/19
report [6]  172/13 319/18 368/2 368/4 368/6 368/7
REPORTED [1]  169/11
reporter [6]  169/12 361/2 361/12 362/21 362/24 369/8
reports [1]  303/18
represent [1]  222/18
representative [2]  310/16 310/17
representatives [6]  173/14 173/17 227/3 310/13 311/2 311/24
representing [1]  238/16
represents [1]  354/11
republic [3]  319/15 319/18 326/13
requested [1]  362/23
required [8]  175/23 177/15 177/18 178/12 233/25 284/22 298/1 300/7
Reschedule [1]  368/18
resell [1]  305/2
reside [1]  179/17
residence [2]  172/3 270/4
residences [1]  172/21
resident [2]  174/2 172/21
resolve [4]  329/24 330/23 342/14 359/6

**R**

**resolved [3]**  291/17 328/11 342/16
**respect [7]**  248/14 248/19 347/25
362/20 364/17 366/20 368/11
**respectful [2]**  223/22 248/18
**respond [2]**  174/25 353/24
**response [1]**  358/13
**responsibility [3]**  215/12 215/16 299/8
**responsible [8]**  215/14 290/5 290/9
309/19 309/25 320/12 334/2 351/19
**rest [2]**  319/19 322/2
**restaurant [4]**  195/9 196/3 329/4 343/9
**resting [2]**  320/1 320/2
**restrain [1]**  266/21
**restroom [1]**  255/23
**rests [1]**  319/3
**result [1]**  290/19
**results [1]**  291/5
**resumed [1]**  173/5
**retail [1]**  318/5
**retire [2]**  239/20 355/15
**retired [2]**  240/14 355/16
**retreat [2]**  272/15 272/16
**return [5]**  172/11 314/21 331/20 344/3
353/21
**rewarding [1]**  367/7
**Reynosa [2]**  301/15 313/15
**rid [1]**  183/17
**rifle [5]**  267/4 267/18 267/21 273/3
340/20
**rifle-type [1]**  267/4
**right [170]**  173/22 183/5 183/21 184/6
184/14 184/21 184/24 186/11 186/25
188/12 188/15 188/18 188/20 188/24
189/1 189/1 189/24 193/3 194/13 197/4
197/8 204/4 204/5 207/2 209/13 211/24
213/25 216/10 220/1 222/25 224/10
225/4 232/15 232/22 233/13 234/17
235/15 236/15 236/22 239/9 240/1
241/11 241/19 242/9 242/11 242/13
242/17 242/20 242/22 243/1 243/8
243/11 243/16 243/19 245/3 245/6
245/25 246/14 247/6 247/21 248/6
248/20 249/7 249/20 250/8 250/9 250/12
250/15 250/19 251/24 252/1 252/4
252/12 252/19 253/2 253/16 253/19
253/25 255/12 256/22 257/15 258/1
258/3 259/17 259/19 260/2 260/13
261/15 262/3 262/6 262/22 267/4 270/19
271/19 272/1 274/15 275/13 276/2 276/5
277/20 278/7 278/24 279/2 279/23
279/23 280/5 281/19 282/6 283/11
283/13 284/9 285/17 286/6 286/11
286/15 287/20 288/2 288/8 288/22 289/9
289/10 289/20 289/21 289/24 290/12
291/7 291/12 291/16 291/19 291/20
291/25 292/3 292/4 292/12 292/13
292/14 292/15 292/16 293/19 294/13
294/13 294/15 294/23 295/2 295/6
295/11 295/14 295/20 295/21 295/23
296/3 307/10 309/8 310/23 313/14
314/13 314/22 316/3 316/15 318/3
318/21 320/17 320/24 322/3 357/2 357/3
357/3 358/5 358/18 362/5
**right-hand [3]**  204/4 204/5 220/1
**rinds [1]**  219/24

rip [1]  260/10
**rise [1]**  364/7
**risk [4]**  316/23 316/24 316/25 317/5
**Roatan [3]**  218/12 251/18 335/19
**robust [1]**  317/8
**Rodriguez [26]**  198/3 198/4 198/9
202/17 240/7 240/8 240/10 254/13
254/24 259/2 280/9 280/10 280/12
280/13 292/6 292/11 293/11 293/12
323/7 327/10 327/19 329/12 330/16
334/9 334/18 342/20
**Rojas [1]**  172/2
**role [15]**  179/3 180/12 180/21 199/1
201/4 201/14 202/24 212/14 220/5
223/10 226/5 226/10 299/17 310/1 311/6
**roles [2]**  309/21 310/14
**Ronald [19]**  217/7 217/9 217/10 217/13
217/14 217/18 217/19 218/4 218/8
218/11 251/25 252/20 325/14 326/10
326/12 326/18 341/11 342/4 360/10
**room [4]**  172/11 344/9 353/14 353/18
**route [11]**  307/4 308/3 310/21 311/1
315/1 325/5 326/20 328/1 331/3 331/6
363/2
**routes [5]**  309/8 313/22 329/6 330/6
331/12
**routinely [1]**  268/4
**RPR [2]**  169/11 369/7
**rubberized [1]**  307/1
**rule [5]**  319/7 319/9 319/12 319/21
352/22
**rules [2]**  344/7 348/12
**run [3]**  225/6 266/6 266/18
**running [1]**  343/23
**rural [1]**  298/12

**S**

**safe [9]**  267/23 268/9 268/11 268/12
268/13 268/16 268/22 367/12 367/24
**safer [1]**  172/7
**safety [1]**  355/12
**said [94]**  172/23 175/10 177/1 179/21
182/11 185/11 185/15 187/25 188/17
189/12 190/8 191/9 191/16 196/24
200/25 212/2 212/18 212/19 216/23
217/16 217/18 218/17 218/20 218/21
218/22 220/10 222/2 222/4 223/17
225/13 235/25 237/24 238/5 239/20
242/15 242/15 242/19 243/14 243/21
245/8 245/8 245/13 245/14 245/18 246/8
246/13 247/15 247/18 249/2 249/3 249/7
249/8 251/14 251/18 252/3 252/7 252/15
252/17 252/19 252/20 268/12 271/25
279/16 282/1 286/3 287/16 289/22
289/23 291/2 304/22 315/2 321/8 325/12
325/15 328/9 329/21 333/8 333/22
333/22 334/18 334/21 335/1 335/5 335/7
335/15 336/22 340/14 345/17 345/21
345/24 355/24 359/3 361/25 363/14
**sale [1]**  179/10
**Salguero [13]**  223/6 223/8 223/9 223/17
223/19 224/7 231/7 277/9 277/10 277/12
277/16 277/17 277/21
**salt [1]**  335/14
**Salvador [1]**  183/11

**same [22]**  176/21 214/2 220/11 227/13
240/15 267/22 271/9 289/22 292/15
295/15 305/10 306/15 306/19 325/13
326/11 326/19 328/23 330/1 340/15
342/21 365/13 367/5
**San [21]**  174/7 175/13 189/23 189/24
190/1 190/4 195/6 195/8 204/25 212/7
215/18 218/11 218/22 221/23 229/21
245/24 247/7 247/12 262/17 297/10
343/9
**Sanchez [1]**  202/17
**Santa [4]**  341/9 341/17 341/23 363/9
**sat [1]**  249/13
**satellite [16]**  197/5 217/20 217/24 218/3
218/6 218/7 252/1 252/3 252/12 252/13
252/13 252/14 252/16 253/2 327/1
335/15
**satisfy [1]**  262/22
**saw [34]**  176/10 176/13 185/12 185/15
189/13 189/16 190/1 202/4 218/11
219/13 221/24 221/25 222/2 230/11
232/4 232/4 232/17 232/18 235/2 235/12
235/13 239/13 263/1 266/18 266/20
268/9 322/16 322/17 322/18 326/4 327/6
329/14 341/1 341/23
**say [89]**  174/14 175/20 175/23 176/20
182/1 182/24 184/13 184/20 184/23
186/10 186/21 190/13 190/14 193/16
195/25 196/7 201/2 201/17 202/5 203/9
203/11 203/11 203/13 205/12 205/17
205/22 208/1 208/23 209/8 209/11
209/13 211/25 213/13 214/15 215/24
216/1 219/19 219/25 220/10 221/2
223/20 223/23 226/22 234/10 238/6
238/13 238/18 239/4 245/10 252/5
254/10 260/5 261/2 261/5 262/14 262/15
269/16 269/17 269/18 275/20 278/1
279/12 299/22 301/18 309/9 311/17
313/14 315/11 332/11 333/7 334/10
334/11 336/1 336/11 336/12 336/14
337/15 337/18 338/1 338/25 345/16
345/16 345/20 346/14 346/17 361/17
361/24 364/22 366/25
**saying [17]**  175/1 176/8 191/8 192/25
213/1 220/12 223/24 223/25 238/20
246/11 249/5 249/21 250/8 266/18
267/18 270/21 290/19
**says [10]**  212/10 213/2 233/4 251/19
254/13 254/13 254/18 254/24 254/25
339/3
**scale [1]**  309/12
**scene [1]**  351/8
**scenes [1]**  323/19
**scheduled [1]**  368/16
**scheme [1]**  317/8
**school [1]**  272/7
**SCHUSTER [7]**  168/15 170/4 170/6
170/8 170/10 170/18 170/20
**science [1]**  297/25
**scientific [1]**  348/21
**screen [3]**  268/17 272/25 294/16
**sea [2]**  215/17 225/19
**search [1]**  267/1
**seat [4]**  173/2 173/7 358/7 364/24
**second [24]**  176/8 176/9 196/17 206/2

**S**

second... [20] 206/3 218/10 265/12
273/1 316/23 317/7 325/12 325/14
341/20 343/1 343/5 350/16 359/19 359/18
359/22 360/9 360/9 360/2 362/7 362/18
secondary [1] 347/14
secondhand [1] 229/23
secret [1] 352/25
Section [1] 349/20
Security [1] 298/16
see [69] 175/7 175/14 176/1 185/17
189/16 190/2 192/20 198/14 199/9
199/17 206/2 207/24 212/3 220/25
232/14 232/18 234/25 238/13 238/14
247/19 248/1 248/5 254/5 254/10 254/15
254/16 254/18 254/21 259/13 261/12
265/15 268/19 270/10 271/5 271/10
271/14 271/17 272/1 274/13 275/19
276/12 279/19 283/25 284/4 284/13
288/25 290/17 305/21 305/22 306/19
308/5 309/4 316/7 318/10 319/4 323/15
326/4 327/13 327/17 327/20 331/9
337/15 338/23 340/3 352/7 355/18
357/23 357/24 360/23
seeing [3] 194/4 225/10 325/6
seek [1] 353/12
seem [1] 347/1
seems [2] 211/13 267/15
seen [9] 203/23 206/3 220/11 220/13
220/15 221/23 328/5 339/21 364/3
sees [1] 211/8
seized [9] 325/24 358/10 360/19 362/14
363/4 363/5 363/8 363/8 363/15
seizure [8] 325/20 326/2 326/7 341/22
358/16 359/4 359/11 359/13
seizures [2] 305/21 306/19
seldom [1] 209/25
select [1] 172/22
selected [1] 355/17
self [1] 339/5
self-interested [1] 339/5
sell [7] 201/14 201/16 216/13 218/23
274/24 275/1 278/10
seller [2] 310/16 310/18
sellers [1] 211/21
selling [3] 219/1 253/4 312/19
sells [2] 252/1 335/15
semi [1] 308/12
semi-submersibles [1] 308/12
send [12] 179/17 199/2 214/23 252/18
257/22 310/12 310/13 311/24 314/14
354/21 354/23 360/12
senders [1] 211/7
sending [7] 225/11 226/5 312/15
313/24 328/17 336/17 357/17
senior [1] 303/11
sense [3] 236/11 345/10 346/4
sent [19] 187/17 187/22 194/15 194/21
194/24 205/16 207/12 220/24 220/25
236/5 325/11 325/18 325/23 341/7
341/16 341/20 363/3 363/5 363/16
sentence [17] 178/13 178/15 187/8
234/3 234/11 257/9 259/12 284/14
284/18 284/20 285/6 285/7 333/2 333/4
339/16 348/10 368/11
sentenced [17] 187/3 187/21 194/16
242/8 253/12 259/16 276/10 292/2
339/13 339/14 339/15
sentencing [6] 187/17 241/23 259/9
368/7 368/9 368/12
separate [2] 295/15 349/18
September [11] 194/2 194/12 210/10
210/12 210/17 229/21 244/20 244/22
250/18 250/23 259/23
September 11 [1] 250/23
SERGIO [16] 168/6 261/8 264/8 264/24
265/7 266/25 269/2 270/14 354/6 354/14
364/9 364/11 364/15 366/13 366/16
366/18
Sergio's [1] 267/24
serial [5] 268/25 271/9 271/11 271/12
271/14
serious [1] 324/2
Serrano [30] 200/19 200/20 200/23
204/4 205/14 212/6 214/22 215/1 215/2
217/15 219/8 226/4 229/6 229/7 235/4
236/16 236/19 237/1 237/10 238/25
238/25 239/1 239/15 239/20 241/2 241/3
243/18 248/24 250/6 250/20
Serrano's [2] 224/19 237/18
serve [2] 172/9 356/5
served [1] 299/15
service [6] 172/14 303/3 365/5 365/7
365/21 367/6
SESSION [2] 229/1 274/1
set [9] 212/8 310/20 320/22 321/16
321/16 321/17 327/1 368/12 368/16
settle [1] 249/9 282/2
settled [3] 249/11 249/13 249/14
settlement [1] 249/18
settling [1] 319/14
SeveN [1] 340/19
several [4] 191/23 219/7 253/11 294/4
shades [1] 200/10
shared [1] 350/14
she [16] 172/20 172/21 172/23 172/23
172/24 172/25 172/25 222/5 268/11
268/12 268/12 268/14 346/8 347/3
356/22 361/25
ship [1] 307/15
shipment [17] 204/20 204/21 227/5
227/5 307/5 307/6 314/2 314/2 358/9
358/12 360/19 362/13 362/19 363/2
363/5 363/5 363/7
shipments [18] 204/15 226/5 226/9
226/18 226/24 358/12 359/3 359/11
360/9 360/12 360/14 360/15 360/18
361/21 361/22 362/19 363/3 363/4
shipped [2] 305/10 306/18
shipping [1] 308/8
shirt [3] 199/16 200/9 276/18
shook [1] 249/12
short [3] 255/25 320/25 337/5
shortly [5] 194/9 206/8 280/19 280/21
330/21
shorts [1] 200/9
shotgun [1] 231/21
should [12] 257/10 257/12 337/23
345/23 346/16 348/1 348/2 348/4 348/17
351/19 365/14 367/7
shouldn't [2] 345/21 346/5
showed [3] 192/16 271/15 357/13
showing [8] 259/2 260/11 265/16 266/8
267/14 275/14 288/6 289/2
shown [1] 357/15
shows [1] 305/21
side [11] 205/11 225/7 231/17 232/16
267/22 299/24 301/7 308/3 320/11
336/24 336/24
sidebar [1] 319/4 319/5
sides [1] 368/22
sight [1] 255/4
sign [4] 177/7 284/7 353/20 354/19
signature [1] 254/10
signatures [1] 254/4
signed [2] 242/11 253/15
significant [1] 302/19
similar [3] 232/17 322/23 331/10
simple [4] 308/7 318/1 336/20 336/21
simpler [1] 257/5
simply [1] 351/8 353/9
Sinaloa [1] 326/17
since [19] 174/10 179/24 193/4 193/5
197/15 214/1 232/11 236/2 238/24
241/25 246/18 259/21 259/22 259/23
259/25 263/1 278/15 283/3 322/21
single [3] 272/6 314/10 344/20
single-family [1] 272/6
sir [242]
sit [3] 251/7 306/3 337/11
sitting [2] 199/15 276/12
situation [3] 248/20 248/22 249/2
six [7] 322/19 322/21 324/3 331/9
331/16 343/16 343/21
size [2] 305/6 305/20
small [2] 305/19 365/10
smaller [6] 258/17 308/7 308/23 308/23
318/6 318/17
smoothed [2] 213/24 214/8
sneering [1] 248/12
so [196] 172/2 172/6 172/11 173/1
173/3 176/10 176/12 183/2 184/16
185/11 188/3 188/11 188/24 191/18
191/20 191/24 192/9 192/11 192/13
192/25 194/4 199/20 202/4 202/5 203/14
204/2 206/3 206/12 208/18 211/12 212/6
212/10 212/16 213/24 213/24 214/11
219/25 221/6 222/24 223/22 224/9
225/12 225/16 235/10 237/3 239/6
239/23 240/7 240/15 240/22 241/4 242/7
243/19 246/16 246/21 246/24 247/2
247/8 247/10 247/21 248/2 248/20
249/14 249/17 249/20 250/2 250/8
250/19 251/1 251/21 253/2 255/17
256/20 257/4 259/10 260/21 261/19
264/3 264/10 265/3 265/25 266/18
267/20 268/5 268/8 268/14 271/23 273/5
276/21 281/9 281/11 281/13 284/24
285/2 287/8 287/25 288/20 289/20
290/14 290/16 294/21 295/15 295/24
296/25 297/23 299/24 302/7 302/21
302/24 303/25 304/18 305/1 305/9
305/23 306/1 306/13 306/14 306/18
307/10 307/25 308/1 308/4 308/12

**S**

**so... [73]** 308/15 308/20 309/2 309/19 309/23 310/17 310/20 311/16 311/21 312/11 312/17 312/19 313/3 313/4 313/13 313/18 314/8 314/11 314/14 314/23 316/7 317/4 317/16 318/9 321/4 321/12 321/14 321/15 321/15 321/19 324/5 324/11 331/9 334/3 334/22 337/8 337/9 337/18 338/14 339/12 339/25 345/4 345/12 345/16 345/16 348/16 350/9 351/20 353/4 354/3 354/20 355/21 355/22 355/25 356/14 356/19 356/22 358/3 358/8 358/23 359/15 359/19 359/21 360/16 360/21 362/6 362/12 364/22 365/5 365/14 366/5 366/25 367/18

**sold [12]** 207/6 207/8 252/3 252/3 252/5 252/12 252/13 252/14 253/2 274/23 275/4 275/20

**sole [5]** 354/5 364/10 364/16 366/15 366/19

**solution [1]** 257/3

**some [64]** 172/3 177/4 178/18 190/6 201/19 208/4 211/6 217/4 217/4 217/15 220/25 227/22 229/4 229/24 230/9 232/19 235/19 237/12 244/24 250/10 255/4 262/17 264/4 272/6 272/12 278/14 280/18 284/5 287/11 287/11 289/23 293/10 302/25 304/4 305/12 306/8 306/9 307/15 308/15 310/14 315/20 323/9 323/17 324/18 327/6 333/25 334/7 334/22 335/4 339/16 340/8 340/8 340/18 340/22 343/17 348/6 348/8 350/13 350/23 351/12 356/18 359/5 365/6 365/19

**somebody [8]** 212/3 212/13 220/10 220/10 232/9 232/10 232/16 288/12

**someone [18]** 180/17 197/1 197/3 220/12 249/2 261/25 264/8 268/2 269/9 270/4 273/5 278/13 280/1 290/5 310/12 325/7 338/7 339/25

**something [39]** 187/2 192/16 193/3 198/17 198/24 212/1 212/1 221/12 233/9 241/13 245/18 251/7 256/16 261/2 261/5 267/25 268/6 270/24 272/7 273/6 274/14 289/9 289/23 290/10 306/12 306/12 308/7 317/3 317/3 332/1 333/24 334/23 335/23 340/12 341/13 341/15 341/24 352/17 352/20

**sometime [3]** 246/21 328/11 361/22

**sometimes [2]** 216/17 322/22

**somewhere [2]** 191/15 279/17

**soon [4]** 191/4 197/10 249/12 256/2

**sophisticated [1]** 308/10

**sorry [15]** 174/16 179/19 182/11 194/4 209/5 215/6 218/14 224/4 229/11 279/14 281/3 316/14 331/25 341/6 367/4

**sort [2]** 272/6 289/23

**source [8]** 264/15 264/23 265/6 265/10 283/12 301/6 312/18 323/1

**sources [6]** 300/23 302/15 302/21 302/24 331/12 365/20

**south [10]** 301/2 311/23 313/3 313/14 318/8 318/13 322/17 326/16 327/5 330/23

**SOUTHERN [1]** 168/1

Southwest [1] 299/8

**Spanish [8]** 256/15 256/18 298/23 300/4 300/5 300/7 347/9 347/16

**Spanish-language [1]** 256/18

**speak [11]** 185/20 186/4 262/8 268/14 269/24 280/21 280/24 286/4 289/11 298/21 353/16

**speakers [3]** 347/12 347/17 347/20

**speaking [3]** 339/7 312/22 315/9

**speaks [1]** 337/3

**special [2]** 297/3 348/22

**specialist [1]** 309/20

**specialized [1]** 348/21

**specific [13]** 197/17 197/20 247/24 268/2 293/20 325/5 337/15 344/12 349/16 351/25 352/2 352/22 359/3

**specifically [11]** 175/6 186/7 196/16 225/23 239/8 304/21 328/18 331/18 347/18 360/8 360/14

**specify [1]** 351/22

**speed [1]** 307/23

**split [1]** 320/11

**spoil [1]** 307/4

**spoke [14]** 175/3 180/23 186/10 194/12 195/22 202/23 203/23 224/15 238/18 239/8 262/11 277/5 289/14 334/7

**spoken [9]** 196/11 196/21 220/15 257/11 282/11 322/21 343/16 347/16 348/3

**spread [1]** 297/1

**stand [3]** 193/19 260/8 293/15

**standing [2]** 215/24 265/21

**start [10]** 175/19 184/16 187/24 225/7 235/5 240/23 320/4 320/7 322/14 355/3

**started [21]** 175/2 184/16 184/20 196/22 205/21 225/10 225/25 242/24 244/8 244/10 248/25 293/2 311/22 312/4 312/9 312/24 313/4 313/6 313/20 340/7 360/15

**starting [3]** 266/18 333/6 360/11

**starts [1]** 235/8

**state [6]** 198/7 263/14 297/1 297/9 297/24 348/23

**stated [1]** 262/16

**statement [5]** 244/15 260/25 261/3 269/21 348/14

**statements [3]** 233/6 245/2 260/23

**STATES [64]** 168/1 168/3 168/10 168/12 168/16 198/2 201/13 207/13 217/1 217/3 218/20 241/25 250/23 259/7 259/10 259/21 260/20 265/3 268/1 269/23 274/4 275/5 275/7 296/8 300/24 301/1 303/15 304/12 304/17 304/23 309/14 311/13 311/18 312/9 312/12 312/13 312/12 312/19 313/25 314/5 314/7 314/10 314/22 316/4 317/19 317/20 317/22 318/11 318/17 318/19 324/9 324/13 334/11 349/11 349/20 349/24 350/21 350/23 350/24 351/15 364/9 364/21 366/13 366/23

**station [1]** 265/4

**stationed [3]** 298/23 299/16 323/8

**status [1]** 356/16

**stay [4]** 230/24 234/21 355/14 357/2

**staying [1]** 357/5

**steal [2]** 317/2 333/16

stealing [1] 299/3

**step [7]** 197/24 263/6 273/12 296/5 318/25 321/6 368/1

**steps [1]** 265/22

**still [15]** 173/6 174/1 175/15 195/15 210/11 221/22 235/19 242/5 260/2 262/4 285/6 295/22 323/19 329/7 335/17

**stipulate [1]** 361/21

**stolen [2]** 211/14 211/15

**stop [2]** 174/14 338/13

**stopped [1]** 242/24

**store [3]** 288/21 288/23 335/6

**stories [4]** 230/12 322/23 331/10 340/14

**story [3]** 265/25 267/20 268/8

**straightforward [1]** 320/10

**strategic [2]** 299/20 299/22

**strategies [1]** 235/5

**street [3]** 168/13 168/16 337/24

**strictly [1]** 186/8

**strike [1]** 348/15

**strip [6]** 211/9 221/9 227/2 227/3 227/10 227/13

**strips [14]** 220/25 221/2 221/2 221/3 221/4 224/22 224/23 224/24 226/7 226/8 226/16 227/15 237/24 238/2

**strong [1]** 263/3

**structure [1]** 208/5

**studies [2]** 297/24 298/12

**study [1]** 298/17

**studying [1]** 298/17

**stuff [3]** 212/13 332/17 341/9

**style [1]** 354/3

**subfield [1]** 297/24

**submarine [1]** 309/22

**submarines [2]** 308/11 308/18

**submersed [1]** 308/13

**submersible [1]** 308/18

**submersibles [1]** 308/12

**submit [1]** 178/6

**subsection [1]** 258/17

**subsequently [1]** 300/13

**substance [13]** 332/15 349/9 349/10 349/22 350/19 350/22 350/23 351/1 351/16 351/19 351/21 364/19 366/22

**substantial [2]** 365/16 367/8

**substantive [1]** 349/14

**substitutes [1]** 257/21

**succeeded [1]** 350/10

**successful [2]** 363/15 363/18

**such [11]** 255/3 268/16 304/9 305/5 305/12 309/8 311/11 317/13 346/8 348/9 349/23

**sudden [1]** 218/17

**sufficient [1]** 351/6

**suggest [3]** 336/9 346/21 355/7

**suggesting [1]** 237/21

**suggests [1]** 267/25

**Suite [4]** 169/4 169/8 169/12 369/8

**Sula [19]** 174/8 175/14 189/23 189/24 190/1 195/6 195/8 199/8 204/25 212/7 215/18 218/12 218/22 221/23 229/21 245/24 247/12 262/18 343/9

**sulphuric [1]** 305/5

**summary [3]** 332/10 349/5 359/10

**summoned [2]** 356/3 366/1

## S

**Sunday [1]** 264/14
**supervising [1]** 302/18
**supervisor [1]** 301/12
**supplier [1]** 304/22
**suppliers [5]** 310/11 324/24 326/22 328/3 330/25
**supply [5]** 239/5 315/21 316/16 323/1 331/12
**supplying [1]** 330/9
**support [3]** 299/18 365/16 367/9
**supporting [1]** 312/6
**supposed [3]** 177/13 233/15 323/20
**supposedly [8]** 201/13 204/1 204/3 204/22 211/5 238/4 238/5 242/5
**supposing [1]** 195/23
**supposition [1]** 333/16
**sure [10]** 256/6 258/5 300/18 310/4 315/7 323/9 323/20 339/6 356/4 357/11
**surrendered [6]** 197/11 197/14 234/9 259/18 259/22 340/8
**surrounds [1]** 266/7
**suspected [1]** 211/15
**Sustained [1]** 252/10
**swallowing [1]** 307/13
**sweater [1]** 199/16
**switch [1]** 234/23
**Switching [1]** 224/15
**sworn [4]** 198/5 263/11 274/7 296/11
**sympathy [1]** 344/16
**systems [1]** 298/12

## T

**table [2]** 214/6 273/10
**tactic [1]** 265/5
**take [53]** 192/7 192/23 192/24 205/1 205/16 206/16 206/19 207/18 208/21 212/3 215/17 215/17 222/5 223/12 223/13 228/7 239/13 240/20 247/3 249/9 254/20 255/19 255/24 256/4 260/8 260/10 282/5 286/5 287/19 291/1 293/15 294/21 305/1 305/3 309/8 311/12 311/13 318/2 320/21 320/25 321/9 321/9 321/19 322/15 325/18 331/6 331/18 335/14 337/23 353/18 356/22 356/24 361/13
**taken [5]** 215/10 215/11 215/21 273/18 306/2
**takes [5]** 257/15 257/25 308/21 309/9 317/15
**taking [8]** 174/1 222/1 239/15 294/24 295/3 311/12 357/3 365/17
**talk [32]** 189/18 190/15 203/18 203/21 208/5 212/16 238/14 238/14 247/13 247/20 251/5 251/14 251/15 256/4 269/14 283/16 289/2 289/25 291/10 292/17 323/23 329/7 333/10 333/14 333/20 334/12 340/12 340/18 340/23 340/25 341/13 356/9
**talked [60]** 172/6 195/24 204/19 222/15 222/19 290/16 319/13 319/17 319/18 323/11 324/6 324/20 324/24 324/25 325/2 325/4 325/5 325/7 325/8 325/10 325/11 325/16 325/20 325/20 326/8 326/17 326/19 326/20 326/21 326/23 326/24 327/10 327/22 327/23 327/25 328/10 328/18 328/19 328/19 328/22

329/24 329/25 329/6 329/14 329/17 329/23 330/7 330/9 330/13 330/17 330/21 333/23 339/20 341/5 342/13 342/20 343/1 343/7 343/21 362/12
**talking [43]** 173/12 176/4 176/13 184/7 184/18 185/9 186/3 190/19 190/20 190/22 192/20 192/22 196/9 203/14 205/21 220/12 224/22 225/5 236/8 236/18 236/22 238/16 242/25 246/16 262/10 266/16 278/2 289/20 303/9 305/25 307/10 307/21 309/20 314/18 317/11 323/1 327/7 327/18 340/7 343/22 353/25 360/2 360/3
**talks [2]** 333/19 338/23
**taller [1]** 221/21
**tap [1]** 218/17
**tape [3]** 347/10 347/15 347/23
**targeting [1]** 312/24
**tasks [1]** 223/15
**taught [3]** 298/10 298/12 325/21
**tax [1]** 313/12
**taxing [1]** 313/18
**taxpayers [1]** 355/22
**teach [2]** 298/8 298/11
**teacher [1]** 338/2
**team [1]** 266/1
**technical [1]** 348/21
**technology [4]** 217/19 217/21 218/5 218/8
**Tegucigalpa [3]** 218/23 247/12 264/20
**tell [57]** 177/14 186/23 186/24 186/25 187/14 193/19 205/21 205/25 210/20 210/21 212/16 213/2 213/13 213/14 214/13 220/14 222/11 226/24 233/5 233/11 247/18 247/25 251/11 261/3 264/10 269/4 283/17 284/12 285/23 289/5 290/14 315/5 321/1 331/10 332/1 332/3 332/5 332/7 332/7 332/25 333/4 333/7 333/24 334/10 335/23 336/1 336/7 338/16 339/2 339/7 346/24 354/1 356/16 358/20 359/7 360/21 361/1
**telling [16]** 213/21 256/19 265/25 332/2 332/22 338/15 340/4 340/5 340/17 342/6 342/9 342/15 343/1 346/23 355/10 359/10
**tells [2]** 212/10 333/5
**ten [11]** 218/9 228/8 237/9 247/25 249/10 255/16 308/10 309/2 309/2 312/3 332/17
**tend [1]** 346/11
**tender [1]** 303/21
**term [2]** 248/1 350/25
**terms [3]** 308/22 312/23 367/5
**territories [1]** 313/6
**territory [2]** 313/10 325/8
**test [1]** 363/2
**testified [28]** 197/20 198/6 231/14 252/9 253/15 259/18 263/12 274/8 292/5 292/6 296/12 325/15 328/21 331/16 333/20 335/12 335/13 335/13 339/9 340/25 341/14 347/3 359/2 359/23 359/25 360/10 360/12 360/14
**testify [10]** 177/18 233/10 233/20 242/9 242/13 338/3 339/23 345/1 345/1 360/13
**testifying [5]** 197/21 338/8 339/19 349/18 348/17

testimony [26] 197/20 197/22 294/1 339/21 345/18 346/7 346/17 347/5 347/6 347/21 348/6 348/9 348/17 348/18 349/1 358/22 359/10 360/24 360/24 361/4 361/6 361/7 361/17 361/18 362/22 365/12 365/20
**Texas [8]** 297/10 297/19 299/5 301/6 301/13 301/14 301/17 313/14
**than [25]** 187/8 221/21 253/2 258/18 268/1 306/13 307/11 312/8 315/17 316/18 324/7 324/12 338/9 338/11 348/7 348/10 348/18 350/25 351/20 356/7 359/23 362/11 364/21 365/9 366/24
**thank [21]** 197/24 203/16 220/17 247/1 253/6 254/18 255/1 263/5 272/21 273/12 293/6 296/5 322/13 331/23 337/18 344/5 356/19 357/6 365/7 365/17 365/21 368/23 368/24
**thanks [1]** 366/2
**that [1125]**
**that's [176]** 173/1 175/18 181/23 182/3 193/11 194/13 198/21 211/19 212/21 214/25 215/25 215/25 218/10 220/16 222/6 229/22 231/23 232/24 233/12 234/2 234/13 235/9 238/4 238/4 239/4 245/13 245/22 248/5 248/6 251/9 251/18 252/19 253/5 255/2 257/25 258/18 259/15 259/17 260/12 262/16 265/7 269/8 271/23 272/20 274/15 275/13 276/1 276/2 276/5 276/7 277/1 277/20 278/4 278/7 278/24 279/2 279/13 279/23 279/23 280/5 280/9 280/14 280/17 282/6 283/9 283/11 283/13 284/2 284/9 285/17 286/6 286/15 287/9 287/20 288/2 288/8 288/22 289/21 291/7 291/16 291/20 292/4 292/12 292/14 292/16 293/6 293/19 294/13 294/13 294/15 294/23 295/2 295/6 295/11 295/14 295/21 295/23 297/7 300/4 300/8 301/8 301/25 302/9 302/22 303/11 304/3 304/14 304/22 305/18 305/23 305/24 305/24 306/13 306/14 306/18 306/19 307/1 307/11 309/1 309/2 310/1 312/16 314/12 314/24 314/24 314/25 315/4 315/24 316/19 317/21 319/21 319/22 321/12 322/18 329/7 332/18 333/3 333/16 333/16 333/16 333/17 333/22 334/1 334/3 334/5 334/13 334/24 335/10 336/9 336/9 337/10 337/18 338/5 338/8 338/19 339/16 339/19 339/25 340/1 340/3 340/3 340/13 340/15 341/25 342/2 342/7 342/11 342/24 343/11 354/23 355/8 355/23 358/18 361/17 361/25 365/10
**theft [2]** 211/22 212/15
**their [25]** 182/4 183/17 211/22 216/8 256/18 306/6 310/1 310/7 311/24 317/24 318/4 322/23 324/4 324/10 325/4 329/1 331/10 337/23 339/8 339/16 340/14 348/8 358/21 359/7 360/23
**them [73]** 172/12 180/9 180/21 181/24 181/25 188/14 188/15 200/10 201/24 215/13 215/14 217/15 218/21 218/23 218/23 222/20 223/13 225/20 226/3 230/13 230/15 233/10 243/9 243/25 249/3 266/20 266/21 266/23 266/24 271/2 271/10 275/1 279/18 281/12

**them... [39]** 281/15 289/25 290/3 290/6 293/4 305/3 307/22 311/21 313/17 318/2 321/1 324/8 325/24 328/6 330/20 331/17 332/6 333/3 337/24 338/3 339/7 339/8 339/11 340/9 341/12 347/4 357/11 357/16 357/17 357/18 357/23 357/23 357/24 358/20 360/11 361/1 361/2 361/16 361/19

**themselves [2]** 266/23 311/3

**then [121]** 179/24 180/14 189/3 194/9 196/9 196/21 206/23 207/4 208/3 208/9 209/9 209/20 209/21 212/8 212/14 213/8 214/13 215/6 215/7 215/12 215/17 216/1 216/3 216/4 216/21 217/1 217/19 218/10 222/22 222/24 226/16 226/18 232/18 232/18 236/5 236/6 237/9 237/16 239/5 241/2 241/8 242/16 242/24 247/19 249/20 250/3 250/8 251/7 251/22 255/21 256/1 258/8 261/3 261/4 261/20 262/18 265/3 265/20 266/2 267/1 267/22 268/10 275/5 278/15 280/9 283/23 286/5 287/21 290/19 291/5 295/8 297/23 298/25 301/5 301/6 301/7 301/9 302/2 305/3 305/13 305/19 306/1 306/3 306/12 306/24 308/18 309/5 309/25 311/18 312/5 312/16 313/25 315/19 317/13 318/7 321/11 321/21 323/4 323/10 324/25 325/22 325/25 326/12 326/18 329/12 334/5 336/17 336/20 338/17 353/20 354/6 354/7 354/12 354/14 354/16 354/19 355/5 356/12 363/3 363/4 363/5

**theory [1]** 333/16

**there [186]** 172/3 172/20 175/17 182/6 186/3 189/16 190/8 191/7 192/6 195/11 196/8 196/25 199/15 200/14 204/9 204/9 204/14 205/15 205/20 206/6 206/8 206/22 207/3 207/24 207/25 208/18 209/1 212/21 213/3 213/17 214/12 216/11 217/16 217/17 217/18 217/18 217/19 218/9 218/19 218/25 219/2 220/24 221/7 222/12 222/21 224/16 225/1 225/2 225/14 226/12 227/3 230/10 231/1 231/6 231/17 231/25 232/2 232/4 232/5 232/9 232/9 232/16 233/6 235/25 236/1 237/2 237/15 237/16 237/17 239/11 239/12 239/14 239/17 240/20 243/10 244/5 245/3 245/11 245/15 246/4 246/18 247/5 247/8 248/11 248/12 249/5 250/9 251/22 252/17 254/12 254/18 256/10 256/15 256/23 257/8 258/1 262/4 262/18 263/3 264/6 265/9 265/22 267/15 267/16 267/22 268/2 268/19 270/21 270/21 272/1 272/10 272/17 273/7 273/8 276/17 279/3 279/17 279/19 282/21 283/20 284/2 287/22 288/25 289/22 289/23 290/10 291/21 292/5 297/18 299/6 299/12 301/10 301/24 304/25 305/4 305/10 306/25 309/23 309/23 312/3 312/25 314/8 315/7 315/8 315/14 315/15 316/12 316/15 317/4 317/9 317/9 317/10 317/16 318/6 318/12 318/14 319/11 319/12 319/14 322/25 324/2 324/22 327/17 327/20 328/2 329/4 329/5 330/5 330/25 334/19 338/20 339/4 340/3 342/22 343/5 346/12 354/6 357/3 357/13

**there's [5]** 257/4 309/7 358/15 359/6 359/11

**thereafter [1]** 206/8

**therefrom [1]** 319/25

**thereof [3]** 349/12 349/24 351/16

**Thereupon [12]** 172/18 228/9 256/3 258/20 273/17 274/2 322/4 322/10 362/8 363/20 364/1 367/25

**these [71]** 172/9 176/22 184/4 209/22 211/4 211/16 213/23 222/13 225/21 226/5 227/15 230/20 236/14 238/2 238/8 238/17 238/22 239/3 239/9 239/13 249/5 254/21 256/12 259/5 266/20 269/14 271/8 271/9 271/21 271/25 272/25 286/3 298/7 304/13 304/20 305/2 305/6 305/12 305/16 306/5 306/16 308/6 308/12 308/19 309/12 310/3 310/17 311/2 313/11 317/12 319/14 323/15 324/1 324/15 326/4 330/19 331/16 333/23 335/10 337/24 338/10 338/24 339/19 340/1 340/7 340/11 344/8 360/12 360/14 360/18 368/1

**they [275]**

**they're [1]** 312/2

**thief [1]** 220/11

**thing [30]** 181/9 191/5 196/11 205/23 206/1 238/24 243/17 247/7 253/3 256/8 288/3 288/4 288/5 290/10 295/16 319/17 331/25 332/7 332/19 334/5 336/2 336/2 340/5 340/6 355/7 356/7 359/8 360/21 361/20 366/3

**things [22]** 172/9 178/9 184/4 184/4 196/20 223/1 225/16 230/12 233/22 242/7 250/5 312/22 315/8 325/10 332/5 334/10 335/14 337/21 340/17 341/6 343/25 347/3

**think [42]** 172/7 214/12 218/15 218/19 241/8 245/14 245/18 255/15 256/22 257/3 257/4 257/5 257/7 258/9 258/17 262/25 278/8 285/2 294/2 299/25 306/9 311/11 319/11 320/9 333/6 336/10 337/9 353/8 355/9 356/14 357/19 357/24 358/21 359/24 360/4 360/6 360/12 361/8 362/1 365/10 365/13 365/14

**thinking [2]** 213/19 359/21

**third [2]** 325/23 350/18

**this [213]**

**those [51]** 175/22 179/19 199/24 207/24 214/21 215/7 219/9 221/4 221/15 222/9 224/24 226/24 227/22 227/22 230/12 233/22 236/12 237/19 237/20 244/25 244/25 245/2 253/4 268/21 275/3 285/21 286/1 286/13 287/16 295/15 300/22 302/18 308/1 309/5 309/16 318/7 325/19 325/21 325/23 337/15 338/4 338/18 338/22 342/6 343/25 347/16 350/6 357/14 359/3 359/10 363/16

**though [2]** 273/7 273/8

**thought [5]** 219/19 248/21 356/7 362/10 365/10

**thousand [1]** 314/19

**thousands [3]** 322/16 324/6 324/22

**threat [1]** 341/1

**threaten [1]** 341/3

**threats [1]** 341/9

**three [18]** 199/23 199/24 204/9 214/12 221/24 221/25 222/3 225/14 227/11 237/15 247/4 247/4 247/15 248/4 248/6 299/12 319/11 359/6

**through [31]** 173/13 176/18 179/15 197/5 200/18 207/23 215/20 215/20 224/3 225/15 231/23 239/7 262/9 281/15 283/5 283/8 289/15 295/19 302/17 313/13 313/19 313/21 314/3 324/18 325/5 325/12 325/13 330/22 331/3 342/13 366/9

**throughout [12]** 180/2 184/21 185/11 194/25 220/3 297/1 300/24 313/16 313/20 317/12 331/25 340/15

**throw [1]** 308/7

**time [109]** 172/9 172/10 174/7 176/21 179/23 181/7 181/24 182/19 182/21 182/21 184/23 185/12 187/10 193/23 194/25 195/22 196/8 197/5 197/15 199/6 200/8 203/24 204/3 204/6 204/11 204/12 205/5 205/24 206/2 206/3 210/11 213/17 218/10 219/14 220/3 222/15 224/7 224/16 225/1 225/2 225/14 230/21 231/4 234/16 235/2 235/13 235/25 242/15 243/25 246/23 247/9 247/17 247/24 248/23 251/2 255/3 259/21 264/6 265/2 266/3 267/6 269/22 279/3 281/24 289/13 289/22 295/22 302/3 308/21 311/21 312/23 313/16 313/22 315/8 316/17 320/11 320/12 324/23 325/13 328/11 329/2 329/2 331/7 332/2 334/20 335/17 337/5 337/13 339/18 340/16 341/12 341/13 341/14 342/17 343/9 343/15 343/20 353/22 354/2 355/10 355/25 358/2 364/4 365/8 365/11 365/17 365/25 366/11 368/9

**times [8]** 218/9 222/25 224/23 224/24 232/7 318/10 337/15 362/25

**title [2]** 299/6 349/20

**today [6]** 184/9 184/11 197/18 199/9 355/5 365/14

**toes [1]** 223/1

**together [22]** 179/14 181/24 205/5 237/9 239/10 239/11 262/11 265/3 265/4 265/4 279/22 285/16 293/5 309/11 310/18 318/7 324/23 329/1 329/1 338/13 338/17 340/21

**told [35]** 183/16 191/8 193/16 194/9 208/11 222/2 231/6 231/7 260/5 262/7 262/7 268/13 269/22 278/10 279/19 279/25 279/25 281/9 283/19 285/24 289/9 290/21 291/8 291/9 291/14 291/15 291/19 322/14 322/23 325/17 328/2 334/13 335/4 341/12 341/14

**tomorrow [10]** 213/3 355/5 356/1 365/23 367/10 367/15 367/15 367/17 367/19 367/23

**ton [2]** 312/3 314/18

**tonight [3]** 355/8 356/1 367/10

**tons [4]** 176/20 308/19 329/1 335/7

**too [8]** 172/16 200/22 201/13 225/15 243/10 312/16 356/7 358/1

**took [21]** 186/24 191/20 191/20 192/11 195/6 208/16 208/16 208/22 212/13 248/2 255/2 281/23 282/7 282/9 294/5

took... [6] 294/14 301/12 312/12 312/17 326/2 327/6
top [8] 200/10 259/5 265/15 265/16 265/22 297/6 308/8 339/17
topic [1] 184/10
topics [2] 196/7 196/9
Toro [5] 178/25 179/6 179/8 179/9 179/12
total [2] 295/6 361/10
touch [4] 196/9 238/10 310/22 356/14
towards [2] 266/19 266/20
trade [1] 299/21
trades [1] 224/12
traffic [1] 225/21
trafficker [5] 181/12 220/13 246/9 246/12 275/11
traffickers [18] 178/19 201/23 217/5 217/5 229/5 230/1 285/10 299/19 307/18 311/22 312/11 313/1 313/4 317/18 317/21 317/23 323/11 343/24
trafficking [68] 180/12 182/14 182/15 190/18 191/17 191/17 195/24 196/7 198/20 198/23 198/25 199/1 199/7 199/10 202/24 203/22 206/15 220/1 220/6 220/9 220/22 222/8 222/10 223/10 225/22 229/16 229/17 229/23 230/7 230/20 230/22 235/20 237/6 238/3 242/3 261/10 261/25 262/20 262/22 263/1 276/13 277/19 278/23 279/22 283/6 283/10 285/16 287/1 297/5 298/5 299/9 301/19 302/11 302/23 303/10 303/22 310/7 310/15 311/10 311/16 311/20 317/1 318/18 328/25 330/5 336/16 338/11 342/6
training [1] 348/22
transaction [11] 205/1 214/17 214/18 228/3 286/5 286/8 286/13 294/25 295/4 295/12 295/13
transactions [14] 176/22 199/4 214/19 214/21 214/22 227/11 228/5 228/6 239/9 239/17 276/4 278/25 279/1 295/15
transcript [15] 257/4 257/12 327/13 347/19 347/22 347/23 347/25 359/8 360/17 360/17 360/24 361/3 361/13 362/2 362/7
transcription [1] 369/4
transcripts [6] 256/10 256/13 347/8 347/11 347/13 348/4
transferred [5] 299/14 300/10 300/10 300/12 301/12
transit [2] 311/10 313/22
translate [1] 251/4
translation [2] 256/15 256/16
translations [1] 347/9
translator [1] 251/4
transport [14] 176/19 199/2 206/12 222/14 225/17 225/19 225/19 226/2 287/11 287/16 287/21 307/15 309/10 350/22
transportation [10] 279/11 283/17 283/19 283/21 287/14 288/12 309/19 309/20 311/5 311/7
transported [3] 201/10 215/7 215/20
transporting [2] 201/7 310/24
transshipment [1] 288/18

treating [1] 189/7
treatment [2] 248/14 348/14
tremendous [1] 313/10
trends [1] 300/19
tri [1] 298/18
tri-quarter [1] 298/18
trial [21] 168/9 197/21 252/9 257/13 260/4 322/14 336/5 336/6 336/7 336/8 340/11 340/11 344/15 345/24 348/5 350/6 351/24 354/24 355/19 362/23 368/25
tried [3] 237/25 262/21 368/22
trip [1] 319/20
trips [2] 223/13 223/14
trouble [3] 213/3 213/3 213/4
truck [9] 206/11 206/12 206/16 206/19 206/20 206/21 206/22 206/23 221/24
trucks [7] 206/14 206/15 222/12 222/12 222/13 309/8 310/22
true [6] 186/7 208/25 252/20 281/11 281/25 346/15
trustful [1] 205/23
trustworthy [1] 340/2
truth [41] 177/14 177/14 186/23 186/24 186/25 193/19 203/12 213/2 213/13 213/13 213/14 213/15 213/20 213/21 233/5 233/5 233/7 233/11 233/11 233/21 233/21 241/16 241/17 251/12 284/13 293/1 337/3 338/16 338/16 339/2 339/7 340/4 340/5 340/17 342/7 342/9 342/15 343/1 346/24 346/25 353/12
truthful [4] 177/20 338/15 339/8 348/17
truthfully [1] 233/20
try [5] 203/13 265/18 350/13 353/4 355/21
trying [4] 187/8 236/10 239/4 333/2
turf [1] 313/7
turn [2] 182/4 234/8
turned [8] 192/5 194/2 194/5 194/11 241/6 241/7 241/9 244/7
turning [1] 259/3
turnover [1] 313/2
TV [1] 305/21
Twelve [1] 184/6
Twenty [2] 320/11 320/19
two [63] 185/9 190/13 190/21 195/11 199/15 209/2 211/13 214/12 221/14 222/9 225/11 243/12 247/4 247/4 248/4 248/6 257/7 265/12 266/5 266/18 266/20 272/25 284/2 287/25 288/7 289/13 289/25 290/8 295/15 298/10 299/15 300/3 302/2 302/5 309/5 314/13 316/22 323/6 327/22 330/19 332/18 335/7 338/10 338/12 338/18 340/11 349/25 350/13 354/7 356/3 356/21 357/13 358/11 358/12 358/19 359/11 360/3 360/14 360/18 360/23 361/21 362/19 365/25
two-week [1] 365/25
two-year [2] 338/10 338/12
type [8] 221/2 227/7 231/20 237/23 267/4 278/18 307/2 340/19
types [1] 309/6
typewritten [1] 347/8
typical [2] 312/2 323/15
typically [12] 211/24 216/14 216/15

U

U.S [7] 240/17 264/1 264/4 303/12 303/13 303/15 304/18
U.S. [2] 299/10 301/23
U.S./Mexican [1] 301/23
U.S./Mexico [1] 299/10
ultimate [1] 178/15
ultimately [3] 275/3 286/5 301/2
unable [2] 254/5 268/12
unanimous [2] 352/24 354/9
unanimously [1] 351/21
uncle [1] 180/8
under [15] 173/6 177/10 177/24 178/4 178/11 233/1 233/12 233/23 269/3 273/10 284/10 284/16 293/14 308/12 308/13
undergrad [1] 297/9
underneath [1] 300/20
understand [13] 172/2 174/23 177/13 177/21 178/3 181/19 221/19 234/19 236/7 259/15 260/9 287/12 347/4
understanding [20] 175/15 177/24 193/18 207/10 207/12 209/9 216/14 231/1 231/10 233/1 233/22 257/23 260/7 273/5 284/10 284/16 285/5 293/14 351/4 357/14
understandings [1] 177/10
understood [2] 183/16 217/2
unfortunately [1] 254/17
unfriendly [1] 248/9
unit [4] 299/8 300/13 300/14 300/16
UNITED [64] 168/1 168/3 168/10 168/12 168/16 198/2 201/13 207/13 217/1 217/3 218/20 241/25 250/23 259/6 259/10 259/21 260/19 265/2 268/1 269/23 274/4 275/5 275/7 296/8 300/24 301/1 303/15 304/12 304/17 304/23 309/14 311/13 311/18 312/9 312/12 312/13 312/14 312/19 313/25 314/4 314/7 314/10 314/21 316/4 317/19 317/20 317/22 318/11 318/17 318/19 324/9 324/12 334/1 349/11 349/20 349/24 350/21 350/23 350/24 351/15 364/9 364/20 366/13 366/23
university [2] 297/10 297/18
unknown [2] 332/14 349/8
unlawful [8] 350/1 350/8 350/14 350/16 350/18 351/4 364/17 366/20
unless [1] 218/25
Unlike [1] 304/9
unload [1] 211/12
unloaded [1] 309/5
unluckiest [2] 343/14 344/1
unpaid [1] 235/20
unreliable [1] 348/1
until [16] 173/14 174/4 174/11 185/11 188/13 188/14 204/6 206/22 210/15 220/8 240/14 240/18 240/19 240/20 259/9 330/1
up [98] 174/12 177/3 179/10 199/2 200/7 200/10 202/21 205/7 205/16 212/20 214/4 215/2 215/7 215/12 215/17 215/21 216/4 217/3 218/3 219/25 226/16

up... [77] 234/19 235/9 235/20 236/3
236/4 237/8 237/11 237/25 239/5 239/19
242/7 244/13 250/11 250/14 250/19
251/22 255/3 260/10 268/25 282/12
285/7 287/19 288/1 288/6 288/6 288/16
289/2 290/12 294/16 307/25 308/3
308/25 309/1 309/8 313/9 313/24 314/25
315/11 315/12 315/13 316/5 316/7 316/8
316/9 316/12 316/15 316/20 316/24
317/9 320/11 320/22 321/16 321/16
321/18 323/17 324/1 325/18 326/5 327/1
327/9 328/15 333/3 337/6 338/17 339/13
340/18 340/22 340/24 341/17 343/18
343/20 353/8 356/22 356/24 363/25
364/5 366/6
upon [3] 196/9 304/18 349/2
upwards [3] 304/17 308/19 316/2
us [26] 173/4 179/5 190/11 190/12
190/13 191/8 204/9 205/16 205/16
211/25 226/24 237/9 258/10 264/10
265/25 268/5 268/11 268/15 268/18
269/4 269/22 269/24 278/15 278/16
315/5 366/5
usdoj.gov [2] 168/14 168/18
use [20] 226/2 226/3 227/17 244/7
250/13 254/15 255/11 255/23 256/1
305/4 307/20 308/4 317/22 321/10 322/8
324/18 327/23 330/6 344/7 346/3
used [18] 209/24 216/22 217/15 218/6
224/18 225/21 251/21 260/11 276/3
304/14 318/12 323/12 325/2 325/4
327/11 329/22 330/8 339/11
useful [1] 331/3
using [6] 224/16 262/12 283/18 318/4
318/5 318/5
usually [1] 209/2

V
vacation [3] 218/19 251/20 335/21
valley [1] 264/15
valuable [1] 317/6
value [1] 315/2
various [5] 300/20 306/2 306/17 309/17
317/25
vehicle [5] 208/16 208/17 208/19 232/3
307/16
vehicles [3] 318/9 318/10 318/11
Venezuela [3] 261/11 306/3 308/24
Venezuelan [2] 220/24 220/25
verdict [27] 257/17 331/20 337/3 344/3
351/23 352/23 353/1 353/17 353/18
353/19 354/3 354/4 354/9 354/10 354/11
354/22 356/17 363/24 364/4 364/4 364/6
364/8 365/15 365/16 366/11 366/12
367/8
version [1] 257/20
very [63] 174/10 174/11 175/2 175/10
177/2 179/4 179/21 194/9 195/9 199/17
205/23 213/10 213/19 219/11 221/18
221/22 225/2 225/12 226/15 226/20
227/1 227/1 227/3 227/8 233/3 235/3
239/1 253/6 255/1 262/5 301/18 302/24
302/25 303/2 304/20 306/7 307/20
307/24 308/1 308/2 308/21 309/12 310/3
310/9 310/9 311/1 311/21 312/15 312/16

318/1 318/2 318/3 319/10 336/20 336/20
340/25 353/11 365/18
vessel [1] 308/15
vessels [6] 307/22 308/2 308/5 308/7
308/19 309/22
vest [1] 276/17
Victor [7] 180/4 180/8 180/11 180/12
180/13 324/24 326/23
video [3] 354/24 354/25 355/1
Viera [1] 180/9
view [2] 265/21 265/23
viewing [1] 319/23
violated [1] 337/5
violating [1] 352/22
violence [1] 312/25
violent [1] 182/5
Virginia [1] 300/11
visible [1] 267/16
visit [1] 325/16
Volume [1] 168/7
voluntarily [2] 352/14 352/17
voted [1] 354/2

W
Waco [1] 297/19
waiting [3] 173/3 242/8 319/7
Waldemar [1] 230/17
Waldemarsito [1] 230/17
walk [1] 324/18
walking [1] 247/7
wall [4] 266/6 266/16 266/19 266/22
wallet [1] 191/14
WALTER [9] 168/12 180/9 219/17 274/4
274/6 323/6 330/12 342/12 342/15
walter.norkin [1] 168/14
want [60] 186/10 191/1 202/4 213/2
234/15 239/22 245/13 250/5 250/14
251/13 255/17 255/18 255/19 256/18
257/5 265/12 267/6 268/17 269/11
271/10 306/10 306/14 307/3 307/3 311/3
311/3 313/13 314/20 315/24 318/7
320/12 330/19 333/3 333/4 335/25 339/1
339/1 339/2 339/15 353/9 354/25 355/7
355/11 355/25 356/4 356/15 357/21
358/20 359/15 359/16 359/20 360/25
361/1 361/2 361/16 362/11 365/6 366/4
366/5 367/19
wanted [15] 186/21 187/14 195/21
239/16 239/19 239/20 239/23 249/21
256/8 257/22 263/2 269/20 278/15
329/1 358/4
wanting [1] 313/1
wants [2] 271/2 358/21
war [7] 183/3 183/7 183/14 325/7 328/8
329/11 330/7
warehouse [3] 218/25 219/1 219/2
warehouses [7] 215/11 215/13 215/14
215/18 215/19 229/10 229/13
Warner [20] 178/22 178/24 324/20
325/16 325/17 325/20 326/5 340/24
341/5 341/12 341/16 341/20 342/9 359/2
360/1 360/4 360/5 360/7 360/11 360/16
warrant [1] 265/2
was [650]
Washington [5] 244/13 244/17 250/25

wasn't [15] 188/13 205/23 230/22
239/11 244/23 247/8 256/15 262/13
270/21 293/3 331/3 334/12 335/8 341/13
356/6
waste [1] 332/1
watch [1] 305/20
watches [3] 252/3 252/5 252/6
water [5] 215/10 225/15 226/7 308/13
308/13
way [44] 169/8 190/6 195/23 213/18
219/25 237/25 238/9 239/5 255/2 257/2
257/5 257/10 263/3 265/15 277/14
278/12 293/11 300/1 303/1 303/2 309/1
309/14 313/9 316/5 316/7 317/5 320/12
327/9 330/23 336/25 339/6 340/2 340/6
344/16 345/2 348/2 350/13 351/12 352/3
353/11 354/2 356/23 357/16 362/11
ways [6] 190/21 259/6 306/8 306/17
307/18 359/6
we [259]
we'd [1] 338/2
wealth [1] 314/11
weapon [12] 231/20 232/12 232/12
267/4 267/5 269/12 271/11 271/12
271/12 271/15 271/23 273/4
weapons [4] 269/17 269/18 269/19
271/9
wear [1] 200/10
wearing [6] 198/14 199/14 199/16
200/9 241/10 276/16
week [17] 218/13 218/18 218/19 235/7
235/8 235/8 235/8 235/13 235/15 245/19
251/19 251/20 342/14 342/14 365/25
368/17 368/17
weeks [1] 356/3
weigh [1] 227/6
weighing [1] 349/9
weight [2] 346/12 351/21
welcome [1] 338/23
well [104] 177/21 178/9 179/9 179/9
180/20 184/13 187/2 195/10 199/17
202/4 203/13 204/5 205/21 208/4 208/16
210/20 213/10 213/19 214/1 214/8
214/11 214/22 215/10 215/24 216/4
216/16 218/20 219/19 220/7 221/18
225/14 226/21 227/8 227/25 229/20
230/10 231/10 231/21 232/2 234/2 235/3
237/15 238/18 238/22 238/24 239/4
241/8 241/8 242/10 242/11 243/3 243/12
246/3 248/13 250/20 252/7 256/1 260/2
269/4 278/1 278/4 280/25 284/25 286/20
290/24 299/7 300/22 301/6 302/3 302/13
302/17 302/20 302/24 303/2 303/14
303/17 304/8 304/21 306/21 307/9
307/20 308/21 311/8 311/8 311/20
312/12 312/21 314/4 314/7 315/7 316/22
316/22 317/20 319/22 333/8 333/10
334/19 335/8 356/5 359/21 359/24 361/4
361/7 368/22
well-known [1] 180/20
well-protected [1] 304/21
well-tried [1] 368/22
went [35] 173/1 174/8 181/8 191/21
205/7 207/11 207/23 217/17 220/4
230/24 231/6 231/8 240/19 251/1 251/2

**went...** [20] 265/18 266/1 266/20 267/1 281/23 283/14 286/3 287/8 287/10 295/24 297/9 297/23 315/21 325/5 325/16 335/23 335/16 335/17 360/11 365/9

**were [210]**

**weren't [6]** 173/21 194/4 270/21 291/12 291/21 363/15

**Western [1]** 300/25

**what [345]**

**what's [21]** 174/19 213/18 233/1 242/3 253/21 256/12 256/20 259/2 265/21 267/14 267/14 273/5 275/14 286/24 292/9 313/7 324/14 330/3 333/18 339/5 339/7

**whatever [8]** 251/13 308/8 333/4 336/1 336/8 356/11 359/20 367/19

**when [198]** 172/13 173/12 174/14 175/2 175/18 175/18 175/20 176/13 176/17 177/7 177/16 177/18 181/7 181/22 181/23 182/1 184/16 186/3 188/17 189/13 189/14 189/16 190/1 191/10 191/18 192/7 192/15 192/22 193/8 194/1 194/7 194/23 195/24 195/25 195/25 196/12 196/12 196/21 196/21 197/14 200/8 200/12 201/2 201/12 201/17 202/19 202/24 203/3 203/7 203/9 203/25 204/12 204/12 205/5 205/12 205/14 205/17 205/19 206/1 206/6 207/22 208/1 208/23 209/9 209/11 210/14 210/16 213/17 214/15 214/22 214/25 216/21 218/9 219/14 221/2 221/17 221/24 222/15 223/11 223/20 223/22 223/25 224/16 225/2 225/3 225/6 225/14 225/23 225/25 226/22 229/19 229/22 230/21 230/21 231/3 231/6 232/21 233/16 234/10 235/2 235/9 235/16 236/1 236/6 237/7 238/6 238/18 239/21 240/14 240/21 241/1 241/4 241/7 241/10 244/7 245/1 245/2 246/17 246/20 249/17 250/17 250/19 250/21 250/22 253/16 256/13 256/14 259/23 260/1 262/16 264/6 264/10 265/7 265/21 266/20 266/23 267/3 268/15 276/8 276/23 277/2 278/1 278/21 279/6 279/12 280/8 280/9 281/5 281/23 282/19 283/14 283/25 284/7 287/10 287/23 291/1 292/21 293/2 293/4 299/22 299/22 301/6 305/22 306/9 314/1 315/16 316/12 316/12 316/15 318/16 325/16 326/7 329/6 329/7 333/6 334/12 334/13 334/18 336/10 337/12 340/7 340/10 341/1 341/14 343/2 343/9 346/14 348/17 348/21 353/14 353/19 354/9 360/11 360/15 363/10 363/16 365/24 367/11

**whenever [11]** 174/8 175/3 175/17 175/23 214/11 232/2 239/4 239/10 239/11 239/21 258/6

**where [79]** 189/22 191/25 192/2 195/8 199/6 200/17 200/21 204/13 204/21 204/24 205/8 206/16 206/19 206/21 206/23 207/1 208/21 210/21 211/9 215/19 215/24 215/25 216/25 218/10 218/23 219/4 219/10 219/17 225/4 228/1 237/24 237/25 245/21 245/22 246/4

265/18 272/3 272/17 275/1 275/3 275/5 275/15 275/19 275/24 277/4 279/3 280/25 286/16 286/18 289/16 297/8 300/4 300/9 304/7 304/14 308/17 313/23 314/14 314/20 314/24 314/25 321/4 322/15 323/20 331/12 334/14 342/5 343/1 356/14 361/3 363/7 363/8 366/4

**whether [63]** 172/13 175/9 179/12 196/13 199/16 214/4 214/12 216/24 217/11 227/8 230/14 230/24 232/3 232/12 232/13 234/21 234/22 239/16 247/25 262/19 269/20 273/1 278/21 279/16 279/21 281/11 281/25 282/7 284/19 284/25 285/15 285/21 302/14 306/8 308/8 312/5 323/25 324/14 324/15 324/16 332/19 332/20 332/20 332/20 336/12 336/13 336/23 336/23 337/4 337/4 344/11 346/5 346/16 346/21 347/18 349/2 352/1 352/4 352/23 356/2 356/17 365/24 367/11

**which [30]** 172/24 196/8 198/24 225/22 238/11 240/21 254/2 259/6 266/6 267/4 297/24 298/15 300/14 301/14 302/4 303/16 304/14 312/10 313/16 314/21 316/6 319/15 326/21 328/1 331/2 341/22 351/19 356/7 359/8 363/4

**while [12]** 243/14 252/15 252/17 298/8 298/13 298/17 299/16 300/12 345/2 348/16 352/19 353/5

**white [9]** 199/16 200/9 200/9 200/9 200/9 221/22 221/22 276/17 329/16

**who [181]** 174/10 174/14 175/22 176/4 176/6 178/15 178/19 178/24 179/19 181/10 181/11 181/22 183/16 185/4 187/10 188/22 190/12 196/23 197/20 199/9 200/20 201/19 201/22 203/14 205/12 207/8 208/1 208/23 209/3 209/10 209/12 210/24 211/15 211/17 211/17 211/17 212/3 212/5 212/5 212/17 212/17 213/6 214/14 214/15 215/4 216/12 216/12 216/12 217/9 217/13 219/1 219/6 219/16 220/20 221/15 222/11 223/8 223/20 224/5 227/22 227/22 229/9 230/4 230/16 231/6 231/12 234/10 234/21 235/23 235/23 236/8 238/19 239/14 243/10 249/10 249/10 249/17 255/20 256/1 268/5 270/10 270/13 271/25 272/9 275/6 275/8 275/10 275/20 276/1 276/12 276/17 277/8 277/16 277/17 277/24 278/2 278/2 280/1 280/4 280/6 281/12 281/15 282/13 282/23 282/25 283/21 284/19 285/12 285/21 288/11 289/20 291/8 292/6 293/23 299/20 300/20 302/16 302/18 309/18 322/21 323/2 323/3 323/3 323/5 323/7 323/9 323/11 325/15 326/1 326/2 326/24 327/1 327/10 327/15 327/16 327/22 327/25 328/4 328/20 329/13 330/14 330/15 331/5 331/10 331/16 333/1 333/20 333/20 334/9 335/6 335/15 335/19 335/20 335/25 337/22 338/5 338/5 339/15 339/13 339/22 339/25 340/11 340/16 340/25 342/4 342/13 342/20 343/7 343/14 343/16 343/17 343/21 346/7 346/23 348/13 348/22 350/7 351/11

**whoever [1]** 211/7

**whole [4]** 243/8 340/5 344/20 346/18

**wholesale [3]** 311/23 312/13 314/16

**whom [6]** 201/16 249/17 270/3 285/24 328/16 330/10

**whose [2]** 176/5 285/13

**why [36]** 172/24 173/1 181/3 181/21 182/24 190/14 202/3 202/18 217/24 225/18 231/8 242/4 253/12 259/15 262/12 263/2 268/2 273/5 277/21 278/8 279/8 281/13 300/1 301/21 306/19 307/8 314/6 314/24 315/24 316/20 332/16 338/8 339/19 340/1 340/3 355/23

**width [1]** 227/4

**wife [4]** 188/23 267/24 268/10 272/11

**will [74]** 172/12 203/14 212/20 213/3 213/5 213/21 213/22 218/21 234/7 240/11 241/14 247/19 247/20 251/7 255/8 256/2 256/22 258/17 259/11 266/12 273/14 285/7 302/23 306/13 309/1 317/11 318/11 319/25 320/21 321/1 321/1 321/10 321/12 321/17 321/19 321/20 321/21 321/23 322/11 326/3 332/8 337/11 344/8 349/3 349/16 352/7 352/25 353/15 353/16 353/20 353/24 353/24 354/23 355/1 355/1 356/2 356/16 357/2 361/1 362/2 363/22 364/4 364/5 365/23 365/24 366/11 367/11 367/11 367/13 368/3 368/4 368/5 368/10 368/12

**willfully [4]** 350/17 351/5 352/16 352/21

**willing [3]** 285/25 286/2 345/13

**willingness [2]** 172/9 356/5

**window [1]** 250/10

**wintertime [1]** 355/9

**wise [2]** 206/19 236/24

**wish [3]** 241/17 251/10 353/22

**wishes [1]** 368/5

**withdraw [1]** 339/12

**withdrew [3]** 239/21 241/3 245/11

**within [5]** 300/22 303/12 307/17 308/1 308/10

**without [3]** 266/12 345/13 356/14

**witness [64]** 173/3 173/4 185/22 186/17 197/25 198/1 199/19 252/8 253/18 253/21 255/14 255/14 255/18 255/19 255/20 258/8 258/9 258/14 258/18 260/8 263/7 263/8 270/23 273/13 274/3 276/20 292/8 296/6 296/7 319/1 319/2 319/13 325/14 326/18 329/3 329/13 340/1 340/1 340/10 340/16 340/25 341/3 341/5 342/13 343/11 346/16 346/18 346/21 346/23 346/24 346/25 347/1 347/2 347/3 348/13 348/16 348/19 357/15 357/25 358/1 359/23 360/7 360/9 360/17

**witness's [3]** 347/5 348/25 349/1

**witnesses [20]** 197/20 293/23 293/23 294/2 302/14 322/19 323/6 323/14 327/22 333/1 336/11 337/14 339/22 340/18 340/23 342/6 345/19 346/19 348/8 348/18

**witnesses' [1]** 348/6

**woman [1]** 222/3

**won [1]** 303/3

**won't [1]** 310/23

**W**

**wood [2]** 206/20 206/20
**word [6]** 310/4 337/23 342/3 352/13 352/16 354/6
**words [11]** 181/10 183/18 213/7 230/21 244/7 301/1 327/7 350/1 352/24 354/7 354/11
**work [49]** 179/1 181/3 181/4 181/5 181/8 204/2 205/5 209/9 210/14 214/9 214/21 217/22 217/24 217/25 221/1 222/7 225/2 225/11 225/11 225/13 225/15 239/1 239/19 244/1 244/3 249/21 249/24 250/2 250/3 250/6 262/14 262/15 264/1 264/3 282/16 283/6 296/25 300/8 302/16 303/6 303/9 309/22 310/8 316/7 317/24 331/17 356/18 365/11 367/22
**worked [40]** 173/13 178/19 179/12 179/14 182/11 182/12 198/24 200/21 200/22 200/25 201/24 203/7 206/15 210/15 217/5 219/25 227/19 229/9 229/13 240/13 240/15 240/18 242/16 242/16 242/19 243/3 243/17 243/25 280/1 280/9 287/2 291/24 293/5 296/1 323/8 324/23 330/10 333/12 333/15 333/21
**worker [13]** 179/5 181/22 208/24 209/6 209/7 209/12 224/11 224/13 277/17 277/19 280/1 280/7 329/19
**workers [8]** 186/9 208/22 210/2 217/15 222/23 222/24 310/7 325/3
**working [37]** 174/21 175/2 175/9 175/15 175/25 179/23 184/16 184/17 185/1 188/18 195/15 195/19 197/2 197/3 203/5 205/6 210/11 225/7 235/5 239/23 242/24 242/25 243/14 243/15 243/21 246/20 248/25 279/9 279/15 293/2 295/22 309/10 313/7 317/10 323/19 328/24 330/2
**works [1]** 299/25
**world [7]** 300/20 300/24 301/18 314/8 314/9 343/14 344/1
**worry [1]** 212/19
**worth [1]** 304/25
**would [126]** 172/11 174/9 174/12 175/17 175/18 175/25 176/20 178/6 178/9 178/12 178/12 179/16 179/17 182/21 184/13 190/17 200/10 201/6 201/6 201/16 202/5 202/9 205/21 205/24 209/2 209/8 209/19 209/19 209/21 210/4 213/5 213/6 213/6 213/12 214/11 214/13 214/13 214/23 215/2 215/5 215/10 215/12 216/1 216/4 216/7 216/8 216/11 216/12 216/12 216/12 217/24 218/23 221/18 222/11 223/11 223/12 223/15 223/15 223/22 223/23 224/6 224/7 225/4 225/5 225/5 225/11 226/11 226/12 230/23 232/4 233/10 235/22 236/2 238/10 238/13 238/18 239/21 247/8 247/18 247/19 249/9 254/7 255/5 261/11 261/16 262/14 262/15 275/22 278/4 278/6 278/10 283/21 287/3 290/17 290/17 293/16 300/20 308/12 308/14 308/14 311/24 311/25 312/16 316/17 320/4 320/7 323/2 323/3 323/15 323/16 330/5 330/8 345/13 348/10 349/11 349/23 350/21 355/4 355/7 355/20

355/24 356/9 358/24 361/25 365/23
**wouldn't [5]** 216/20 273/10 337/24 338/4 339/25
**wrap [5]** 215/12 306/22 306/23 306/24 306/25
**wrapped [1]** 325/21
**wrapping [1]** 343/18
**write [3]** 221/18 353/23 362/11
**writing [2]** 192/21 353/25
**written [2]** 339/6 354/21
**wrong [7]** 212/1 212/1 213/1 240/22 343/14 343/15 353/7
**wrote [2]** 285/24 358/18

**Y**

**year [9]** 193/9 200/15 218/14 246/19 251/3 292/22 338/10 338/12 339/16
**years [37]** 184/6 184/9 184/11 184/13 184/14 184/18 184/21 185/11 188/20 193/10 193/20 194/13 221/23 221/24 234/3 240/11 242/4 287/25 288/7 296/22 298/10 299/12 299/15 300/3 301/10 302/2 302/6 308/10 309/2 309/2 328/24 332/17 332/17 332/18 338/17 340/9 340/9
**yes [213]**
**yes-or-no [1]** 185/24
**yesterday [4]** 173/12 180/10 180/23 185/12
**yet [6]** 234/4 234/10 253/12 259/16 276/10 322/22
**you [1251]**
**you've [1]** 345/10
**young [3]** 221/25 284/2 285/20
**your [263]**
**yourself [11]** 187/7 194/5 234/8 241/7 244/7 289/12 290/9 339/4 346/22 349/2 353/2

**Z**

**Zacapa [1]** 275/25
**Zambado [2]** 201/21 201/22
**Zambrano [2]** 264/16 265/7
**Zope [6]** 219/12 219/16 219/17 219/17 220/5 328/20
**Zope's [1]** 220/5