UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20540-CR-MOORE

UNITED STATES OF AMERICA

**Plaintiff**

VS.

SERGIO NEPTALI MEJIA DUARTE

**Defendant**

_____/

## NOTICE OF APPEAL

Notice is hereby given that Sergio Neptali Mejia Duarte, defendant in the above styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the trial, sentence and final judgment and conviction entered in this case on the 22nd day of May, 2018.

Respectfully Submitted,

s/ Mauricio L. Aldazabal
Mauricio L. Aldazabal
Appellate Counsel for Defendant
Florida Bar No. 348368
2655 LeJeune Road, Suite 700
Coral Gables, Fl. 33134
Tel: 305 569 9566
Fax: 305 461 5102
mlafedesq@msn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Mauricio L. Aldazabal