```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                     CASE NO. 1:15-CR-20540-KMM-1
 3


 4
     UNITED STATES OF AMERICA          Miami, Florida
 5
                                       May 21, 2018
 6          vs.                        Monday


 7
     SERGIO NEFTALI MEJIA-DUARTE       Scheduled 9:30 a.m.
 8                                     9:42 a.m. to 10:12 a.m.

 9                                     Pages 1 - 26
     ----------------------------------------------------------
10

11                       SENTENCING HEARING

12
                 BEFORE THE HONORABLE K. MICHAEL MOORE
13                UNITED STATES CHIEF DISTRICT JUDGE

14
     APPEARANCES:
15
     FOR THE GOVERNMENT:        WALTER M. NORKIN, AUSA
16                              JOSEPH M. SCHUSTER, AUSA
                                United States Attorney's Office
17                              99 Northeast 4th Street
                                Miami, Florida  33132
18
     FOR THE DEFENDANT:         LOUIS CASUSO, ESQ.
19                              Law Offices of Louis Casuso
                                14 Northeast 1st Avenue, Suite 702
20                              Miami, Florida  33132

21
     STENOGRAPHICALLY
22   REPORTED BY:               GLENDA M. POWERS, RPR, CRR, FPR
                                Official Court Reporter
23                              United States District Court
                                400 North Miami Avenue, Room 08S33
24                              Miami, Florida 33128

25
```

1            (Defendant Sergio Neftali Mejia-Duarte aided by

2    Court-Certified Spanish Interpreters.)

3            (Call to the order of the Court:)

4            COURTROOM DEPUTY:  The United States versus Sergio

5    Mejia-Duarte.

6            THE COURT:  Counsel, note your appearances.

7            MR. NORKIN:  Walter Norkin and Joseph Schuster for the

8    defendant.  Good morning, Your Honor.

9            MR. CASUSO:  Good morning, Judge.  Louis Casuso on

10   behalf of Mr. Mejia-Duarte, who is present before the Court.

11           THE COURT:  Before we get to the PSI, there was a

12   motion for new trial and amended motion for new trial; correct?

13           MR. CASUSO:  Yes, sir.

14           THE COURT:  And the Government responded, so my

15   question -- I've read the Government's response, and my

16   question is -- the Government responded to the merits of the

17   motion and, I guess, my question is, was there a reason why the

18   Government didn't respond to the timeliness issue of the

19   motion?

20           MR. NORKIN:  No, Your Honor.  My colleague pointed that

21   out to me, actually, this morning.  It was something that the

22   Government overlooked.

23           But, in any case, we feel that the merits are more

24   important to address because we suspect there was going to be

25   an appeal here, so...

1          We would also add that the motion is untimely, as

2    Your Honor has pointed it out, but even if it was timely, it

3    would fail on the merits.

4          THE COURT:  So what was the reason then for not

5    objecting to it, on the basis of untimeliness?

6          MR. NORKIN:  Just Government error.

7          THE COURT:  So are you asserting untimeliness now?

8          MR. NORKIN:  Yes, Your Honor.

9          THE COURT:  So it's untimely, Mr. Casuso.

10          MR. CASUSO:  Fine, Judge.  And you're denying it?

11          THE COURT:  Yes.

12          MR. CASUSO:  Fine.

13          THE COURT:  I mean, I think that's a serious lapse of

14    lawyering on the Government's part.  I mean, you've wasted a

15    lot of time trying to address the merits.  I don't know who, if

16    anybody, supervises your work over there, but it seems to me

17    it's pretty first-year law school kind of stuff that, as a

18    lawyer admitted to practice, that you ought to be able to cite

19    to the rule and then not even read the rule that has the

20    section in it that provides for timeliness, I don't know...

21          In any event, the probation office has calculated the

22    offense level as 43, with criminal history category of 1; is

23    that a correct calculation of the guidelines, Mr. Casuso?

24          MR. CASUSO:  Yes, Judge.

25          I have some objections to the presentence report.

1          THE COURT:  Okay.  Let's take up your objections.

2          MR. CASUSO:  All right.

3          Judge, going to my objection to the presentence

4   investigation, at page five, paragraph 10, where they gave him

5   four points for leadership and for being a leader and an

6   organizer.

7          Actually, Judge, the only evidence that -- I assume

8   that they're talking about the event that happened after

9   February 27th, 2012, which is the attempted importation from

10  the Port of Santa Marta to Honduras and then to Texas.

11         This load never got off the Port in Santa Marta and --

12         THE COURT:  That's a good thing; right?

13         MR. CASUSO:  Well, Judge, it is a good thing.

14         But more important, Judge, the evidence in the case was

15  what Mr. Lopez-Benitez never dealt with Mr. Mejia-Duarte.  He

16  dealt with his brother-in-law.

17         And the jury assumed that he assumed that he was

18  dealing with the defendant.  But actually, as far as that load

19  is concerned, there is no evidence that he actually did

20  anything regarding being a leader or an organizer.

21         So what I'm asking is that if you give him anything, it

22  should be two points; not as a leader or an organizer, but as a

23  manager or supervisor, if anything, Judge.  There's just no

24  evidence on the record that he did anything with regards to

25  this load.

 1          That's our objection on that point.

 2          THE COURT:  Okay.  Well, so is there -- are you taking

 3    any objection to the offense conduct as set forth in paragraphs

 4    three through nine of the presentence investigation report?

 5          MR. CASUSO:  Well, Judge, I'm -- yes.

 6          THE COURT:  So you're just taking a generalized

 7    objection to the jury's verdict of guilty?

 8          MR. CASUSO:  Not to the jury's verdict of guilty,

 9    Judge.  I'm taking objections as to -- basically, if I may,

10    Judge, let me just tell you my argument in this case.

11          This man was extradited here from Honduras pursuant to

12    a treaty of extradition.

13          THE COURT:  Right.

14          MR. CASUSO:  The treaty of extradition -- and I can

15    give you a copy of the important parts.

16          The two salient points of that treaty, which is our

17    defense here, is that, number one, we have --

18          THE COURT:  Let me put it to you this way:

19          Is there anything in that offense conduct in those

20    paragraphs that was not supported by the witnesses who

21    testified at trial?

22          MR. CASUSO:  It was supported by the witnesses, Judge,

23    but it did not occur after February 27th, 2012.  A lot of these

24    things occurred before.  And those are my objections.

25          Just to actually save you some time, the rest of my

1   objections actually deal with the timeliness of these

2   aggravators, because other than the importation of -- I think

3   it was 2014, other than that, which is on the record, none of

4   the other evidence in the case had anything to do with anything

5   that happened after 2012.

6          It was all before.  Some of it was even like 10 years

7   before, Judge, the helicopters, the violence, the weapons, all

8   this other stuff happened before.

9          And according to the treaty, Judge, you cannot try him

10  on that; not only -- you can't punish him for it, Judge,

11  according to the treaty.  Actually --

12         THE COURT:  We went over all this, didn't we, and

13  wasn't it also considered by the magistrate judge as to -- not

14  that he was being charged with that, but that it was admissible

15  as 404(b) evidence.  Wasn't that the whole argument?

16         MR. CASUSO:  Well, the magistrate -- Judge, the

17  magistrate ruled that they could introduce 404(b) evidence and

18  whatever's pertinent 404(b) evidence.

19         But I mean, we're -- I think this trial was all 404(b)

20  evidence and very little substantive stuff.  And again, my

21  argument is that under the treaty all these other things cannot

22  be held against him.  It says so right in the treaty, Judge.

23         THE COURT:  Well, and I think we've gone over this on

24  at least a couple of occasions, that he was not charged with

25  those events, but it doesn't mean that they can't be

1    considered.

2           But again, you're not disputing the accuracy of the

3    information contained in the offense conduct, insofar as there

4    was evidence presented during the trial as to those facts?

5           MR. CASUSO:  I am not, Judge.

6           But the thing is that under the PSI, they don't tell

7    you when these acts occurred.  The probation officer,

8    apparently -- and not that it's his job, I don't think it is

9    his job --

10          THE COURT:  Well, he says from at least 2004 in the

11   paragraph three.

12          MR. CASUSO:  Judge, 2004 is not relevant to the case.

13   Under the -- Judge, bear me out for one moment, Judge.

14          THE COURT:  Sure.

15          MR. CASUSO:  Two things on the treaty.

16          There's -- it says:  The requiring {sic} state can only

17   accuse Mr. Sergio Neftali Mejia-Duarte for events that have

18   taken place after the amendment to the constitution that allows

19   the extradition of Honduras, effective as of February 27th,

20   2012.

21          You can't accuse him of it, and you can't punish him

22   for it.

23          The other paragraph then has to deal with the doctrine

24   of specialty, which is, you can't change the charges.

25          In fact, when we came before you, we agreed to change

1    the indictments -- or to change the dates of the indictment

2    from February 27th, 2012, to the present, so none of this other

3    stuff can be used under the treaty, Judge.

4         That is my argument.

5         THE COURT:  Okay.

6         MR. CASUSO:  And so all these other things, other than

7    the weapons that were found when he was arrested -- and we cite

8    a case that the weapons were not found with any drugs -- that

9    should not be held against him.

10        But all this other stuff, Judge, it's out of time; and

11   under the treaty, it should not be applied against him.

12        THE COURT:  Okay.  Any response from the Government?

13        MR. NORKIN:  Your Honor, the Government and the defense

14   really have a disagreement about the interpretation of the

15   treaty.

16        The Government agrees that Mr. Mejia-Duarte can't be

17   accused and convicted of something outside the scope of the

18   treaty, and we were very careful during the trial to make sure

19   that was so.  That was consistent with the Court's instructions

20   to the jury.

21        We amended the charging document to have that record,

22   and it's also reflected in the closing arguments of the parties

23   that, as far as the actual conviction, it has to do with events

24   after February 2012.

25        However, counsel is trying to piggyback what the Court

1   may consider for sentencing onto the treaty and onto the Rule

2   of Specialty, and that just doesn't exist.

3          The Court -- similar to the evidence that's admissible

4   and similar to how 404(b) is evaluated, the Court can consider

5   at sentencing the totality of the circumstances of the

6   defendant's crime, the totality of the evidence, and anything

7   about the defendant's life.

8          I don't think that defense counsel would say that

9   Your Honor, for example, is prohibited from considering things

10  that are favorable to him that occurred prior to 2012, and yet

11  he is trying to hamstring the Government from you interpreting

12  the treaty in the same way.  So we believe the Court can

13  consider all of these factors.

14         There's two other things I'd like to note.

15         The first is, all the guidelines take into account all

16  the enhancements actually leading to a level 50.

17         Now, the guidelines highest level is 43, so there are

18  an additional seven points, effectively, that if the Court

19  decides are applicable can so rule and the guidelines wouldn't

20  change.

21         The Government's position is that all of these factors

22  are appropriately applicable, but we're just informing the

23  Court that there are seven points, so to speak, that are over

24  even the highest level.

25         THE COURT:  Okay.  Any further argument on that?

1          MR. CASUSO:  No, sir.

2          THE COURT:  All right.  Well, I'm satisfied that based

3    on the evidence presented at the trial, the evidence that I

4    heard, and set forth in the presentence investigation report,

5    that the probation office has correctly attributed a four-level

6    increase to the defendant for being an organizer/leader.

7          The criminal activity that involved five or more

8    participants or was otherwise extensive.

9          Next objection.

10         MR. CASUSO:  Judge, actually, my objections, if you

11   take them one-by-one, encompass all these events that were

12   presented that happened before 2012.  So that's really...

13         The only other objection, Judge, is -- well, the

14   objection, I think the two points for the guns that were found

15   when he was arrested -- but under the case law that I cited,

16   that enhancement should not apply because there were no drugs

17   found at the time when Mr. Mejia was arrested.

18         It was in his home, his own personal property, and

19   there were no drugs in the premises.

20         THE COURT:  That is paragraph 17; is that it?

21         THE PROBATION OFFICER:  That's correct, Your Honor.

22         MR. NORKIN:  Your Honor, may I address that for one

23   moment?

24         THE COURT:  All right.

25         MR. NORKIN:  So the guns found at the time of the

1    arrest were just one incidence of the defendant possessing

2    guns.  We've heard from trial witnesses' testimony that the

3    defendant regularly carried firearms, including, for example,

4    several witnesses described a unique pistol that held rifle

5    rounds.

6            And there's also the fact that the defendant engaged in

7    a war with a rival drug trafficker, and thus, caused guns to be

8    used in the commission of the crime by his co-conspirators.

9            MR. CASUSO:  And that was before 2012, Judge.

10           THE COURT:  Okay.  I'll note the objection and deny it.

11           Based on the testimony that was presented at trial, I

12   think there's sufficient evidence to establish this specific

13   offense characteristic, the firearm, a dangerous weapon,

14   including, the firearm was possessed -- the probation officer

15   correctly attributed the two-level enhancement.

16           Next objection?

17           MR. CASUSO:  The only other objection, Judge, to things

18   that happened after 2012, is the credible threat of violence

19   that we have with Mr. Lopez-Benitez, that he testified that the

20   defendant asked him about his family.

21           We submit that that does not actually rise to any

22   credible threat of violence.  They know each other.  They were

23   talking to each other.

24           And if Mr. Benitez started with a threat of violence, I

25   don't know -- they were talking to each other because they've

1    known each other for some time.

2            I don't think that he should be aggravated on that.

3            THE COURT:  Well, let me go back.  We'll get to this

4    one, but it does augment the threats of violence, and it also

5    goes to your use of guns' argument and to the treaty argument.

6            I'll adopt the probation officer's response, which is

7    as follows:  The United States has not ratified the

8    Inter-American Convention on its treaty and extradition cited

9    to in defense counsel's objections and, therefore, is not

10   binding.

11           MR. CASUSO:  That is true, Judge.  The United -- the

12   Congress has not ratified that.

13           THE COURT:  Although the defendant may not be convicted

14   for conduct occurring prior to February 27th, 2012, sentencing

15   and enhancement conduct is separate from the conduct that forms

16   the basis for conviction.

17           In the instant offense, the defendant coordinated a

18   shipment of cocaine from at least 2004 until 2015.

19           During the course of this conspiracy, he utilized

20   go-fast vessels, helicopters, and non-commercial aircraft to

21   facilitate the movement of cocaine.

22           He carried Glock and FN pistols.  He also employed

23   multiple body guards who carried assault rifles.  During trial,

24   multiple witnesses testified that the defendant was responsible

25   for multiple acts of violence, perpetrated in Honduras,

1    including the murder of Jose Pena.

2         It is the position of the probation officer that the

3    conduct occurring prior to February 27th, 2012, can be

4    considered for sentencing purposes and that the enhancements

5    which defense counsel objects to are correctly applied.

6         So, with respect to the threatening of witnesses, the

7    probation officer's response notes refers to 3C1.1, comment

8    note four of the sentencing guidelines:

9         The provision of "threatening, intimidating, or

10   otherwise unlawfully influencing a co-defendant, witness, or

11   juror, directly or indirectly, or attempting to do so."

12        As an example of the type that this goes to -- you

13   haven't gotten to the obstruction of justice objection; have

14   you?

15        Have you gotten to your obstruction of justice argument

16   yet?

17        MR. CASUSO:  I cannot hear you, Judge.

18        THE COURT:  You have not raised your obstruction of

19   justice argument.  We are just on the threats of violence,

20   so...

21        MR. CASUSO:  The threats of violence, okay, Judge,

22   yes.-

23        THE COURT:  I will save that.

24        If you want to take up the intimidation of witnesses,

25   that's your next objection; correct?

1            So I'll note your previous objection to the threat of

2      violence.  I find that the probation officer correctly applied

3      that enhancement.

4            MR. CASUSO:  My argument on the intimation is the same,

5      Judge.  It's actually one in the same, just like the

6      conversation that Mr. Lopez-Benitez had with Mr. Mejia at the

7      FDC.

8            THE COURT:  Okay.  So the probation officer's response

9      there was:  In the case, evidence was presented during the

10     trial that revealed the defendant threatened the witness,

11     Warner Benitez-Lopez.  Benitez-Lopez testified that defendant

12     told him that he knew where Benitez-Lopez's family members were

13     located.

14            Additionally, defendant caused a threatening e-mail to

15     be sent to inmate one, whom defendant believed could be a

16     witness against him.  The E-mail referenced the defendant as

17     "Compa Nefta," which is one of the defendant's nicknames.

18            The e-mail stated that inmate one would do well to

19     remember, A, he never met the defendant; B, he was fine to

20     denounce other narcotics traffickers, such as Naeron Penaris

21     (phonetic); C, the defendant has fierce people in Honduras who

22     asked about inmate one; D, no one will help inmate one if he

23     testifies against the defendant; and E, inmate one's family is

24     in Honduras and it is unlikely that they will be able to

25     relocate.

1        So, based upon the testimony presented at trial, I'm

2   satisfied that the probation officer correctly applied that

3   enhancement.

4        Next objection?

5        MR. CASUSO:  That's it, Judge.

6        THE COURT:  That's it, all right.  Okay.

7        On that basis, noting the objections and the Court

8   ruling on them, total offense level, as the Government pointed

9   out, added up to 50.

10       However, under paragraph 26 of the presentence

11  investigation report, pursuant to Chapter 5, Part A, comment

12  note two:

13       "In those rare instances where the total offense level

14  is calculated in excess of 43, the offense level will be

15  treated as a level 43."

16       And with that and a criminal history category of 1, the

17  advisory guideline provision is life imprisonment; is that a

18  correct calculation of the guidelines?

19       MR. NORKIN:  Yes, Your Honor.

20       THE COURT:  Okay.

21       MR. CASUSO:  Yes, Your Honor.

22       THE COURT:  Mr. Mejia-Duarte, do you want to say

23  anything on your own behalf before sentence is imposed?

24       THE DEFENDANT:  Only thing, Your Honor, is to tell you

25  that I am in your hands.

1          THE COURT:  Thank you.

2          THE DEFENDANT:  I would only like to tell you that my

3     life is in your hands.

4          THE COURT:  Thank you.

5          Anything on his behalf?

6          MR. CASUSO:  Judge, he's 42 years old.  He has a family

7     with children.  He has a wife at home.  A lot of these

8     things -- a lot of the aggravators happened a long time ago.

9          Recently, there's really -- it's not that much.

10         I would ask the Court not give him life in prison.

11    Even the prosecutor asked in his memo for 40 years, which is a

12    lot of time, but under the treaty, Judge -- and I hate to keep

13    citing the treaty -- it says that he will not -- he cannot be

14    imposed for the death penalty, afflictive, inhuman, or

15    degrading punishment.

16         If you sentence him to life, he's never going to see

17    his family again.  They're not allowed into the United States

18    because they don't have a Visa.

19         I would ask that you give him less than that.

20         That's all I have, Judge.

21         THE COURT:  Thank you.

22         Anything from the Government?

23         MR. NORKIN:  Your Honor, as you're aware, the

24    Government is asking for at least 40 years incarceration for

25    this defendant.

1       In the Rule 33 response, we updated our sentencing

2   memorandum just to add that a similar co-defendant in

3   Washington, D.C., who was discussed in some of the testimony

4   here, Eliu Lorenzana, was sentenced to life imprisonment.

5       Finally, just as far as the law on the treaty.

6       The treaty with Honduras is different from the treaty

7   with, for example, Colombia.  Colombia has a treaty that

8   explicitly prevents someone who's extradited from being -- from

9   receiving life.  The treaty from Honduras does not have that

10  kind of language.

11      That said, this is only the 16th person who was

12  extradited from Honduras, and so it's a relatively new treaty,

13  and it hasn't been tested yet on appeal as to what the bounds

14  are of a court's possible sentence is.

15      What we do know, by comparing the Colombian treaty,

16  which does have a life sentence prohibition, is that although a

17  pronouncement of life would be something that would be

18  overturned under that treaty, if the Court sentenced someone to

19  90 years, for example -- it's happened in a Colombian case --

20  that's not considered a life sentence.  That's considered a

21  term; and that is upheld, even under the more strict treaty

22  that is the Colombian treaty.

23      So that's -- the Government is not advocating for a

24  90-year term, necessarily.  All we're asking for is at least

25  40 years, and we defer to Your Honor whether more is

1    appropriate, and we just wanted you to know under the contours

2    of the law and the Honduran treaty.

3           Thank you, Judge.

4           THE COURT:  Thank you.  Well, I know that in

5    paragraph 16 of the PSI that the defendant is responsible for

6    at least 20,000 kilograms of cocaine.

7           And we are to consider the history and characteristics

8    of the defendant.  He's been involved going back to at least --

9    what was it, 2004 or 2003? -- 2004, so he's been in the

10   narcotics business for over a decade.

11          We also considered the history and circumstances of the

12   instant offense, the need to promote respect for the law, the

13   need to provide deterrence.

14          Having considered the 3553(a) factors, it is the

15   finding of the Court the defendant is not able to pay a fine.

16          It is the judgment of the Court the defendant, Sergio

17   Neftali Mejia-Duarte is committed to the Bureau of Prisons to

18   be in prison for life.

19          Upon release from imprisonment, the defendant shall be

20   placed on supervised release for a term of five years.

21          Within 72 hours of release, the defendant shall report

22   in person to the probation office in the district where

23   released.

24          While on supervised release, the defendant shall not

25   commit any crimes; shall be prohibited from possessing a

1    firearm or other dangerous device; shall not possess a

2    controlled substance; shall cooperate in the collection of DNA;

3    and shall also comply with the standard conditions of

4    supervised release, including the following special conditions:

5         Surrendering to immigration for removal after

6    imprisonment, unpaid fines, restitution or special assessments

7    as noted in part G of presentence report.

8         The defendant shall immediately pay to the

9    United States the special assessment of $100.

10        Total sentence:  Life imprisonment, five years

11   supervised release, and a $100 special assessment.

12        Forfeiture of the defendant's right, title and interest

13   in certain properties is hereby ordered consistent with the

14   indictment.

15        The United States shall submit a proposed order of

16   forfeiture within three days of this proceeding.

17        Now that sentence has been imposed, does the defendant

18   or his counsel object to the Court's finding of fact or to the

19   manner in which the sentence was pronounced?

20        MR. CASUSO:  Yes, Your Honor, specifically, all our

21   prior objections.

22        THE COURT:  Mr. Duarte, do you understand you have a

23   right to appeal the sentence that I've imposed?

24        MR. CASUSO:  Thank you, Your Honor.

25        THE COURT:  Do you understand you have a right to

1    appeal the sentence that I've imposed?

2            MR. CASUSO:  Yes, sir.

3            THE DEFENDANT:  Yes.

4            MR. NORKIN:  Your Honor, before we break, may I also

5    ask, since we've had a lot of discussions about the guidelines,

6    if the Court would impose the same sentence if the guidelines

7    were different based on the evidence that's been presented

8    during trial?

9            THE COURT:  Well, it's difficult to say.

10           As I understood it, if every one of his objections were

11   sustained, that would reduce him -- we can go back over it, but

12   that would reduce him 10 levels, from like a 50 to a 40.  And a

13   40 would be 292 to 365 range.

14           Now, you know, whether that would -- whether I would

15   impose the same sentence outside of the guidelines, I'm not

16   sure what I would do.

17           So we'll reserve that for another day.

18           MR. CASUSO:  Okay.  Judge, so we're done?

19           THE COURT:  Yep.  Thank you.

20           MR. CASUSO:  Thank you.

21           (Proceedings concluded at 10:12 a.m.)

22

23

24

25

1                    C E R T I F I C A T E

2

3        I hereby certify that the foregoing is an

     accurate transcription of the proceedings in the
4
     above-entitled matter.
5

6
         May 29, 2018        /s/Glenda M. Powers
7        DATE                GLENDA M. POWERS, RPR, CRR, FPR
                             United States District Court
8                            400 North Miami Avenue, 08S33
                             Miami, Florida 33128
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100** [2] - 19:9, 19:11

## /

**/s/Glenda** [1] - 21:6

## 0

**08S33** [2] - 1:23, 21:8

## 1

**1** [3] - 1:9, 3:22, 15:16
**10** [3] - 4:4, 6:6, 20:12
**10:12** [2] - 1:8, 20:21
**14** [1] - 1:19
**16** [1] - 18:5
**16th** [1] - 17:11
**17** [1] - 10:20
**1:15-CR-20540-KMM
-1** [1] - 1:2
**1st** [1] - 1:19

## 2

**20,000** [1] - 18:6
**2003** [1] - 18:9
**2004** [5] - 7:10, 7:12, 12:18, 18:9
**2012** [12] - 4:9, 5:23, 6:5, 7:20, 8:2, 8:24, 9:10, 10:12, 11:9, 11:18, 12:14, 13:3
**2014** [1] - 6:3
**2015** [1] - 12:18
**2018** [2] - 1:5, 21:6
**21** [1] - 1:5
**26** [2] - 1:9, 15:10
**27th** [6] - 4:9, 5:23, 7:19, 8:2, 12:14, 13:3
**29** [1] - 21:6
**292** [1] - 20:13

## 3

**33** [1] - 17:1
**33128** [2] - 1:24, 21:8
**33132** [2] - 1:17, 1:20
**3553(a** [1] - 18:14
**365** [1] - 20:13
**3C1.1** [1] - 13:7

## 4

**40** [5] - 16:11, 16:24, 17:25, 20:12, 20:13
**400** [2] - 1:23, 21:8

**404(b** [5] - 6:15, 6:17, 6:18, 6:19, 9:4
**42** [1] - 16:6
**43** [4] - 3:22, 9:17, 15:14, 15:15
**4th** [1] - 1:17

## 5

**5** [1] - 15:11
**50** [3] - 9:16, 15:9, 20:12

## 7

**702** [1] - 1:19
**72** [1] - 18:21

## 9

**90** [1] - 17:19
**90-year** [1] - 17:24
**99** [1] - 1:17
**9:30** [1] - 1:7
**9:42** [1] - 1:8

## A

**a.m** [4] - 1:7, 1:8, 20:21
**able** [3] - 3:18, 14:24, 18:15
**above-entitled** [1] - 21:4
**according** [2] - 6:9, 6:11
**account** [1] - 9:15
**accuracy** [1] - 7:2
**accurate** [1] - 21:3
**accuse** [2] - 7:17, 7:21
**accused** [1] - 8:17
**activity** [1] - 10:7
**acts** [2] - 7:7, 12:25
**actual** [1] - 8:23
**add** [2] - 3:1, 17:2
**added** [1] - 15:9
**additional** [1] - 9:18
**additionally** [1] - 14:14
**address** [3] - 2:24, 3:15, 10:22
**admissible** [2] - 6:14, 9:3
**admitted** [1] - 3:18
**adopt** [1] - 12:6
**advisory** [1] - 15:17
**advocating** [1] - 17:23
**afflictive** [1] - 16:14
**aggravated** [1] - 12:2
**aggravators** [2] - 6:2,

16:8
**ago** [1] - 16:8
**agreed** [1] - 7:25
**agrees** [1] - 8:16
**aided** [1] - 2:1
**aircraft** [1] - 12:20
**allowed** [1] - 16:17
**allows** [1] - 7:18
**amended** [2] - 2:12, 8:21
**amendment** [1] - 7:18
**AMERICA** [1] - 1:4
**American** [1] - 12:8
**appeal** [4] - 2:25, 17:13, 19:23, 20:1
**APPEARANCES** [1] - 1:14
**appearances** [1] - 2:6
**applicable** [2] - 9:19, 9:22
**applied** [4] - 8:11, 13:5, 14:2, 15:2
**apply** [1] - 10:16
**appropriate** [1] - 18:1
**appropriately** [1] - 9:22
**argument** [10] - 5:10, 6:15, 6:21, 8:4, 9:25, 12:5, 13:15, 13:19, 14:4
**arguments** [1] - 8:22
**arrest** [1] - 11:1
**arrested** [3] - 8:7, 10:15, 10:17
**assault** [1] - 12:23
**asserting** [1] - 3:7
**assessment** [2] - 19:9, 19:11
**assessments** [1] - 19:6
**assume** [1] - 4:7
**assumed** [2] - 4:17
**attempted** [1] - 4:9
**attempting** [1] - 13:11
**Attorney's** [1] - 1:16
**attributed** [2] - 10:5, 11:15
**augment** [1] - 12:4
**AUSA** [2] - 1:15, 1:16
**Avenue** [3] - 1:19, 1:23, 21:8
**aware** [1] - 16:23

## B

**based** [4] - 10:2, 11:11, 15:1, 20:7
**basis** [3] - 3:5, 12:16, 15:7
**bear** [1] - 7:13

**BEFORE** [1] - 1:12
**behalf** [3] - 2:10, 15:23, 16:5
**Benitez** [7] - 4:15, 11:19, 11:24, 14:6, 14:11, 14:12
**Benitez-Lopez** [2] - 14:11
**Benitez-Lopez's** [1] - 14:12
**binding** [1] - 12:10
**body** [1] - 12:23
**bounds** [1] - 17:13
**break** [1] - 20:4
**brother** [1] - 4:16
**brother-in-law** [1] - 4:16
**Bureau** [1] - 18:17
**business** [1] - 18:10
**BY** [1] - 1:22

## C

**calculated** [2] - 3:21, 15:14
**calculation** [2] - 3:23, 15:18
**cannot** [4] - 6:9, 6:21, 13:17, 16:13
**careful** [1] - 8:18
**carried** [3] - 11:3, 12:22, 12:23
**case** [9] - 2:23, 4:14, 5:10, 6:4, 7:12, 8:8, 10:15, 14:9, 17:19
**CASE** [1] - 1:2
**CASUSO** [33] - 1:18, 2:9, 2:13, 3:10, 3:12, 3:24, 4:2, 4:13, 5:5, 5:8, 5:14, 5:22, 6:16, 7:5, 7:12, 7:15, 8:6, 10:1, 10:10, 11:9, 11:17, 12:11, 13:17, 13:21, 14:4, 15:5, 15:21, 16:6, 19:20, 19:24, 20:2, 20:18, 20:20
**Casuso** [4] - 1:19, 2:9, 3:9, 3:23
**category** [2] - 3:22, 15:16
**caused** [2] - 11:7, 14:14
**certain** [1] - 19:13
**Certified** [1] - 2:2
**certify** [1] - 21:2
**change** [4] - 7:24, 7:25, 8:1, 9:20
**Chapter** [1] - 15:11
**characteristic** [1] -

11:13
**characteristics** [1] - 18:7
**charged** [2] - 6:14, 6:24
**charges** [1] - 7:24
**charging** [1] - 8:21
**CHIEF** [1] - 1:13
**children** [1] - 16:7
**circumstances** [2] - 9:5, 18:11
**cite** [2] - 3:18, 8:7
**cited** [2] - 10:15, 12:8
**citing** [1] - 16:13
**closing** [1] - 8:22
**co** [3] - 11:8, 13:10, 17:2
**co-conspirators** [1] - 11:8
**co-defendant** [2] - 13:10, 17:2
**cocaine** [3] - 12:18, 12:21, 18:6
**colleague** [1] - 2:20
**collection** [1] - 19:2
**Colombia** [2] - 17:7
**Colombian** [3] - 17:15, 17:19, 17:22
**comment** [2] - 13:7, 15:11
**commercial** [1] - 12:20
**commission** [1] - 11:8
**commit** [1] - 18:25
**committed** [1] - 18:17
**Compa** [1] - 14:17
**comparing** [1] - 17:15
**comply** [1] - 19:3
**concerned** [1] - 4:19
**concluded** [1] - 20:21
**conditions** [2] - 19:3, 19:4
**conduct** [7] - 5:3, 5:19, 7:3, 12:14, 12:15, 13:3
**Congress** [1] - 12:12
**consider** [4] - 9:1, 9:4, 9:13, 18:7
**considered** [7] - 6:13, 7:1, 13:4, 17:20, 18:11, 18:14
**considering** [1] - 9:9
**consistent** [2] - 8:19, 19:13
**conspiracy** [1] - 12:19
**conspirators** [1] - 11:8
**constitution** [1] - 7:18
**contained** [1] - 7:3

contours [1] - 18:1
controlled [1] - 19:2
Convention [1] - 12:8
conversation [1] - 14:6
convicted [2] - 8:17, 12:13
conviction [2] - 8:23, 12:16
cooperate [1] - 19:2
coordinated [1] - 12:17
copy [1] - 5:15
correct [5] - 2:12, 3:23, 10:21, 13:25, 15:18
correctly [5] - 10:5, 11:15, 13:5, 14:2, 15:2
counsel [5] - 2:6, 8:25, 9:8, 13:5, 19:18
counsel's [1] - 12:9
couple [1] - 6:24
course [4] - 12:19
COURT [42] - 1:1, 2:6, 2:11, 2:14, 3:4, 3:7, 3:9, 3:11, 3:13, 4:1, 4:12, 5:2, 5:6, 5:13, 5:18, 6:12, 6:23, 7:10, 7:14, 8:5, 8:12, 9:25, 10:2, 10:20, 10:24, 11:10, 12:3, 12:13, 13:18, 13:23, 14:8, 15:6, 15:20, 15:22, 16:1, 16:4, 16:21, 18:4, 19:22, 19:25, 20:9, 20:19
Court [18] - 1:22, 1:23, 2:2, 2:3, 2:10, 8:25, 9:3, 9:4, 9:12, 9:18, 9:23, 15:7, 16:10, 17:18, 18:15, 18:16, 20:6, 21:7
Court's [2] - 8:19, 19:18
court's [1] - 17:14
Court-Certified [1] - 2:2
COURTROOM [1] - 2:4
credible [2] - 11:18, 11:22
crime [2] - 9:6, 11:8
crimes [1] - 18:25
criminal [3] - 3:22, 10:7, 15:16
CRR [2] - 1:22, 21:7

**D**

D.C [1] - 17:3
dangerous [2] - 11:13, 19:1
DATE [1] - 21:7
dates [1] - 8:1
days [1] - 19:16
deal [2] - 6:1, 7:23
dealing [1] - 4:18
dealt [2] - 4:15, 4:16
death [1] - 16:14
decade [1] - 18:10
decides [1] - 9:19
Defendant [2] - 2:1
DEFENDANT [4] - 1:18, 15:24, 16:2, 20:3
defendant [30] - 2:8, 4:18, 10:6, 11:1, 11:3, 11:6, 11:20, 12:13, 12:17, 12:24, 13:10, 14:10, 14:11, 14:14, 14:15, 14:16, 14:19, 14:21, 14:23, 16:25, 17:2, 18:5, 18:8, 18:15, 18:16, 18:19, 18:21, 18:24, 19:8, 19:17
defendant's [4] - 9:6, 9:7, 14:17, 19:12
defense [5] - 5:17, 8:13, 9:8, 12:9, 13:5
defer [1] - 17:25
degrading [1] - 16:15
denounce [1] - 14:20
deny [1] - 11:10
denying [1] - 3:10
DEPUTY [1] - 2:4
described [1] - 11:4
deterrence [1] - 18:13
device [1] - 19:1
different [2] - 17:6, 20:7
difficult [1] - 20:9
directly [1] - 13:11
disagreement [1] - 8:14
discussed [1] - 17:3
discussions [1] - 20:5
disputing [1] - 7:2
District [2] - 1:23, 21:7
DISTRICT [3] - 1:1, 1:1, 1:13
district [1] - 18:22
DNA [1] - 19:2
doctrine [1] - 7:23
document [1] - 8:21
done [1] - 20:18

drug [1] - 11:7
drugs [3] - 8:8, 10:16, 10:19
Duarte [9] - 2:1, 2:5, 2:10, 4:15, 7:17, 8:16, 15:22, 18:17, 19:22
DUARTE [1] - 1:7
during [6] - 7:4, 8:18, 12:19, 12:23, 14:9, 20:8

**E**

e-mail [2] - 14:14, 14:18
E-mail [1] - 14:16
effective [1] - 7:19
effectively [1] - 9:18
Eliu [1] - 17:4
employed [1] - 12:22
encompass [1] - 10:11
engaged [1] - 11:6
enhancement [5] - 10:16, 11:15, 12:15, 14:3, 15:3
enhancements [2] - 9:16, 13:4
entitled [1] - 21:4
error [1] - 3:6
ESQ [1] - 1:18
establish [1] - 11:12
evaluated [1] - 9:4
event [2] - 3:21, 4:8
events [4] - 6:25, 7:17, 8:23, 10:11
evidence [17] - 4:7, 4:14, 4:19, 4:24, 6:4, 6:15, 6:17, 6:18, 6:20, 7:4, 9:3, 9:6, 10:3, 11:12, 14:9, 20:7
example [5] - 9:9, 11:3, 13:12, 17:7, 17:19
excess [1] - 15:14
exist [1] - 9:2
explicitly [1] - 17:8
extensive [1] - 10:8
extradited [3] - 5:11, 17:8, 17:12
extradition [4] - 5:12, 5:14, 7:19, 12:8

**F**

facilitate [1] - 12:21
fact [3] - 7:25, 11:6, 19:18

factors [3] - 9:13, 9:21, 18:14
facts [1] - 7:4
fail [1] - 3:3
family [5] - 11:20, 14:12, 14:23, 16:6, 16:17
far [3] - 4:18, 8:23, 17:5
fast [1] - 12:20
favorable [1] - 9:10
FDC [1] - 14:7
February [7] - 4:9, 5:23, 7:19, 8:2, 8:24, 12:14, 13:3
fierce [1] - 14:21
Finally [1] - 17:5
fine [4] - 3:10, 3:12, 14:19, 18:15
fines [1] - 19:6
firearm [3] - 11:13, 11:14, 19:1
firearms [1] - 11:3
first [2] - 3:17, 9:15
first-year [1] - 3:17
five [4] - 4:4, 10:7, 18:20, 19:10
FLORIDA [1] - 1:1
Florida [5] - 1:4, 1:17, 1:20, 1:24, 21:8
FN [1] - 12:22
following [1] - 19:4
follows [1] - 12:7
FOR [2] - 1:15, 1:18
foregoing [1] - 21:2
forfeiture [2] - 19:12, 19:16
forms [1] - 12:15
forth [2] - 5:3, 10:4
four [3] - 4:5, 10:5, 13:8
four-level [1] - 10:5
FPR [1] - 1:22, 21:7

**G**

generalized [1] - 5:6
GLENDA [2] - 1:22, 21:7
Glock [1] - 12:22
go-fast [1] - 12:20
GOVERNMENT [1] - 1:15
Government [13] - 2:14, 2:16, 2:18, 2:22, 3:6, 8:12, 8:13, 8:16, 9:11, 15:8, 16:22, 16:24, 17:23
Government's [3] - 2:15, 3:14, 9:21

guards [1] - 12:23
guess [1] - 2:17
guideline [1] - 15:17
guidelines [9] - 3:23, 9:15, 9:17, 9:19, 13:8, 15:18, 20:5, 20:6, 20:15
guilty [2] - 5:7, 5:8
guns [4] - 10:14, 10:25, 11:2, 11:7
guns' [1] - 12:5

**H**

hamstring [1] - 9:11
hands [2] - 15:25, 16:3
hate [1] - 16:12
hear [1] - 13:17
heard [2] - 10:4, 11:2
HEARING [1] - 1:11
held [3] - 6:22, 8:9, 11:4
helicopters [2] - 6:7, 12:20
help [1] - 14:22
hereby [2] - 19:13, 21:2
highest [2] - 9:17, 9:24
history [4] - 3:22, 15:16, 18:7, 18:11
home [2] - 10:18, 16:7
Honduran [1] - 18:2
Honduras [9] - 4:10, 5:11, 7:19, 12:25, 14:21, 14:24, 17:6, 17:9, 17:12
Honor [16] - 2:8, 2:20, 3:2, 3:8, 8:13, 9:9, 10:21, 10:22, 15:19, 15:21, 15:24, 16:23, 17:25, 19:20, 19:24, 20:4
HONORABLE [1] - 1:12
hours [1] - 18:21

**I**

immediately [1] - 19:8
immigration [1] - 19:5
important [3] - 2:24, 4:14, 5:15
importation [2] - 4:9, 6:2
impose [2] - 20:6, 20:15
imposed [5] - 15:23, 16:14, 19:17, 19:23,

20:1
**imprisonment** [5] - 15:17, 17:4, 18:19, 19:6, 19:10
**incarceration** [1] - 16:24
**incidence** [1] - 11:1
**including** [4] - 11:3, 11:14, 13:1, 19:4
**increase** [1] - 10:6
**indictment** [2] - 8:1, 19:14
**indictments** [1] - 8:1
**indirectly** [1] - 13:11
**influencing** [1] - 13:10
**information** [1] - 7:3
**informing** [1] - 9:22
**inhuman** [1] - 16:14
**inmate** [5] - 14:15, 14:18, 14:22, 14:23
**insofar** [1] - 7:3
**instances** [1] - 15:13
**instant** [2] - 12:17, 18:12
**instructions** [1] - 8:19
**Inter** [1] - 12:8
**Inter-American** [1] - 12:8
**interest** [1] - 19:12
**interpretation** [1] - 8:14
**Interpreters** [1] - 2:2
**interpreting** [1] - 9:11
**intimation** [1] - 14:4
**intimidating** [1] - 13:9
**intimidation** [1] - 13:24
**introduce** [1] - 6:17
**investigation** [4] - 4:4, 5:4, 10:4, 15:11
**involved** [2] - 10:7, 18:8
**issue** [1] - 2:18

## J

**job** [2] - 7:8, 7:9
**Jose** [1] - 13:1
**Joseph** [1] - 2:7
**JOSEPH** [1] - 1:16
**judge** [5] - 4:3, 6:13, 7:12, 16:6, 20:18
**JUDGE** [1] - 1:13
**Judge** [33] - 2:9, 3:10, 3:24, 4:7, 4:13, 4:14, 4:23, 5:5, 5:9, 5:10, 5:22, 6:7, 6:9, 6:10, 6:16, 6:22, 7:5, 7:13, 8:3, 8:10, 10:10, 10:13, 11:9, 11:17,

12:11, 13:17, 13:21, 14:5, 15:5, 16:12, 16:20, 18:3
**judgment** [1] - 18:16
**juror** [1] - 13:11
**jury** [2] - 4:17, 8:20
**jury's** [2] - 5:7, 5:8
**justice** [3] - 13:13, 13:15, 13:19

## K

**keep** [1] - 16:12
**kilograms** [1] - 18:6
**kind** [2] - 3:17, 17:10
**know..** [1] - 3:20
**known** [1] - 12:1

## L

**language** [1] - 17:10
**lapse** [1] - 3:13
**Law** [1] - 1:19
**law** [6] - 3:17, 4:16, 10:15, 17:5, 18:2, 18:12
**lawyer** [1] - 3:18
**lawyering** [1] - 3:14
**leader** [3] - 4:5, 4:20, 4:22
**leadership** [1] - 4:5
**leading** [1] - 9:16
**least** [7] - 6:24, 7:10, 12:18, 16:24, 17:24, 18:6, 18:8
**less** [1] - 16:19
**level** [10] - 3:22, 9:16, 9:17, 9:24, 10:5, 11:15, 15:8, 15:13, 15:14, 15:15
**levels** [1] - 20:12
**life** [12] - 9:7, 15:17, 16:3, 16:10, 16:16, 17:4, 17:9, 17:16, 17:17, 17:20, 18:18, 19:10
**load** [3] - 4:11, 4:18, 4:25
**located** [1] - 14:13
**Lopez** [5] - 4:15, 11:19, 14:6, 14:11
**Lopez's** [1] - 14:12
**Lopez-Benitez** [3] - 4:15, 11:19, 14:6
**Lorenzana** [1] - 17:4
**LOUIS** [1] - 1:18
**Louis** [2] - 1:19, 2:9

## M

**magistrate** [3] - 6:13, 6:16, 6:17
**mail** [3] - 14:14, 14:16, 14:18
**man** [1] - 5:11
**manager** [1] - 4:23
**manner** [1] - 19:19
**Marta** [2] - 4:10, 4:11
**matter** [1] - 21:4
**mean** [4] - 3:13, 3:14, 6:19, 6:25
**Mejia** [10] - 2:1, 2:5, 2:10, 4:15, 7:17, 8:16, 10:17, 14:6, 15:22, 18:17
**MEJIA** [1] - 1:7
**Mejia-Duarte** [8] - 2:1, 2:5, 2:10, 4:15, 7:17, 8:16, 15:22, 18:17
**MEJIA-DUARTE** [1] - 1:7
**members** [1] - 14:12
**memo** [1] - 16:11
**memorandum** [1] - 17:2
**merits** [4] - 2:16, 2:23, 3:3, 3:15
**met** [1] - 14:19
**Miami** [7] - 1:4, 1:17, 1:20, 1:23, 1:24, 21:8, 21:8
**MICHAEL** [1] - 1:12
**moment** [2] - 7:13, 10:23
**Monday** [1] - 1:6
**MOORE** [1] - 1:12
**morning** [3] - 2:8, 2:9, 2:21
**motion** [5] - 2:12, 2:17, 2:19, 3:1
**movement** [1] - 12:21
**MR** [42] - 2:7, 2:9, 2:13, 2:20, 3:6, 3:8, 3:10, 3:12, 3:24, 4:2, 4:13, 5:5, 5:8, 5:14, 5:22, 6:16, 7:5, 7:12, 7:15, 8:6, 8:13, 10:1, 10:10, 10:22, 10:25, 11:9, 11:17, 12:11, 13:17, 13:21, 14:4, 15:5, 15:19, 15:21, 16:6, 16:23, 19:20, 19:24, 20:2, 20:4, 20:18, 20:20
**multiple** [3] - 12:23, 12:24, 12:25
**murder** [1] - 13:1

## N

**Naeron** [1] - 14:20
**narcotics** [2] - 14:20, 18:10
**necessarily** [1] - 17:24
**need** [2] - 18:12, 18:13
**Nefta** [1] - 14:17
**Neftali** [3] - 2:1, 7:17, 18:17
**NEFTALI** [1] - 1:7
**never** [4] - 4:11, 4:15, 14:19, 16:16
**new** [3] - 2:12, 17:12
**next** [4] - 10:9, 11:16, 13:25, 15:4
**nicknames** [1] - 14:17
**nine** [1] - 5:4
**NO** [1] - 1:2
**non** [1] - 12:20
**non-commercial** [1] - 12:20
**none** [2] - 6:3, 8:2
**Norkin** [1] - 2:7
**NORKIN** [11] - 1:15, 2:7, 2:20, 3:6, 3:8, 8:13, 10:22, 10:25, 15:19, 16:23, 20:4
**North** [2] - 1:23, 21:8
**Northeast** [2] - 1:17, 1:19
**note** [6] - 2:6, 9:14, 11:10, 13:8, 14:1, 15:12
**noted** [1] - 19:7
**notes** [1] - 13:7
**noting** [1] - 15:7
**number** [1] - 5:17

## O

**object** [1] - 19:18
**objecting** [1] - 3:5
**objection** [14] - 4:3, 5:1, 5:3, 5:7, 10:9, 10:13, 10:14, 11:10, 11:16, 11:17, 13:13, 13:25, 14:1, 15:4
**objections** [10] - 3:25, 4:1, 5:9, 5:24, 6:1, 10:10, 12:9, 15:7, 19:21, 20:10
**objects** [1] - 13:5
**obstruction** [3] - 13:13, 13:15, 13:18
**occasions** [1] - 6:24
**occur** [1] - 5:23
**occurred** [3] - 5:24, 7:7, 9:10
**occurring** [2] - 12:14,

13:3
**OF** [2] - 1:1, 1:4
**offense** [10] - 3:22, 5:3, 5:19, 7:3, 11:13, 12:17, 15:8, 15:13, 15:14, 18:12
**Office** [1] - 1:16
**office** [3] - 3:21, 10:5, 18:22
**OFFICER** [1] - 10:21
**officer** [5] - 7:7, 11:14, 13:2, 14:2, 15:2
**officer's** [3] - 12:6, 13:7, 14:8
**Offices** [1] - 1:19
**Official** [1] - 1:22
**old** [1] - 16:6
**one** [15] - 5:17, 7:13, 10:11, 10:22, 11:1, 12:4, 14:5, 14:15, 14:17, 14:18, 14:22, 20:10
**one's** [1] - 14:23
**one-by-one** [1] - 10:11
**order** [2] - 2:3, 19:15
**ordered** [1] - 19:13
**organizer** [3] - 4:6, 4:20, 4:22
**organizer/leader** [1] - 10:6
**otherwise** [2] - 10:8, 13:10
**ought** [1] - 3:18
**outside** [2] - 8:17, 20:15
**overlooked** [1] - 2:22
**overturned** [1] - 17:18
**own** [2] - 10:18, 15:23

## P

**page** [1] - 4:4
**Pages** [1] - 1:9
**paragraph** [6] - 4:4, 7:11, 7:23, 10:20, 15:10, 18:5
**paragraphs** [2] - 5:3, 5:20
**Part** [1] - 15:11
**part** [2] - 3:14, 19:7
**participants** [1] - 10:8
**parties** [1] - 8:22
**parts** [1] - 1:5
**pay** [2] - 18:15, 19:8
**Pena** [1] - 13:1
**penalty** [1] - 16:14
**Penaris** [1] - 14:20
**people** [1] - 14:21
**perpetrated** [1] - 12:25

**person** [2] - 17:11, 18:22
**personal** [1] - 10:18
**pertinent** [1] - 6:18
**phonetic** [1] - 14:21
**piggyback** [1] - 8:25
**pistol** [1] - 11:4
**pistols** [1] - 12:22
**place** [1] - 7:18
**placed** [1] - 18:20
**point** [1] - 5:1
**pointed** [3] - 2:20, 3:2, 15:8
**points** [6] - 4:5, 4:22, 5:16, 9:18, 9:23, 10:14
**Port** [2] - 4:10, 4:11
**position** [2] - 9:21, 13:2
**possess** [1] - 19:1
**possessed** [1] - 11:14
**possessing** [2] - 11:1, 18:25
**possible** [1] - 17:14
**POWERS** [2] - 1:22, 21:7
**Powers** [1] - 21:6
**practice** [1] - 3:18
**premises** [1] - 10:19
**present** [2] - 2:10, 8:2
**presented** [7] - 7:4, 10:3, 10:12, 11:11, 14:9, 15:1, 20:7
**presentence** [6] - 3:25, 4:3, 5:4, 10:4, 15:10, 19:7
**pretty** [1] - 3:17
**prevents** [1] - 17:8
**previous** [1] - 14:1
**prison** [2] - 16:10, 18:18
**Prisons** [1] - 18:17
**probation** [11] - 3:21, 7:7, 10:5, 11:14, 12:6, 13:2, 13:7, 14:2, 14:8, 15:2, 18:22
**PROBATION** [1] - 10:21
**proceeding** [1] - 19:16
**Proceedings** [1] - 20:21
**proceedings** [1] - 21:3
**prohibited** [2] - 9:9, 18:25
**prohibition** [1] - 17:16
**promote** [1] - 18:12
**pronounced** [1] - 19:19
**pronouncement** [1] -

17:17
**properties** [1] - 19:13
**property** [1] - 10:18
**proposed** [1] - 19:15
**prosecutor** [1] - 16:11
**provide** [1] - 18:13
**provides** [1] - 3:20
**provision** [2] - 13:9, 15:17
**PSI** [3] - 2:11, 7:6, 18:5
**punish** [2] - 6:10, 7:21
**punishment** [1] - 16:15
**purposes** [1] - 13:4
**pursuant** [2] - 5:11, 15:11
**put** [1] - 5:18

## R

**raised** [1] - 13:18
**range** [1] - 20:13
**rare** [1] - 15:13
**ratified** [2] - 12:7, 12:12
**read** [2] - 2:15, 3:19
**really** [2] - 8:14, 16:9
**really..** [1] - 10:12
**reason** [2] - 2:17, 3:4
**receiving** [1] - 17:9
**recently** [1] - 16:9
**record** [3] - 4:24, 6:3, 8:21
**reduce** [2] - 20:11, 20:12
**referenced** [1] - 14:16
**refers** [1] - 13:7
**reflected** [1] - 8:22
**regarding** [1] - 4:20
**regards** [1] - 4:24
**regularly** [1] - 11:3
**relatively** [1] - 17:12
**release** [6] - 18:19, 18:20, 18:21, 18:24, 19:4, 19:11
**released** [1] - 18:23
**relevant** [1] - 7:12
**relocate** [1] - 14:25
**remember** [1] - 14:19
**removal** [1] - 19:5
**report** [6] - 3:25, 5:4, 10:4, 15:11, 18:21, 19:7
**REPORTED** [1] - 1:22
**Reporter** [1] - 1:22
**requiring** [1] - 7:16
**reserve** [1] - 20:17
**respect** [2] - 13:6,

18:12
**respond** [1] - 2:18
**responded** [2] - 2:14, 2:16
**response** [6] - 2:15, 8:12, 12:6, 13:7, 14:8, 17:1
**responsible** [2] - 12:24, 18:5
**rest** [1] - 5:25
**restitution** [1] - 19:6
**revealed** [1] - 14:10
**rifle** [1] - 11:4
**rifles** [1] - 12:23
**rise** [1] - 11:21
**rival** [1] - 11:7
**Room** [1] - 1:23
**rounds** [1] - 11:5
**RPR** [2] - 1:22, 21:7
**Rule** [2] - 9:1, 17:1
**rule** [1] - 3:19, 9:19
**ruled** [1] - 6:17
**ruling** [1] - 15:8

## S

**salient** [1] - 5:16
**Santa** [2] - 4:10, 4:11
**satisfied** [2] - 10:2, 15:2
**save** [2] - 5:25, 13:23
**Scheduled** [1] - 1:7
**school** [1] - 3:17
**Schuster** [1] - 2:7
**SCHUSTER** [1] - 1:16
**scope** [1] - 8:17
**section** [1] - 3:20
**see** [1] - 16:16
**sent** [1] - 14:15
**sentence** [12] - 15:23, 16:16, 17:14, 17:16, 17:20, 19:10, 19:17, 19:19, 19:23, 20:1, 20:6, 20:15
**sentenced** [2] - 17:4, 17:18
**sentencing** [6] - 9:1, 9:5, 12:14, 13:4, 13:8, 17:1
**SENTENCING** [1] - 1:11
**separate** [1] - 12:15
**Sergio** [4] - 2:1, 2:4, 7:17, 18:16
**SERGIO** [1] - 1:7
**serious** [1] - 3:13
**set** [2] - 5:3, 10:4
**seven** [2] - 9:18, 9:23
**several** [1] - 11:4
**shall** [9] - 18:19,

18:21, 18:24, 18:25, 19:1, 19:2, 19:3, 19:8, 19:15
**shipment** [1] - 12:18
**sic** [1] - 7:16
**similar** [3] - 9:3, 9:4, 17:2
**so..** [2] - 2:25, 13:20
**someone** [2] - 17:8, 17:18
**SOUTHERN** [1] - 1:1
**Spanish** [1] - 2:2
**special** [4] - 19:4, 19:6, 19:9, 19:11
**specialty** [1] - 7:24
**Specialty** [1] - 9:2
**specific** [1] - 11:12
**specifically** [1] - 19:20
**standard** [1] - 19:3
**started** [1] - 11:24
**state** [1] - 7:16
**STATES** [3] - 1:1, 1:4, 1:13
**States** [8] - 1:16, 1:23, 2:4, 12:7, 16:17, 19:9, 19:15, 21:7
**STENOGRAPHICAL LY** [1] - 1:21
**Street** [1] - 1:17
**strict** [1] - 17:21
**stuff** [5] - 3:17, 6:8, 6:20, 8:3, 8:10
**submit** [2] - 11:21, 19:15
**substance** [1] - 19:2
**substantive** [1] - 8:17
**sufficient** [1] - 11:12
**Suite** [1] - 1:19
**supervised** [4] - 18:20, 18:24, 19:4, 19:11
**supervises** [1] - 3:16
**supervisor** [1] - 4:23
**supported** [2] - 5:20, 5:22
**surrendering** [1] - 19:5
**suspect** [1] - 2:24
**sustained** [1] - 20:11

## T

**term** [3] - 17:21, 17:24, 18:20
**tested** [1] - 17:13
**testified** [4] - 5:21, 11:19, 12:24, 14:11
**testifies** [1] - 14:23
**testimony** [4] - 11:2, 11:11, 15:1, 17:3

**Texas** [1] - 4:10
**THE** [48] - 1:12, 1:15, 1:18, 2:6, 2:11, 2:14, 3:4, 3:7, 3:9, 3:11, 3:13, 4:1, 4:12, 5:2, 5:6, 5:13, 5:18, 6:12, 6:23, 7:10, 7:14, 8:5, 8:12, 9:25, 10:2, 10:20, 10:21, 10:24, 11:10, 12:3, 12:13, 13:18, 13:23, 14:8, 15:6, 15:20, 15:22, 15:24, 16:1, 16:2, 16:4, 16:21, 18:4, 19:22, 19:25, 20:3, 20:9, 20:19
**therefore** [1] - 12:9
**they've** [1] - 11:25
**threat** [4] - 11:18, 11:22, 11:24, 14:1
**threatened** [1] - 14:10
**threatening** [3] - 13:6, 13:9, 14:14
**threats** [2] - 12:4, 13:19, 13:21
**three** [3] - 5:4, 7:11, 19:16
**timeliness** [2] - 2:18, 3:20, 6:1
**timely** [1] - 3:2
**title** [1] - 19:12
**total** [3] - 15:8, 15:13, 19:10
**totality** [2] - 9:5, 9:6
**trafficker** [1] - 11:7
**traffickers** [1] - 14:20
**transcription** [1] - 21:3
**treated** [1] - 15:15
**treaty** [29] - 5:12, 5:14, 5:16, 6:9, 6:11, 6:21, 6:22, 7:15, 8:3, 8:11, 8:15, 8:18, 9:1, 9:12, 12:5, 12:8, 16:12, 16:13, 17:5, 17:6, 17:7, 17:9, 17:12, 17:15, 17:18, 17:21, 17:22, 18:2
**trial** [13] - 2:12, 5:21, 6:19, 7:4, 8:18, 10:3, 11:2, 11:11, 12:23, 14:10, 15:1, 20:8
**true** [1] - 12:11
**try** [1] - 6:9
**trying** [3] - 3:15, 8:25, 9:11
**two** [7] - 4:22, 5:16, 7:15, 9:14, 10:14, 11:15, 15:12
**two-level** [1] - 11:15

**type** [1] - 13:12

**witnesses'** [1] - 11:2

## U

**under** [11] - 6:21, 7:6,
7:13, 8:3, 8:11,
10:15, 15:10, 16:12,
17:18, 17:21, 18:1
**understood** [1] -
20:10
**unique** [1] - 11:4
**UNITED** [3] - 1:1, 1:4,
1:13
**united** [1] - 1:23
**United** [8] - 1:16, 2:4,
12:7, 12:11, 16:17,
19:9, 19:15, 21:7
**unlawfully** [1] - 13:10
**unlikely** [1] - 14:24
**unpaid** [1] - 19:6
**untimeliness** [2] - 3:5,
3:7
**untimely** [2] - 3:1, 3:9
**up** [3] - 4:1, 13:24,
15:9
**updated** [1] - 17:1
**upheld** [1] - 17:21
**utilized** [1] - 12:19

## V

**verdict** [2] - 5:7, 5:8
**versus** [1] - 2:4
**vessels** [1] - 12:20
**violence** [9] - 6:7,
11:18, 11:22, 11:24,
12:4, 12:25, 13:19,
13:21, 14:2
**Visa** [1] - 16:18
**vs** [1] - 1:6

## W

**Walter** [1] - 2:7
**WALTER** [1] - 1:15
**war** [1] - 11:7
**Warner** [1] - 14:11
**Washington** [1] - 17:3
**wasted** [1] - 3:14
**weapon** [1] - 11:13
**weapons** [3] - 6:7, 8:7,
8:8
**whatever's** [1] - 6:18
**whole** [1] - 6:15
**wife** [1] - 16:7
**witness** [3] - 13:10,
14:10, 14:16
**witnesses** [6] - 5:20,
5:22, 11:4, 12:24,
13:6, 13:24

## Y

**year** [1] - 3:17
**years** [8] - 6:6, 16:6,
16:11, 16:24, 17:19,
17:25, 18:20, 19:10